IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor(s) | FILED & ENTERED ON SEP/12/2022 |

ORDER GRANTING UNOPPOSED MOTION

    This case is before the Court on the following: Motion requesting entry of order declaring the co-debtor stay inapplicable, filed by CONDADO 5 LLC, docket entry #11.

    Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 12 day of September, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge