IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| 66-0541863 | |
| Debtor | FILED & ENTERED ON NOV/15/2022 |

ORDER AND NOTICE

    A hearing is hereby scheduled for December 20, 2022, at 9:30 AM, via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\www.prb.uscourts.gov.

    The Clerk shall give notice to all parties in interest.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15 day of November, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge