**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------X
In re:                                         :    Chapter 12
                                               :
LAS MARTAS, INC.                               :    Case No.  22-02380 (ESL)
                                               :
         Debtor.                               :
                                               :
-------------------------------------------------------------X
```

## DECLARATION OF JUAN M. BARRETO

I, Juan Manuel Barreto Ginorio, declare and state under penalty of perjury as follows:

1. I am of legal age and competent to testify.  I am the President of the above-captioned Debtor.

2. Exhibit A is a chart establishing how much Debtor's production has increased since the prior case in 2018, comparing August-November of 2018 and 2022.   Debtor currently has 52-59 cows in production, as compared to 39-42 in 2018.   Debtor's biweekly milk production averaged under 6000 litres in 2018; in 2022, it has averaged over 9700 litres, an increase of over 50%.   Milk proceeds were under $4000/2 weeks in 2018; in 2022, they have averaged over $8000, more than double.   This is a material change, and will allow the Debtor to operate profitably – provided its milk proceeds are paid over to the Debtor as they should be.

3. Debtor's revenue has been about $20,000/month, based on the milk sales for the last 4 months, since filing.  Of course, Debtor has not received that revenue, as the majority of it has been paid to Condado 5 or into escrow.

4. Debtor's revenue will increase once Debtor has access to the withheld funds.  Debtor will use some of that money to purchase more cows, and to provide proper feed that will increase

\_\_                                                1

production.

5. After the 6-month window of interest-only payments to Condado 5 (to allow for those increases to take effect), the Plan provides for payments to Condado 5 of $4149/month; $526/month to the SBA; and $1600/month to the Trustee. Debtor will be filing an amended plan that increases the payment to the Trustee to $2500/month for the first year, and increasing thereafter. Even with increased interest rates and an increase in payments to the Trustee, the payments to creditors will be about $7500/month.

6. The Debtor has not been paying a full salary to me, nor paying me rent for the farm leased from me, because of the money being (wrongfully) paid to Condado 5. I cannot continue to work without pay, nor provide the farm rent-free.

7. If Debtor operates in this manner, it will increase production, and be able to not only fund the payments under the plan, but to increase those payments over time as production increases. A realistic projected budget is attached as Exhibit B. That budget easily funds the plan payments with money left over (to further increase production, and thus further increase funding for the plan).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2022.

_____
Juan Manuel Barreto Ginorio

CASE NO. 22-02380-ESL

COMPARISONS HERD SIZE, MILK PRODUCTION, MILK YIELD & MILK PROCEEDS LAS MARTAS, INC.
AUG. - NOV. 2018. & AUG. NOV. 2022

| | Aug. 2018 | Aug. 2022 | Sept. 2018 | Sept. 2022 | Oct. 2018 | Oct. 2022 | Nov. 2018 | Nov. 2022 |
|---|---|---|---|---|---|---|---|---|
| Cows in Milk Production | 42 | 59 | 39 | 59 | 42 | 55 | 42 | 52 |
| Dry Cows | 20 | 15 | 23 | 15 | 19 | 19 | 18 | 22 |
| Total Cows | 62 | 74 | 62 | 74 | 61 | 74 | 60 | 74 |
| Biweekly Milk production | | 10,188 lts | | | 5,085 lts | | | |
| | 6,627 lts | 10,409 lts | 5,423 lts | 12.44 lts | 5,258 lts | 8,783 lts | 5,585 lts | 8,965 lts |
| | 6,227 lts | 10,848 lts | 3,744 lts | 9.83 lts | 5,246 lts | 7,898 lts | 5,884 lts | 8,463 lts |
| % of Milk Quota Produced | | 17.35% | | | 8.66% | | | |
| | 11.29%% | 17.73% | 9.24% | 17.50% | 8.96% | 14.96% | 9.51% | 15.27% |
