IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LAS MARTAS INC<br><br><br>66-0541863<br><br><br>Debtor | CASE NO. 22-02380-ESL12<br>Chapter 12<br><br><br><br><br>FILED & ENTERED ON DEC/28/2022 |

ORDER

The urgent motion filed by Suiza Dairy, Inc. requesting permission to consign with the Court the bi-weekly payments due to Las Martas, Inc. (docket #91) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28 day of December, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge