CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| DANIEL M PRESS<br>CHUNG & PRESS PC<br>6718 WHITTIER AVE STE 200<br>MCLEAN, VA 22101 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LAS MARTAS INC<br>HC 05 BOX 91635<br>ARECIBO, PR 00612 |
| ADM ALLIANCE NUTRITION OF PR LLC<br>PO BOX 908<br>HATILLO, PR 00659-0908 | AUTORIDAD DE TIERRAS DE PR<br>PO BOX 9745<br>SAN JUAN, PR 00908 |
| CONDADO 5 LLC<br>C/O GUSTAVO A CHICO BARRIS<br>PO BOX 195168<br>SAN JUAN, PR 00919-5168 | CONDADO 5 LLC<br>PO BOX 190058<br>SAN JUAN, PR 00919 |
| CONDADO 5 LLC<br>C/O SONIA COLON COLON<br>FERRAIUOLI<br>PO BOX 195168 | CONDADO 5, LLC<br>C/O TOMAS F BLANCO-PEREZ<br>FERRAIUOLI<br>PO BOX 195168 |
| DEPARTAMENTO DE AGRICULTURA<br>PO BOX 10163<br>SAN JUAN, PR 00908 | DEPARTMENT OF LABOR<br>PR DEPARTMENT OF LABOR<br>PO BOX 195540<br>SAN JUAN, PR 00919 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION<br>PO BOX 9024140 OFFICE 424-B<br>SAN JUAN, PR 00902-4140 | FEP INC<br>BOX 10163<br>SAN JUAN, PR 00908 |
| FONDO FOMENTO INDUSTRIA LECHERA<br>PO BOX 360454<br>SAN JUAN, PR 00936 | INTERNAL REVENUE SERVICE<br>CITY VIEW PLAZA II<br>48 CARR 165 SUITE 2000<br>GUAYNABO, PR 00968 |
| LA MORALES & ASOCIADOS PSC<br>URB VILLA BLANCA<br>76 AQUAMARINA<br>CAGUAS, PR 00725 | LUMA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 |
| LUMA<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR 00936 | NUTRIOMIX FEED CO INC<br>PO BOX 11433<br>SAN JUAN, PR 00922 |

| | |
|---|---|
| PATRICIA GALINDEZ<br>PO BOX 2453<br>MOCA, PR 00676 | PREPA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 |
| PREPA<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 | STATE INSURANCE FUND<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| SUIZA DAIRY INC<br>C/O GODREAU & GONZALEZ LLC<br>PO BOX 9024176<br>SAN JUAN, PR 00902-4176 | US SMALL BUSINESS ADMINISTRATION<br>DENVER FINANCE CENTER<br>721 19th STREET<br>DENVER, CO 80202 |
| US SMALL BUSINESS ADMINISTRATION<br>C/O PEDRO JAIME LOPEZ-BERGOLLO<br>273 AVE PONCE DE LEON SUITE 510<br>PLAZA 273 | |

DATED: January 26, 2023

Alexandra Rodriguez

OFFICE OF THE CHAPTER 13 TRUSTEE