IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> LAS MARTAS INC <br><br> 66-0541863 <br><br> Debtor | CASE NO. 22-02380-ESL12 <br> Chapter 12 <br><br><br><br> FILED & ENTERED ON FEB/02/2023 |

ORDER AND NOTICE TO RESCHEDULE EVIDENTIARY HEARING

The motion filed by Condado 5, LLC requesting a continuance of the evidentiary hearing scheduled for March 30, 2023 and March 31, 2023 (docket #97) is hereby granted. The evidentiary hearing to consider: Motion to dismiss filed by Condado 5 LLC (Docket #22); Debtor's response (Docket #37); Condado 5 LLC Reply (Docket #47); Order to show cause re dismissal entered on December 5, 2022 (Docket #65) and Debtor's response to the Order to show cause filed on December 19, 2022 (Docket #83) is hereby rescheduled for June 15, 2023 and June 16, 2023 at 9:30 a.m at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Fed. Bldg. & U.S. Courthouse, 300 Recinto Sur, Courtroom No. 2, Floor 2, San Juan, Puerto Rico.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2 day of February, 2023.

*Enrique S. Lamoutte*
United States Bankruptcy Judge