**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**LAS MARTAS INC**
**dba VAQUERIA LAS MARTAS**

**66–0541863**

Debtor(s)

Case No. **22–02380 ESL**

Chapter **12**

FILED & ENTERED ON 2/17/23

***ORDER***

The motion filed by Centro de Recaudacion de Ingresos Municipales requesting to withdraw claim#7 (docket #107) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, February 17, 2023 .

Enrique S. Lamoutte
United States Bankruptcy Judge