**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**LAS MARTAS INC**<br>**dba VAQUERIA LAS MARTAS**<br><br>**66–0541863**<br><br>Debtor(s) | Case No. **22–02380 ESL**<br><br>Chapter **12**<br><br>FILED & ENTERED ON 10/17/23 |

***ORDER***

The motion filed by Condado 5, LLC requesting leave to file a reply to Debtor's response over withdrawal of consigned funds (docket #155) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, October 17, 2023 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge