# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

**BAP NO. PR 23-026**

**Bankruptcy Case No. 22-02380-ESL**

**LAS MARTAS, INC.,**
d/b/a Vaqueria Las Martas,
**Debtor.**

**LAS MARTAS, INC.,**
**Appellant,**

v.

**CONDADO 5, LLC, and**
**JOSÉ R. CARRIÓN, Chapter 12 Trustee,**
**Appellees.**

## JUDGMENT

This cause came to be heard on appeal from the United States Bankruptcy Court for the District of Puerto Rico. Upon consideration thereof, and in accordance with the Opinion entered of even date, it is hereby **ORDERED AND ADJUDGED** that the bankruptcy court's September 29, 2023 order dismissing Las Martas, Inc.'s chapter 12 bankruptcy case is hereby **VACATED** and this matter is **REMANDED** to the bankruptcy court for further proceedings consistent with the opinion.

FOR THE PANEL:

Dated: March 5, 2025        By:   /s/ Leslie C. Storm
                                  Leslie C. Storm, Clerk

cc:
By email: Hon. Enrique S. Lamoutte
CM/ECF: Clerk, U.S. Bankruptcy Court, District of Puerto Rico; and José Carrión, Esq.; Daniel Press, Esq.; Gustavo Chico-Barris, Esq.; Tomás Blanco-Pérez, Esq.; Sonia Colon, Esq.; Alexandra Rodríguez Díaz, Esq.; Monsita Lecaroz-Arribas, Esq.