IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| DEBTOR | |
| SUIZA DAIRY, INC | ADVERSARY PROCEEDING 22-00062-ESL |
| PLAINTIFF | |
| VS | FILED & ENTERED ON MAR/31/2025 |
| CONDADO 5, LLC | |
| DEFENDANT | |

<u>ORDER AND NOTICE</u>

A Status Conference hearing for the above cases, is hereby scheduled for June 9, 2025 at 10:00 AM via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedure for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31 day of March, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge