# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

_____

**BAP NO. PR 23-026**
_____

**Bankruptcy Case No. 22-02380-ESL**
_____

**LAS MARTAS, INC.,**
d/b/a Vaqueria Las Martas,
**Debtor.**

_____

**LAS MARTAS, INC.,**
Appellant,

v.

**CONDADO 5, LLC, and**
**JOSÉ R. CARRIÓN, Chapter 12 Trustee,**
Appellees.

_____

**MANDATE**
Entered: March 31, 2025

In accordance with the Judgment of March 5, 2025, and pursuant to Federal Rules of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

FOR THE PANEL:

Dated: March 31, 2025      By:    /s/ Leslie C. Storm
                                                Leslie C. Storm, Clerk

cc:
By email: Hon. Enrique S. Lamoutte
CM/ECF: Clerk, U.S. Bankruptcy Court, District of Puerto Rico; and José Carrión, Esq.;
Daniel Press, Esq.; Gustavo Chico-Barris, Esq.; Tomás Blanco-Pérez, Esq.; Sonia Colon, Esq.;
Alexandra Rodríguez Díaz, Esq.; Monsita Lecaroz-Arribas, Esq.