United States Bankruptcy Court
District of Puerto Rico

In re:  
LAS MARTAS INC  
    Debtor

Case No. 22-02380-ESL  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 31, 2025      Form ID: pdf001      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |
| intp | + | SUIZA DAIRY, INC., Godreau & Gonzalez Law, PO Box 9024176, San Juan, PR 00902-4176, UNITED STATES 00902-4176 |
| cd | | US SMALL BUSINESS ADMINISTRATION, 273 PONCE DE LEON AVE SUITE 510, PLAZA 273, SAN JUAN, PR 00917-1930 |
| 5023739 | | ADM Alliance Nutrition of PR, PO Box 908, Hatillo, PR 00659-0908 |
| 5026610 | + | Autoridad de Tierras de Puerto Rico, PO Box 9745, San Juan, PR 00908-0745 |
| 5023740 | + | Condado 5 LLC, PO Box 190085, San Juan, PR 00919-0085 |
| 5023741 | | DOL, TAX DIVISION, PO BOX 191020, San Juan, PR 00919-1020 |
| 5023743 | + | ELA Dept of Agriculture, Box 10163, San Juan, PR 00908-1163 |
| 5023745 | + | ELA Land Authority, PO Box 9745, San Juan, PR 00908-0745 |
| 5023746 | + | FEP Inc, Box 10163, San Juan, PR 00908-1163 |
| 5023747 | | FERRALUOLI LLC, Luis G Parrilla Hernandez Esq, PO Box 195168, San Juan, PR 00919-5168 |
| 5023748 | + | Fondo Fomento Industria Lechera, 198 Calle Chardon, San Juan, PR 00918-1744 |
| 5023750 | + | L.A. Morales & Asociados PSC, Urb Villa Blanca, 76 Aquamarina, Caguas, PR 00725-1908 |
| 5028800 | + | LUMA, REVENUE PROTECTION, PO BOX 364267, SAN JUAN, PR 00936-4267 |
| 5023751 | + | Luma, PO Box 362983, San Juan, PR 00936-2983 |
| 5023752 | + | Nutrimix Feed Co Inc., PO Box 11433, San Juan, PR 00922-1433 |
| 5023753 | + | ORIL, Puerto Rico Dept of Agriculture, PO Box 10163, San Juan, PR 00908-1163 |
| 5023755 | + | PREPA (Luma), PO BOX 364267, San Juan, PR 00936-4267 |
| 5023754 | + | Patricia Galindez, PO Box 2453, Moca, PR 00676-2453 |
| 5023757 | + | SBA GENERAL COUNSEL, 409 3RD STREET SW, WASHINGTON, DC 20416-0005 |
| 5023758 | | SBA PR District Office, 273 P de Leon Ave, Plaza 273 Ste 510, San Juan, PR 00917 |
| 5023760 | | Suiza Dairy Corp., 940 Av. Jos de Diego, San Juan, PR 00921 |
| 5023761 | + | US Attorney, Torre Chard n, Suite 1201, 350 Carlos Chard n Street, San Juan, PR 00918-2124 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Mar 31 2025 18:53:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Mar 31 2025 18:53:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Mar 31 2025 18:53:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Mar 31 2025 18:53:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 5059462 | | Email/Text: cfigueroa@crimpr.net | Mar 31 2025 18:53:00 | CRIM, PO BOX 195387, SAN JUAN PR 00919-5387 |
| 5023742 | + | Email/Text: bankruptcy@hacienda.pr.gov | Mar 31 2025 18:53:00 | Dpto de Hacienda, PO Box 9024140, San Juan, PR 00902-4140 |
| 5023744 | | Email/Text: bankruptcy@hacienda.pr.gov | Mar 31 2025 18:53:00 | ELA DEPT OF TREASURY, Bankruptcy Div #424 B, PO BOX 9024140, San Juan, PR |

Case:22-02380-ESL12 Doc#:193 Filed:04/02/25 Entered:04/03/25 00:42:20 Desc: Imaged Certificate of Notice Page 2 of 4

| District/off: 0104-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2025 | Form ID: pdf001 | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| 5023749 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2025 18:53:00 | 00902-4140<br>IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5044322 | + Email/Text: Quiebras@trabajo.pr.gov | Mar 31 2025 18:53:00 | Puerto Rico Department of Labor, Collection Unit - 12th Floor, PO Box 195540, San Juan PR 00919-5540 |
| 5023756 | Email/Text: PDELINQ@sba.gov | Mar 31 2025 18:53:00 | SBA, Disaster Assist Proc & Dist Ctr, 14925 Kingport Rd, Fort Worth, TX 76155-2243 |
| 5023759 | Email/Text: wcaraballo@fondopr.com | Mar 31 2025 18:53:00 | SIF, PO Box 365028, SAN JUAN, PR 00936-5028 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CONDADO 5 LLC |
| cr | * | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 02, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
    on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
    on behalf of Creditor CRIM cfigueroa@crimpr.net  cpfbkcy@gmail.com

DANIEL MARK PRESS
    on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
    on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
    edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES
    EBNMAIL@CH13-PR.COM

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
    on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE

| District/off: 0104-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2025 | Form ID: pdf001 | Total Noticed: 34 |

    on behalf of Interested Party SUIZA DAIRY INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON

    on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ

    on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
    tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| DEBTOR | |
| | |
| SUIZA DAIRY, INC | ADVERSARY PROCEEDING 22-00062-ESL |
| PLAINTIFF | |
| VS | FILED & ENTERED ON MAR/31/2025 |
| CONDADO 5, LLC | |
| DEFENDANT | |

ORDER AND NOTICE

    A Status Conference hearing for the above cases, is hereby scheduled for June 9, 2025 at 10:00 AM via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedure for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov.

    The Clerk shall give notice to all parties in interest.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 31 day of March, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge