United States Bankruptcy Court
District of Puerto Rico

In re:  
LAS MARTAS INC  
    Debtor

Case No. 22-02380-ESL  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 3  
Date Rcvd: Jun 10, 2025     Form ID: pdf001     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |
| intp | + | SUIZA DAIRY, INC., Godreau & Gonzalez Law, PO Box 9024176, San Juan, PR 00902-4176, UNITED STATES 00902-4176 |
| cd |   | US SMALL BUSINESS ADMINISTRATION, 273 PONCE DE LEON AVE SUITE 510, PLAZA 273, SAN JUAN, PR 00917-1930 |
| 5023739 |   | ADM Alliance Nutrition of PR, PO Box 908, Hatillo, PR 00659-0908 |
| 5026610 | + | Autoridad de Tierras de Puerto Rico, PO Box 9745, San Juan, PR 00908-0745 |
| 5023740 | + | Condado 5 LLC, PO Box 190085, San Juan, PR 00919-0085 |
| 5023741 |   | DOL, TAX DIVISION, PO BOX 191020, San Juan, PR 00919-1020 |
| 5023743 | + | ELA Dept of Agriculture, Box 10163, San Juan, PR 00908-1163 |
| 5023745 | + | ELA Land Authority, PO Box 9745, San Juan, PR 00908-0745 |
| 5023746 | + | FEP Inc, Box 10163, San Juan, PR 00908-1163 |
| 5023747 |   | FERRALUOLI LLC, Luis G Parrilla Hernandez Esq, PO Box 195168, San Juan, PR 00919-5168 |
| 5023748 | + | Fondo Fomento Industria Lechera, 198 Calle Chardon, San Juan, PR 00918-1744 |
| 5023750 | + | L.A. Morales & Asociados PSC, Urb Villa Blanca, 76 Aquamarina, Caguas, PR 00725-1908 |
| 5023751 | + | Luma, PO Box 362983, San Juan, PR 00936-2983 |
| 5023752 | + | Nutrimix Feed Co Inc., PO Box 11433, San Juan, PR 00922-1433 |
| 5023753 | + | ORIL, Puerto Rico Dept of Agriculture, PO Box 10163, San Juan, PR 00908-1163 |
| 5023754 | + | Patricia Galindez, PO Box 2453, Moca, PR 00676-2453 |
| 5023758 |   | SBA PR District Office, 273 P de Leon Ave, Plaza 273 Ste 510, San Juan, PR 00917 |
| 5023760 |   | Suiza Dairy Corp., 940 Av. Jos de Diego, San Juan, PR 00921 |
| 5023761 | + | US Attorney, Torre Chard n, Suite 1201, 350 Carlos Chard n Street, San Juan, PR 00918-2124 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: bankruptcy@hacienda.pr.gov | Jun 10 2025 18:41:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Jun 10 2025 18:41:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg |   | Email/Text: quiebra@justicia.pr.gov | Jun 10 2025 18:41:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg |   | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jun 10 2025 18:41:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 5059462 |   | Email/Text: cfigueroa@crimpr.net | Jun 10 2025 18:41:00 | CRIM, PO BOX 195387, SAN JUAN PR 00919-5387 |
| 5023742 | + | Email/Text: bankruptcy@hacienda.pr.gov | Jun 10 2025 18:41:00 | Dpto de Hacienda, PO Box 9024140, San Juan, PR 00902-4140 |
| 5023744 |   | Email/Text: bankruptcy@hacienda.pr.gov | Jun 10 2025 18:41:00 | ELA DEPT OF TREASURY, Bankruptcy Div #424 B, PO BOX 9024140, San Juan, PR 00902-4140 |
| 5023749 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2025 18:41:00 | IRS, Centralized Insolvency Operation, PO Box |

| District/off: 0104-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: pdf001 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | 7346, Philadelphia, PA 19101-7346 |
| 5028800 | | Email/Text: quiebras@lumapr.com | Jun 10 2025 18:41:00 | LUMA, REVENUE PROTECTION, PO BOX 364267, SAN JUAN, PR 00936 |
| 5023755 | | Email/Text: quiebras@lumapr.com | Jun 10 2025 18:41:00 | PREPA (Luma), PO BOX 364267, San Juan, PR 00936 |
| 5044322 | + | Email/Text: Quiebras@trabajo.pr.gov | Jun 10 2025 18:41:00 | Puerto Rico Department of Labor, Collection Unit - 12th Floor, PO Box 195540, San Juan PR 00919-5540 |
| 5023756 | | Email/Text: PDELINQ@sba.gov | Jun 10 2025 18:41:00 | SBA, Disaster Assist Proc & Dist Ctr, 14925 Kingport Rd, Fort Worth, TX 76155-2243 |
| 5023757 | + | Email/Text: bankruptcynotices@sba.gov | Jun 10 2025 18:41:00 | SBA GENERAL COUNSEL, 409 3RD STREET SW, WASHINGTON, DC 20416-0005 |
| 5023759 | | Email/Text: wcaraballo@fondopr.com | Jun 10 2025 18:41:00 | SIF, PO Box 365028, SAN JUAN, PR 00936-5028 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CONDADO 5 LLC |
| cr | * | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

