IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

Vaqueria Almeyda Inc                                    No.18-06068

Debtor                                                     Chapter 12

-----------------------------------------------

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

AND MOTION TO INFORM NO FURTHER PAYMENTS TO CONDADO 5 LLC

NOW COMES debtor, through undersigned counsel, and respectfully states and prays:

1.- Undersigned counsel enters his appearance in the above captioned case on behalf of Vaquería Tres Monjitas, Inc., (hereinafter VTM), and requests notice of all documents that will be filed in the above captioned case.

2.- VTM is a milk processing enterprise, and has been assigned by the Office for Regulation of the Milk Industry (Spanish acronym "ORIL"), the above captioned debtor, as one of the milk producing farmers whose milk it is to process.

3.- The debtor in this case had been assigned by ORIL to Suiza Dairy, the above captioned milk farmer and others were transferred to VTM.

4.- Today undersigned received a telephone call from Mr. Juan Manuel Barreto Ginorio, on behalf of debtor, requesting me my e-mail, which I provided.

5.- I was able to locate the number and title of this case, and found a Minute entered on June 10, 2025, which, among other matters, instructed Condado 5 LLC not to receive any proceeds from the sale of raw milk. I immediately contacted Vaquería Tres Monjitas, Inc., so to implement the Order of this Honorable Court by no issuing nor delivering any check from the proceeds of the purchase of raw milk to Condado 5 LLC.

1

IT IS THEREFORE respectfully requested that this Honorable Court admit undersigned as legal representative of Vaquería Tres Monjitas, Inc., and that his name be inserted in the matrix for notices by the Office of the Clerk of this Court.

In San Juan, Puerto Rico, June 24th, 2025.

/s/MAXIMILIANO TRUJILLO-GONZALEZ, ESQ.
US DC PR No. 122208
PMB 429
100 Grand Paseos Blvd Suite 112
San Juan PR 00926-5902
787-438-8802
maxtruj@gmail.com

CERTIFICATE OF SERVICE:

This motion shall be served on those parties that appear in the Electronic System of the Clerk's Office to receive electronic notices.

/S/ MAXIMIIANO TRUJILLO-GONZALEZ, ESQ.

2