IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-02380-ESL12 |
|---|---|
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON JUN/25/2025 |

ORDER

The debtor and parties-in-interest shall file a response to the Urgent motion staying any redirection, withholding or distribution of milk sale proceeds during the pendency of Condado's appeal and for consignment of proceeds pending resolution of the appeal filed by Condado 5, LLC (docket #202) within seven (7) days.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of June, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge