IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

Las Martas, Inc.                                                     No. 22-02380-ESL

Debtor                                                                    Chapter 12

-----------------------------------------------

REPLY TO ORDER DKT NO 205

NOW COMES Vaquerías Tres Monjitas, Inc., through undersigned counsel, and respectfully states and prays:

1.- This Honorable Court entered an Order on June 25, 2025 instructing the parties, and the parties in interest, as Vaquerías Tres Monjitas, Inc., to reply to the Urgent Motion filed by Condado 5 LLC, Dkt no 205.

2.- VTM is a milk processing enterprise, and has been assigned by the Office for Regulation of the Milk Industry (Spanish acronym "ORIL"), the above captioned debtor, as one of the milk producing farmers whose milk it is to process.

3.- The debtor in this case had been assigned by ORIL to Suiza Dairy, the above captioned milk farmer and others were transferred to VTM.

4.- VTM role in this case is only that of a purchaser of raw milk from debtor, which was assigned to VTM by ORIL, the Commonwealth of Puerto Rico agency in charge of the milk industry.

5.- VTM will retain all payments assigned to Condado 5 LLC until the Honorable Court determines the payee of the product of the sale of raw milk: the debtor, the trustee, Condado 5 LLC or the Clerk of the U.S. Bankruptcy Court for the District of Puerto Rico.

IT IS THEREFORE respectfully requested that this Honorable Court DEEMS the Order of June 25, 2025 COMPLIED WITH.

1

In San Juan, Puerto Rico, June 26th, 2025.

/s/MAXIMILIANO TRUJILLO-GONZALEZ, ESQ.
US DC PR No. 122208
PMB 429
100 Grand Paseos Blvd Suite 112
San Juan PR 00926-5902
787-438-8802
maxtruj@gmail.com

CERTIFICATE OF SERVICE:

This motion shall be served on those parties that appear in the Electronic System of the Clerk's Office to receive electronic notices.

/S/ MAXIMIIANO TRUJILLO-GONZALEZ, ESQ.

2