**EXHIBIT I**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE ARECIBO**

| | |
|---|---|
| CONDADO 5 LLC, <br><br> DEMANDANTE <br><br> VS. <br><br> LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS. <br><br> DEMANDADO | CIVIL NUM.: AR2021CV00693 <br><br> SOBRE: <br><br> COBRO DE DINERO Y EJECUCION DE HIPOTECA |

**MOCION EN SOLICITUD DE PRORROGA PARA CONTESTAR LA DEMANDA**

**AL HONORABLE TRIBUNAL:**

Comparece la parte demandada por derecho propio, y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que para la fecha del 14 de junio del 2021 fui emplazado en el presente caso.
2. Que al día de hoy estoy en tramites para poder contratar abogado.
3. Que solicito una prorroga de 30 días adicionales para poder contratar abogado que pueda asesorarme y contestar la demanda que me fue radicada.

POR TODO LO CUAL se solicita del Honorable Tribunal declare Ha Lugar la presente solicitud, con cualquier otro pronunciamiento que en derecho proceda.

**CERTIFICO:** Haber notificado a los abogados del demandante a través de este medio electrónico.

En Arecibo Puerto Rico, a 14 de julio del 2021.

RESPETUOSAMENTE SOMETIDO,

JUAN MANUEL BARRETO GINORIO

TEL.

| | |
|---|---|
| **From:** | noreply@ramajudicial.pr |
| **To:** | Luis Parrilla Hernández |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Tuesday, July 13, 2021 11:10:50 AM |

WARNING: External Sender.

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL GENERAL DE JUSTICIA
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA SUPERIOR DE ARECIBO

### NOTIFICACIÓN ELECTRÓNICA

La siguiente transacción se registró y archivó en autos el 13 DE JULIO DE 2021

Nombre de las partes:                                           Número del caso:   AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante    CARLOS J RUIZ GONZALEZ

Número de entrada en el expediente electrónico: 9

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN PR?RROGA presentada por LAS MARTAS, INC. y otros (CARLOS J RUIZ GONZALEZ).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr