**EXHIBIT II**

**Estado Libre Asociado de Puerto Rico**
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
**Sala Superior de Arecibo**

Condado 5 LLC
**Demandante**

Vs.

María Elena Hernández Ruiz
**Demandado**

Civil Núm. AR 2021 CV00693

SOBRE: Cobro de Dinero y Ejecucción de Hipotecas

## MOCIÓN POR DERECHO PROPIO

Al Honorable Tribunal:

Comparece por derecho propio   María Elena Hernández Ruiz
(nombre del peticionario)

al Honorable Tribunal muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

Por este medio le solicita al Honorable Tribunal una prórroga ya que no tengo representación legal y no puedo costear el mismo dadas mis circunstancias economicas no me lo permiten por tal razón solicito si es posible se me ayude con la asistencia legal atravez de servicios legales, les agradeciría si me pudieran ayudar en ambas asustos, sin otro particular quedo.

En Arecibo, Puerto Rico, a 28 de Julio de 2021.

**FIRMA**   X  María E. Hernández Ruiz
**Dirección postal:** ██████████

**AFIDAVIT NÚM.** _____   TEL. ██████████

Jurado y suscrito ante mí por María Elena Hernández Ruiz
de las circunstancias personales antes expresadas, a quien se identifica mediante Licencia
número ██████████ .

En Arecibo Puerto Rico, hoy día 28 de Julio de 2021

AÑADIR Y MARCAR SI TIENE CORREO ELECTRONICO:

X SI: ██████████

____ NO

Vivian Y. Fresse González
Secretario (a) del Tribunal
o Notario(a) Público(a)

SELLO

**Certifico haber enviado copia de la presente Moción por Derecho Propio al:**

Jessica Torres Casul
Por: Secretaria Auxiliar I
**Secretaria Auxiliar del Tribunal**

TEL ██████████

## **INSTRUCCIONES**

ANTE LA SITUACION DEL VIRUS COVID-19, COMO MEDIDA PREVENTIVA, USTED TENDRÁ LAS SIGUIENTES OPCIONES:

➢ UNA VEZ COMPLETE EL FROMULARIO **EN TODAS SUS PARTES,** INCLUYENDO:
- ❖ NÚMERO DE CASO
- ❖ NOMBRE DE LAS PARTES DEL CASO
- ❖ FIRMA
- ❖ DIRECCION POSTAL DE AMBAS PARTES

➢ SACAR 2 COPIAS DE DOCUMENTO COMPLETADO

➢ PUEDE DEPOSITAR EL ORIGINAL EN EL BUZÓN DE PRESENTACIONES, UBICADO EN LA CASETA DEL GUARDIA O AL FRENTE DE LA ENTRADA PRINCIPAL DEL TRIBUNAL.

➢ DEBE PONCHAR EL ORIGINAL Y LAS COPIAS, DE LAS CUALES ENVIARÁ UNA COPIA A LA OTRA PARTE Y UNA PARA USTED COMO EVIDENCIA DE LA PRESENTACIÓN DE LA MOCIÓN.

➢ EN LA ALTERNATIVA, PODRÁ REMITIR LA MOCIÓN POR CORREO POSTAL AL:

**PO BOX 6005**
**ARECIBO, PR 00613-6005**



$90.⁰⁰

**Sello**

5120
07/28/2021
$90.00

Sello de Rentas Internas
80004-2021-0728-95227005

80004-2021-0728-95227005

JUL 28 2021

| | |
|---|---|
| **From:** | noreply@ramajudicial.pr |
| **To:** | Eduardo Gonzalez |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA ENTRE PARTES AR2021CV00693 |
| **Date:** | Wednesday, July 28, 2021 2:02:40 PM |

WARNING: External Sender.

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### TRIBUNAL GENERAL DE JUSTICIA
### TRIBUNAL DE PRIMERA INSTANCIA
### SALA SUPERIOR DE ARECIBO

### NOTIFICACIÓN ELECTRÓNICA

La siguiente transacción se registró y archivó en autos el 28 DE JULIO DE 2021

Nombre de las partes:                    Número del caso:         AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante     MARÍA ELENA HERNÁNDEZ RUIZ
T/C/C MARÍA E. HERNÁNDEZ RUIZ POR
SÍ Y COMO MIEMBRO DE LA
SOCIEDAD LEGAL DE BIENES
GANANCIALES COMPUESTA CON SU
ESPOSO, JUAN BARRETO GINORIO

Número de entrada en el expediente electrónico: 11

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN MOCIÓN POR DERECHO PROPIO presentada por MARÍA ELENA HERNÁNDEZ RUIZ T/C/C
MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES
GANANCIALES COMPUESTA CON SU ESPOSO, JUAN BARRETO GINORIO (Pro Se)

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | BUFETERUIZ.VARELA@GMAIL.COM |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | EMGONZALEZ@FERRAIUOLI.COM |
| GUSTAVO A. CHICO BARRIS | GCHICO@FERRAIUOLI.COM |
| LUIS G PARRILLA HERNANDEZ | LPARRILLA@FERRAIUOLI.COM |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no
responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr