AR2021CV00693 09/08/2021 12:13:04 pm Entrada Núm. 14 Página 1 de 1
Case:22-02380-ESL12 Doc#:207-3 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit III - SUMAC 14 - Motion Assuming Representation and for Extension to Ans Page 1 of 2

**EXHIBIT III**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

| | |
|---|---|
| CONDADO 5 LLC, <br><br> DEMANDANTE <br><br> vs. <br><br> LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS. <br><br> DEMANDADO | CIVIL NUM.: AR2021CV00693 <br><br><br> SOBRE: <br><br> COBRO DE DINERO Y EJECUCION DE HIPOTECA |

MOCION ASUMIENDO REPRESENTACION LEGAL Y EN SOLICITUD DE PRORROGA PARA CONTESTAR LA DEMANDA

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que hemos sido contratados para representar al Sr. Juan Manuel Barreto Ginorio en la presente causa de acción.
2. Que por el hecho del abogado que suscribe haber padecido COVID 19 y haber comenzado a trabajar recientemente; además de lo extenso de los documentos que acompañaron la radicación de la demanda en el presente caso, estamos solicitando una prorroga de 30 días para contestar la demanda.

POR TODO LO CUAL se solicita del Honorable Tribunal que declare Ha Lugar la presente solicitud, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 9 de agosto del 2021.

RESPETUOSAMENTE SOMETIDO,

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com

| | |
|---|---|
| **From:** | noreply@ramajudicial.pr |
| **To:** | Eduardo Gonzalez |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Monday, August 9, 2021 12:13:41 PM |

WARNING: External Sender.

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL GENERAL DE JUSTICIA
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA SUPERIOR DE ARECIBO

## NOTIFICACIÓN ELECTRÓNICA

La siguiente transacción se registró y archivó en autos el 09 DE AGOSTO DE 2021

Nombre de las partes:                                      Número del caso:      AR2021CV00693

         CONDADO 5 LLC
                        V.
     LAS MARTAS, INC. Y OTROS

Presentante      CARLOS J RUIZ GONZALEZ

Número de entrada en el expediente electrónico: 14

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN PRóRROGA presentada por JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ (CARLOS J RUIZ GONZALEZ).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr