AR2021CV00693 25/08/2021 10:47:48 am Entrada Núm. 22 Página 1 de 2
Case:22-02380-ESL12 Doc#:207-4 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit IV - SUMAC 22 - Motion Assuming Representation and for Extension to Answ Page 1 of 2

EXHIBIT IV

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **CONDADO 5 LLC** <br><br> DEMANDANTE <br><br> VS. <br><br> **LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIA t/c/c JUAN M. BARRETO GINORIO, MARIA ELENA HERNANDEZ RUIZ t/c/c/ MARIA E. HERNANDEZ y la Sociedad Legal de Gananciales compuesta entre ellos, y LOS ESTADOS UNIDOS DE AMERICA** <br><br> DEMANDADA | **CIVIL NÚM.: AR2021CV00693** <br><br><br> **SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA** |

**MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL
Y SOLICITUD DE PRÓRROGA PARA CONTESTAR DEMANDA**

**AL HONORABLE TRIBUNAL:**

Comparece la Parte Demandada, **LAS MARTAS, INC.**, debidamente representados por el abogado que suscribe, y muy respetuosamente ante el Honorable Tribunal EXPONE, ALEGA Y SOLICITA:

1) Que la Parte Demandada, **LAS MARTAS, INC.**, ha contratado nuestros servicios profesionales para asistirle en el caso de autos.

2) Que la dirección postal y física, número de teléfono, fax y correo electrónico del abogado que suscribe son como se describe al final de este documento.

3) Que se solicita del Honorable Tribunal y la representación legal de la parte demandada, que en lo sucesivo nos notifiquen todos los escritos y/o señalamientos radicados y/o emitidos durante el término en que la Parte Demandada, **LAS MARTAS, INC.**, no tuvo representación legal, a la dirección aquí mencionada.

4) Que muy respetuosamente le solicitamos al Honorable Tribunal nos conceda un término de 45 días adicionales para presentar Contestación a Demanda.

5) Que el término aquí solicitado no es en ánimo de causar dilación, sino para permitir al compareciente hacer el estudio pertinente y verificar todo lo relacionado con el presente caso.

**POR TODO LO CUAL**, muy respetuosamente se solicita al Honorable Tribunal acepte nuestra representación legal, ordene la reproducción de los documentos no

1

AR2021CV00693 25/08/2021 10:47:48 am Entrada Núm. 22 Página 2 de 2

Case:22-02380-ESL12 Doc#:207-4 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit IV - SUMAC 22 - Motion Assuming Representation and for Extension to Answ Page 2 of 2

notificados, si alguno, conceda al suscribiente un término adicional de 45 días por lo antes expresado, con cualquier otro pronunciamiento que en derecho proceda.

**CERTIFICO**: Haber enviado copia del presente escrito: Lcdo. Luis G. Parrilla Hernández a lparrilla@ferraiuoli.com; Lcdo. Gustavo A. Chico-Barris a gchico@ferraiuoli.com; Lcdo. Eduardo M. González López a emgonzalez@ferraiuoli.com.

**RESPETUOSAMENTE SOMETIDO**, en Quebradillas, Puerto Rico a 24 de agosto de 2021.

*f/Lcdo. Luis M. Morell Morell*
**LCDO. LUIS M. MORELL MORELL**
RUA 10203
P.O. BOX 494
CAMUY, PUERTO RICO 00627-2335
TELS.: (787) 895-0220 / (787) 413-5556
E-MAIL: lcdomorell@gmail.com

2