AR2021CV00693 05/10/2021 09:16:36 pm Entrada Núm. 43 Página 1 de 2
Case:22-02380-ESL12 Doc#:207-7 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit VIII - SUMAC 43 - Motion to Stay Proceedings Against Las Martas Page 1 of 4

EXHIBIT VIII

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **CONDADO 5 LLC** | **CIVIL NÚM.: AR2021CV00693** |
| DEMANDANTE | |
| VS. | |
| **LAS MARTAS, INC., J.M. DAIRY, INC.; JUAN MANUEL BARRETO GINORIA t/c/c JUAN M. BARRETO GINORIO, MARIA ELENA HERNANDEZ RUIZ t/c/c/ MARIA E. HERNANDEZ y la Sociedad Legal de Gananciales compuesta entre ellos, y LOS ESTADOS UNIDOS DE AMERICA** | **SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA** |
| DEMANDADA | |

## MOCIÓN DONDE SE SOLICITA LA PARALIZACIÓN DE LOS PROCEDIMEINTOS CONTRA LAS MARTAS INC.

**AL HONORABLE TRIBUNAL**:

Comparece la parte co-demandada **LAS MARTAS INC.**, por conducto de la representación legal que suscribe y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1) La parte demandante, Condado 5 LLC, presentó el pasado 28 de mayo de 2021 una Demanda en Cobro de Dinero y Ejecución de Hipotecas.

2) Se incluye Las Martas Inc., por ser uno de los deudores de los créditos que se desean cobrar pues alegadamente ya son líquidos y exigibles.

3) Las Martas Inc., se sometió a los beneficios de la Ley de Quiebras Federal (11 USCA), al caso se le asignó el número 18-07304-ESL.

4) Actualmente en el Tribunal de Quiebras se encuentra pendiente una Apelación sometida por Vaquerías Las Martas Inc., con número 21-0017. Esta información es conocida por el demandante ya que es la parte apelación.

5) La parte compareciente desea que el cobro de dinero que está pendiente contra la compareciente se paralice en lo que se ventila la Apelación del Tribunal de Quiebras.

6) Acompañamos como Anejo "A" de la presente moción "*docket file*" de la

–1–

Apelación que sustenta lo alegado por nosotros.

**POR TODO LO CUAL,** se le solicita muy respetuosamente a este Honorable Tribunal que conceda la paralización de los procedimientos en contra de Las Martas Inc.

**CERTIFICO**: Haber enviado copia fiel y exacta del presente escrito a los licenciados **Luis G. Parrilla Hernández** correo electrónico: lparrilla@ferraiuoli.com; **Gustavo A. Chico Barris** correo electrónico: gchico@ferraiuoli.com; **Eduardo M. González López** correo electrónico: emgonzalez@ferraiuoli.com

**RESPETUOSAMETE SOMETIDA**, en Quebradillas, Puerto Rico a 5 de octubre de 2021.

*f/Lcdo. Luis M. Morell Morell*
**LCDO. LUIS M. MORELL MORELL**
RUA 10203
P.O. BOX 494
CAMUY, PUERTO RICO 00627-2335
TELS.: (787) 895-0220 / (787) 413-5556
E-MAIL: lcdomorell@gmail.com

–2–

AR2021CV00693 05/10/2021 09:16:36 pm En

General Docket

### United States Bankruptcy Appellate Panel

**Bankruptcy Appellate Panel Docket #: 21-17**
In re: Vaqueria Las Martas, Inc. v. Condado 5, LLC
**Appeal From:** Bankruptcy Court - San Juan Puerto Rico

**Docketed:** 05/06/2021

**Case Type Information:**
1) bankruptcy appellate panel
2) Chapter 12b Family Farmer
3) nothing

**Originating Court Information:**
**District:** 0104-3 : 18-07304-ESL
**Ordering Judge:** Enrique S. Lamoutte
**Date Filed:** 12/14/2018

| Date | | Description |
|---|---|---|
| 05/06/2021 | 📄 | Received Notice of Appeal filed at U.S. Bankruptcy Court, District of Puerto Rico (San Juan) on 05/05/2021, transmittal form, FILED. CM/ECF: Counsel must register for a First Circuit BAP CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the BAP's requirements for electronic filing by visiting the BAP's PACER/CMECF Information section at http://www.bap1.uscourts.gov. [21-17] [Entered: 05/06/2021 04:36 PM] |
| 05/21/2021 | 📄 | U.S. Bankruptcy Court for the District of Puerto transmittal of Certification of Incomplete Record on Appeal received. [21-17] [Entered: 05/27/2021 02:35 PM] |
| 05/24/2021 | 📄 | OPENING LETTER: Notice to all parties RE: BAP No. PR 21-017 assigned. [21-17] [Entered: 05/24/2021 12:32 PM] |
| 05/26/2021 | 📄 | Appearance filed by Attorney Mrs. Sonia E Colon for Appellee Condado 5, LLC [21-17] [Entered: 05/26/2021 11:04 AM] |
| 05/26/2021 | 📄 | Appearance filed by Attorney Sir Gustavo A. Chico-Barris for Appellee Condado 5, LLC [21-17] [Entered: 05/26/2021 11:07 AM] |
| 05/26/2021 | 📄 | Appearance filed by Attorney Camille Somoza for Appellee Condado 5, LLC [21-17] [Entered: 05/26/2021 11:08 AM] |
| 05/26/2021 | 📄 | Appearance filed by Attorney Frances Cecille Brunet Uriarte for Appellee Condado 5, LLC [21-17] [Entered: 05/26/2021 11:15 AM] |
| 06/10/2021 | 📄 | CONDITIONAL ORDER OF DISMISSAL: Appeal may be dismissed for Appellant's failure to file designation of record and statement of issues. Review this Order for full text. [21-17] [Entered: 06/10/2021 04:42 PM] |
| 06/17/2021 | 📄 | Response to Panel's Conditional Order of Dismissal filed by Appellant Vaqueria Las Martas, Inc. [21-17] [docket text modified.]--[Edited 06/18/2021 by aw] [Entered: 06/17/2021 11:36 PM] |
| 06/17/2021 | | Conditional Order of Dismissal deficiency issued 06/10/2021 has been satisfied as of 06/17/2021. [21-17] [Entered: 06/18/2021 07:35 AM] |

Scanned with CamScanner

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Gustavo Chico |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Tuesday, October 5, 2021 9:17:29 PM |

WARNING: External Sender.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

**NOTIFICACIÓN ELECTRÓNICA**

La siguiente transacción se registró y archivó en autos el 05 DE OCTUBRE DE 2021

Nombre de las partes:      Número del caso:    AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante    LUIS M. MORELL MORELL

Número de entrada en el expediente electrónico: 43

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN PARALIZACIÓN presentada por LAS MARTAS, INC. (LUIS M. MORELL MORELL).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC) (Noviembre 2013)
www.poderjudicial.pr