AR2021CV00693 07/03/2022 08:47:43 pm Entrada Núm. 70 Página 1 de 2
Case:22-02380-ESL12 Doc#:207-8 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit IX - SUMAC 70 Motion Page 1 of 9

EXHIBIT IX

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE UTUADO**

| | |
|---|---|
| CONDADO 5 LLC<br>**Demandante**<br>v.<br><br>LAS MARTAS INC., JUAN MANUEL BARRERO GINORIO t/c/c JUAN M. BARRETO GINORIO, MARIA ELENA HERNANDEZ RUIZ t/c/c MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS Y LOS ESTADOS UNIDOS DE AMERICA<br>**Demandados** | **CIVIL NUM.:AR2021CV00693**<br>**SALA 403**<br><br>**SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECAS** |

## MOCIÓN AL EXPEDIENTE JUDICIAL

**AL HONORABLE TRIBUNAL:**

**COMPARECE,** respetuosamente MARIA ELENA HERNANDEZ RUIZ (en adelante Hernández-Ruiz), por conducto de la representación legal que suscribe y muy respetuosamente EXPONE, INFORMA y SOLICITA:

El día 9 de febrero de 2022 en la vista de conferencia inicial indicamos que habíamos solicitado al Banco Popular de Puerto Rico el expediente relacionado al préstamo comercial entre el Banco Popular y Las Martas Inc., donde la compareciente fungía como garantizadora solidaria. De esta forma, podríamos examinar el mismo y corroborar que en efecto el Banco Popular de Puerto Rico había librado de responsabilidad a la aquí compareciente. Por otra parte, el Banco Popular de Puerto Rico a través de Noelia Pérez García quien labora como *Associate Counsel Claims & Lawsuits* de la División Legal, nos indicó que no tenían en su poder el expediente antes mencionado. Noelia Pérez García nos informó que el mismo fue entregado en su totalidad a la Parte Demandante[1]. (Véase anejo adjunto)

---
[1] Anejo 1 Copia del correo electrónico enviado por Noelia Pérez García Associate Counsel Claims & Lawsuits de la División Legal del Banco Popular de Puerto Rico.

Por lo antes expuesto deseamos informar a este Tribunal y su Honorable Juez los esfuerzos realizados para lograr conseguir el expediente del préstamo antes mencionado. De igual forma, le solicitamos a este Tribunal y su Honorable Juez que ordene a la Parte Demandante a entregar toda evidencia relacionada, así como copia del expediente original, completo y sin alterar del préstamo antes mencionad. Además, que haga entrega de cada una de las enmiendas, evidencias y documentos relacionados al préstamo en mención.

**POR TODO LO CUAL**, muy respetuosamente solicitamos a este Tribunal y su Honorable Juez que ordene la entrega de la información solicitada y tome conocimiento de lo antes vertido y, con cualquier otro pronunciamiento que en derecho proceda.

**CERTIFICAMOS:** Que hemos presentado el presente escrito utilizando el Sistema Unificado de Manejo y Administración de Casos ("SUMAC"), el cual automáticamente originará una notificación electrónica del mismo a los abogados de récord a sus respectivas direcciones electrónicas y esto cumple con el requisito de notificación en este caso.

**RESPETUOSAMENTE SOMETIDA**

En Arecibo, Puerto Rico, hoy, 7 de marzo de 2022.

F/Rafael R. Pinzón Santiago
RUA 22506
pinzon8888@gmail.com
Cond. Escorial Altos 404
42 Calle Modesta
San Juan, PR 00924
CEL.;787-527-6822



rafael pinzon <pinzon8888@gmail.com>

## FW: Las Martas Inc. / Préstamo 101-09002190621-0001
1 mensaje

**Noelia Perez Garcia** <Noelia.PerezGarcia@popular.com>  11 de febrero de 2022, 13:04
Para: "pinzon8888@gmail.com" <pinzon8888@gmail.com>

Buenas tardes,

En contestación a su carta, la cual se aneja, le informamos que el acreedor actual del préstamo de su cliente es Condado 5, LLC. Por tanto, cualquier solicitud de información o documentos sobre dicho préstamo se debe solicitar al acreedor, ya que el Banco Popular transfiere el expediente del préstamo al nuevo acreedor.

