AR2021CV00693 22/07/2022 01:46:17 pm Entrada Núm. 116 Página 1 de 2

Case:22-02380-ESL12 Doc#:207-12 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc: Exhibit XIII - SUMAC 116 - Informative Motion and Request for Clarification to A Page 1 of 4

EXHIBIT XIII

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

|  |  |
|---|---|
| CONDADO 5 LLC, DEMANDANTE vs. LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS. DEMANDADO | CIVIL NUM.: AR2021CV00693 SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA |

MOCION INFORMATIVA EN SOLICITUD DE REQUERIMIENTO DE ACLARACION A LA PARTE DEMANDANTE PARA PODER ENTONCES CONTESTAR LA SOLICITUD DE SENTENCIA SUMARIA

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. En esencia, la parte Demandante radico una solicitud de sentencia sumaria alegando que los Demandados le adeudaban determinada cantidad de dinero.

2. La parte Demandada ha estado realizando pagos al préstamo hipotecario, y en este año 2022 los pagos realizados exceden los $12,000.00 mensuales.

3. Suplicamos se le ordene a la parte Demandante que actualice el balance que alega se le adeuda, para entonces poder exponer nuestra posición a la solicitud de sentencia sumaria que radico la Demandante. **Al día de hoy existe controversia en cuanto al alegado balance adeudado.**

4. Solicitamos que una vez se reciba la evidencia fehaciente sobre la actualización del alegado balance adeudado, se nos conceda un termino de 10 días para completar nuestra posición en cuanto a la solicitud de sentencia sumaria.

POR TODO LO CUAL se le solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado y provea según lo solicitado, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 21 de julio del 2022.

RESPETUOSAMENTE SOMETIDO,

AR2021CV00693 22/07/2022 01:46:17 pm Entrada Núm. 116 Página 2 de 2

Case:22-02380-ESL12   Doc#:207-12   Filed:06/26/25   Entered:06/26/25 17:32:33   Desc:
Exhibit XIII - SUMAC 116 - Informative Motion and Request for Clarification to A   Page 2 of 4

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Gustavo Chico |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Friday, July 22, 2022 1:49:32 PM |

WARNING: External Sender.

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL GENERAL DE JUSTICIA
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA SUPERIOR DE ARECIBO

## NOTIFICACIÓN ELECTRÓNICA

La siguiente transacción se registró y archivó en autos el 22 DE JULIO DE 2022

Nombre de las partes:                          Número del caso:        AR2021CV00693

CONDADO 5 LLC

V.

LAS MARTAS, INC. Y OTROS

Presentante        CARLOS J RUIZ GONZALEZ

Número de entrada en el expediente electrónico: 116

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN INFORMATIVA presentada por JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ (CARLOS J RUIZ GONZALEZ).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| FRANCES CECILLE BRUNET URIARTE | fbrunet@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

Nombre                              Correo Electrónico

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr