AR2021CV00693 17/05/2024 12:45:14 pm Entrada Núm. 187 Página 1 de 2

Case:22-02380-ESL12 Doc#:207-17 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit XVIII - SUMAC 187 - Motion for Reconsideration Page 1 of 2

EXHIBIT XVIII

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| CONDADO 5 LLC.<br>DEMANDANTE<br><br>VS.<br><br>LAS MARTAS INC.; JUAN MANUEL BARRETO GINORIO t/c/c JUAN M. BARRETO GINORIO; MARÍA ELENA HERNÁNDEZ RÚIZ t/c/c MARÍA E. HERNÁNDEZ RUIZ Y LA SOCIEDAD DE GANANCIALES COMPUESTA ENTRE ELLO, Y LOS ESTADOS UNIDOS DE AMÉRICA<br>DEMANDADOS | CIVIL NÚMERO: AR2021CV00693<br><br>SOBRE:<br><br>COBRO DE DINERO Y EJECUCIÓN DE HIPOTECAS |

## MOCION DE RECONSIDERACION

AL HONORABLE TRIBUNAL:

Comparece la Parte Demandada LAS MARTAS, INC., por conducto de su representación legal, que suscribe y quien muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que el día 15 de mayo de 2024 este Honorable Tribunal emitió una orden donde nos concedía 10 días para pagar la cantidad de $50.00 por concepto de sanción económica al no presentar nuestra alegación responsiva a la demanda contra coparte.

2. Que por error e inadvertencia no se replicó. Que la realidad es que contestar esa Coparte no perjudica ninguna de las partes, solo a Las Martas donde le podrían dictar rebeldía.

3. Que el día 16 de mayo de 2024 se replicó y se presentó el documento a través de la plataforma SUMAC, siendo la entrada número 185.

4. Que solicitamos, muy respetuosamente de este Honorable Tribunal que reconsidere y exima de esa sanción económica.

POR TODO LO CUAL, se solicita de este Honorable Tribunal que tome conocimiento, se sirva declarar HA LUGAR la presente Moción y en su consecuencia, reconsidere y exima de la orden de pagar la sanción económica.

RESPETUOSAMENTE SOMETIDA, en Quebradillas, Puerto Rico a 17 de mayo de 2024

f/Lcdo. Luis M. Morell Morell
LCDO. LUIS M. MORELL MORELL
Colegiado11,436 / RUA: 10203
P.O. Box 494, Camuy, P.R. 00627
Tels.: (787) 895-0220
Cel.: (787) 413-5556
Email: lcdomorell@gmail.com

AR2021CV00693 17/05/2024 12:45:14 pm Entrada Núm. 187 Página 2 de 2
Case:22-02380-ESL12 Doc#:207-17 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit XVIII - SUMAC 187 - Motion for Reconsideration Page 2 of 2