**EXHIBIT XXI**

| | |
|---|---|
| **From:** | noreply@ramajudicial.pr |
| **To:** | Eduardo Gonzalez |
| **Subject:** | NOTIFICACIÓN DE ORDEN AR2021CV00693 |
| **Date:** | Tuesday, August 3, 2021 11:53:55 AM |

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 – CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO – ORDINARIO Y OTROS |

NOTIFICACIÓN

A:  CARLOS J RUIZ GONZALEZ
BUFETERUIZ.VARELA@GMAIL.COM

EDUARDO MANUEL GONZÁLEZ LÓPEZ
EMGONZALEZ@FERRAIUOLI.COM

GUSTAVO A. CHICO BARRIS
GCHICO@FERRAIUOLI.COM

JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL
HC 05 BOX 91635 ARECIBO, PUERTO RICO 00612

LUIS G PARRILLA HERNANDEZ
LPARRILLA@FERRAIUOLI.COM

MARÍA ELENA HERNÁNDEZ RUIZ T/C/C MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL
BO. BARRIO PUEBLO, 79 CALLE PETUNIA, HATILLO, PUERTO RICO, 00659

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la) MOCIÓN DE MOCIÓN POR DERECHO PROPIO [11] este Tribunal emitió una ORDEN el 02 de agosto de 2021.

Se transcribe la determinación a continuación:
SE LE CONCEDE A LA DEMANDADA MARÍA ELENA HERNÁNDEZ RUIZ UNA PRÓRROGA DE 30 DÍAS PARA PRESENTAR LA ALEGACIÓN RESPONSIVA. ORIÉNTESE EN LA OFICINA DE SERVICIOS LEGALES DE PUERTO RICO [12]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 03 de agosto de 2021, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la

normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 03 de agosto de 2021.

| MARIBEL MOYA CRUZ | Por: | f/JACQUELYNE GONZALEZ QUINTANA |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC