**EXHIBIT XXXIV**

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Frances Brunet Uriarte |
| **Subject:** | NOTIFICACIÓN DE ORDEN AR2021CV00693 |
| **Date:** | Friday, July 22, 2022 4:31:57 PM |

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 - CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO - ORDINARIO Y OTROS |

NOTIFICACIÓN

A:   CARLOS J RUIZ GONZALEZ
     BUFETERUIZ.VARELA@GMAIL.COM

     EDUARDO MANUEL GONZÁLEZ LÓPEZ
     EMGONZALEZ@FERRAIUOLI.COM

     FRANCES CECILLE BRUNET URIARTE
     FBRUNET@FERRAIUOLI.COM

     GUSTAVO A. CHICO BARRIS
     GCHICO@FERRAIUOLI.COM

     LUIS G PARRILLA HERNANDEZ
     LPARRILLA@FERRAIUOLI.COM

     LUIS M. MORELL MORELL
     LCDOMORELL@GMAIL.COM

     RAFAEL RENÉ PINZÓN SANTIAGO
     PINZON8888@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) MOCIÓN DE MOCION INFORMATIVA EN SOLICITUD DE REQUERIMIENTO DE ACLARACION A LA PARTE DEMANDANTE PARA PODER ENTONCES CONTESTAR LA SOLICITUD DE SENTENCIA SUMARIA [116] este Tribunal emitió una ORDEN el 22 de julio de 2022.

Se transcribe la determinación a continuación:
Parte demandante informe cual es el balance que alega se le adeuda al presente. Tiene 3 días. Una vez sea recibida dicha información, se le concede al codemandado Juan Manuel Barreto Ginorio una última prórroga de 10 días para presentar su posición en cuanto a la solicitud de sentencia sumaria. [117]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 22 de julio de 2022, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 22 de julio de 2022.

| VIVIAN Y. FRESSE GONZALEZ | Por: | f/PILAR H. MERCADO GONZALEZ |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC