Case:22-02380-ESL12 Doc#:207-32 Filed:06/26/25 Entered:06/26/25 17:32:33 Desc:
Exhibit XXXV - SUMAC 135 - Partial Judgment Page 1 of 3

AR2021CV00693 31/08/2022 02:12:25 p.m. Página 1 de 1

**EXHIBIT XXXV**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| **CONDADO 5 LLC.** DEMANDANTE  VS.  **LAS MARTAS INC.; JUAN MANUEL BARRETO GINORIO t/c/c JUAN M. BARRETO GINORIO, MARÍA ELENA HERNÁNDEZ RÚIZ t/c/c MARÍA E. HERNÁNDEZ RUIZ y la sociedad de gananciales compuesta entre ellos, ESTADOS UNIDOS DE AMÉRICA** DEMANDADOS | **CIVIL NÚM.: AR2021CV00693**  **SALÓN DE SESIONES: 403**  **SOBRE:**  **COBRO DE DINERO Y EJECUCIÓN DE HIPOTECA** |

# SENTENCIA PARCIAL

Examinado el expediente electrónico del caso de epígrafe, así como la *"Moción Urgente Solicitando la Paralización de los Procedimientos"* presentada por la parte co-demandada, LAS MARTAS, INC., en la que manifiesta haberse acogido a un procedimiento ante el Tribunal Federal de Quiebras (Caso Núm. 22-02380-ESL12, Capítulo 12), este Tribunal declara la misma **HA LUGAR**, y en su consecuencia, dicta Sentencia Parcial **decretando la paralización de los procedimientos en el presente caso en cuanto a la parte codemandada, LAS MARTAS, INC.**

Nos reservamos expresamente jurisdicción para decretar su reapertura a solicitud de parte, en la eventualidad de que la petición de quiebra sea denegada en cualquier momento con posterioridad a la fecha de la presente Sentencia Parcial.

**REGÍSTRESE Y NOTIFÍQUESE.**

En Arecibo, Puerto Rico, a **26 de agosto de 2022.**

*f/*Yelitza Trinidad Martin
Jueza Superior

/ipm

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Luis Parrilla Hernández |
| **Subject:** | NOTIFICACIÓN DE SENTENCIA AR2021CV00693 |
| **Date:** | Wednesday, August 31, 2022 3:45:56 PM |

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 - CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO - ORDINARIO Y OTROS |

## NOTIFICACIÓN

A: CARLOS J RUIZ GONZALEZ
BUFETERUIZ.VARELA@GMAIL.COM

EDUARDO MANUEL GONZÁLEZ LÓPEZ
EMGONZALEZ@FERRAIUOLI.COM

FRANCES CECILLE BRUNET URIARTE
FBRUNET@FERRAIUOLI.COM

GUSTAVO A. CHICO BARRIS
GCHICO@FERRAIUOLI.COM

LUIS G PARRILLA HERNANDEZ
LPARRILLA@FERRAIUOLI.COM

LUIS M. MORELL MORELL
LCDOMORELL@GMAIL.COM

RAFAEL RENÉ PINZÓN SANTIAGO
PINZON8888@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relacion al(a la)CASO EPÍGRAFE este Tribunal emitió una SENTENCIA el 26 de agosto de 2022.

Se aneja copia o incluye enlace:

Presione aquí para acceder al documento electrónico objeto de esta notificación. [135]

Se transcribe la determinación a continuación:
Véase Sentencia Parcial que se acompaña. [135]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta SENTENCIA, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 31 de agosto de 2022, y que se envió copia de esta notificación a las

personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 31 de agosto de 2022.

| VIVIAN Y. FRESSE GONZALEZ | Por: | f/PILAR H. MERCADO GONZALEZ |
| :---: | :---: | :---: |
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC