**EXHIBIT XXXVIII**

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Luis Parrilla Hernández |
| **Subject:** | NOTIFICACIÓN DE ORDEN AR2021CV00693 |
| **Date:** | Monday, December 4, 2023 1:11:56 PM |

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 - CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO - ORDINARIO Y OTROS |

NOTIFICACIÓN

A:  CARLOS J RUIZ GONZALEZ
    BUFETERUIZ.VARELA@GMAIL.COM
    EDUARDO MANUEL GONZÁLEZ LÓPEZ
    EMGONZALEZ@FERRAIUOLI.COM
    GUSTAVO A. CHICO BARRIS
    GCHICO@FERRAIUOLI.COM
    HIYEN GABRYEL ROSARIO RAMOS
    HROSARIO@FERRAIUOLI.COM
    LUIS G PARRILLA HERNANDEZ
    LPARRILLA@FERRAIUOLI.COM
    LUIS M. MORELL MORELL
    LCDOMORELL@GMAIL.COM
    RAFAEL RENÉ PINZÓN SANTIAGO
    PINZON8888@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) MOCIÓN UNIÉNDONOS A LA SOLICITUD DE PARALIZACIÓN PRESENTADA POR LA CODEMANDADA MARÍA ELENA HERNÁNDEZ RÚIZ (ENTRADA 159) Y SOLICITUD DE PRÓRROGA PARA CONTESTAR DEMANDA DE COPARTE [170] este Tribunal emitió una ORDEN el 04 de diciembre de 2023.

Se transcribe la determinación a continuación:
Se toma conocimiento. [173]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 04 de diciembre de 2023, y que se envió copia de esta notificación a las

personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 04 de diciembre de 2023.

| VIVIAN Y. FRESSE GONZALEZ | Por: | f/SANDRA DIAZ CARABALLO |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC