EXHIBIT XXXX

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
# TRIBUNAL DE PRIMERA INSTANCIA
# SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **CONDADO 5 LLC**<br>Parte Demandante<br>v.<br>**LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ , MARÍA ELENA HERNÁNDEZ RUIZ T/C/C MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSO, JUAN BARRETO GINORIO Y OTROS**<br>Parte Demandada | **Caso Núm.:** AR2021CV00693<br>**Sala:** Salón 403 - Civil<br>**Sobre:** COBRO DE DINERO - ORDINARIO, EJECUCIÓN DE HIPOTECA: PROPIEDAD COMERCIAL |

**Orden**

Visto los autos del caso, surge que ha transcurrido el término perentorio que le concedimos a Las Martas para presentar su alegación responsiva a la demanda contra coparte. Ante ello, se le impone una sanción económica de $50.00, la cual deberá consignar en los próximos 10 días, mismo término que extendemos para que cumpla con lo ordenado el 18 de abril de 2024, so pena de que se le anote la rebeldía. Secretaría notifique a la parte y sus representantes legales.

1

Notifíquese.
Arecibo, Puerto Rico, hoy 15 de mayo de 2024.

**f/YELITZA TRINIDAD MARTIN**

Nombre y Firma del (de la) Juez o Jueza

2