**EXHIBIT II**

**Estado Libre Asociado de Puerto Rico**
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
**Sala Superior de Arecibo**

| | |
|---|---|
| _Condado 5 LLC_ <br> Demandante <br> Vs. <br> _María Elena Hernández Ruiz_ <br> Demandado | Civil Núm. _AR2021CV00693_ <br><br> SOBRE: _Cobro de Dinero y Ejecucción de Hipotecas_ |

## MOCIÓN POR DERECHO PROPIO

Al Honorable Tribunal:

Comparece por derecho propio _María Elena Hernández Ruiz_
(nombre del peticionario)
al Honorable Tribunal muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

_Por este medio le solicito al Honorable Tribunal una prórroga ya que no tengo representación legal y no puedo costear el mismo dadas mis circunstancias economicas no me lo permiten por tal razón solicito si es posible se me ayude con la asistencia legal atravez de servicios legales, les agradeciria si me pudieran ayudar es ambos asustos, sin otro particular quedo._

En Arecibo, Puerto Rico, a _28_ de _Julio_ de _2021_.

**FIRMA** **X** _María E. Hernández Ruiz_
**Dirección postal:** ███████████

**AFIDAVIT NÚM.** _____          **TEL.** ███████

Jurado y suscrito ante mí por _María Elena Hernández Ruiz_,
de las circunstancias personales antes expresadas, a quien se identifica mediante _licencia_
número ███████████.

En Arecibo Puerto Rico, hoy día _28_ de _Julio_ de _2021_

AÑADIR Y MARCAR SI TIENE CORREO ELECTRONICO:

_X_ SI: ███████████

___ NO

Vivian Y. Fresse González
Secretario (a) del Tribunal
o Notario(a) Público(a)

SELLO

Certifico haber enviado copia de la presente Moción por Derecho Propio al:

_____

_____

TEL ███████████

_Jessica Torres Casul_
Por: Secretaria Auxiliar I
Secretaria Auxiliar del Tribunal

# INSTRUCCIONES

ANTE LA SITUACION DEL VIRUS COVID-19, COMO MEDIDA PREVENTIVA, USTED
TENDRÁ LAS SIGUIENTES OPCIONES:

- ➢ UNA VEZ COMPLETE EL FROMULARIO **EN TODAS SUS PARTES,**
  INCLUYENDO:
  - ❖ NÚMERO DE CASO
  - ❖ NOMBRE DE LAS PARTES DEL CASO
  - ❖ FIRMA
  - ❖ DIRECCION POSTAL DE AMBAS PARTES

- ➢ SACAR 2 COPIAS DE DOCUMENTO COMPLETADO

- ➢ PUEDE DEPOSITAR EL ORIGINAL EN EL BUZÓN DE PRESENTACIONES, UBICADO
  EN LA CASETA DEL GUARDIA O AL FRENTE DE LA ENTRADA PRINCIPAL DEL
  TRIBUNAL.

- ➢ DEBE PONCHAR EL ORIGINAL Y LAS COPIAS, DE LAS CUALES ENVIARÁ UNA
  COPIA A LA OTRA PARTE Y UNA PARA USTED COMO EVIDENCIA DE LA
  PRESENTACIÓN DE LA MOCIÓN.

- ➢ EN LA ALTERNATIVA, PODRÁ REMITIR LA MOCIÓN POR CORREO POSTAL AL:

    **PO BOX 6005**
    **ARECIBO, PR 00613-6005**



$90.00

80004- 2021- 0728- 95227005

JUL 28 2021

**From:** noreply@ramajudicial.pr
**To:** Eduardo Gonzalez
**Subject:** NOTIFICACIÓN AUTOMÁTICA ENTRE PARTES AR2021CV00693
**Date:** Wednesday, July 28, 2021 2:02:40 PM

WARNING: External Sender.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

**NOTIFICACIÓN ELECTRÓNICA**

La siguiente transacción se registró y archivó en autos el 28 DE JULIO DE 2021

Nombre de las partes:                                   Número del caso:          AR2021CV00693

CONDADO 5 LLC

V.

LAS MARTAS, INC. Y OTROS

Presentante    MARÍA ELENA HERNÁNDEZ RUIZ
T/C/C MARÍA E. HERNÁNDEZ RUIZ POR
SÍ Y COMO MIEMBRO DE LA
SOCIEDAD LEGAL DE BIENES
GANANCIALES COMPUESTA CON SU
ESPOSO, JUAN BARRETO GINORIO

Número de entrada en el expediente electrónico: 11

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN MOCIÓN POR DERECHO PROPIO presentada por MARÍA ELENA HERNÁNDEZ RUIZ T/C/C
MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES
GANANCIALES COMPUESTA CON SU ESPOSO, JUAN BARRETO GINORIO (Pro Se)

Esta notificación electrónica se envió a:

| CARLOS J RUIZ GONZALEZ | BUFETERUIZ.VARELA@GMAIL.COM |
|---|---|
| Nombre | Correo Electrónico |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | EMGONZALEZ@FERRAIUOLI.COM |
| Nombre | Correo Electrónico |
| GUSTAVO A. CHICO BARRIS | GCHICO@FERRAIUOLI.COM |
| Nombre | Correo Electrónico |
| LUIS G PARRILLA HERNANDEZ | LPARRILLA@FERRAIUOLI.COM |
| Nombre | Correo Electrónico |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr