Case:22-02380-ESL12  Doc#:211-6  Filed:07/02/25  Entered:07/02/25 17:20:01  Desc:
Exhibit VI - SUMAC 38 - Motion Assuming Representation and for Extension to Answ  Page 1 of 3

**EXHIBIT VI**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| **CONDADO 5 LLC**<br><br>DEMANDANTE<br><br>VS.<br><br>**LAS MARTAS, INC., J.M. DAIRY, INC.; JUAN MANUEL BARRETO GINORIA t/c/c JUAN M. BARRETO GINORIO, MARIA ELENA HERNANDEZ RUIZ t/c/c/ MARIA E. HERNANDEZ y la Sociedad Legal de Gananciales compuesta entre ellos, y LOS ESTADOS UNIDOS DE AMERICA**<br><br>DEMANDADA | **CIVIL NÚM.: AR2021CV00693**<br><br><br><br>**SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA** |

**MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL
Y SOLICITUD DE PRÓRROGA PARA CONTESTAR DEMANDA**

**AL HONORABLE TRIBUNAL:**

Comparece la parte co-demandada, **J.M. DAIRY, INC.**, debidamente representados por el abogado que suscribe, y muy respetuosamente ante el Honorable Tribunal EXPONE, ALEGA Y SOLICITA:

1) Que la parte co-demandada, **J.M. DAIRY, INC.**, ha contratado nuestros servicios profesionales para asistirle en el caso de autos.

2) Que la dirección postal y física, número de teléfono, fax y correo electrónico del abogado que suscribe son como se describe al final de este documento.

3) Que se solicita del Honorable Tribunal y la representación legal de la parte co-demandada, que en lo sucesivo nos notifiquen todos los escritos y/o señalamientos radicados y/o emitidos durante el término en que la parte co-demandada, **J.M. DAIRY, INC.**, no tuvo representación legal a la dirección aquí mencionada.

4) Que muy respetuosamente le solicitamos al Honorable Tribunal nos conceda un término de 45 días adicionales para presentar Contestación a Demanda.

5) Que el término aquí solicitado no es en ánimo de causar dilación, sino para permitir al compareciente hacer el estudio pertinente y verificar todo lo relacionado con el presente caso.

**POR TODO LO CUAL**, muy respetuosamente se solicita al Honorable Tribunal acepte nuestra representación legal, ordene la reproducción de los documentos no

1

notificados, si alguno, conceda al suscribiente un término adicional de 45 días por lo antes expresado, con cualquier otro pronunciamiento que en derecho proceda.

**CERTIFICO**: Haber enviado copia del presente escrito: Lcdo. Luis G. Parrilla Hernández a lparrilla@ferraiuoli.com; Lcdo. Gustavo A. Chico-Barris a gchico@ferraiuoli.com; Lcdo. Eduardo M. González López a emgonzalez@ferraiuoli.com.

**RESPETUOSAMENTE SOMETIDO**, en Quebradillas, Puerto Rico a 4 de octubre de 2021.

*f/Lcdo. Luis M. Morell Morell*
**LCDO. LUIS M. MORELL MORELL**
RUA 10203
P.O. BOX 494
CAMUY, PUERTO RICO 00627-2335
TELS.: (787) 895-0220 / (787) 413-5556
E-MAIL: lcdomorell@gmail.com

2

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Eduardo Gonzalez |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Monday, October 4, 2021 9:38:44 AM |

WARNING: External Sender.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

**NOTIFICACIÓN ELECTRÓNICA**

La siguiente transacción se registró y archivó en autos el 04 DE OCTUBRE DE 2021

Nombre de las partes:                                    Número del caso:        AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante        LUIS M. MORELL MORELL

Número de entrada en el expediente electrónico: 38

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN PR?RROGA presentada por J.M. DAIRY, INC. (LUIS M. MORELL MORELL).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr