AR2021CV00693 14/03/2022 08:42:59 am Entrada Núm. 79 Página 1 de 2
Case:22-02380-ESL12 Doc#:211-9 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit IX - SUMAC 79 - Informative Motion and Request Case be Referred to Media Page 1 of 4
EXHIBIT IX

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

| | |
|---|---|
| CONDADO 5 LLC, <br><br> DEMANDANTE <br><br> vs. <br><br> LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS. <br><br> DEMANDADO | CIVIL NUM.: AR2021CV00693 <br><br><br> SOBRE: <br><br> COBRO DE DINERO Y EJECUCION DE HIPOTECA |

BREVE MOCION INFORMATIVA EN SOLICITUD DE QUE EL PRESENTE CASO SEA REFERIDO A LOST MITIGATION ( MEDIACION)

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que en el presente caso, aunque las propiedades hipotecadas que se pretenden ejecutar no son por el momento la residencia principal del Sr. Barreto Ginorio, entendemos que existen unas Garantías Ilimitadas que se alega extendió la parte demandada al préstamo original.
2. De llegarse a dicho punto, esta situación afectaría la residencia principal del Sr. Barreto Ginorio, por lo que entendemos que este caso debe referirse al proceso de Lost Mitigation (Mediacion) para agotar todos los remedios que la Ley dispone.

POR TODO LO CUAL se le solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado y provea según lo solicitado, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 14 de marzo del 2022.

RESPETUOSAMENTE SOMETIDO,

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com

AR2021CV00693 14/03/2022 08:42:59 am Entrada Núm. 79 Página 2 de 2
Case:22-02380-ESL12 Doc#:211-9 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit IX - SUMAC 79 - Informative Motion and Request Case be Referred to Media Page 2 of 4

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Gustavo Chico |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Monday, March 14, 2022 8:43:30 AM |

WARNING: External Sender.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

**NOTIFICACIÓN ELECTRÓNICA**

La siguiente transacción se registró y archivó en autos el 14 DE MARZO DE 2022

Nombre de las partes:     Número del caso:     AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante     CARLOS J RUIZ GONZALEZ

Número de entrada en el expediente electrónico: 79

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN INFORMATIVA presentada por JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ (CARLOS J RUIZ GONZALEZ).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| FRANCES CECILLE BRUNET URIARTE | fbrunet@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

| Nombre | Correo Electrónico |
|---|---|

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC) (Noviembre 2013)
www.poderjudicial.pr