AR2021CV00693 23/03/2022 08:39:54 pm Entrada Núm. 88 Página 1 de 2
Case:22-02380-ESL12 Doc#:211-10 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit X - SUMAC 88 - Informative Motion and for Extension to Answer Motion for   Page 1 of 4

EXHIBIT X

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

| | |
|---|---|
| CONDADO 5 LLC,<br><br>DEMANDANTE<br><br>vs.<br><br>LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS.<br><br>DEMANDADO | CIVIL NUM.: AR2021CV00693<br><br>SOBRE:<br><br>COBRO DE DINERO Y EJECUCION DE HIPOTECA |

MOCION INFORMATIVA EN SOLICITUD DE PRORROGA PARA REPLICAR A LA SOLICITUD DEL DEMANDANTE PARA QUE SE CONTINUE CON LOS TERMINOS RELACIONADOS A LA MOCION SE SENTENCIA SUMARIA

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Este tribunal nos concedió un termino de 10 días que vence en el día de hoy para replicar a la solicitud de la parte demandante para que se continúen los términos relacionados a la moción de sentencia sumaria que presento.

2. Por el cumulo de trabajo en oficina, en adición a la solicitud que aun esta pendiente de resolver el tribunal para que el caso sea referido a mediación, suplicamos se nos conceda un término de 30 días para replicar la solicitud de la parte demandante.

POR TODO LO CUAL se le solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado y provea según lo solicitado, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 23 de marzo del 2022.

RESPETUOSAMENTE SOMETIDO,

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com

AR2021CV00693 23/03/2022 08:39:54 pm Entrada Núm. 88 Página 2 de 2
Case:22-02380-ESL12 Doc#:211-10 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit X - SUMAC 88 - Informative Motion and for Extension to Answer Motion for Page 2 of 4

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Luis Parrilla Hernández |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Wednesday, March 23, 2022 8:40:33 PM |

WARNING: External Sender.

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL GENERAL DE JUSTICIA
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA SUPERIOR DE ARECIBO

### NOTIFICACIÓN ELECTRÓNICA

La siguiente transacción se registró y archivó en autos el 23 DE MARZO DE 2022

Nombre de las partes:                               Número del caso:        AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante      CARLOS J RUIZ GONZALEZ

Número de entrada en el expediente electrónico: 88

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN PRóRROGA presentada por JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ (CARLOS J RUIZ GONZALEZ).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| FRANCES CECILLE BRUNET URIARTE | fbrunet@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

| Nombre | Correo Electrónico |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr