Case:22-02380-ESL12 Doc#:211-11 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc: Exhibit XI - SUMAC 98 - Informative Motion Page 1 of 4

**EXHIBIT XI**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

| | |
|---|---|
| CONDADO 5 LLC, DEMANDANTE vs. LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS. DEMANDADO | CIVIL NUM.: AR2021CV00693 SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA |

MOCION INFORMATIVA EN CONTESTACION A ORDEN EN CUANTO AL ASUNTO DE LA SOLICITUD DE ACTIVACION DE LOS TERMINOS PARA CONTESTAR LA SOLICITUD DE SENTENCIA SUMARIA DEL DEMANDANTE

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Este tribunal nos ordenó que replicáramos a la solicitud de la parte demandante para que se continúen los términos relacionados a la moción de sentencia sumaria que presento.

2. Solicitamos que se declare no ha lugar por el momento, ya que aun esta pendiente el descubrimiento de pruebas que sometió el compareciente, y que fue objetado recientemente por la parte demandante. Estamos en el proceso de replicar en cuanto a las controversias del descubrimiento de pruebas, por lo que entendemos que no se deben activar los términos para contestar la solicitud de sentencia sumaria del demandante.

3. Una vez resuelto el asunto del descubrimiento de pruebas, es que entendemos que deben activarse los términos para contestar la solicitud de sentencia sumaria que radico el demandante.

POR TODO LO CUAL se le solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado y provea según lo solicitado, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 13 de abril del 2022.

RESPETUOSAMENTE SOMETIDO,

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Eduardo Gonzalez |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Wednesday, April 13, 2022 12:31:33 PM |

WARNING: External Sender.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE ARECIBO**

**NOTIFICACIÓN ELECTRÓNICA**

La siguiente transacción se registró y archivó en autos el 13 DE ABRIL DE 2022

Nombre de las partes:                                                 Número del caso:     AR2021CV00693

          CONDADO 5 LLC
                              V.
     LAS MARTAS, INC. Y OTROS

Presentante     CARLOS J RUIZ GONZALEZ

Número de entrada en el expediente electrónico: 98

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN INFORMATIVA presentada por JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ (CARLOS J RUIZ GONZALEZ).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| FRANCES CECILLE BRUNET URIARTE | fbrunet@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

| Nombre | Correo Electrónico |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr

Case:22-02380-ESL12   Doc#:211-11   Filed:07/02/25   Entered:07/02/25 17:20:01   Desc: Exhibit XI - SUMAC 98 - Informative Motion   Page 4 of 4