AR2021CV00693 22/07/2022 01:46:17 pm Entrada Núm. 116 Página 1 de 2

Case:22-02380-ESL12 Doc#:211-12 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XII - SUMAC 116 - Informative Motion and Request for Clarification to An Page 1 of 4

EXHIBIT XII

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

| | |
|---|---|
| CONDADO 5 LLC, <br><br> DEMANDANTE <br><br> vs. <br><br> LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS. <br><br> DEMANDADO | CIVIL NUM.: AR2021CV00693 <br><br> SOBRE: <br><br> COBRO DE DINERO Y EJECUCION DE HIPOTECA |

MOCION INFORMATIVA EN SOLICITUD DE REQUERIMIENTO DE ACLARACION A LA PARTE DEMANDANTE PARA PODER ENTONCES CONTESTAR LA SOLICITUD DE SENTENCIA SUMARIA

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. En esencia, la parte Demandante radico una solicitud de sentencia sumaria alegando que los Demandados le adeudaban determinada cantidad de dinero.
2. La parte Demandada ha estado realizando pagos al préstamo hipotecario, y en este año 2022 los pagos realizados exceden los $12,000.00 mensuales.
3. Suplicamos se le ordene a la parte Demandante que actualice el balance que alega se le adeuda, para entonces poder exponer nuestra posición a la solicitud de sentencia sumaria que radico la Demandante. **Al día de hoy existe controversia en cuanto al alegado balance adeudado.**
4. Solicitamos que una vez se reciba la evidencia fehaciente sobre la actualización del alegado balance adeudado, se nos conceda un termino de 10 días para completar nuestra posición en cuanto a la solicitud de sentencia sumaria.

POR TODO LO CUAL se le solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado y provea según lo solicitado, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 21 de julio del 2022.

RESPETUOSAMENTE SOMETIDO,

AR2021CV00693 22/07/2022 01:46:17 pm Entrada Núm. 116 Página 2 de 2

Case:22-02380-ESL12 Doc#:211-12 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XII - SUMAC 116 - Informative Motion and Request for Clarification to An Page 2 of 4

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Gustavo Chico |
| **Subject:** | NOTIFICACIÓN AUTOMÁTICA AR2021CV00693 |
| **Date:** | Friday, July 22, 2022 1:49:32 PM |

WARNING: External Sender.

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
# TRIBUNAL GENERAL DE JUSTICIA
# TRIBUNAL DE PRIMERA INSTANCIA
# SALA SUPERIOR DE ARECIBO

## NOTIFICACIÓN ELECTRÓNICA

La siguiente transacción se registró y archivó en autos el 22 DE JULIO DE 2022

Nombre de las partes:                             Número del caso:    AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante     CARLOS J RUIZ GONZALEZ

Número de entrada en el expediente electrónico: 116

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN INFORMATIVA presentada por JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ (CARLOS J RUIZ GONZALEZ).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| FRANCES CECILLE BRUNET URIARTE | fbrunet@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

| Nombre | Correo Electrónico |
|---|---|

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr