AR2021CV00693 24/08/2022 08:23:33 am Entrada Núm. 129 Página 1 de 1
Case:22-02380-ESL12 Doc#:211-13 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XIII - SUMAC 129 - Urgent Motion Requesting Stay of Proceedings Page 1 of 4

**EXHIBIT XIII**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| **CONDADO 5 LLC.**<br>DEMANDANTE<br><br>VS.<br><br>**LAS MARTAS INC.; JUAN MANUEL BARRETO GINORIO t/c/c JUAN M. BARRETO GINORIO; MARÍA ELENA HERNÁNDEZ RÚIZ t/c/c MARÍA E. HERNÁNDEZ RUIZ Y LA SOCIEDAD DE GANANCIALES COMPUESTA ENTRE ELLO, Y LOS ESTADOS UNIDOS DE AMÉRICA**<br>DEMANDADOS | CIVIL NÚMERO: **AR2021CV00693**<br><br>SOBRE:<br><br>COBRO DE DINERO Y EJECUCIÓN DE HIPOTECAS |

**MOCIÓN URGENTE SOLICITANDO LA PARALIZACIÓN
DE LOS PROCEDIMIENTOS**

**AL HONORABLE TRIBUNAL**:

Comparece la parte co-demandada **LAS MARTAS INC.**, por conducto de la representación legal que suscribe y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1) Que lo co-demandado, **LAS MARTAS INC.**, ha presentado una petición ante la Corte de Quiebras, Distrito de Puerto Rico, bajo el caso número 22-02380-ESL12, Capítulo 12. **(Anejo I).**

2) Que por lo antes informado, se solicita muy respetuosamente del Honorable Tribunal ordene la paralización automática de todos los procedimientos contra la parte demandada.

**POR TODO LO CUAL**, muy respetuosamente, se solicita de este Honorable Tribunal ordene la paralización de los procedimientos, con cualquier otro pronunciamiento que en derecho proceda.

**RESPETUOSAMETE SOMETIDA**, en Quebradillas, Puerto Rico a 23 de agosto de 2022.

*f/Lcdo. Luis M. Morell Morell*
LCDO. LUIS M. MORELL MORELL
REP. PARTE DEMANDADA
R.U.A. NUM. 10203
P.O. BOX 494, CAMUY, PR 00627
TEL: (787) 895-0220/ CEL.: (787) 413-5556
e-mail: lcdomorell@gmail.com

8/19/22, 1:26 PM

Case:22-02380-ESL12 Doc#:211-13 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XIII - SUMAC 129 - Urgent Motion Requesting Stay of Proceedings   Page 2 of 4

AR2021CV00693 24/08/2022 08:23:33 am Entrada Núm. 129 Página 1 de 2

United States Bankruptcy Court
District of Puerto Rico

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 12 of the United States Bankruptcy Code, entered on 08/16/2022 at 05:26 AM and filed on 08/16/2022.

**LAS MARTAS, INC.**
HC 05 BOX 91635
ARECIBO, PR 00612
Tax ID / EIN: 66-0541863
*dba* **Vaqueria Las Martas**

The case was filed by the debtor's attorney:

**DANIEL MARK PRESS**
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
McLean, VA 22101
703-734-3800

The bankruptcy trustee is:

**JOSE RAMON CARRION MORALES**
PO BOX 9023884
SAN JUAN, PR 00902-3884
787 977-3535

The case was assigned case number 22-02380-ESL12 to Judge ENRIQUE S. LAMOUTTE INCLAN.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.prb.uscourts.gov or at the Clerk's Office, Jose V Toledo Fed Bldg & US Courthouse, 300 Recinto Sur Street, Room 109, San Juan, PR 00901.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**WILMA JAIME**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 08/19/2022 13:26:46 |

8/19/22, 1:26 PM

Case:22-02380-ESL12 Doc#:211-13 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XIII - SUMAC 129 - Urgent Motion Requesting Stay of Proceedings Page 3 of 4

AR2021CV00693 24/08/2022 08:23:33 am Entrada Núm. 129 Página 2 de 2

| PACER Login: | danpress | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 22-02380-ESL12 |
| Billable Pages: | 1 | Cost: | 0.10 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

NOTIFICACIÓN ELECTRÓNICA

La siguiente transacción se registró y archivó en autos el 24 DE AGOSTO DE 2022

Nombre de las partes:  Número del caso: AR2021CV00693

CONDADO 5 LLC
V.
LAS MARTAS, INC. Y OTROS

Presentante  LUIS M. MORELL MORELL

Número de entrada en el expediente electrónico: 129

Presione aquí para acceder al documento electrónico objeto de esta notificación.

MOCIÓN PARALIZACIóN presentada por LAS MARTAS, INC. (LUIS M. MORELL MORELL).

Esta notificación electrónica se envió a:

| Nombre | Correo Electrónico |
|---|---|
| CARLOS J RUIZ GONZALEZ | bufeteruiz.varela@gmail.com |
| EDUARDO MANUEL GONZÁLEZ LÓPEZ | emgonzalez@ferraiuoli.com |
| FRANCES CECILLE BRUNET URIARTE | fbrunet@ferraiuoli.com |
| GUSTAVO A. CHICO BARRIS | gchico@ferraiuoli.com |
| LUIS G PARRILLA HERNANDEZ | lparrilla@ferraiuoli.com |
| LUIS M. MORELL MORELL | lcdomorell@gmail.com |
| RAFAEL RENÉ PINZÓN SANTIAGO | pinzon8888@gmail.com |

Esta notificación ha sido enviada automáticamente desde el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Favor de no responder a este mensaje.*

OAT 1720 NOTIFICACIÓN ELECTRÓNICA - Notificación entre Partes (SUMAC)
(Noviembre 2013)
www.poderjudicial.pr