AR2021CV00693 09/11/2023 07:38:21 am Entrada Núm. 154 Página 1 de 2
Case:22-02380-ESL12 Doc#:211-14 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XIV - SUMAC 154 - Informative Motion and Request to Stay Proceedings Page 1 of 2

**EXHIBIT XIV**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

| | |
|---|---|
| CONDADO 5 LLC, DEMANDANTE vs. LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS. DEMANDADO | CIVIL NUM.: AR2021CV00693 SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA |

## MOCION INFORMATIVA Y EN SOLICITUD DE PARALIZACION DE LOS PROCEDIMIENTOS POR RADICACION DE QUIEBRA

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que en el día de ayer a las 6:31pm recibimos en nuestro correo electrónico la información relacionada a una Quiebra que radico el Sr. Juan Manuel Barreto Ginorio a las 5:20pm del 8 de noviembre del 2023. (se acompaña evidencia)

2. El asunto fue radicado en la Corte de Quiebras por el Lcdo. Jesús E. Batista Sánchez, bajo el número de caso de 23-03681.

3. Por lo antes mencionado, solicitamos la paralización de los procedimientos en el caso de epígrafe.

AR2021CV00693 09/11/2023 07:38:21 am Entrada Núm. 154 Página 2 de 2

Case:22-02380-ESL12 Doc#:211-14 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc: Exhibit XIV - SUMAC 154 - Informative Motion and Request to Stay Proceedings Page 2 of 2

POR TODO LO CUAL se le solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado y provea según lo solcitado, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 9 de noviembre del 2023.

RESPETUOSAMENTE SOMETIDO,

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com