AR2021CV00693 27/11/2023 03:52:43 pm Entrada Núm. 170 Página 1 de 2

Case:22-02380-ESL12 Doc#:211-16 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XVI - SUMAC 170 - Joinder to Request to Stay Proceedings and Extension t Page 1 of 2

EXHIBIT XVI

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| CONDADO 5 LLC.<br>DEMANDANTE<br><br>VS.<br><br>LAS MARTAS INC.; JUAN MANUEL BARRETO GINORIO t/c/c JUAN M. BARRETO GINORIO; MARÍA ELENA HERNÁNDEZ RÚIZ t/c/c MARÍA E. HERNÁNDEZ RUIZ Y LA SOCIEDAD DE GANANCIALES COMPUESTA ENTRE ELLO, Y LOS ESTADOS UNIDOS DE AMÉRICA<br>DEMANDADOS | CIVIL NÚMERO: AR2021CV00693<br><br>SOBRE:<br><br>COBRO DE DINERO Y EJECUCIÓN DE HIPOTECAS |

**MOCIÓN UNIÉNDONOS A LA SOLICITUD DE PARALIZACIÓN PRESENTADA POR LA CODEMANDADA MARÍA ELENA HERNÁNDEZ RÚIZ (ENTRADA 159) Y SOLICITUD DE PRÓRROGA PARA CONTESTAR DEMANDA DE COPARTE**

**AL HONORABLE TRIBUNAL**:

Comparece la parte co demandada **JM DAIRY INC.** por conducto de la representación legal que suscribe y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. La codemandada María Elena Hernández Rúiz presentó una solicitud para que se paralizaran todos los procedimientos en el caso. Véase entrada 159 en SUMAC.

2. Queremos unirnos a los planteamientos presentados por dicha parte en cuanto a la procedencia de la paralización total de los procedimientos toda vez que las partes que el deudor principal está en quiebra así mismo como el garantizador principal que fue la persona que negoció todo lo relacionado a los préstamos que se pretenden cobrar.

3. En dicha moción se solicita además que se le anote la rebeldía a la compareciente en cuanto a una demanda de co parte presentada por María Elena Hernández Rúiz.

−1−

AR2021CV00693 27/11/2023 03:52:43 pm Entrada Núm. 170 Página 2 de 2
Case:22-02380-ESL12 Doc#:211-16 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XVI - SUMAC 170 - Joinder to Request to Stay Proceedings and Extension t Page 2 of 2

4. Solicitamos se nos conceda una prórroga de 10 días para contestar la demanda de co parte ya que no hemos podido dar con ella en el portal de SUMAC; razón por la cual no se ha contestado la misma.

5. En el día de hoy nos estamos comunicando con el Lcdo. Pinzón Santiago para que nos haga llegar la misma y podamos contestarla.

**POR TODO LO CUAL,** se le solicita muy respetuosamente a este Honorable Tribunal que declare **CON LUGAR** la presente moción en su consecuencia nos conceda la prórroga solicitada y acoja como nuestro el planteamiento hecho por la co demandada María Elena Hernández en relación a la paralización total de los procedimientos.

**RESPETUOSAMETE SOMETIDA**, en Quebradillas, Puerto Rico a 27 de noviembre de 2023

f/Luis M. Morell Morell
**LCDO. LUIS M. MORELL MORELL**
REP. PARTE DEMANDANTE
R.U.A. NUM. 10203
P.O. BOX 494
CAMUY, PR 00627
TEL: (787) 895-0220
lcdomorell@gmail.com

–2–