Case:22-02380-ESL12 Doc#:211-18 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XVIII - SUMAC 198 - Informative Motion and Request Case be Referred to M Page 1 of 2

**EXHIBIT XVIII**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ARECIBO

| | |
|---|---|
| CONDADO 5 LLC,<br><br>DEMANDANTE<br><br>vs.<br><br>LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO, MARIA E. HERNANDEZ RUIZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA ENTRE ELLOS.<br><br>DEMANDADO | CIVIL NUM.: AR2021CV00693<br><br><br>SOBRE:<br><br>COBRO DE DINERO Y EJECUCION DE HIPOTECA |

## MOCION INFORMATIVA

AL HONORABLE TRIBUNAL:

Comparece la parte co-demandada JUAN MANUEL BARRETO GINORIO representada por el abogado que suscribe, y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que la propiedad inmueble dedicada a vivienda que forma parte de esta reclamación es la única vivienda principal del Demandado Juan Manuel Barreto Ginorio. Al día de hoy el Demandado reside en la misma.

2. Suplicamos se remita este asunto a mediación.


POR TODO LO CUAL se le solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado, con cualquier otro pronunciamiento que en derecho proceda.

En Arecibo Puerto Rico, a 1 de octubre del 2024.


RESPETUOSAMENTE SOMETIDO,

BUFETE RUIZ & VARELA
f/ Lcdo. Carlos J. Ruiz González
RUA 12,364
Calle Antonio Márquez #7
Arecibo, Puerto Rico, 00612
Tel. 787-879-0058
Email; bufeteruiz.varela@gmail.com