Case:22-02380-ESL12 Doc#:211-19 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc: Exhibit XIX - SUMAC 202 - Informative Motion Regarding Outcome of Mediation Page 1 of 1

AR2021CV00693 12/12/2024 11:00:57 a.m. Página 1 de 1

EXHIBIT XIX

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE **ARECIBO**

| Para uso del CMC |
|---|
| **24-313** |
| Núm. caso en el CMC |

| | |
|---|---|
| **CONDADO 5 LLC**<br>Demandante<br><br>vs.<br><br>**LAS MARTAS, INC. Y OTROS**<br>Demandado | CIVIL NÚM.: **AR2021CV00693**<br><br>SALA: **403**<br><br>SOBRE: **COBRO DE DINERO - ORDINARIO Y OTROS** |

**MOCIÓN INFORMATIVA SOBRE RESULTADO DE CASO DE EJECUCIÓN DE HIPOTECA ATENDIDO MEDIANTE SERVICIO DE VIDEOCONFERENCIA**

AL HONORABLE TRIBUNAL:

Comparece el Centro de Mediación de Conflictos al amparo de la Ley Núm. 184 de 17 de agosto de 2012, según enmendada (32 LPRA § 2881 y siguientes), la Ley Núm. 19 de 22 de septiembre de 1983, según enmendada (4 LPRA § 532 y siguientes), y el Reglamento de Métodos Alternos para la Solución de Conflictos, según enmendado (4 LPRA Ap. XXIX), representado en este acto por quien suscribe e informa que:

1. Las partes de epígrafe fueron referidas por este Honorable Tribunal al Centro de Mediación de Conflictos (en adelante, el CMC) de la Región Judicial de Arecibo mediante Orden del 2 de octubre de 2024. Esta fue notificada el 8 de octubre de 2024.

2. El caso fue citado en el CMC en las siguientes fechas: 21 y 30 de octubre de 2024 y el 11 de diciembre de 2024.

3. A las citas de mediación celebradas mediante videoconferencia compareció el Sr. Gabriel L. De Hoyos Cruz en representación de la parte demandante y acompañado por el Lic. Luis G. Parrilla Hernández. Además, compareció el Sr. Juan M. Barreto Ginorio, parte demandada acompañado del Lic. Carlos J. Ruiz González.

4. Como resultado de la intervención mediante videoconferencia en el Centro de Mediación de Conflictos, este caso se devuelve **Sin Acuerdo**.

**Por todo lo cual** solicitamos de este Honorable Tribunal tome conocimiento de lo antes expuesto y determine lo que en derecho proceda.

Respetuosamente sometida.

**Certifico:** Que la presentación electrónica de un escrito en el Sistema Unificado de Manejo de Casos (SUMAC) constituirá la notificación que debe efectuarse para los abogados, según disponen las Reglas de Procedimiento Civil.

En Arecibo, Puerto Rico, a 13 de diciembre de 2024.

f/Elizabeth Acevedo Salas
Elizabeth Acevedo Salas
Mediadora de Conflictos
CMC-Arecibo@poderjudicial.pr

f/Elizabeth Laguer Acevedo
Elizabeth Laguer Acevedo
Supervisora
CMC-Arecibo@poderjudicial.pr
Centro de Mediación de Conflictos
Centro Judicial de Arecibo
PO BOX 6005
Arecibo, PR 00613-6005
Tel. (787) 650-6407