**EXHIBIT XXI**

**From:** noreply@ramajudicial.pr
**To:** Eduardo Gonzalez
**Subject:** NOTIFICACIÓN DE ORDEN AR2021CV00693
**Date:** Tuesday, August 10, 2021 9:27:17 AM

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 - CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO - ORDINARIO Y OTROS |

NOTIFICACIÓN

A: CARLOS J RUIZ GONZALEZ
BUFETERUIZ.VARELA@GMAIL.COM

EDUARDO MANUEL GONZÁLEZ LÓPEZ
EMGONZALEZ@FERRAIUOLI.COM

GUSTAVO A. CHICO BARRIS
GCHICO@FERRAIUOLI.COM

LUIS G PARRILLA HERNANDEZ
LPARRILLA@FERRAIUOLI.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la) MOCIÓN DE MOCION ASUMIENDO REPRESENTACION LEGAL Y EN SOLICITUD DE PRORROGA PARA CONTESTAR LA DEMANDA [14] este Tribunal emitió una ORDEN el 09 de agosto de 2021.

Se transcribe la determinación a continuación:
SE ACEPTA LA REPRESENTACIÓN ANUNCIADA DEL CO-DEMANDADO JUAN MANUEL BARRETO GINORIO Y SE LE CONCEDE EL TÉRMINO DE 30 DÍAS PARA FORMULAR ALEGACIÓN. [15]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 10 de agosto de 2021, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 10 de agosto de 2021.

| VIVIAN Y. FRESSE GONZALEZ | Por: | f/BRUNILDA HERNANDEZ MENDEZ |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC