**EXHIBIT XXIII**

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Eduardo Gonzalez |
| **Subject:** | NOTIFICACIÓN DE ORDEN AR2021CV00693 |
| **Date:** | Tuesday, October 5, 2021 11:25:02 AM |

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 – CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO – ORDINARIO Y OTROS |

NOTIFICACIÓN

A:  CARLOS J RUIZ GONZALEZ
BUFETERUIZ.VARELA@GMAIL.COM

EDUARDO MANUEL GONZÁLEZ LÓPEZ
EMGONZALEZ@FERRAIUOLI.COM

GUSTAVO A. CHICO BARRIS
GCHICO@FERRAIUOLI.COM

LUIS G PARRILLA HERNANDEZ
LPARRILLA@FERRAIUOLI.COM

LUIS M. MORELL MORELL
LCDOMORELL@GMAIL.COM

MARÍA ELENA HERNÁNDEZ RUIZ T/C/C MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL
MHERNANDEZ01973@GMAIL.COM

RAFAEL RENÉ PINZÓN SANTIAGO
PINZON8888@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la) MOCIÓN DE MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL Y SOLICITUD DE PRÓRROGA PARA CONTESTAR DEMANDA [38] este Tribunal emitió una ORDEN el 04 de octubre de 2021.

Se transcribe la determinación a continuación:
SE ACEPTA AL LCDO. LUIS M. MORELL MORELL COMO REPRESENTANTE LEGAL DE JM DAIRY, INC. SE CONCEDE UNA PRÓRROGA DE 30 DÍAS PARA EMITIR ALEGACIÓN RESPONSIVA A LA DEMANDA. [41]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 05 de octubre de 2021, y que se envió copia de esta notificación a las

personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 05 de octubre de 2021.

VIVIAN Y. FRESSE GONZALEZ
Nombre del (de la)
Secretario(a) Regional

Por:  f/YANITZA IGLESIAS MALDONADO
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016) / SUMAC