**EXHIBIT XXIV**

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Gustavo Chico |
| **Subject:** | NOTIFICACIÓN DE RESOLUCIÓN AR2021CV00693 |
| **Date:** | Tuesday, October 19, 2021 12:15:53 PM |

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 - CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO - ORDINARIO Y OTROS |

NOTIFICACIÓN

A: CARLOS J RUIZ GONZALEZ
BUFETERUIZ.VARELA@GMAIL.COM
EDUARDO MANUEL GONZÁLEZ LÓPEZ
EMGONZALEZ@FERRAIUOLI.COM
GUSTAVO A. CHICO BARRIS
GCHICO@FERRAIUOLI.COM
LUIS G PARRILLA HERNANDEZ
LPARRILLA@FERRAIUOLI.COM
LUIS M. MORELL MORELL
LCDOMORELL@GMAIL.COM
MARÍA ELENA HERNÁNDEZ RUIZ T/C/C MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL
MHERNANDEZ01973@GMAIL.COM
RAFAEL RENÉ PINZÓN SANTIAGO
PINZON8888@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la) MOCIÓN DE OPOSICIÓN "MOCION DONDE SE SOLICITA LA PARALIZACION DE LOS PROCEDIMIENTOS CONTRA LAS MARTAS, INC." (ENTRADA RELACIONAD: SUMAC NÚM. 43) [44] este Tribunal emitió una RESOLUCIÓN el 16 de octubre de 2021.

Se transcribe la determinación a continuación:
EVALUADAS LAS POSICIONES DE LAS PARTES EN TORNO A LA SOLICITUD DE PARALIZACIÓN PRESENTADA POR LAS MARTAS, INC., NO HA LUGAR. [48]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta RESOLUCIÓN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y

archivada hoy 19 de octubre de 2021, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 19 de octubre de 2021.

| VIVIAN Y. FRESSE GONZALEZ | Por: | f/YANITZA IGLESIAS MALDONADO |
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC