Case:22-02380-ESL12 Doc#:211-26 Filed:07/02/25 Entered:07/02/25 17:20:01 Desc:
Exhibit XXVI - SUMAC 67 - Minute of Initial Hearing Page 1 of 2

EXHIBIT XXVI

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA (<u>SUPERIOR</u> ☐ MUNICIPAL) DE <u>ARECIBO</u>

| **CONDADO 5 LLC** | | Civil Núm. | **AR2021CV00693** |
|---|---|---|---|
| *Demandante* | | | |
| **Vs.** | | Sobre: | |
| **LAS MARTAS, INC.** | | | **COBRO DE DINERO** |
| *Demandado* | | | |

# MINUTA

A la conferencia inicial comparece el **Lcdo. Luis G. Parrilla Hernández** en representación de la parte demandante; el **Lcdo. Carlos J. Ruiz González** en representación de Juan Manuel Barreto Ginorio; el **Lcdo. Luis M. Morell Morell** en representación de Las Martas, Inc. y J.M. Dairy, Inc.; y el **Lcdo. Rafael R. Pinzón Santiago** en representación de María E. Hernández Ruiz.

En relación con el presente caso, hace constar la Juez que preside que el mismo no está maduro para celebrar la conferencia inicial. Surge del expediente una moción de desestimación presentada por María E. Hernández Ruiz y recientemente se presentó una solicitud de sentencia sumaria por la parte demandante, la cual se encuentra en término para que las partes codemandadas puedan replicar.

En cuanto a la moción de sentencia sumaria, el licenciado Morell informa que estará cursando un interrogatorio a los efectos de la producción de documentos necesarios para poder contestar adecuadamente la misma. Además, en el día de hoy recibió una contestación a demanda con una reconvención y a esos efectos, dada la complejidad del caso y a lo extenso de la documentación que tiene este caso, solicita un término para poder contestar.

A su vez, el licenciado Ruiz también solicita que la sentencia sumaria se deje en suspenso hasta que se tenga la contestación al descubrimiento de prueba que realizará el licenciado Morell. También se encuentra analizado si es o no de aplicación en este caso una posible mediación.

El licenciado Pinzón secunda la petición de los compañeros, indica que necesita examinar toda la documentación y solicitar cierta documentación que no ha provisto el demandante para poder contestar la sumaria. Manifiesta que su postura con respecto a su representada ha sido clara y que se encuentra haciendo los esfuerzos posibles con el banco para conseguir la evidencia y cumplir con lo solicitado por la parte demandante. A esos efectos, solicita que se deje en suspenso la moción de desestimación hasta que tenga la evidencia solicitada al banco.

Por su parte, el licenciado Parrilla entiende que el descubrimiento de prueba que pretenden realizar los compañeros es totalmente irrelevante y que será objetado en su día, ya que no procede el retracto de crédito litigioso.

- Continúa -

| Nombre Juez: <u>HON. YELITZA TRINIDAD MARTIN</u> | Nombre Alguacil: <u>Videoconferencia (Híbrida)</u> |
|---|---|
| <u>Amarilys Reyes Colón</u> | Certifico: <u>Vivian Y. Fresse González</u> |
| Nombre Secretaria (o) Servicios a Salas o Secretaria (o) Auxiliar del Tribunal (Operador de Sistemas de Grabación) | Secretaria Regional |
| | Por: <u>f/Amarilys Reyes Colón</u> |
| Número de Salón: <u>Sala 403 (09:34)</u> | Secretaria Servicios a Sala |
| Fecha de Vista: <u>09 de febrero de 2022</u> | Fecha de Transcripción: <u>10 de febrero de 2022</u> |

OAT 838 (Rev. febrero-08)

Minuta Civil (Tribunal de Primera Instancia)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA (<u>SUPERIOR</u>  ☐ MUNICIPAL) DE <u>ARECIBO</u>

| **CONDADO 5 LLC** | | Civil Núm. | AR2021CV00693 |
|---|---|---|---|
| *Demandante* | | | |
| **Vs.** | | Sobre: | |
| **LAS MARTAS, INC.** | | | **COBRO DE DINERO** |
| **Demandado** | | | |

# MINUTA
**Página 2**

*EL TRIBUNAL RESUELVE:*

- *Se concede el término de 20 días al licenciado Ruiz y al licenciado Morell para contestar la reconvención.*

- *El licenciado Ruiz tiene el mismo término de 20 días para analizar e informar al Tribunal si se va a proceder con el asunto con la mediación, conforme dispone la ley.*

- *Se deja en suspenso la solicitud de sentencia sumaria y se va a permitir un descubrimiento de prueba limitado antes de contestarla. Para ello tienen el término de 20 días a partir del día de mañana.*

- *Cualquier moción que vaya a presentar el licenciado Ruiz en cuanto al asunto de la mediación y lo del retracto del crédito litigioso, tendrá 35 días para hacerlo.*

- *También se deja en suspenso la moción de desestimación y se le concede un término de 30 días al licenciado Pinzón para que informe lo gestionado con el banco y en cuanto a la moción de desestimación.*

- <u>*Se señala vista sobre el estado de los procedimientos para el día 05 de julio del 2022 a las 9:00 am mediante el sistema de videoconferencias.*</u>

**Nombre Juez: HON. YELITZA TRINIDAD MARTIN**

Amarilys Reyes Colón
**Nombre Secretaria (o) Servicios a Salas o Secretaria (o) Auxiliar del Tribunal (Operador de Sistemas de Grabación)**

**Número de Salón:** Sala 403 (09:34)

**Fecha de Vista:** 09 de febrero de 2022

**OAT 838 (Rev. febrero-08)**
Minuta Civil (Tribunal de Primera Instancia)

**Nombre Alguacil:** Videoconferencia (Híbrida)

**Certifico:** Vivian Y. Fresse González
Secretaria Regional

**Por:** f/Amarilys Reyes Colón
Secretaria Servicios a Sala

**Fecha de Transcripción:** 10 de febrero de 2022