**EXHIBIT XXVIII**

**From:** noreply@poderjudicial.pr
**To:** Frances Brunet Uriarte
**Subject:** NOTIFICACIÓN DE ORDEN AR2021CV00693
**Date:** Monday, March 14, 2022 5:54:38 PM

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 - CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO - ORDINARIO Y OTROS |

NOTIFICACIÓN

A:  CARLOS J RUIZ GONZALEZ
    BUFETERUIZ.VARELA@GMAIL.COM
    EDUARDO MANUEL GONZÁLEZ LÓPEZ
    EMGONZALEZ@FERRAIUOLI.COM
    FRANCES CECILLE BRUNET URIARTE
    FBRUNET@FERRAIUOLI.COM
    GUSTAVO A. CHICO BARRIS
    GCHICO@FERRAIUOLI.COM
    LUIS G PARRILLA HERNANDEZ
    LPARRILLA@FERRAIUOLI.COM
    LUIS M. MORELL MORELL
    LCDOMORELL@GMAIL.COM
    RAFAEL RENÉ PINZÓN SANTIAGO
    PINZON8888@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la) MOCIÓN DE BREVE MOCION INFORMATIVA EN SOLICITUD DE QUE EL PRESENTE CASO SEA REFERIDO A LOST MITIGATION ( MEDIACION) [79] este Tribunal emitió una ORDEN el 14 de marzo de 2022.

Se transcribe la determinación a continuación:
RÉPLIQUEN LAS DEMÁS PARTES. TENGAN 20 DÍAS. [83]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 14 de marzo de 2022, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la

normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 14 de marzo de 2022.

| VIVIAN Y. FRESSE GONZALEZ | Por: f/PILAR H. MERCADO GONZALEZ |
|---|---|
| Nombre del (de la) Secretario(a) Regional | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC