**EXHIBIT XXX**

| | |
|---|---|
| **From:** | noreply@poderjudicial.pr |
| **To:** | Luis Parrilla Hernández |
| **Subject:** | NOTIFICACIÓN DE ORDEN AR2021CV00693 |
| **Date:** | Monday, April 18, 2022 1:57:52 PM |

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE Arecibo
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 (SALÓN 403 – CIVIL) |
|---|---|---|
| VS | | |
| LAS MARTAS, INC. Y OTROS | SOBRE: | COBRO DE DINERO – ORDINARIO Y OTROS |

NOTIFICACIÓN

A:  CARLOS J RUIZ GONZALEZ
BUFETERUIZ.VARELA@GMAIL.COM

EDUARDO MANUEL GONZÁLEZ LÓPEZ
EMGONZALEZ@FERRAIUOLI.COM

FRANCES CECILLE BRUNET URIARTE
FBRUNET@FERRAIUOLI.COM

GUSTAVO A. CHICO BARRIS
GCHICO@FERRAIUOLI.COM

LUIS G PARRILLA HERNANDEZ
LPARRILLA@FERRAIUOLI.COM

LUIS M. MORELL MORELL
LCDOMORELL@GMAIL.COM

RAFAEL RENÉ PINZÓN SANTIAGO
PINZON8888@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la) MOCIÓN DE MOCION INFORMATIVA EN CONTESTACION A ORDEN EN CUANTO AL ASUNTO DE LA SOLICITUD DE ACTIVACION DE LOS TERMINOS PARA CONTESTAR LA SOLICITUD DE SENTENCIA SUMARIA DEL DEMANDANTE [98] este Tribunal emitió una ORDEN el 18 de abril de 2022.

Se transcribe la determinación a continuación:
Se toma conocimiento. Se mantiene en suspenso la solicitud de sentencia sumaria hasta tanto las partes resuelvan la controversia sobre el descubrimiento de prueba. En o antes del 31 de mayo de 2022, las partes deberán informar el status de dicha controversia. [99]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 18 de abril de 2022, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 18 de abril de 2022.

| VIVIAN Y. FRESSE GONZALEZ | Por: | f/PILAR H. MERCADO GONZALEZ |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016) / SUMAC