**EXHIBIT XXXIII**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| **CONDADO 5 LLC.**<br>DEMANDANTE<br><br>VS.<br><br>**LAS MARTAS INC.; JUAN MANUEL BARRETO GINORIO t/c/c JUAN M. BARRETO GINORIO, MARÍA ELENA HERNÁNDEZ RÚIZ t/c/c MARÍA E. HERNÁNDEZ RUIZ y la sociedad de gananciales compuesta entre ellos, ESTADOS UNIDOS DE AMÉRICA**<br>DEMANDADOS | **CIVIL NÚM.: AR2021CV00693**<br><br>**SALÓN: 403**<br><br>**SOBRE:**<br><br>**COBRO DE DINERO Y EJECUCIÓN DE HIPOTECA** |

## SENTENCIA PARCIAL

Examinado el expediente electrónico del caso de epígrafe, así como la *"Moción Informativa y en Solicitud de Paralización de los Procedimientos por Radicación de Quiebra"* presentada por la parte co-demandada, JUAN MANUEL BARRETO GINORIO, en la que manifiesta haberse acogido a un procedimiento ante el Tribunal Federal de Quiebras (Caso Núm. 23-03681-11), este Tribunal declara la misma **HA LUGAR**, y en su consecuencia, dicta Sentencia Parcial **decretando la paralización de los procedimientos en el presente caso únicamente en cuanto a la parte codemandada, JUAN MANUEL BARRETO GINORIO.**

Nos reservamos expresamente jurisdicción para decretar su reapertura a solicitud de parte, en la eventualidad de que la petición de quiebra sea denegada en cualquier momento con posterioridad a la fecha de la presente Sentencia Parcial.

**REGÍSTRESE Y NOTIFÍQUESE.**

En Arecibo, Puerto Rico, a **9 de noviembre de 2023.**

*f/*YELITZA TRINIDAD MARTIN
JUEZA SUPERIOR

/ipm