**EXHIBIT XXXVI**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| **CONDADO 5 LLC.**<br>DEMANDANTE<br><br>VS.<br><br>**LAS MARTAS INC.; JUAN MANUEL BARRETO GINORIO t/c/c JUAN M. BARRETO GINORIO, MARÍA ELENA HERNÁNDEZ RÚIZ t/c/c MARÍA E. HERNÁNDEZ RUIZ y la sociedad de gananciales compuesta entre ellos, ESTADOS UNIDOS DE AMÉRICA**<br>DEMANDADOS | **CIVIL NÚM.: AR2021CV00693**<br><br>**SALA: 403**<br><br>**SOBRE:**<br><br>**COBRO DE DINERO Y EJECUCIÓN DE HIPOTECA** |

## RESOLUCIÓN

Vista la *Solicitud de Paralización De Los Procedimientos Y Anotación de Rebeldía* presentada por la co-demandada Maria Hernandez Ruiz [E-159], así como la *Moción Uniéndonos a Solicitud de Paralización* presentada por JM DAIRY, INC. [E-170]; la *Moción En Oposición A Solicitud De Paralización* [E-176] y la *Solicitud De Reapertura Y Continuación De Los Procedimientos* [E-155] presentada Condado 5 LLC; y los autos del presente caso, determinamos lo siguiente:

- Se declara **NO HA LUGAR** a la solicitud de paralización presentada por la co-demandada María Hernández Ruiz, bajo los fundamentos esbozados por Condado 5 LLC en su oposición.

- Se declara **NO HA LUGAR** a la solicitud de anotación de rebeldía de Las Martas, Inc. y JM Dairy Inc. En cuanto a esta última, se presentó su contestación a la demanda contra coparte el 28 de noviembre de 2023 [E-171].

- En relación a la Solicitud de Reapertura presentada por Condado 5 LLC, se declara **HA LUGAR.** En consecuencia, relevamos la Sentencia Parcial emitida el 26 de agosto de 2023, notificada el 31 de agosto de 2023 [E-123] y ordenamos la continuación de los procedimientos en contra Las Martas, a quien se le otorga el término perentorio de **DIEZ (10) DÍAS** para presentar su alegación responsiva de la demanda contra coparte.

**En o antes del 31 de mayo de 2024** las partes deberán presentar moción en conjunto informando sobre el descubrimiento de prueba que quede pendiente por realizar. Una vez sea cumplida la orden, se calendarizará la vista cuya naturaleza proceda en el caso.

**REGÍSTRESE Y NOTIFÍQUESE.**

En Arecibo, Puerto Rico, a **18 de abril de 2024.**

*f/*YELITZA TRINIDAD MARTIN
JUEZA SUPERIOR

/ipm