**EXHIBIT XXXVIII**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE ARECIBO**

| | |
|---|---|
| **CONDADO 5 LLC**<br>Parte Demandante<br>v.<br>**LAS MARTAS, INC., JUAN MANUEL BARRETO GINORIO T/C/C JUAN M. BARRETO GINORIO POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSA, MARÍA ELENA HERNÁNDEZ RUIZ , MARÍA ELENA HERNÁNDEZ RUIZ T/C/C MARÍA E. HERNÁNDEZ RUIZ POR SÍ Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA CON SU ESPOSO, JUAN BARRETO GINORIO Y OTROS**<br>Parte Demandada | **Caso Núm.:** AR2021CV00693<br>**Sala:** Salón 403 - Civil<br>**Sobre:** COBRO DE DINERO - ORDINARIO, EJECUCIÓN DE HIPOTECA: PROPIEDAD COMERCIAL |

**Resolución**

Ha lugar. Se deja sin efecto la sanción impuesta.

Notifíquese.
Arecibo, Puerto Rico, hoy 20 de mayo de 2024.

1

**f/YELITZA TRINIDAD MARTIN**

Nombre y Firma del (de la) Juez o Jueza