Case:22-02380-ESL12  Doc#:211-40  Filed:07/02/25  Entered:07/02/25 17:20:01  Desc:
Exhibit XL - SUMAC 203 - Notification and Order  Page 1 of 2

EXHIBIT XL

**From:** noreply@poderjudicial.pr
**To:** Eduardo Gonzalez
**Subject:** NOTIFICACIÓN DE ORDEN AR2021CV00693
**Date:** Tuesday, January 14, 2025 3:09:01 PM

WARNING: External Sender.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE Arecibo

| CONDADO 5 LLC | CASO NÚM. | AR2021CV00693 |
|---|---|---|
| DEMANDANTE | SALÓN NÚM: | SALÓN 403 - CIVIL |
| VS | | |
| LAS MARTAS, INC. Y OTROS | | |
| DEMANDADO | SOBRE: | COBRO DE DINERO - ORDINARIO Y OTROS |

NOTIFICACIÓN

A:  CARLOS J RUIZ GONZALEZ
BUFETERUIZ.VARELA@GMAIL.COM

EDUARDO MANUEL GONZÁLEZ LÓPEZ
EMGONZALEZ@FERRAIUOLI.COM

GUSTAVO A. CHICO BARRIS
GCHICO@FERRAIUOLI.COM

HIYEN GABRYEL ROSARIO RAMOS
HROSARIO@FERRAIUOLI.COM

LUIS G PARRILLA HERNANDEZ
LPARRILLA@FERRAIUOLI.COM

LUIS M. MORELL MORELL
LCDOMORELL@GMAIL.COM

RAFAEL RENÉ PINZÓN SANTIAGO
LCDO.PINZONSANTIAGO@GMAIL.COM

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) MOCIÓN INFORMATIVA SOBRE RESULTADO DE CASO DE EJECUCIÓN DE HIPOTECA ATENDIDO MEDIANTE SERVICIO DE VIDEOCONFERENCIA [202] este Tribunal emitió una ORDEN el 14 de enero de 2025.

Se transcribe la determinación a continuación:

Se toma conocimiento del resultado de mediación.

Se señala conferencia con antelación al juicio para el 8 de abril de 2025, a las 9:00 am, mediante videoconferencia. El informe de conferencia con antelación al juicio deberá ser presentado en o antes del 4 de abril de 2025.

[203]

f/YELITZA TRINIDAD MARTIN

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 14 de enero de 2025, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En Arecibo, Puerto Rico, a 14 de enero de 2025.

| VIVIAN Y. FRESSE GONZALEZ | Por: | f/VANESSA GONZALEZ MALAVE |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016) / SUMAC