UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

Las Martas, Inc.

CASE NO: 22-02380 ESL

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 12
ECF Docket Reference No. 211

On 7/8/2025, I did cause a copy of the following documents, described below,

Motion for Relief from the Automatic Stay ECF Docket Reference No. 211

Notice of Motion for Relief from Stay Under II U.S.C. Sec. 362 211-42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/8/2025

/s/ Gustavo A. Chico-Barris
Gustavo A. Chico-Barris  224205
Attorneys for Condado
Ferraiuoli LLC
PO Box 195168
San Juan, PR  00919-5168
407 982 7310
gchico@ferraiuoli.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO: 22-02380 ESL

Las Martas, Inc.                                    **CERTIFICATE OF SERVICE**
                                                    **DECLARATION OF MAILING**

                                                    Chapter: 12
                                                    ECF Docket Reference No. 211

On 7/8/2025, a copy of the following documents, described below,

Motion for Relief from the Automatic Stay ECF Docket Reference No. 211

Notice of Motion for Relief from Stay Under II U.S.C. Sec. 362 211-42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/8/2025


Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gustavo A. Chico-Barris
Ferraiuoli LLC
PO Box 195168
San Juan, PR  00919-5168

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CLASS CODE "ADANCE" were NOT served via First Class USPS Mail Service.

LAS MARTAS INC
HC 05 BOX 91635
ARECIBO PR 00612

DANIEL MARK PRESS, ESQ.
CHUNG & PRESS, P.C.
6718 WHITTIER AVE. STE. 200
MCLEAN VA 22101

JOSE RAMON CARRION MORALES, ESQ.
CHAPTER 12 TRUSTEE
PO BOX 9023884
SAN JUAN PR 00902-3884

MONSITA LECAROZ ARRIBAS, ESQ.
OFFICE OF THE U.S. TRUSTEE
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN PR 00901