**Fill in this information to identify the case:**

Debtor Name: Las Martas, Inc.

United States Bankruptcy Court for the: District of PUERTO RICO

Case number: 22-02380

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: JUNE 2025

Date report filed: 07/21/2025
MM / DD / YYYY

Line of business: DAIRY FARMER

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: JUAN M BARRETO

Original signature of responsible party: /s/

Printed name of responsible party: JUAN M BARRETO

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Las Martas, Inc.                                          Case number 22-02380

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 277.07

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 7559.19

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 7833.72

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ −274.53

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ 2.54

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0

    *(Exhibit E)*

Debtor Name Las Martas, Inc. Case number 22-02380

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ _____ 0

 *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed? _____ 2
27. What is the number of employees as of the date of this monthly report? _____ 2

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 20800.00
30. How much have you paid this month in other professional fees? $ _____ 300.00
31. How much have you paid in total other professional fees since filing the case? $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | — | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month: $ _____
36. Total projected cash disbursements for the next month: − $ _____
37. Total projected net cash flow for the next month: = $ _____

Debtor Name  Las Martas, Inc.                              Case number 22-02380

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset



**ADM® ANIMAL NUTRITION OF P.R., LLC**

RECIBO DE PAGO

**90557**

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

Teléfono:
787-878-7474
787-641-5175

No. Cliente: 311490
Recibí de: ME- DLM Dairy
Fecha: 6-26-2025

| | |
|---|---|
| Efectivo | $ |
| Cheque a Nuestro Favor | $ |
| Cheque Endosado | $ |
| TOTAL | $ 1800.00 |

CHEQUE # _____ # CKS ENDOSADOS _____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | |

Comentarios: Cliente depositó el 6-26-2025

Firma Vendedor: _____ Firma Cliente: _____

# VAQUERIA TRES MONJITAS Inc.

LAS MARTAS INC

CHEQUE **1037669**

LIQUIDACIÓN DE GANADERO

June 06, 2025

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,872<br>142 | 0.906998 | 1,697.90 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,872 | | 142.00 | 1,697.90 | | | 1,697.90 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 3.00 | 2.00 |
| | | | | | | | | 1000239 CONDADO 5 LLC | 1,253.63 | |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check: 1037669    06/06/2025    LAS MARTAS INC    Check Total: 2.00

## VAQUERIA TRES MONJITAS Inc.

LAS MARTAS INC

LIQUIDACIÓN DE GANADERO

June 20, 2025

CHEQUE

**1038404**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,959<br>170 | 0.906998 | 1,776.81 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,959 | | 170.00 | 1,776.81 | | | 1,776.81 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 3.00 | 2.00 |
| | | | | | | | | 1000239 CONDADO 5 LLC | 1,332.54 | |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check: 1038404  06/20/2025  LAS MARTAS INC  Check Total:  2.00

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

STATEMENT DATE
06/30/25

00001750 FFBPRR0701251406230R 3 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

020-BUSINESS PLUS CORP

7280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 7.93-OD | 3 | 249.48 | 7 | 237.01 | 10.00 | 5.46-OD |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT...........DESCRIPTION

   06/02          20.00           ATM CASH DEPOSIT -  053125*001120
                                  FBPR ARECIBO DI    ARECIBO       PR
   06/06         104.33           ACH CREDIT-060625-221571411015293
                                  INDULAC 172                              PAYMENT
   06/20         125.15           ACH CREDIT-062025-221571415531887
                                  INDULAC 172                              PAYMENT

