IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Las Martas, Inc.<br><br><br>Debtor(s) | Case No.: 22-02380 (ESL)<br><br>Chapter 12 |

### MOTION FOR EXTENSION OF TIME TO FILE POSITION AS TO MOTION TO DISMISS

TO THE HONORABLE COURT:

COMES NOW, Jose R. Carrion-Morales, Chapter 12 Standing Trustee ("Trustee"), through the undersigned attorney and, very respectfully, states and prays as follows:

1. On June 26, 2025, creditor Condado 5, LLC filed a Motion to Dismiss (Docket 207). Responses to the same are due on July 28, 2025.

2. The Trustee needs an additional 21 days to complete his research and draft his position as to said Motion to Dismiss.

3. In light of the above, the Trustee requests an additional 21 days, or until August 18, 2025, to submit his position as to the Motion to Dismiss.

WHEREFORE, the Trustee requests that this Honorable Court grant him an extension of time of 21 days, or until August 18, 2025, to submit his position to Condado 5, LLC's Motion to Dismiss.

RESPECTFULLY SUBMITTED

2

---

## Certificate of Service

I hereby certify, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case including counsels for Condado 5, LLC and Las Martas, Inc., as well as U.S. Trustee for Region 21.

In San Juan, Puerto Rico, this 23rd day of July 2025.

JOSE R. CARRION MORALES
CHAPTER 12 STANDING TRUSTEE
Ochoa Building
500 Tanca St. Suite 502
San Juan, PR 00901

P.O. Box 9023884
Old San Juan Station,
San Juan, P.R. 00902-3884
Tel (787) 977-3535

/s/ *Alexandra Rodríguez-Diaz*
Alexandra Rodríguez Diaz
USDC No. 224311
arodriguez@ch13-pr.com