**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |
| CONDADO 5, LLC, Movant, | RELIEF FROM STAY |
| vs. | 11 U.S.C. 362(d) |
| LAS MARTAS, INC., Respondent, | |
| and | |
| MONSITA LECAROZ ARRIBAS, Assistant U.S Trustee, JOSE RAMON CARRION MORALES, Standing Chapter 12 Trustee, Parties in interest. | |

**MOTION FOR ENTRY OF ORDER GRANTING "*MOTION FOR LEAVE TO FILE DOCUMENTS IN SPANISH AND REQUEST TO SHORTEN OBJECTION NOTICE*" AS UNOPPOSED**
(Related ECF No. 226)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully states and prays as follows:

1. On July 17, 2025, Condado filed a *Motion for Leave to File Documents in Spanish and Request to Shorten Objection Notice* (the "*Motion*", ECF No. 226).

2. The *Motion* afforded the Debtor and parties in interest a 2-business day objection language that was due on July 21, 2025. Id.

3. As of today, neither the Debtor nor parties in interest have filed an objection to the *Motion* or otherwise pled.

WHEREFORE, Condado respectfully moves the Court to grant the *Motion* (ECF No. 226) as unopposed.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of July 2025.

This motion does not require objection notice pursuant to PR LBR 9013-1(c)(3)(A).

Certificate of Service

We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". P.R. Elec. Power Auth. v. Vitol, Inc., 298 F.R.D. 23, 26 (D.P.R.2014).

**Ferraiuoli** LLC
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com