**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

```
-----------------------------------------------------------X
In re:                                                     :    Chapter 12
                                                           :
LAS MARTAS, INC.                                           :    Case No.  22-02380 (ESL)
                                                           :
         Debtor.                                           :
                                                           :
-----------------------------------------------------------X
```

## SUMMARY REPORT OF OPERATIONS (2023-2024)

TO THE HONORABLE COURT:

Debtor's Summary Report of Operations for 2023-2024 is attached hereto.

Dated: July 24, 2025.

               Respectfully submitted,

               /s/ Daniel M. Press
               Daniel M. Press, #204704
               CHUNG & PRESS, P.C.
               6718 Whittier Ave., Suite 200
               McLean, VA 22101
               (703) 734-3800
               dpress@chung-press.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including counsel for Condado 5, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

               /s/ Daniel M. Press
               Daniel M. Press, #204704

CASE N° 22-02380 ESL

# Income Statement
### September-December 2023 LAS MARTAS
Milking 45 Cows Averaging 14 Lts/cow/Day
Producing 14.95 % of Milk Quota
8,775 Liters Biweekly

Milk Quota: 58,700 lts biweekly
Pooled Price:

| | | | $ |
|---|---|---|---:|
| **INCOME:** | | | |
| **Milk Sales:** | | | |
| SUIZA: | 65,987 lts Sept. - Dec. 2023 | | 63,305.88 |
| INDULAC: | 4,211 lts | | 4,068.71 |
| Others | | | 69.68 |
| ADEA Milk Quality Check | | | 228.06 |
| Sale of Culled Cow, Bull and Male Calf | | | 120.00 |
| Sale of hay | Cash and Checks. Not All is Deposited in Acct. | | 13,890.00 |
| USDA Sept. 2023 | Roof N Cover | | 40,742.70 |
| USDA DMC Reimbursed by Trustee | | | 10,234.02 |
| Money in bank and on hand | Sept. 1 2023 | | 18,091.59 |
| **Total Income:** | | | **150,750.64** |
| | | | |
| **Less Direct Costs:** | | | |
| Feed & Supplements | | 35,860.21 | |
| Medicines, Veterinary, Materials & Supplies | | 3,905.21 | |
| **Total Direct Costs:** | | | 39,765.42 |
| **GROSS PROFIT** | | | **110,985.22** |
| | | | |
| **Less Operational Costs:** | | | |
| Wages: | | 10,895.00 | |
| Department of Labor | | 680.40 | |
| PR Treasury | | 525.00 | |
| Farm Maintenance & repairs | ROOF $15,800.00 | 17,733.00 | |
| Milking Equipment | | 1,225.00 | |
| Farm Machinery | | 883.00 | |
| Car & Truck | | 1150.00 | |
| Fuel | ATH | 2,113.26 | |
| Utilities | Milking with Generator | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 2,500.00 | |
| Professional Services | CPA CASH | 1200.00 | |
| Miscellaneous | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | | 70.15 | |
| **Total Operational Costs:** | | | 38,974.81 |
| **OPERATIONAL INCOME** | | | **72,010.41** |
| | | | |
| **Capital Expenditures:** | Purchase of 13 Heifers | | 20,800.00 |
| | | | |
| **Less Obligations & Others: (Through Milk Assignments)** | | | |
| US Clerk Bankruptcy | | 29,250.00 | |
| Condado 5 | Nov. - Dec. | 12,603.87 | |
| ADM Alliance Nutrition | | 1,950.00 | |
| FFIL Medical Insurance | | 650.00 | |
| **Total Obligations, & Others:** | | | 44,453.87 |
| | | | |
| **Net Income:** | | | **6,756.54** |

CASE N° 22-02380 ESL

Income Statement
September-December 2023 LAS MARTAS
Milking 45 Cows Averaging 14 Lts/cow/Day
Producing 14.95 % of Milk Quota
8,775 Liters Biweekly

