**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------X
In re:                                          :    Chapter 12
                                                :
LAS MARTAS, INC.                                :    Case No.  22-02380 (ESL)
                                                :
         Debtor.                                :
                                                :
-------------------------------------------------------------X
```

## MOTION FOR FURTHER EXTENSION OF TIME TO FILE JANUARY – MAY 2025 REPORT

TO THE HONORABLE COURT:

   COMES NOW the Debtor, Las Martas, Inc., through the undersigned counsel, and respectfully requests a further two-week extension of time to file its summary of monthly operations for January – May 2025.  In support thereof, Debtor states as follows:

   1.   In the Minutes/Order entered on June 10, 2025, from the status conference held the day before,  the Court ordered that "The Debtor shall file a summary of its monthly operations since the dismissal of the case through May 2025 within thirty (30) days."  [Doc. 196, at p.3, #3].  The Court extended that deadline on Debtor's Motion until today.  Debtor has filed today its reports for 2023 and 2024.

   2.   While Condado requested a deferral of its deadlines, Debtor has been diligently trying to gather the details of nearly 2 years of its operations in order to prepare the required summary.  Debtor has had to request some information from third parties, and that has caused delay.  While Debtor was able to have the 2023 – 2024 reports completed, it was not possible to complete 2025 in the allowed time.  Accordingly, the Debtor needs additional time to prepare the report.

--                                                              1

3. Debtor believes it can be completed in an additional two weeks.

WHEREFORE, Debtor respectfully requests that the Court extend the deadline for the report by two weeks, to August 7, 2025.

<u>Objection Notice- PR LBR 9013-1(c)(1)</u>

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

Dated: July 24, 2025.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, #204704
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including counsel for Condado 5, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

/s/ Daniel M. Press
Daniel M. Press, #204704