UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

```
-------------------------------------------------------X
In re:                                                 :        Chapter 12
                                                       :
LAS MARTAS, INC.                                       :        Case No.  22-02380 (ESL)
                                                       :
         Debtor.                                       :
                                                       :
-------------------------------------------------------X
```

# RESPONSE TO MOTION FOR LEAVE TO FILE DOCUMENTS IN SPANISH AND REQUEST TO SHORTEN OBJECTION NOTICE

TO THE HONORABLE COURT:

COMES NOW the Debtor, Las Martas, Inc., through the undersigned counsel, and responds to the Motion for Leave to File Documents in Spanish and Request to Shorten Objection Notice.

There is a reason that this Court requires documents to be filed in English, and it is not just for appeals. This Court functions in English. And its attorneys do not necessarily speak Spanish. In fact, while the undersigned can read and speak some Spanish, I cannot read much of the documents at issue attached to Condado's Motion for Relief from Stay. Debtor will suffer prejudice if his counsel cannot read the attachments to the motion.

It is also presumptuous of Condado to file a "MOTION FOR ENTRY OF ORDER GRANTING "MOTION FOR LEAVE TO FILE DOCUMENTS IN SPANISH AND REQUEST TO SHORTEN OBJECTION NOTICE" AS UNOPPOSED" after requesting *but not receiving* an Order shortening the response deadline. Unless the Court acts to shorten the deadline, the deadline to respond is that in the Rules, not that unilaterally set by Condado. In fact, this

response is not only timely, it is early.

. WHEREFORE, Debtor respectfully requests that the Motion for Leave to File Documents in Spanish and the "Motion for Entry of an Order… as Unopposed" be denied,

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, #204704
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including counsel for Condado 5, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

/s/ Daniel M. Press
Daniel M. Press, #204704