IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON JUL/28/2025 |

ORDER

The motion filed by Condado 5, LLC requesting entry of order granting Condado's request for leave to file documents in Spanish and for shorten objection notice (docket #235) is hereby denied. The request is denied for the reasons stated in Debtor's response (docket #238). However, it appears that facts which the Spanish documents lend support to are uncontested. What matters are the legal consequences. Thus, the parties should meet and discuss whether the documents are really needed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28 day of July, 2025.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge