United States Bankruptcy Court

District of Puerto Rico

In re:                                                                                          Case No. 22-02380-ESL

LAS MARTAS INC                                                                   Chapter 12
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: pdf003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

**Recip ID                    Recipient Name and Address**
db                    +  LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason   Name and Address**
cr                    CONDADO 5 LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:**

**Name                                   Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
    on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
    on behalf of Creditor CRIM cpfbkcy@gmail.com  cpfbkcy@gmail.com

DANIEL MARK PRESS
    on behalf of Cross Defendant CONDADO 5  LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
    on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
    edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES

District/off: 0104-3                     User: admin                                    Page 2 of 2

Date Rcvd: Jul 28, 2025                  Form ID: pdf003                                 Total Noticed: 1

                           EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ
                  on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
                  ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
                  on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
                  on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
                  on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
                  edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
                  on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
                  tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 22-02380-ESL12

LAS MARTAS INC                                  Chapter 12




                  Debtor                        FILED & ENTERED ON JUL/28/2025


                              ORDER

     The motion filed by Condado 5, LLC requesting entry of order granting

Condado's request for leave to file documents in Spanish and for shorten

objection notice (docket #235) is hereby denied. The request is denied for the

reasons stated in Debtor's response (docket #238).  However, it appears that

facts which the Spanish documents lend support to are uncontested.  What matters

are the legal consequences. Thus, the parties should meet and discuss whether

the documents are really needed.

     IT IS SO ORDERED.

     In San Juan, Puerto Rico, this 28 day of July, 2025.



                                        Enrique S. Lamoutte
                                    United States Bankruptcy Judge