IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LAS MARTAS, INC.<br><br>Debtor. | CASE NO. 22-02380 (ESL)<br><br>CHAPTER 12 |

**MOTION IN COMPLIANCE WITH ORDER**
(ECF No. 233)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsels, and respectfully states and prays as follows:

1. On June 9, 2025, this Court held a Status Conference wherein the Court ordered as follows:

> 1. Condado shall immediately cease collecting the Debtor's proceeds from the sale of milk.
> 2. Condado shall submit to the Debtor and the Trustee a detail of all funds received from milk proceeds of the Debtor since the filing of the petition within thirty (30) days.
> 3. The Debtor shall file a summary of its monthly operations since the dismissal of the case through May 2025 within thirty (30) days. Monthly reports of operations shall be filed thereafter in the ordinary course.
> 4. The Debtor and Condado shall file a Joint Report on the distribution of the consigned funds within thirty (30) days.
> 5. The Debtor shall file an amended Chapter 12 plan within ninety (90) days from the filing of the Joint Report.

*Minutes of Proceeding*, ECF No. 196, pp. 2-3.

2. On June 11, 2025, given the pendency of Condado's Appeal, Condado filed a *Motion for Entry of Order to Stay Any Pending Matter Currently on Appeal Under the Divestiture Rule* (the "Motion to Stay", ECF No. 197) because any adjudication or distribution of the consigned funds would directly interfere with the jurisdiction of the Appellate Court by effectively deciding matters on the very issue on appeal.

3. On June 24, 2025, Vaquería Tres Monjitas, Inc.'s counsel ("Tres Monjitas" or "VTM") filed a *Notice of Appearance* wherein he informs that he "immediately contacted Vaquería Tres Monjitas, Inc., […] to implement the Order of this Honorable Court *by no[t] issuing nor delivering any check from the proceeds of the purchase of raw milk to Condado 5 LLC*" (the

"Notice of Appearance", ECF No. 201) (italics added).

4. Because this instruction struck at the very subject matter of Condado's *Motion to Stay* and the instant *Appeal* and, if carried out would adversely interfere with Condado's appellate rights, on June 24, 2025, Condado filed an *Urgent Motion Staying Any Redirection, Withholding or Distribution of Milk Sale Proceeds During the Pendency of Condado's Appeal and for Consignment of Proceeds Pending Resolution of the Appeal* (the "Urgent Motion", ECF No. 202).

5. On July 2, 2025, Condado filed a *Motion for Relief from Stay* (the "*Motion for Relief from Stay*", ECF No. 211).

6. On July 16, 2025, the Debtor filed its response to the *Motion for Relief from Stay* (ECF No. 224).

7. On July 22, 2025, this Court held a hearing to consider the *Motion for Relief from Stay* where the Court ordered Condado to "file with the court 'a detail of all funds received from milk proceeds of the Debtor since the filing of the petition within' fourteen (14) days" and also ordered Condado and the Debtor to "'file a Joint Report on the distribution of the consigned funds within' fourteen (14) days." *Minutes of Proceeding*, ECF No. 233, p. 3.

8. In compliance, Condado hereby informs that: (i) from August 16, 2022 (the "Petition Date") through September 29, 2023 (the "Dismissal Date") Condado received $0.00 from milk proceeds of the Debtor; (ii) from the Dismissal Date through March 5, 2025 (the "Date of Judgment Vacating Dismissal Order"), Condado received $190,489.65 from milk proceeds of the Debtor; and (iii) from the Date of Judgment Vacating Dismissal Order through June 3, 2025 (the "Date of Last Payment Received") Condado received $17,286.28 from the milk-processing plant.

9. The instant motion is for informational purposes only. Condado hereby reserves any and all remedies and/or rights it has asserted or may assert with regard to the outstanding contested matters.

## Prayer for Relief

WHEREFORE, Condado respectfully moves the Court to take notice of the foregoing and deem the *Order* (ECF No. 233) complied.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of August 2025.

Certificate of Service

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". P.R. Elec. Power Auth. v. Vitol, Inc., 298 F.R.D. 23, 26 (D.P.R.2014).

**Ferraiuoli** LLC
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

 */s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

 */s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com