**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X
In re:                                                  :     **Chapter 12**
                                                        :
LAS MARTAS, INC.                                        :     **Case No.** 22-02380 (ESL)
                                                        :
       **Debtor.**                                            :
                                                        :
---------------------------------------------------------------X

## SUMMARY REPORT OF OPERATIONS (2023-2024)

TO THE HONORABLE COURT:

   Debtor's Summary Report of Operations for January-May 2025 is attached hereto.

   Dated: August 7, 2025.

                                                                   Respectfully submitted,

                                                                  /s/ Daniel M. Press
                                                                  Daniel M. Press, #204704
                                                                  CHUNG & PRESS, P.C.
                                                                  6718 Whittier Ave., Suite 200
                                                                  McLean, VA 22101
                                                                  (703) 734-3800
                                                                  dpress@chung-press.com

CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including counsel for Condado 5, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

                                                                  /s/ Daniel M. Press
                                                                  Daniel M. Press, #204704

CASE N° 22-02380 ESL

# Income Statement
## JAN. - MAY 2025 LAS MARTAS
Milking Average 20 Cows Averaging 13 Lts/cow/Day
Producing 6.85 % of Milk Quota
Averaging 3,654 Liters Biweekly

Milk Quota: 58,700 lts biweekly

| | | $ |
|---|---|---:|
| **INCOME:** | | |
| **Milk Sales:** | | |
| VTM | | 33,623.40 |
| INDULAC: | | 3,061.86 |
| ADEA Heifer Incentive | | - |
| Sale of Culled Cows, and Male Calves | | 150.00 |
| Sale of hay   Cash and Checks. Not All is Deposited in Acct. | | 23,955.00 |
| ADEA Milk Quality Check | | 769.95 |
| USDA FSA RTCP Transportation Incentive | | 1,636.39 |
| Money in bank and on hand | | 41.67 |
| **Total Income:** | | **63,238.27** |
| | | |
| **Less Direct Costs:** | | |
| Feed & Supplements | 18,600.00 | |
| Medicines , Veterinary, Materials & Supplies | 2,338.22 | |
| **Total Direct Costs:** | | 20,938.22 |
| **GROSS PROFIT** | | **42,300.05** |
| | | |
| **Less Operational Costs:** | | |
| Wages: | 5,925.00 | |
| State Department | 30.00 | |
| PR Treasury | 0.00 | |
| Farm Maintenance & repairs | 1,060.33 | |
| Milking Equipment | 578.20 | |
| Farm Machinery | 0.00 | |
| Car & Truck | 1231.75 | |
| Fuel | 2,044.58 | |
| Utilities | 601.24 | |
| Farm Lease    Juan Manuel Barreto | 1,000.00 | |
| Professional Services    CPA, Gestoría | 2000.00 | |
| Miscellaneous Meals & Others | 147.36 | |
| Office Supplies | 0.00 | |
| Bank charges | 94.11 | |
| **Total Operational Costs:** | | 14,712.57 |
| **OPERATIONAL INCOME** | | **27,587.48** |
| | | |
| **Capital Expenditures:** | | - |
| | | |
| **Less Obligations & Others: (Through Milk Assignments)** | | |
| Milk Proceeds and Milk Assignments Retained by Suiza Dairy. | | |
| Unsure of Distribution to Creditors/Not Detailed in Suiza Documents* | | |
| VTM | 40.00 | |
| Condado 5 | 21,148.91 | |
| ADM Alliance Nutrition | 3,000.00 | |
| ORIL         Fine for Damaging Milk | 3,121.50 | |
| **Total Obligations, & Others:** | | 27,310.41 |
| | | |
| **Net Income:** | | **277.07** |

CASE N° 22-02380 ESL

## Income Statement
### JAN. - MAY 2025 LAS MARTAS
Milking Average 20 Cows Averaging 13 Lts/cow/Day
Producing 6.85 % of Milk Quota
Averaging 3,654 Liters Biweekly

| VTM 2025 | VTM Milk Proceeds | VTM Retentions | Condado 5 | ADM | ORIL | Payed to LM |
|---|---|---|---|---|---|---|
| January | 11,391.92 | 8.00 | 6,353.48 | 600.00 | 624.30 | 3,806.14 |
| February | 6,874.15 | 8.00 | 5,673.85 | 600.00 | 624.30 | (32.00) |
| March | 5,881.89 | 8.00 | 4,645.59 | 600.00 | 624.30 | 4.00 |
| April | 5,712.29 | 8.00 | 4,475.99 | 600.00 | 624.30 | 4.00 |
| May | 3,763.15 | 8.00 | 2,526.85 | 600.00 | 624.30 | 4.00 |
| **TOTAL** | 33,623.40 | 40.00 | 21,148.91 | 3,000.00 | 3,121.50 | 3,786.14 |

|  | VTM litros | Indulac litros |
|---|---|---|
| Jan. | 12,783 | 1,013 |
| Feb. | 7,579 | 563 |
| March | 6,485 | 478 |
| April | 6,298 | 525 |
| May | 4,149 | 325 |
| TOTAL | 37,294 | 2,904 |