IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON AUG/07/2025 |

ORDER

The motion filed by Condado 5, LLC in compliance with Order dated 7/22/2025 (docket #250) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of August, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge