IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

Las Martas, Inc.                                          No. 22-02380-ESL

Debtor                                                    Chapter 12

-----------------------------------------------

MOTION TO INFORM FUTURE PAYMENTS TO DEBTOR

NOW COMES debtor, through undersigned counsel, and respectfully states and prays:

1.- Vaquería Tres Monjitas, Inc., (hereinafter VTM), will make future payments for the purchase of the above captioned debtor, after the appeal or other legal terms run out or this Honorable Court orders otherwise. This pursuant to the Opinion and Order of this Honorable Court of August 8, 2025, Dkt No 248.

IT IS THEREFORE respectfully requested that this Honorable Court NOTE the information herein provided.

In San Juan, Puerto Rico, August 8th, 2025.


/s/MAXIMILIANO TRUJILLO-GONZALEZ, ESQ.
US DC PR No. 122208
PMB 429
100 Grand Paseos Blvd Suite 112
San Juan PR 00926-5902
787-438-8802
maxtruj@gmail.com



CERTIFICATE OF SERVICE:

This motion shall be served on those parties that appear in the Electronic System of the Clerk's Office to receive electronic notices.

1

/S/ MAXIMIIANO TRUJILLO-GONZALEZ, ESQ.

2