## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |

**MOTION TO INFORM FILING OF *URGENT MOTION IN AID OF JURISDICTION***
(ECF No. 252)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsels, and respectfully states and prays as follows:

1. On August 7, 2025, the Debtor and Condado filed a *Joint Report on the Distribution of the Consigned Funds* (ECF No. 252) wherein Condado informed that it would file an *Urgent Motion in Aid of Jurisdiction* with U.S. District Court for the District of Puerto Rico in the case styled Condado 5 LLC v. Las Martas, Inc. et al., Civil Case No. 23-01074 (RAM).

2. Condado hereby informs that on August 11, 2025, Condado filed the *Urgent Motion in Aid of Jurisdiction* requesting the District Court to stay any distribution of the consigned funds (the "*Urgent Motion in Aid of Jurisdiction*", Civil Case No. 23-01074 (RAM), ECF No. 32). See **Exhibit I**.

3. The *Urgent Motion* remains *sub judice*.

WHEREFORE, Condado respectfully moves the Court to take notice of the foregoing,

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of August 2025.

Certificate of Service

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**Ferraiuoli** LLC
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor

San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com