**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |

**MOTION TO INFORM OF DISTRICT COURT ORDER**

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsels, and respectfully states and prays as follows:

1. On August 7, 2025, the Debtor and Condado filed a *Joint Report on the Distribution of the Consigned Funds* (ECF No. 252) wherein Condado informed that it would file an *Urgent Motion in Aid of Jurisdiction* with U.S. District Court for the District of Puerto Rico (the "District Court") in the case styled Condado 5 LLC v. Las Martas, Inc. et al., Civil Case No. 23-01074 (RAM).

2. On August 11, 2025, Condado filed the *Urgent Motion in Aid of Jurisdiction* requesting the District Court to stay any distribution of the consigned funds (the "*Urgent Motion in Aid of Jurisdiction*", Civil Case No. 23-01074 (RAM), ECF No. 32).

3. Condado hereby informs that last Friday, August 15, 2025, the District Court entered an *Order* noting Condado's *Urgent Motion in Aid of Jurisdiction* and granted Appellees until August 22, 2025, to file a response (Civil Case No. 23-01074 (RAM), ECF No. 33).

WHEREFORE, Condado respectfully moves the Court to take notice of the foregoing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 18th day of August 2025.

Certificate of Service

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the US Trustee for Region 21, and all parties that requested notice.

[*signature page follows*]

August 18, 2025  
San Juan, PR

**Ferraiuoli** LLC

Attorneys for Condado  
American International Plaza  
250 Muñoz Rivera Avenue  
6th Floor  
San Juan, PR 00918  
PO Box 195168  
San Juan, PR 00919-5168  
Phone: (787) 766-7000  
Facsimile: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*  
GUSTAVO A. CHICO-BARRIS  
USDC-PR No. 224205  
gchico@ferraiuoli.com

*/s/Tomás F. Blanco-Pérez*  
TOMAS F. BLANCO-PEREZ  
USDC-PR No. 304910  
tblanco@ferraiuoli.com