IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> LAS MARTAS INC <br><br><br><br> Debtor(s) | CASE NO. 22-02380-ESL12 <br> Chapter 12 <br><br><br><br> FILED & ENTERED ON AUG/19/2025 |

ORDER AND NOTICE

An evidentiary hearing is hereby scheduled for December 18, 2025 at 10:00 AM; to consider the following contested matter(s):

1-Motion to Dismiss filed by Condado 5, LLC (Docket #207)

2-Chapter 13 Trustee's Opposition to Motion to Dismiss (#256)

3-Debtor's Opposition to Motion to Dismiss (#259).

The evidentiary hearing will be held at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Fed. Bldg. & U.S. Courthouse Bldg. 300 Recinto Sur, Courtroom #2, 2nd Floor, San Juan, Puerto Rico.

The court orders the following:

1. The parties shall file proposed findings of fact and conclusions of law no later than seven (7) days prior to the hearing. Each finding of fact shall refer to either a document to be submitted as an exhibit, or to a witness to be presented. Each party shall include as an attachment copy of all exhibits to be submitted at the hearing. Joint exhibits will be identified with roman numerals (I, II, III, etc.); movant/plaintiff exhibits will be identified with numbers (1, 2, 3, etc.); and respondent/defendant exhibits will be identified with letters (A, B, C, etc.).

The court advises the parties that it may not hold the evidentiary hearing on the scheduled date if there is no timely compliance with the above directives.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of August, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge