**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: <br><br> LAS MARTAS, INC. <br><br> Debtor. | CASE NO. 22-02380 (ESL) <br><br> CHAPTER 12 |

**MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY TO: (I) TRUSTEE'S OPPOSITION TO MOTION TO DISMISS; (II) DEBTOR'S RESPONSE TO MOTION TO DISMISS AND FOR EXTENSION OF TIME**
(Related ECF Nos. 256 & 259)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully moves the Court for an order granting it leave to file a consolidated reply to the Chapter 12 Trustee's Opposition to Motion to Dismiss and the Debtor's Response to Motion to Dismiss (ECF Nos. 256 & 259) pursuant to PR L. Civ. R. 7(c), and in support hereof, states:

1. On June 26, 2025, Condado filed a *Motion to Dismiss* (ECF No. 207).

2. On August 12, 2025, the Chapter 12 Trustee filed an *Opposition to Motion to Dismiss* (the "*Trustee's Opposition*", ECF No. 256).

3. On August 18, 2025, the Debtor filed a *Response to Motion to Dismiss* incorporating by reference the *Trustee's Opposition* (the "*Debtor's Opposition*", ECF No. 259) (collectively with the *Trustee's Opposition*, as the "*Oppositions*").

4. Today, August 19, 2025, the Court entered an *Order and Notice* scheduling an evidentiary hearing for December 18, 2025, at 10:00a.m. See ECF No. 260.

5. Pursuant to PR L. Civ. R. 7(c) and for the sake of judicial economy, Condado requests leave to file a consolidated reply to the *Oppositions* (ECF Nos. 256 & 259) or otherwise plead within 21 days, through and including Tuesday, September 9, 2025.

6. Condado's consolidated reply will be limited to the averments made by the Chapter 12 Trustee and the Debtor in the *Oppositions*.

7. This request is made in good faith and for a good cause, and will not delay the proceedings as the evidentiary hearing is scheduled for December 18, 2025, at 10:00a.m. See ECF No. 260.

WHEREFORE, Condado respectfully prays the Court to grant it leave to file a consolidated reply to the *Oppositions* (ECF Nos. 256 & 259) or otherwise plead within 21 days, through and including **Tuesday, September 9, 2025**.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 19th day of August, 2025.

This motion does not require objection notice pursuant to PR LBR 9013-1(c)(3)(B).

Certificate of Service

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". P.R. Elec. Power Auth. v. Vitol, Inc., 298 F.R.D. 23, 26 (D.P.R.2014).

**Ferraiuoli LLC**
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

/s/ Gustavo A. Chico-Barris
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

/s/Tomás F. Blanco-Pérez
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com