United States Bankruptcy Court
District of Puerto Rico

| In re: | Case No. 22-02380-ESL |
|---|---|
| LAS MARTAS INC | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: pdf003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CONDADO 5 LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

**Name            Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
            on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
            on behalf of Creditor CRIM cpfbkcy@gmail.com  cpfbkcy@gmail.com

DANIEL MARK PRESS
            on behalf of Cross Defendant CONDADO 5  LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
            on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
            edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: pdf003 | Total Noticed: 1 |

JOSE RAMON CARRION MORALES
    EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ
    on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
    on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
    on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
    on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
    tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:  
LAS MARTAS INC

CASE NO. 22-02380-ESL12  
Chapter 12

Debtor(s)

FILED & ENTERED ON AUG/19/2025

ORDER AND NOTICE

An evidentiary hearing is hereby scheduled for December 18, 2025 at 10:00 AM; to consider the following contested matter(s):

1-Motion to Dismiss filed by Condado 5, LLC (Docket #207)

2-Chapter 13 Trustee's Opposition to Motion to Dismiss (#256)

3-Debtor's Opposition to Motion to Dismiss (#259).

The evidentiary hearing will be held at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Fed. Bldg. & U.S. Courthouse Bldg. 300 Recinto Sur, Courtroom #2, 2nd Floor, San Juan, Puerto Rico.

The court orders the following:

1. The parties shall file proposed findings of fact and conclusions of law no later than seven (7) days prior to the hearing. Each finding of fact shall refer to either a document to be submitted as an exhibit, or to a witness to be presented. Each party shall include as an attachment copy of all exhibits to be submitted at the hearing. Joint exhibits will be identified with roman numerals (I, II, III, etc.); movant/plaintiff exhibits will be identified with numbers (1, 2, 3, etc.); and respondent/defendant exhibits will be identified with letters (A, B, C, etc.).

The court advises the parties that it may not hold the evidentiary hearing on the scheduled date if there is no timely compliance with the above directives.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of August, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge