IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LAS MARTAS INC<br><br>Debtor | CASE NO. 22-02380-ESL12<br>Chapter 12<br><br>FILED & ENTERED ON AUG/26/2025 |

ORDER

Condado 5, LLC is to state its position within fourteen (14) days as to Debtor's position on adequate protection filed on August 21, 2025 (docket #263).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26 day of August, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge