# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COME NOW the Debtor, Las Martas, Inc., through the undersigned counsel, and informs the Court and parties that the District Court AFFIRMED this Court's Order of February 15, 2023 (Docket No. 102) holding that Condado 5's collateral is limited to the Milk Quota, not its proceeds, products, or profits   A copy of the Opinion and Order is attached.

Dated: September 4, 2025.

Respectfully submitted,

/s/ Daniel M. Press_____
Daniel M. Press, #204704
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Condado 5's counsel, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

      /s/ Daniel M. Press_____
      Daniel M. Press, #204704