IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LAS MARTAS INC<br><br>Debtor | CASE NO. 22-02380-ESL12<br>Chapter 12<br><br>FILED & ENTERED ON SEP/05/2025 |

ORDER

    The motion filed by Debtor informing the status of appeal case #23-01274 at the District Court of Puerto Rico (docket #270) is NOTED.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 5 day of September, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge