United States Bankruptcy Court
District of Puerto Rico

In re:                                                                    Case No. 22-02380-ESL

LAS MARTAS INC                                                            Chapter 12

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3                    User: admin                                Page 1 of 2
Date Rcvd: Sep 05, 2025                 Form ID: pdf002                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

**Recip ID**              **Recipient Name and Address**
db                   +    LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
                    on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
                    on behalf of Creditor CRIM cpfbkcy@gmail.com  cpfbkcy@gmail.com

DANIEL MARK PRESS
                    on behalf of Cross Defendant CONDADO 5  LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
                    on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
                    edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES
                    EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ

District/off: 0104-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 05, 2025                                 Form ID: pdf002                                 Total Noticed: 1

                on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
                ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
                on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
                on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
                on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
                edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
                on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
                tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 22-02380-ESL12

LAS MARTAS INC                            Chapter 12

                        Debtor            FILED & ENTERED ON SEP/05/2025

ORDER

    The motion filed by Debtor informing the status of appeal case #23-01274

at the District Court of Puerto Rico (docket #270) is NOTED.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 5 day of September, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge