### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |

**MOTION FOR LEAVE TO FILE SUR-REPLY TO "*RESPONSE TO MOTION FOR ENTRY OF ORDER DEEMING THE AUTOMATIC STAY TERMINATED*" AND FOR EXTENSION OF TIME**
(Related ECF No. 273)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully moves the Court for an order granting it leave to file a sur-reply to the Debtor's *Response to Motion for Entry of Order Deeming the Automatic Stay Terminated* (ECF No. 273) pursuant to PR L. Civ. R. 7(c), and in support hereof, states:

1. On August 25, 2025, Condado filed a *Motion for Entry of Order Deeming the Automatic Stay Terminated* (ECF No. 266).

2. On September 8, 2025, the Debtor filed a *Response to Motion for Entry of Order Deeming the Automatic Stay Terminated* (the "*Reply*", ECF No. 273).

3. Pursuant to PR L. Civ. R. 7(c), Condado requests leave to file a sur-reply to the *Reply* (ECF No. 273) or otherwise plead within 14 days from today, through and including Tuesday, September 23, 2025.

4. Condado's sur-reply will be limited to the averments made by the Debtor in the *Reply*.

WHEREFORE, Condado respectfully prays the Court to grant it leave to file a sur-reply to the *Reply* (ECF No. 273) or otherwise plead within 14 days from today, through and including **Tuesday, September 23, 2025**.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 9th day of September 2025.

This motion does not require objection notice pursuant to PR LBR 9013-1(c)(3)(B).

<u>Certificate of Service</u>

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". <u>P.R. Elec. Power Auth. V. Vitol, Inc.</u>, 298 F.R.D. 23, 26 (D.P.R.2014).

September 9, 2025
San Juan, PR

**Ferraiuoli** LLC
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

<u>*/s/ Gustavo A. Chico-Barris*</u>
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

<u>*/s/Tomás F. Blanco-Pérez*</u>
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com