**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |

**MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED REPLY TO: (I) TRUSTEE'S OPPOSITION TO MOTION TO DISMISS; (II) DEBTOR'S RESPONSE TO MOTION TO DISMISS**
(Related ECF Nos. 256, 259, 261 & 262)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsels, and respectfully states and prays as follows:

1. On June 26, 2025, Condado filed a *Motion to Dismiss* (ECF No. 207).

2. On August 12, 2025, the Chapter 12 Trustee filed an *Opposition to Motion to Dismiss* (the "*Trustee's Opposition*", ECF No. 256).

3. On August 18, 2025, the Debtor filed a *Response to Motion to Dismiss* (the "*Debtor's Opposition*", ECF No. 259) (collectively with the *Trustee's Opposition*, the "Oppositions").

4. On August 19, 2025, the Court entered an *Order and Notice* scheduling an evidentiary hearing to consider the *Motion to Dismiss* and the *Oppositions* thereto for December 18, 2025 at 10:00 a.m. (ECF No. 260).

5. Also on August 19, 2025, Condado filed a *Motion for Leave and for Extension of Time* (ECF No. 261) until September 9, 2025 to file a consolidated reply to the *Oppositions*, which the Court granted on August 20, 2025 (ECF No. 262).

6. The deadline for Condado to file its consolidated reply is today September 9, 2025. Id.

7. Condado is currently reviewing the allegations in the *Oppositions* but requires additional time to complete its assessment. Condado requests fourteen (14) days from September 9, 2025, through and including Tuesday, September 23, 2025, to file a consolidated reply to the *Oppositions*.

8. This request is made in good faith, for a good cause, and will not delay the proceedings as the hearing to consider the *Motion to Dismiss* and the *Oppositions* is scheduled for December 18, 2025 (ECF No. 260).

WHEREFORE, Condado respectfully prays the Court grants fourteen (14) days from September 9, 2025, through and including Tuesday, September 23, 2025, to file its consolidated reply to the *Oppositions* (ECF Nos. 256 & 259).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 9th day of September 2025.

This motion does not require objection notice pursuant to PR LBR 9013-1(c)(3)(B).

### Certificate of Service

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". P.R. Elec. Power Auth. v. Vitol, Inc., 298 F.R.D. 23, 26 (D.P.R.2014).

September 9, 2025
San Juan, PR

**Ferraiuoli** LLC
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com