| | 10.61%% | 18.48% | 6.38% | 13.83% | 8.94% | 13.45% | 10.02% | 14.42% |
| Average Daily Milk Yield/Cow | | 12.34 lts | | | 8.65 lts | | | |
| | 11.27 lts | 12.60 lts | 9.93 lts | 12.44 lts | 8.94 lts | 11.41 lts | 9.50 lts | 12.31 lts |
| | 10.59 lts | 13.13 lts | 6.86 lts | 9.83 lts | 8.92 lts | 10.26 lts | 10 lts | 11.63 lts |
| Milk Price | | 80.25¢/lt | | | 79.82¢/lt | | | |
| | 77.95¢/lt | 86.67¢/lt | 79.45¢/lt | 87.50¢/lt | 79.95¢/lt | 88.23¢/lt | 78.87¢/lt | 88.80¢/lt |
| | 81.10¢/lt | 87.73¢/lt | 79.50¢/lt | 81.08¢/lt | 80.71¢/lt | 89.58¢/lt | 78.81¢/lt | 89.13¢/lt |
| Milk Proceeds | | $8,176.04 | | | $4,058.91 | | | |
| | $5,165.79 | $9,021.82 | $4,308.75 | $8,989.04 | $4,204.01 | $7,749.20 | $4,404.63 | $7,960.52 |
| | $5,049.92 | $9,517.31 | $2,976.66 | $6,584.61 | $4,234.25 | $7,074.64 | $4,637.08 | $7,542.78 |

Exhibit A

CASE N° 22-02380 ESL

**BUDGET LAS MARTAS, INC.**
DECEMBER 2022
55 Cows in Milk Production Averaging 12.5 lts/cow
9,625 Lts Biweekly 16.4% Milk Quota

| | |
|---|---|
| Cows Culled: 0 | Milk Quota: 58,700 lts biweekly |
| Dry Cows: 19 | Pooled Price: 84¢/lt |

**INCOME:** $
**Milk Sales:** 24,063 lts/35 days @ 84¢/lt   20213.00
ADEA Incentives. Milk Quality Premium   0.00
Sale of Culled Cows & Male Calves   50.00
Sale of hay   7500.00
Money in bank and on hand   239.15
 **Total Income:**   28,002.15

**Less Direct Costs:**
Feed   5,800.00
Medicines & Veterinary   275.00
Materials & Supplies   325.00
 **Total Direct Costs:**   6,400.00

**Less Operational Costs:**
Wages:   JMB 200.00/wk   Romero 250.00/wk   2,250.00
CFSE   0.00
IRS   943 PR   0.00
Department of Labor   0.00
Farm Maintenance & repairs   0.00
Milking Equipment   75.00
Farm Machinery   0.00
Car & Truck   50.00
Fuel   340.00
Miscellaneous: Meals & Others ATH & Cash   75.00
Utilities   AEE   0.00
Farm Lease   Juan Manuel Barreto   0.00
Professional Services, Renew licenses   40.00
Lab. Milk Samples   12.00
Bank charges   18.00
 **Total Operational Costs:**   2,860.00

**Capital Expenditures: Purchase of Heifer**   0.00

**Less Obligations & Others: (Through Milk Assignments)**
US Clerk   16,250.00
ADM   750.00
FFIL (Medical insurance)   250.00
ORIL   (Fine for spoiled Milk)   770.25
Trustee   -
 **Total Obligations, & Others:**   18,020.25

**Net Income:**   721.90

Exhibit B

CASE N° 22-02380 ESL

**BUDGET LAS MARTAS, INC.**
**JANUARY 2023**
55 Cows in Milk Production Averaging 12.5 lts/cow
9,625 Lts Biweekly 16.4% Milk Quota

| | |
|---|---|
| Cows Culled: 0 | Milk Quota: 58,700 lts biweekly |
| Dry Cows: 19 | Pooled Price: 84¢/lt |

**INCOME:** $
**Milk Sales:** 19,250.00/28 days @ 84¢/lt   16170.00
ADEA Incentives. Milk Quality Premium   0.00
Sale of Culled Cows & Male Calves, Heifers   2000.00
Sale of hay   7750.00
Money in bank and on hand   <mark>721.90</mark>
    **Total Income:**   26,641.90

**Less Direct Costs:**
Feed   5,800.00
Medicines & Veterinary   275.00
Materials & Supplies   325.00
    **Total Direct Costs:**   6,400.00

**Less Operational Costs:**
Wages:   JMB 200.00/wk   Romero 250.00/wk   1,800.00
CFSE   0.00
IRS   943 PR   299.00
Department of Labor   216.00
Farm Maintenance & repairs   50.00
Milking Equipment   75.00
Farm Machinery   0.00
Car & Truck   50.00
Fuel   340.00
Miscellaneous: Meals & Others ATH & Cash   75.00
Utilities   AEE   0.00
Farm Lease   Juan Manuel Barreto   0.00
Professional Services, Renew licenses   CPA   240.00
Lab. Milk Samples   12.00
Bank charges   18.00
    **Total Operational Costs:**   3,175.00

**Capital Expenditures: Purchase of Heifer**   0.00

**Less Obligations & Others: (Through Milk Assignments)**
US Clerk   16,250.00
ADM   -
FFIL (Medical insurance)   -
ORIL   (Fine for spoiled Milk)   616.20
Trustee   -
    **Total Obligations, & Others:**   16,866.20

**Net Income:**   200.70

CASE N° 22-02380 ESL