**Name**          **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
         on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
         on behalf of Creditor CRIM cfigueroa@crimpr.net  cpfbkcy@gmail.com

DANIEL MARK PRESS
         on behalf of Cross Defendant CONDADO 5  LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
         on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
         edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES
         EBNMAIL@CH13-PR.COM

MONSITA LECAROZ ARRIBAS

| District/off: 0104-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: pdf001 | Total Noticed: 34 |

ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
   on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
   on behalf of Interested Party SUIZA DAIRY INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
   on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
   edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
   on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
   tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LAS MARTAS, INC.

    Debtor

CASE NO. 22-02380 (ESL)

CHAPTER 12

MINUTES OF STATUS CONFERENCE HELD ON JUNE 9, 2025,
AND ORDER

On March 31, 2025, the court entered an *Order and Notice* (dkt. #191) scheduling a status conference upon the *Order* and *Judgment* entered by the United States Bankruptcy Appellate Panel for the First Circuit (dkt. #190) vacating this court's *Opinion and Order* dismissing this case (dkt. #148).

PARTIES PRESENT

Daniel M. Press, Esq., Counsel for the Debtor

José R. Carrión, Esq., Chapter 12 Trustee (the "Trustee")

Alexandra Rodríguez, Esq., Counsel for the Trustee

Tomás Blanco, Esq., Counsel for Condado 5, LLC ("Condado")

DISCUSSION

The court initiated the hearing advancing to the parties that there are three basic questions that the parties should address: *Ubi Siamo*, that is, where the case stands at the present time; *Quo Vadis*, in what direction the Debtor intends to go; and, *Quo Modo*, how the Debtor intends to reach its goal. The court noted that the instant case is separate but related to the Chapter 11 case of Juan Manuel Barreto Ginorio ("Mr. Barreto"), Bankr. Case No. 23-03681, which was dismissed by this court and subsequently appealed. The court further noted that the United States District Court for the District of Puerto Rico entered an *Order* on March 31, 2025, in which the Debtor's *Appeal* was granted in part, denied in part, and the case remanded to this court (Bankr. Case No. 23-03681, dkt. #131). However, a footnote in the *Order* states that an opinion and order setting forth the grounds for remanding the case will follow, and that judgement will then be

entered (id., p. 1, n. 1). As of this date, the corresponding order and judgement have not been entered. See, e.g., Civil No. 24-1148 (ADC). This related case is important as Mr. Barreto is Debtor's president, the co-guarantor of the Condado loan, and owns the real property that guarantees the Condado loan and where Debtor conducts its business.

Counsel for the Debtor stated that the Debtor will commence filing monthly reports of operations and file an amended Chapter 12 Plan. A determination as to the distribution of the consigned funds and who will be retaining the proceeds of the sale of milk are critical to the outcome of the case and proceeding towards confirmation. Further, determining the Debtor's disposable income is critical to establishing the feasibility of any proposed plan.

Counsel for Condado stated that filing a motion to dismiss on bad faith grounds was being considered. He also agreed that based on current status of decisions in the case, the only collateral held by Condado in this case was the milk quota, and that the real property serving as collateral was owned by Debtor's president, Mr. Barreto. The court made it clear that the Debtor was entitled to the consigned funds as the same were the result of milk sales.

The Trustee stated that, as relevant here, there is a final judgment finding that Condado's lien does not extend to cows or milk proceeds; there is no stay of such order; Condado did not filed a bond pending a final determination; and, Condado received payments on account of milk sales following the dismissal of this case. The Trustee stated that funds from milk production belong to the Debtor and Condado must disclose the full amount it has received therefrom. The Trustee also stated that distribution of the consigned funds to the Debtor is critical to plan feasibility.

ORDER

After considering the statements made by the parties and upon the consensus of all parties, the court orders as follows:

1. Condado shall immediately cease collecting the Debtor's proceeds from the sale of milk.

2. Condado shall submit to the Debtor and the Trustee a detail of all funds received from milk proceeds of the Debtor since the filing of the petition within thirty (30) days.

3. The Debtor shall file a summary of its monthly operations since the dismissal of the case through May 2025 within thirty (30) days. Monthly reports of operations shall be filed thereafter in the ordinary course.

4. The Debtor and Condado shall file a Joint Report on the distribution of the consigned funds within thirty (30) days.

5. The Debtor shall file an amended Chapter 12 plan within ninety (90) days from the filing of the Joint Report.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of June 2024.

*Enrique S. Lamoutte*
United States Bankruptcy Judge