Cordialmente,

**Noelia Pérez García**

POPULAR INC.

Associate Counsel
Claims & Lawsuits

Corporate Legal Division

T. 787-765-9800, ext. 505071

C. 787-519-8664

noelia.perezgarcia@popular.com



CONFIDENTIALITY NOTE: This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.

 **Solicitud BPPR.pdf**
130K

3/7/22, 7:33 PM

AR2021CV00693 07/03/2022 08:47:43 pm Entrada Núm. 70 Página 1 de 3
Case:22-02380-ESL12 Doc#:207-8 Filed:06/28/25 Entered:06/28/25 17:32:33 Desc:
Exhibit IX - SUMAC 70 Motion Page 4 of 9



rafael pinzon <pinzon8888@gmail.com>

---

## Licenciado Rafael Pinzon
6 mensajes

---

**rafael pinzon** <pinzon8888@gmail.com>  25 de enero de 2022, 16:05
Para: aitza.nieves@popular.com

Saludos
Adjunto la Carta que me solicitó en el día de ayer para ver de que forma podría ayudarme a conseguir el expediente e información sobre el préstamo que discutimos en el día de ayer. Además le adjunto el contrato de préstamo y las distintas enmiendas al pagaré.

Cualquier evidencia que nos ayude a identificar que en efecto la Sra. Maria Hernandez Ruiz notificó al Banco su sentencia de divorcio y que el Banco la libró de responsabilidad seria fenomenal para nosotros.

Puede comunicarse conmigo al 787-527-6822

Gracias

**2 adjuntos**

 **Solicitud BPPR.pdf**
130K

 **Contrato Prestamo.pdf**
3935K

---

**rafael pinzon** <pinzon8888@gmail.com>  25 de enero de 2022, 16:13
Para: mhernandez01973@gmail.com

Adjunto

Solicitud de informacion al Banco Popular de PR
[El texto citado está oculto]

**2 adjuntos**

 **Solicitud BPPR.pdf**
130K

 **Contrato Prestamo.pdf**
3935K

---

**Aitza Nieves Padua** <Aitza.Nieves@popular.com>  26 de enero de 2022, 7:48
Para: rafael pinzon <pinzon8888@gmail.com>

Buenos Días:

Licenciado, recibimos su e-mail en sucursal, durante nuestra conversación usted mencionó que era un préstamo hipotecario por eso le había anotado el número de teléfono de servicio al cliente de hipotecas en la parte posterior de la tarjeta, pero leyendo la carta que nos envió veo que es un préstamo comercial, durante el día de hoy estaré enviando la carta la oficina que trabaja con préstamo comerciales para verificar a través de quien manejaran su petición.

*AITZA NIEVES PADUA*

*SUB GERENTE*

*SUC HATILLO (068)*

*Tel: (787)898-4160 Ext. 151629*

aitza.nieves@popular.com



**From:** rafael pinzon <pinzon8888@gmail.com>
**Sent:** Tuesday, January 25, 2022 5:05 PM
**To:** Aitza Nieves Padua <Aitza.Nieves@popular.com>
**Subject:** Licenciado Rafael Pinzon

[CAUTION: External Email]

[El texto citado está oculto]

CONFIDENTIALITY NOTE: This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.

---

**rafael pinzon** <pinzon8888@gmail.com>                                                    26 de enero de 2022, 10:51
Para: Aitza Nieves Padua <Aitza.Nieves@popular.com>

Buenos días,

Si disculpe mi ignorancia al respecto, tiene toda la razón, es un préstamo comercial el cual se garantizo con algunas propiedades.