OTHER DEBITS
   DATE..........AMOUNT...........DESCRIPTION

   06/04           7.88           POS DEBIT -HATILLO CASH KARRY-060325*380098
                                  ARECIBO         PR
   06/09          60.00           ATM WITHDRAWAL -  060725*001650
                                  FBPR ARECIBO DI    ARECIBO       PR
   06/09          44.00           POS DEBIT -ECOMAXX CORCOVADA -060625*021637
                                  HATILLO         PR
   06/23         120.65           POS DEBIT -ASOCIACIONES GANAD-062125*007914
                                  HATILLO
   06/30           2.99           PAPER STATEMENT FEE*
   06/30          10.00           BALANCE RANGE FEE    *
   06/30           1.36           IVU ESTATAL
   06/30           0.13           IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE.........BALANCE    DATE.........BALANCE    DATE.........BALANCE
   05/31         7.93OD    06/06         108.52    06/23           9.02
   06/02         12.07     06/09           4.52    06/30         5.46OD
   06/04          4.19     06/20         129.67
```



CASE N° 22-02380 ESL

# Income Statement
## June 2025 LAS MARTAS
Milking 15 Cows Averaging 10 Lts/cow/Day
Producing 3.53 % of Milk Quota
2,072 Liters Biweekly

Cows Culled: 1

Dry Cows: 79       Milk Quota: 58,700 lts biweekly
                   Pooled Price: 89.40¢/lt

| | | | | $ |
|---|---|---|---|---:|
| **INCOME:** | SUIZA: | | | |
| **Milk Sales:** | Liq. June 6 | (Less Ant.)(1,872 lts @ 90.7¢/lt) | | 1,697.90 |
| | Liq. June 20 | 1,959 Lts @ 90.7¢/Lt | | 1,776.81 |
| | | | | - |
| INDULAC: | Liq. June 6 | 142 lts @73.5¢/lt. | | 104.33 |
| | Liq. June 20 | 170 lts @73.6¢/lt | | 125.15 |
| FSA DMC | Reimbursed by Trustee | | | - |
| ADEA Milk Quality Check | | | | - |
| Sale of Culled Cow, and Male Calves | | | | 460.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | | 3,395.00 |
| Money in bank and on hand | | | | 277.07 |
| | **Total Income:** | | | 7,836.26 |

**Less Direct Costs:**
| | | | |
|---|---|---:|---:|
| Feed & Supplements | ATH | 1,800.00 | |
| Medicines, Veterinary, materials and Supplies | | 172.53 | |
| **Total Direct Costs:** | | | 1,972.53 |
| **GROSS PROFIT** | | | **5,863.73** |

**Less Operational Costs:**
| | | | |
|---|---|---:|---:|
| Wages: | | 1,800.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | | 0.00 | |
| Car & Truck | | 0.00 | |
| Fuel | ATH | 276.00 | |
| Utilities | AEE | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | CPA  CASH | 300.00 | |
| Lab. Milk Samples | | 0.00 | |
| Miscellaneous | | 0.00 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | | 14.48 | |
| **Total Operational Costs:** | | | 2,390.48 |
| **OPERATIONAL INCOME** | | | **3,473.25** |

| | |
|---|---:|
| **Capital Expenditures:** | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**
| | | | | |
|---|---|---|---:|---:|
| VTM | C5:$2,586.17 | Retained by VTM | 2,586.17 | |
| VTM | | | 6.00 | |
| ADM Alliance Nutrition | | | 600.00 | |
| ORIL | Fine for Damaged Milk | | 278.54 | |
| **Total Obligations, & Others:** | | | | 3470.71 |

| | |
|---|---:|
| **Net Income:** | **2.54** |

Bank Acct. ($5.46)
Cash on Hand. $8.00

CASE N° 22-02380 ESL

Income Statement

June 2025 LAS MARTAS

Milking 15 Cows Averaging 10 Lts/cow/Day

Producing 3.53 % of Milk Quota

2,072 Liters Biweekly

**WAGES:**

| | Wesley Romero | |
|---|---|---|
| 6-Jun | 450.00 | Cash |
| 13-Jun | 450.00 | Cash |
| 20-Jun | 450.00 | Cash |
| 27-Jun | 450.00 | Cash |
| | 1,800.00 | |

**FEED**  **ADM**          **$**
Cash            1,800.00



# INDUSTRIA LECHERA DE PUERTO RICO, INC.

PO BOX 362949
SAN JUAN, PR 00936-2949

## DIRECT DEPOSIT ADVICE

Liquidación del 6/4/2025

Período de la catorcena  5/22/2025 al 6/4/2025

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000001181 | 6/6/2025 | 0003064  LAS MARTAS, INC. | lelisapo29@yahoo.com |
| | | HC 5 BOX 91635 | |
| | | ARECIBO, PR 00612-9517 | |

|  | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| *** EARNINGS *** | | | | |
| Pago Ganadero Nivel 2 | 0.735 | 142.00 | 104.33 | 1,295.70 |
| *** DIRECT DEPOSITS *** | | | | |
| FIRST BANK PR   Cuenta: ****7280 | | | 104.33 | 1,295.70 |

Total Pay / Deposited:  $104.33

| | Amount | YTD |
|---|---|---|
| Ingreso Total: | 104.33 | 1,295.70 |
| Neto: | 104.33 | |
| Total Deposito Directo: | 104.33 | 1,295.70 |
| Total Deducciones: | 0.00 | 0.00 |




**INDUSTRIA LECHERA DE PUERTO RICO, INC.**
PO BOX 362949
SAN JUAN, PR 00936-2949

## DIRECT DEPOSIT ADVICE
Liquidación del 6/18/2025
Periodo de la catorcena 6/5/2025 al 6/18/2025

| Dir. Dep. No. | Date | | Vendor: |
|---|---|---|---|
| D000001343 | 6/20/2025 | 0003064 LAS MARTAS, INC.<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | lelisapo29@yahoo.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganadero Nivel 2 | 0.736 | 170.00 | 125.15 | 1,420.85 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 125.15 | 1,420.85 |

| | | | Total Pay / Deposited: | $125.15 |
|---|---|---|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | Total Deposito Directo: | 125.15 | 1,420.85 |
| Ingreso Total: | 125.15 | 1,420.85 | Total Deducciones: | 0.00 | 0.00 |
| Neto: | 125.15 | | | | |