**PAYMENTS THROUGH MILK ASSIGNMENTS:**

| PAYEE | $ | | | | |
|---|---|---|---|---|---|
| | US CLERK | Condado 5 | FFIL | ADM FEED MILL | |
| Sept. | 16,250.00 | - | 250.00 | 750.00 | 5 wks |
| Oct. | 13,000.00 | - | 200.00 | 600.00 | |
| Nov. | - | 12,603.87 | 150.00 | 450.00 | |
| Dec. | - | 15,084.07 | 134.25 | 300.00 | |
| | 29,250.00 | 27,687.94 | 734.25 | 2,100.00 | |

| | Suiza litros | Indulac litros | | |
|---|---|---|---|---|
| sept. | 18,978 | 1,215.00 | | |
| Oct. | 17,218 | 1,076.00 | | |
| Nov. | 15,433 | 939.00 | | |
| Dec. | 14,358 | 981.00 | | |
| **TOTAL** | **65,987** | **4,211.00** | 70198 | |

**AVERAGING 8,775 LTS BIWEEKLY**

CASE N° 22-02380 ESL

# Income Statement
## YEAR 2024 LAS MARTAS
Milking 41 Cows Averaging 13.77 Lts/cow/Day
Producing 13.46 % of Milk Quota
7,902 Liters Biweekly

Milk Quota: 58,700 lts biweekly
Pooled Price:

| | | $ |
|---|---|---:|
| **INCOME:** | | |
| **Milk Sales:** | | |
| SUIZA & VTM: | | 163,845.94 |
| INDULAC: | | 11,551.36 |
| ADEA Heifer Incentive | | 12,000.00 |
| Sale of Culled Cows, and Male Calves | | 2,760.00 |
| Sale of hay   Cash and Checks. Not All is Deposited in Acct. | | 54,450.00 |
| ADEA Milk Quality Check | | 1,665.77 |
| USDA DMC Reimbursed by Trustee | | 3,598.49 |
| Money in bank and on hand | | 6,756.54 |
| **Total Income:** | | **256,628.10** |
| | | |
| **Less Direct Costs:** | | |
| Feed & Supplements | 52,469.21 | |
| Medicines, Veterinary, Materials & Supplies | 4,395.34 | |
| **Total Direct Costs:** | | 56,864.55 |
| **GROSS PROFIT** | | **199,763.55** |
| | | |
| **Less Operational Costs:** | | |
| Wages: | 21,615.00 | |
| Department of Labor | 405.00 | |
| PR Treasury | 891.17 | |
| Farm Maintenance & repairs | 972.74 | |
| Milking Equipment | 958.45 | |
| Farm Machinery | 1,763.00 | |
| Car & Truck | 429.05 | |
| Fuel | 4,102.58 | |
| Utilities | 2,604.42 | |
| Farm Lease        Juan Manuel Barreto | 3,000.00 | |
| Professional Services        CPA, Gestoría | 3750.00 | |
| Miscellaneous Meals | 365.01 | |
| Office Supplies | 107.13 | |
| Bank charges | 319.45 | |
| **Total Operational Costs:** | | 41,283.00 |
| **OPERATIONAL INCOME** | | **158,480.55** |
| | | |
| **Capital Expenditures:** | | - |
| | | |
| **Less Obligations & Others: (Through Milk Assignments)** | | |
| Milk Proceeds and Milk Assignments Retained by Suiza Dairy. | | |
| Unsure of Distribution to Creditors/Not Detailed in Suiza Documents* | | |
| Suiza Dairy | 45,654.88 | |
| VTM | 5,851.27 | |
| Condado 5 | 96,221.81 | |
| ADM Alliance Nutrition | 4,200.00 | |
| FFIL         Medical Insurance | 350.00 | |
| ORIL         Fine for Damaging Milk | 6,160.92 | |
| **Total Obligations, & Others:** | | 158,438.88 |
| | | |
| **Net Income:** | | **41.67** |

\* Must Ask Creditors Condado 5 and FFIL
to detail Milk Assignments Received as of Liquidation Period
L 2024-02 (Jan. 19, 2024) Included. Suiza Dairy Stopped Detailing
Amounts of Milk Assignments Distributed to Creditors.
**As of January 19, 2024, Las Martas Received NO Milk Proceeds from Suiza Dairy.**

CASE N° 22-02380 ESL

Income Statement
YEAR 2024 LAS MARTAS
Milking 41 Cows Averaging 13.77 Lts/cow/Day
Producing 13.46 % of Milk Quota
7,902 Liters Biweekly

**SUIZA PAYMENTS THROUGH MILK ASSIGNMENTS:**

| PAYEE | $ Condado 5 | ADM FEED MIL | FFIL |
|---|---|---|---|
| January | 3,250.00 | 150.00 | 50.00 |
| March |  | 450.00 |  |

| Suiza 2024 | Suiza Milk Proceed | Suiza Retentions | Milk Assign. Condado 5 | Milk Assign. ADM | Milk Assignment FFIL | Payed to LM |
|---|---|---|---|---|---|---|
| January | 16,280.64 | 4,220.94 | 11,045.21 | 150.00 | 50.00 | 814.49 |
| February | 15,845.75 | 7,923.12 | 7,922.63 | - | Unknown | - |
| March | 19,822.94 | 10,876.17 | 8,496.77 | 450.00 | Unknown | - |
| April | 16,657.05 | 8,468.21 | 8,188.84 | - | Unknown | - |
| May | 17,799.88 | 11,221.41 | 6,578.47 | - | Unknown | - |
| June | 6,108.65 | 2,945.03 | 3,163.62 | - | Unknown | - |
| TOTAL | 92,514.91 | **45,654.88** | 45,395.54 | 600.00 | 50.00 | 814.49 |

**$ Unaccounted For in Suiza Documents**

| VTM 2024 | VTM Milk Proceeds | VTM Retentions | Condado 5 | ADM | FFIL | ORIL | Payed to LM |
|---|---|---|---|---|---|---|---|
| June | 4,568.57 | - | - | - | - | - | 4,568.57 |
| July | 10,273.58 | 7.00 | 7,652.06 | 600.00 | 200.00 | 1,810.52 | 4.00 |
| August | 18,476.50 | 5,800.27 | 11,343.87 | 600.00 | 100.00 | 620.36 | 12.00 |
| Aug. Lab |  | 8.00 | - | - | - | - | - |
| Sept. | 12,754.24 | 10.00 | 10,899.52 | 600.00 | - | 1,240.72 | 4.00 |
| October | 8,806.97 | 10.00 | 6,952.25 | 600.00 | - | 1,240.72 | 4.00 |
| November | 9,752.07 | 8.00 | 8,515.77 | 600.00 | - | 624.30 | 4.00 |
| December | 6,699.10 | 8.00 | 5,462.80 | 600.00 | - | 624.30 | 4.00 |
| TOTAL | 71,331.03 | 5,851.27 | 50,826.27 | 3,600.00 | 300.00 | 6,160.92 | 4,600.57 |

|  | Suiza litros | Indulac litros | VTM |
|---|---|---|---|
| Jan. 21,982 lts | 25,247 | 1511 | 0 |
| Feb. | 17,234 | 1510 | 0 |
| March | 26,335 | 2488 | 0 |
| April | 18,365 | 1192 | 0 |
| May | 15,865 | 1334 | 0 |
| June | 7,248 | 1402 | 6,605 |
| July | - | 711 | 13,006 |
| August | - | 1086 | 20,371 |
| September | - | 781 | 14,062 |
| October | - | 345 | 9,710 |
| November | - | 534 | 10,752 |
| December | - | 377 | 7,386 |
| TOTAL | 110,294 | 13271 | 81892 |