**BUDGET LAS MARTA, INC.**
**FEBRUARY 2023**
55 Cows in Milk Production Averaging 12.5 lts/cow
9,625 Lts Biweekly 16.4% Milk Quota

| | |
|---|---|
| Cows Culled: 0 | Milk Quota: 58,700 lts biweekly |
| Dry Cows: 19 | Pooled Price: 84¢/lt |

**INCOME:** $
**Milk Sales:** 19,250.00/28 days @ 84¢/lt        16170.00
Money Disbursed by Suiza Dairy/Escrow             48000.00
Sale of Culled Cows & Male Calves                     50.00
Sale of hay                                        4000.00
Money in bank and on hand                           200.70
    **Total Income:**                            68,420.70

**Less Direct Costs:**
Feed                                              5,800.00
Medicines & Veterinary                              275.00
Materials & Supplies                                325.00
    **Total Direct Costs:**                       6,400.00

**Less Operational Costs:**
Wages:    JMB 200.00/wk   Romero 250.00/wk        1,800.00
CFSE                                              1,404.00
IRS                 943 PR                          299.00
Department of Labor                                   0.00
Farm Maintenance & repairs                           50.00
Milking Equipment                                    75.00
Farm Machinery                                        0.00
Car & Truck                                          50.00
Fuel                                                340.00
Miscellaneous: Meals & Others ATH & Cash             75.00
Utilities                AEE                          0.00
Farm Lease              Juan Manuel Barreto           0.00
Professional Services, Renew licenses    CPA        240.00
Lab. Milk Samples                                    12.00
Bank charges                                         18.00
    **Total Operational Costs:**                  4,363.00

**Capital Expenditures: Purchase of Heifer**     18,000.00
10 Fresh Heifers @ $1,800.00 each

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5                                         1,956.00
SBA                                                 526.00
ORIL      (Fine for spoiled Milk)                   616.20
Trustee                                           2,500.00
    **Total Obligations, & Others:**              5,598.20

**Net Income:**                                  34,059.50

CASE N° 22-02380 ESL

**BUDGET LAS MARTAS, INC.**
MARCH 2023
65 Cows in Milk Production Averaging 13 lts/cow
11,830.00 Lts Biweekly 20.15% Milk Quota

Enter: 10 Fresh Purchased Replacement Heifers
Cows Culled: 0
Dry Cows: 19

Milk Quota: 58,700 lts biweekly
Pooled Price: 84¢/lt

**INCOME:** $
**Milk Sales:** 29,575 lts/35 days @ 84¢/lt 24843.00
ADEA Wage Subsidy 58,172 lts @ 2 1163.00
Sale of Culled Cows & Male Calves 50.00
Sale of hay Debtor Will Need to Feed hay to his Own Herd 2500.00
Money in bank and on hand 34059.50
    **Total Income:** 62,615.50

**Less Direct Costs:**
Feed 65 cows 20 lbs/day @ $23.00/hundredwieght 13,100.00
Medicines & Veterinary 375.00
Materials & Supplies 375.00
    **Total Direct Costs:** 13,850.00

**Less Operational Costs:**
Wages: Wage Increase Juan Manuel Barreto 3,750.00
CFSE 0.00
IRS 943 PR 299.00
Department of Labor 0.00
Farm Maintenance & repairs 50.00
Milking Equipment 75.00
Farm Machinery 0.00
Car & Truck 50.00
Fuel 440.00
Miscellaneous: Meals & Others ATH & Cash 75.00
Utilities AEE 550.00
Farm Lease Juan Manuel Barreto $500.00/wk 3,000.00
Professional Services, Renew licenses CPA 240.00
Lab. Milk Samples 12.00
Bank charges 18.00
    **Total Operational Costs:** 8,559.00

**Capital Expenditures: Purchase of Heifer** 18,000.00
10 Fresh Heifers @ $1,800.00 each

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5 5 wks 2,445.00
SBA 526.00
ORIL (Fine for spoiled Milk) 5 wks 770.25
Trustee 5 wks 3,125.00
**Total Obligations, & Others:** 6,866.25

**Net Income:** 15,340.25

CASE N° 22-02380 ESL

BUDGET LAS MARTAS, INC.
APRIL 2023
85 Cows in Milk Production Averaging 14 lts/cow
16,660 Lts Biweekly 28.38% Milk Quota

Enter: 10 Purchased Replacement Heifers
Enter 12 Heifers Raised by Debtor
Cows Culled: 0
Dry Cows: 24

Milk Quota: 58,700 lts biweekly
Pooled Price: 84¢/lt

| | | $ |
|---|---|---:|
| **INCOME:** | | |
| **Milk Sales:** | 33,320 Llts/28 days @ 84¢/lt | 27989.00 |
| Sale of Culled Cows & Male Calves | | 50.00 |
| Sale of hay Debtor will Need to Feed Hay to his Own Herd | | 2000.00 |
| Money in bank and on hand | | 15340.25 |
| **Total Income:** | | 45,379.25 |

**Less Direct Costs:**
| | | |
|---|---|---:|
| Feed | 85 cows 20 lbs/day @ $23.00/hundredwieght | 11,000.00 |
| Medicines & Veterinary | | 375.00 |
| Materials & Supplies | | 375.00 |
| **Total Direct Costs:** | | 11,750.00 |

**Less Operational Costs:**
| | | |
|---|---|---:|
| Wages: | Wage Increase Juan Manuel Barreto | 2,600.00 |
| CFSE | | 0.00 |
| IRS | 943 PR | 299.00 |
| Department of Labor | | 216.00 |
| Farm Maintenance & repairs | | 200.00 |
| Milking Equipment | | 175.00 |
| Farm Machinery | | 200.00 |
| Car & Truck | | 150.00 |
| Fuel | | 440.00 |
| Miscellaneous: Meals & Others ATH & Cash | | 75.00 |
| Utilities | AEE | 550.00 |
| Farm Lease Juan Manuel Barreto | $500.00/wk | 2,000.00 |
| Professional Services, Renew licenses | Tax Return | 500.00 |
| Lab. Milk Samples | | 12.00 |
| Bank charges | | 18.00 |
| **Total Operational Costs:** | | 7,435.00 |

**Capital Expenditures: Purchase of Heifer**          9,000.00
Purchase of 5 Replacement Heifers @ $1,800.00 each

**Less Obligations & Others: (Through Milk Assignments)**
| | |
|---|---:|
| Condado 5 | 1,956.00 |
| SBA | 526.00 |
| ORIL   (Fine for spoiled Milk) | 616.20 |
| Trustee | 2,500.00 |
| **Total Obligations, & Others:** | 5,598.20 |

**Net Income:**          11,596.05

CASE N° 22-02380 ESL

BUDGET LAS MARTAS, INC.
MAY 2023
85 Cows in Milk Production Averaging 14 lts/cow
16,660 Lts Biweekly 28.38% Milk Quota

Enter 5 Replacement Heifers
Cows Culled: 0
Dry Cows: 29

Milk Quota: 58,700 lts biweekly
Pooled Price: 84¢/lt

**INCOME:**                                                                                 $
**Milk Sales:**        33,320 Llts/28 days @ 84¢/lt                 27989.00

Sale of Culled Cows & Male Calves                                          50.00
Sale of hay  Debtor will Need to Feed Hay to his Own Herd   1500.00
Money in bank and on hand                                                   11596.05
         **Total Income:**                                                          41,135.05

**Less Direct Costs:**
Feed        85 cows 21 lbs/day @ $23.00/hundredwieght    11,500.00
Medicines & Veterinary                                                             375.00
Materials & Supplies                                                                 375.00
         **Total Direct Costs:**                                                 12,250.00

**Less Operational Costs:**
Wages:     JMB $500.00/wk  Romero $300.00/wk           3,200.00
CFSE                                                                                         0.00
IRS                          943 PR                                                     537.00
Department of Labor                                                                  0.00
Farm Maintenance & repairs                                                   200.00
Milking Equipment                                                                  175.00
Farm Machinery                                                                      200.00
Car & Truck                                                                             150.00
Fuel                                                                                          440.00
Miscellaneous: Meals & Others ATH & Cash                            75.00
Utilities                        AEE                                                     700.00
Farm Lease  Juan Manuel Barreto         $500.00/wk     2,000.00
Professional Services, Renew licenses        CPA           240.00
Lab. Milk Samples                                                                     12.00
Bank charges                                                                            18.00
         **Total Operational Costs:**                                        7,947.00

**Capital Expenditures: Purchase of Heifer**              9,000.00
Purchase of 5 replacement Heifers @ $1,800.00 Each

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5                                                                          1,956.00
SBA                                                                                     526.00
ORIL         (Fine for spoiled Milk)                                          616.20
Trustee                                                                              2,500.00
         **Total Obligations, & Others:**                                5,598.20

**Net Income:**                                                                6,339.85

CASE N° 22-02380 ESL

BUDGET LAS MARTAS, INC.
MAY 2023
88 Cows in Milk Production Averaging 14 lts/cow
17,248 Lts Biweekly 29.38% Milk Quota

Entered 5 Replacement Heifers Purchased in May
Cows Culled: 0
Dry Cows: 26

Milk Quota: 58,700 lts biweekly
Pooled Price: 84¢/lt

**INCOME:** $
**Milk Sales:** 43,120 Llts/35 days @ 84¢/lt  36221.00
ADEA Wage Subsidy 64,475 lts @ 2¢/lt  1290.00
Sale of Culled Cows & Male Calves  50.00
Sale of hay  Debtor will Need to Feed Hay to his Own Herd  1500.00
Money in bank and on hand  6339.85
**Total Income:**  45,400.85

**Less Direct Costs:**
Feed  88 cows 21 lbs/day @ $23.00/hundredwieght  14,900.00
Medicines & Veterinary  425.00
Materials & Supplies  425.00
**Total Direct Costs:**  15,750.00

**Less Operational Costs:**
Wages: JMB $500.00/wk Romero $300.00/wk  4,000.00
CFSE  0.00
IRS  943 PR  537.00
Department of Labor  0.00
Farm Maintenance & repairs  200.00
Milking Equipment  250.00
Farm Machinery  200.00
Car & Truck  150.00
Fuel  540.00
Miscellaneous: Meals & Others ATH & Cash  75.00
Utilities  AEE  850.00
Farm Lease  Juan Manuel Barreto  $500.00/wk  2,500.00
Professional Services, Renew licenses  CPA  240.00
Lab. Milk Samples  20.00
Bank charges  18.00
**Total Operational Costs:**  9,580.00

**Capital Expenditures: Purchase of Heifer**  0.00

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5  5 WKS  2,445.00
SBA  526.00
ORIL  (Fine for spoiled Milk)  5 WKS  770.25
Trustee  5 WKS  3,125.00
**Total Obligations, & Others:**  6,866.25

**Net Income:**  13,204.60

CASE N° 22-02380 ESL  BUDGET LAS MARTAS, INC.
MAY 2023
88 Cows in Milk Production Averaging 14 lts/cow
17,248 Lts Biweekly 29.38% Milk Quota

| | |
|---|---|
| Cows Culled: 0 | Milk Quota: 58,700 lts biweekly |
| Dry Cows: 26 | Pooled Price: 84¢/lt |

**INCOME:**  $
**Milk Sales:**       34,496 Llts/28 days @ 84¢/lt       28977.00

Sale of Culled Cows & Male Calves                        50.00
Sale of hay  Debtor will Need to Feed Hay to his Own Herd  1500.00
Money in bank and on hand                             13204.60
   **Total Income:**                                    43,731.60

**Less Direct Costs:**
Feed    88 cows 21 lbs/day @ $23.00/hundredwieght    12,000.00
Medicines & Veterinary                                  425.00
Materials & Supplies                                    425.00
   **Total Direct Costs:**                            12,850.00

**Less Operational Costs:**
Wages:    JMB $500.00/wk  Romero $300.00/wk           3,200.00
CFSE                                                  1,368.00
IRS                  943 PR                             671.00
Department of Labor                                     388.00
Farm Maintenance & repairs                              200.00
Milking Equipment                                       250.00
Farm Machinery                                          200.00
Car & Truck                                             150.00
Fuel                                                    540.00
Miscellaneous: Meals & Others ATH & Cash                 75.00
Utilities            AEE                                850.00
Farm Lease  Juan Manuel Barreto    $500.00/wk         2,000.00
Professional Services, Renew licenses   CPA             240.00
Lab. Milk Samples                                        20.00
Bank charges                                             18.00
   **Total Operational Costs:**                       10,170.00

**Capital Expenditures: Purchase of Heifer**              0.00

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5                                             1,956.00
SBA                                                     526.00
ORIL       (Fine for spoiled Milk)                      616.20
Trustee                                               2,500.00
   **Total Obligations, & Others:**                   5,598.20

**Net Income:**                                      15,113.40

CASE N° 22-02380 ESL

**BUDGET LAS MARTAS, INC.**
ONE YEAR AUGUST 2023-JULY 2024
88 Cows in Milk Production Averaging 14 lts/cow
17,248 Lts Biweekly 29.38% Milk Quota

Enter 15 Replacement Heifers raised by Debtor
Cows Culled: 8                    Milk Quota: 58,700 lts biweekly
Dry Cows: 33                      Pooled Price: 84¢/lt

**INCOME:**                                                                          $
**Milk Sales:**           448,448 lts 26 biweekly Periods @ 84¢/lt        376696.00
ADEA Wage Subsidy        2¢/lt                                              8969.00
Sale of Culled Cows & Male Calves                                           2200.00
Sale of hay  Debtor will Need to Feed Hay to his Own Herd                  12000.00
Money in bank and on hand                                                  15113.40
        **Total Income:**                                                 414,978.40

**Less Direct Costs:**
Feed        88 cows 21 lbs/day @ $23.00/hundredwieght       155,200.00
Medicines & Veterinary                                        5,400.00
Materials & Supplies                                          5,400.00
        **Total Direct Costs:**                             166,000.00

**Less Operational Costs:**
Wages:     JMB $500.00/wk  Others 600.00/wk                  57,200.00
CFSE                                                          3,400.00
IRS                  943 PR                                   8752.00
Department of Labor                                             500.00
Farm Maintenance & repairs                                    2,400.00
Milking Equipment                                             3,500.00
Farm Machinery                                                5,000.00
Car & Truck                                                   2000.00
Fuel                                                          6,480.00
Miscellaneous: Meals & Others ATH & Cash                      2000.00
Utilities                AEE           875.00/M              10,500.00
Farm Lease  Juan Manuel Barreto        $500.00/wk            26,000.00
Professional Services, Renew licenses  CPA                   3530.00
Lab. Milk Samples                                               240.00
Bank charges                                                    220.00
        **Total Operational Costs:**                        131,722.00

**Capital Expenditures: Purchase of Heifer**                      0.00

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5   $4,150.00/month          $1,037.50/wk            53,950.00  Includes Months of 5 wks as Suiza is weekly
SBA                                                           6,312.00
ORIL        (Fine for spoiled Milk)                           8,011.00  Includes Months of 5 wks as Suiza is weekly
Trustee     2,500.00 x 6     3,000 x 6                       35,750.00  Includes Months of 5 wks as Suiza is weekly
        **Total Obligations, & Others:**                    104,023.00

**Net Income:**                                              13,233.40

CASE N° 22-02380 ESL

**BUDGET LAS MARTAS, INC.**
ONE YEAR AUGUST 2024-JULY 2025
99 Cows in Milk Production Averaging 14 lts/cow
19,404Lts Biweekly 33.06% Milk Quota

Debtor will raise Replacement Heifers to Cover Cull and Replacement Rates
Enter: 21 Replacement Heifers Raised by Debtpr
Cows Culled: 10                          Milk Quota: 58,700 lts biweekly
Dry Cows: 30                             Pooled Price: 84¢/lt

**INCOME:**                                                                $
**Milk Sales:**        504,504 lts 26 biweekly Periods @ 84¢/lt      423783.00
ADEA Wage Subsidy      2¢/lt                                          10090.00
Sale of Culled Cows & Male Calves                                      2200.00
Sale of hay  Debtor will Need to Feed Hay to his Own Herd             12000.00
Money in bank and on hand                                             13233.40
        **Total Income:**                                            461,306.40

**Less Direct Costs:**
Feed        99 cows 21 lbs/day @ $23.50/hundredwieght                178,326.00
Medicines & Veterinary                                                 5,700.00
Materials & Supplies                                                   5,700.00
        **Total Direct Costs:**                                      189,726.00

**Less Operational Costs:**
Wages:    JMB $500.00/wk   Others: 700.00/wk                          62,400.00
CFSE                                                                   3,744.00
IRS                       943 PR                                       9547.00
Department of Labor                                                      500.00
Farm Maintenance & repairs                                             2,800.00
Milking Equipment                                                      3,960.00
Farm Machinery                                                         5,670.00
Car & Truck                                                            2350.00
Fuel                                                                   7,380.00
Miscellaneous: Meals & Others ATH & Cash                               2290.00
Utilities                 AEE      1,00.00/M                          12,000.00
Farm Lease  Juan Manuel Barreto    $500.00/wk                         26,000.00
Professional Services, Renew licenses    CPA                           4130.00
Lab. Milk Samples                                                        300.00
Bank charges                                                             220.00
        **Total Operational Costs:**                                 143,291.00

**Capital Expenditures: Purchase of Heifer**                               0.00

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5   $4,150.00/month              $1,037.50/wk     53,950.00  Includes Months of 5 wks as Suiza is weekly
SBA                                                        6,312.00
ORIL       (Fine for spoiled Milk)                         8,011.00  Includes Months of 5 wks as Suiza is weekly
Trustee    3,000 x 6        3,500 x 6                     42,250.00  Includes Months of 5 wks as Suiza is weekly
**Total Obligations, & Others:**                         110,523.00

**Net Income:**                                           17,766.40

CASE N° 22-02380 ESL

**BUDGET LAS MARTAS, INC.**
ONE YEAR AUGUST 2024-JULY 2025
106 Cows in Milk Production Averaging 14 lts/cow
20,776 Lts Biweekly 35.39% Milk Quota

Debtor will raise Replacement Heifers to Cover Cull and Replacement Rates
Enter: 21 Replacement Heifers Raised by Debtpr
Cows Culled/Die: 18
Dry Cows: 35

Milk Quota: 58,700 lts biweekly
Pooled Price: 84¢/lt

| | | $ |
|---|---|---|
| **INCOME:** | | |
| **Milk Sales:** | 540,176 lts 26 biweekly Periods @ 84¢/lt | 453748.00 |
| ADEA Wage Subsidy | 2¢/lt | 10804.00 |
| Sale of Culled Cows & Male Calves | | 5400.00 |
| Sale of hay  Debtor will Need to Feed Hay to his Own Herd | | 12000.00 |
| Money in bank and on hand | | 17766.40 |
| **Total Income:** | | 499,718.40 |

| **Less Direct Costs:** | | |
|---|---|---|
| Feed | 106 cows 21 lbs/day @ $24.75/hundredwieght | 201,091.00 |
| Medicines & Veterinary | | 5,900.00 |
| Materials & Supplies | | 5,900.00 |
| **Total Direct Costs:** | | 212,891.00 |

| **Less Operational Costs:** | | | |
|---|---|---|---|
| Wages: | JMB $600.00/wk Others:800.00/wk | | 72,800.00 |
| CFSE | | | 4,727.00 |
| IRS | 943 PR | | 12053.00 |
| Department of Labor | | | 840.00 |
| Farm Maintenance & repairs | | | 3,000.00 |
| Milking Equipment | | | 4,200.00 |
| Farm Machinery | | | 6,000.00 |
| Car & Truck | | | 2500.00 |
| Fuel | | | 7,500.00 |
| Miscellaneous: Meals & Others ATH & Cash | | | 2450.00 |
| Utilities | AEE | 1,100.00/M | 13,200.00 |
| Farm Lease  Juan Manuel Barreto | | $500.00/wk | 26,000.00 |
| Professional Services, Renew licenses | | CPA | 4420.00 |
| Lab. Milk Samples | | | 300.00 |
| Bank charges | | | 220.00 |
| **Total Operational Costs:** | | | 160,210.00 |

**Capital Expenditures: Purchase of Heifer**   18,000.00
Purchase of 9 Replacement Heifers @ $2,000.00 Each

**Less Obligations & Others: (Through Milk Assignments)**

| Condado 5 | $4,150.00/month | $1,037.50/wk | 53,950.00 | Includes Months of 5 wks as Suiza is weekly |
|---|---|---|---|---|
| SBA | | | 6,312.00 | |
| ORIL | (Fine for spoiled Milk) | | 8,011.00 | Includes Months of 5 wks as Suiza is weekly |
| Trustee | 3,500.00 x 6 | $875.00/wk | 22,750.00 | Includes Months of 5 wks as Suiza is weekly |
| **Total Obligations, & Others:** | | | 91,023.00 | |

**Net Income:**                                                                 17,594.40