Gracias por su atención y diligencia.
[El texto citado está oculto]

---

**rafael pinzon** <pinzon8888@gmail.com>                                                    2 de febrero de 2022, 13:44
Para: Aitza Nieves Padua <Aitza.Nieves@popular.com>

Saludos,

Le escribo para saber el estatus de nuestra petición, si se ha podido comunicar con la oficina correspondiente que podría ayudarnos con el asunto pendiente. Tenemos una vista señalada para el 9 de febrero y nos sería de gran utilidad tener alguna información antes de esta fecha.

Gracias por su cooperación.

[El texto citado está oculto]

---

**rafael pinzon** <pinzon8888@gmail.com>  2 de febrero de 2022, 18:04
Para: Aitza Nieves Padua <Aitza.Nieves@popular.com>

De ser posible, necesitaría todas las enmiendas que se le realizaron al contrato y los pagarés. Así como, cualquier comunicación que haya liberado de responsabilidad a la Sra. Maria Hernadez.

[El texto citado está oculto]

# RP LAW & ACCOUNTING FIRM

787-527-6822        407-675-7501        pinzon8888@gmail.com

1 de enero de 2022.

A; Aitza Nieves Padua
Sub-Gerente Administrativo
Sucursal de Hatillo

ASUNTO: **SOLICITUD DE EXPEDIENTE DEL CONTRATO DE PRESTAMO CON NUMERO AFFIDAVIT 28,491**

Durante el día 24 de enero de 2022 visité la sucursal del Banco Popular en la sucursal de Hatillo, donde me reuní con usted, solicitándole información concerniente a un préstamo realizado por Las Martas Inc., estableciéndose esta en su momento, como deudora y donde el señor Juan M. Barreto Ginorio y la señora María Hernández Ruiz, quien es mi representada, fueron los garantizadores solidarios. El préstamo antes mencionado fue por la cantidad de $1,850,000.00. El préstamo en mención se llevó a cabo el 12 de enero de 2005, donde el Banco Popular de PR era el acreedor en ese momento. Tanto el Banco Popular, Las Martas Inc., Juan Barreto Ginorio y María Hernández Ruiz, suscribieron un contrato de préstamo autenticado bajo affidavit número 28,491 del Notario Público Francisco J. Arraíza Dónate.

Mencionado préstamo fue cedido o vendido a la empresa Condado 5 LLC y se encuentra en este momento resolviendo una controversia en el Tribunal de Primera Instancia del Centro Judicial de Arecibo. Es por esa razón que muy humildemente les solicitamos el expediente o información que tenga el Banco Popular de PR en su poder, relacionado al préstamo en mención o a cualquier documentación relacionada a las cuentas en que era participe la señora María Hernández Ruiz para la fecha antes indicada.

Sería de gran utilidad la información que pudieran brindarnos en relación con el préstamo mencionado, así como aquella evidencia relacionada con el mismo. Podría comunicarse a l 787-527-6822 para información adicional o al correo electrónico pinzon8888@gmail.com.

Gracias

_____
Lic. Rafael R. Pinzón Santiago

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Eduardo Gonzalez |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Monday, March 7, 2022 8:53:21 PM |

WARNING: External Sender.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE ARECIBO**

**NOTIFICACIÓN ELECTRÓNICA**

La siguiente transacción se registró y archivó en autos el 07 DE MARZO DE 2022

Nombre de las partes:                                                   Número del caso:    AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante    RAFAEL RENÉ PINZÓN SANTIAGO

Número de entrada en el expediente electrónico: 70

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN ESCRITO AL EXPEDIENTE JUDICIAL presentada por MARÍA ELENA HERNÁNDEZ RUIZ T/C/C MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSO, JUAN BARRETO GINORIO (RAFAEL RENÉ PINZÓN SANTIAGO) con relación a MINUTA registrada para CONFERENCIA INICIAL celebrada por YELITZA TRINIDAD MARTIN el 09 de febrero de 2022.[67].

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| FRANCES CECILLE BRUNET URIARTE | fbrunet@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN | |

| _____SANTIAGO_____ | ___pinzon8888@gmail.com___ |
| Nombre | Correo Electrónico |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr