**Fill in this information to identify the case:**

Debtor Name  Las Martas, Inc.

United States Bankruptcy Court for the: _____ District of PUERTO RICO_____

Case number: 22-02380

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: _____JULY 2025_____                     Date report filed: 09/12/2025
                                                                    MM / DD / YYYY

Line of business: DAIRY FARMER                 NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:              JUAN M BARRETO

Original signature of responsible party  _____

Printed name of responsible party        JUAN M BARRETO

## ■  1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Las Martas, Inc. | Case number | 22-02380 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____ 2.54

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____ 9,945.31

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____ 9.922.37

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____ 22.94

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____ 25.48

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _____ 0

Debtor Name Las Martas, Inc.                                          Case number 22-02380

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                    $ _____ 0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                _____ 2

27. What is the number of employees as of the date of this monthly report?                   _____ 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 20800.00

30. How much have you paid this month in other professional fees?                                        $ _____ 200.00

31. How much have you paid in total other professional fees since filing the case?                       $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                       $ _____

36. Total projected cash disbursements for the next month:                                  − $ _____

37. Total projected net cash flow for the next month:                                       = $ _____

Debtor Name  Las Martas, Inc.

Case number 22-02380

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.   Bank reconciliation reports for each account.

☑ 40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.   Budget, projection, or forecast reports.

☐ 42.   Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

CASE N° 22-02380 ESL

Income Statement
July 2025 LAS MARTAS
Milking 13 Cows Averaging 10 Lts/cow/Day
Producing  3.13 % of Milk Quota
1,837 Liters Biweekly

Cows Culled: 1

Dry Cows: 80          Milk Quota: 58,700 lts biweekly
                      Pooled Price:  88.36¢/lt

| **INCOME:** | VTM | | | $ |
|---|---|---|---|---|
| **Milk Sales:** | Liq. July 3 | 1,808 lts @ 90.7¢/lt | | 1,639.86 |
| | Liq.July 18 | 1,485 Lts @ 90.7¢/Lt | | 1,346.90 |
| | | | | - |
| INDULAC: | Liq. July 3 | 163 lts @73.9¢/lt. | | 120.47 |
| | Liq. July 18 | 217 lts @63.6¢/lt | | 138.08 |
| FSA DMC | Reimbursed by Trustee | | | - |
| ADEA Milk Quality Check | | | | - |
| Sale of  Culled Cow, Heifers  and Male Calves | | | | 2,500.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | | 4,200.00 |
| Money in bank and on hand | | | | 2.54 |
| | **Total Income:** | | | 9,947.85 |

| **Less Direct Costs:** | | | |
|---|---|---|---|
| Feed & Supplements | | 6,200.00 | |
| Medicines,  Veterinary, materials and Supplies | | 115.15 | |
| | **Total Direct Costs:** | | 6,315.15 |
| **GROSS PROFIT** | | | **3,632.70** |

| **Less Operational Costs:** | | | |
|---|---|---|---|
| Wages: | | 450.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | | 0.00 | |
| Car & Truck | | 0.00 | |
| Fuel | ATH & Cash | 226.22 | |
| Utilities | | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | CPA          CASH | 200.00 | |
| Lab. Milk Samples | | 0.00 | |
| Miscellaneous | | 21.96 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | | 19.24 | |
| **Total Operational Costs:** | | | 917.42 |
| **OPERATIONAL INCOME** | | | **2,715.28** |

| **Capital Expenditures:** | | 0.00 |
|---|---|---|

| **Less Obligations & Others: (Through Milk Assignments)** | | | |
|---|---|---|---|
| VTM | Retained by VTM | 1,805.26 | |
| VTM | Laboratory | 6.00 | |
| ADM Alliance Nutrition | | 600.00 | |
| ORIL | Fine for Damaged Milk | 278.54 | |
| **Total Obligations, & Others:** | | | 2689.80 |

| **Net Income:** | | **25.48** |
|---|---|---|

Bank Acct.  ($9.48)
Cash on Hand.  $34.96

# VAQUERIA TRES MONJITAS Inc.

**LAS MARTAS INC**

**LIQUIDACIÓN DE GANADERO**

July 03 , 2025

**CHEQUE**

**1038773**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,808 163 | 0.907002 | 1,639.86 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deducciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,808 | | 163.00 | 1,639.86 | | | 1,639.86 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 3.00 | 2.00 |
| | | | | | | | | 1000239 CONDADO 5 LLC | 1,195.59 | |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check: 1038773          07/03/2025          LAS MARTAS INC          Check Total:          2.00

# VAQUERIA TRES MONJITAS Inc.

LAS MARTAS INC

**CHEQUE**

**1039130**

LIQUIDACIÓN DE GANADERO

July 18 , 2025

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,485 / 217 | 0.907003 | 1,346.90 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.I.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,485 | | 217.00 | 1,346.90 | | | 1,346.90 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 3.00 | 2.00 |
| | | | | | | | | 1000239 CONDADO 5 LLC | 902.63 | |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check: 1039130    07/18/2025    LAS MARTAS INC    Check Total:    2.00

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
| --- |
| 07/31/25 |

00004371 FFBPRR080125115804OR 3 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

**020-BUSINESS PLUS CORP**

7280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 5.46-OD | 6 | 2,828.55 | 24 | 2,822.57 | 10.00 | 9.48-OD |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT..........DESCRIPTION

  07/01        100.00        CHECK DEPOSIT
  07/07        120.47        ACH CREDIT-070725-221571410257336
                             INDULAC 172                   PAYMENT
  07/18        138.08        ACH CREDIT-071825-221571411452270
                             INDULAC 172                   PAYMENT
  07/21        460.00        CHECK DEPOSIT
  07/22      2,000.00        CASH DEPOSIT
  07/25         10.00        ATM CASH DEPOSIT -  072425*005263
                             FBPR ARECIBO DI  ARECIBO       PR

CHECKS
  DATE....CHECK NO......AMOUNT            DATE....CHECK NO......AMOUNT

  07/21      752        450.00

OTHER DEBITS
  DATE..........AMOUNT..........DESCRIPTION

  07/07         40.00        POS DEBIT -ECOMAXX CORCOVADA -070425*027132
                             HATILLO        PR
  07/07         20.00        070325*001127-ATM WITHDRAWAL
                             FBN AVE CATALINA ARECIBO
  07/07          9.68        POS DEBIT -USPS PO 42090006  -070325*004227
                             ARECIBO        PR
  07/14         20.00        ATM WITHDRAWAL - 071425*006264
                             FBPR ARECIBO WI    ARECIBO       PR
  07/14         12.64        POS DEBIT -HATILLO CASH KARRY-071425*062909
                             ARECIBO        PR
  07/15         22.25        071425*074864-ATM WITHDRAWAL
                             CARR 493 KM 37 B HATILLO
  07/15          2.25        071425*074864-ATM WITHDRAWAL FEE
                             CARR 493 KM 37 B HATILLO
  07/15          0.24        IVU ESTATAL
  07/15          0.02        IVU MUNICIPAL
  07/16         20.07        POS DEBIT -JOHNNY`S POOL-HATI-071525*059657
                             HATILLO
```





ACCOUNT          '280          Page 2

CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
DATE..........AMOUNT..........DESCRIPTION

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 07/16 | 17.50 | POS DEBIT -ASOCIACIONES GANAD-071425*073013 HATILLO |
| 07/17 | 41.70 | POS DEBIT -ASOC GANADEROS DE -071625*006552 HATILLO        PR |
| 07/21 | 44.25 | POS DEBIT -ECOMAXX CORCOVADA -072125*030307 HATILLO        PR |
| 07/21 | 15.00 | POS DEBIT -ECOMAXX CORCOVADA -072025*030150 HATILLO        PR |
| 07/21 | 13.12 | POS DEBIT -SUPERMERCADO AMADO-071925*006056 ARECIBO        PR |
| 07/21 | 12.28 | POS DEBIT -BURGER KING 13458 -072025*019207 CABO ROJO      PR |
| 07/22 | 60.00 | ATM WITHDRAWAL - 072125*005014 FBPR ARECIBO DI     ARECIBO       PR |
| 07/22 | 10.12 | POS DEBIT -SUPERMERCADO AMADO-072125*006530 ARECIBO        PR |
| 07/23 | 2,000.00 | POS DEBIT -ADM ALLIANCE NUTRI-072325*001314 HATILLO        PR |
| 07/30 | 6.97 | POS DEBIT -BARRANCA SERVICE S-072925*034793 ARECIBO        PR |
| 07/31 | 2.99 | PAPER STATEMENT FEE* |
| 07/31 | 10.00 | BALANCE RANGE FEE   * |
| 07/31 | 1.36 | IVU ESTATAL |
| 07/31 | 0.13 | IVU MUNICIPAL |

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/30 | 5.46OD | 07/16 | 50.36 | 07/23 | 1.97 |
| 07/01 | 94.54 | 07/17 | 8.66 | 07/25 | 11.97 |
| 07/07 | 145.33 | 07/18 | 146.74 | 07/30 | 5.00 |
| 07/14 | 112.69 | 07/21 | 72.09 | 07/31 | 9.48OD |
| 07/15 | 87.93 | 07/22 | 2,001.97 | | |

VISITA NUESTRAS NUEVAS ATMS EN YABUCOA, VEGA BAJA, YAUCO,
TOA ALTA, CANOVANAS, CAYEY, SAN LORENZO, HUMACAO Y NAGUABO.
BUSCALAS EN EL LOCALIZADOR.

THIS STATEMENT IS NOT, IN ANY WAY, NOR IT IS INTENDED TO BE,
A COLLECTION EFFORT.
ESTE ESTADO NO ES, NI PRETENDE SER, UNA GESTION DE COBRO.



FirstBank certifies that these images are legitimate and exact copies of
your checks or other items processed in this statement.

## CHECK IMAGES



Check: 752        Amount: $450.00        Date: 07/21/2025



**Asociacion De Ganaderos De Hatillo**
**Carr 487 Km 1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|---|
| 204503 | 000 | | | | 4%15DAYS | EDW | 7/14/25   3:31 |

DUE DATE: 8/13/25    TERMINAL: 301

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO          PR
787-692-4673

SHIP TO:
CARDHOLDER/VISA

TAX: 102 STATE &CITY SALES TAX

# INVOICE: A49044

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 10 | EA | 330603645 | TUBO AIRE 7 1/2 CONEWANGO | | 10 | 1.75 | /EA | 17 50 N |

** PAID IN FULL **                    17.50

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 17.50 |
| SUBTOTAL | 17.50 |

TAX AMOUNT          0.00

**BANKCARD PAYMENT**          17.50
BKCRD# XXXXXXXXXXXX9249
Prior Balance 0.00

APP: 073013      XR: 049044

| TOTAL | **17.50** |
|---|---|

X
_____
Received By

TOT WT: 0.00
MID: ***6812

**ociación De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: 204503 | JOB NO: 000 | PURCHASE ORDER: | REFERENCE: | TERMS: 4%15DAYS | CLERK: LIS | DATE / TIME: 7/16/25  3.51 |
|---|---|---|---|---|---|---|

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO        PR
787-692-4673

SHIP TO:

DUE DATE: 8/15/25        TERMINAL: 301

TAX: 102 STATE &CITY SALES TAX

## INVOICE: A49412

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 6 | 6 | EA | 260001333 | ALBON BOLOS 15G | | 6 | 6 95 /EA | 41.70 N |

** PAID IN FULL **        41.70

|  |  |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 41.70 |
| SUBTOTAL | 41.70 |

CASH PAYMENT        41.70

| TAX AMOUNT | 0.00 |
|---|---|
| **TOTAL** | **41.70** |

Prior Balance 0 00

X
Received By

TOT WT: 0.00

**RECIBO DE PAGO**

**90587**

# ADM® ANIMAL NUTRITION OF P.R., LLC

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: _311490_

Recibí de: _ME - LM Dairy_          Fecha: _7-23-2023_

| | |
|---|---|
| Efectivo | $ |
| Cheque a Nuestro Favor | $ |
| Cheque Endosado | $ |
| TOTAL | $ 2,000.00 |

CHEQUE #_____          # CKS ENDOSADOS_____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comentarios: Client pay in total el 7-23-2025

Firma Vendedor: _____    Firma Cliente: _____

**RECIBO DE PAGO**

**90589**

## ADM® ANIMAL NUTRITION OF P.R., LLC

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: _311490_

Recibí de: _ME - LM Dairy_     Fecha: _7-23-2025_

| | | |
|---|---|---|
| Efectivo | $ | _____ |
| Cheque a Nuestro Favor | $ | _____ |
| Cheque Endosado | $ | _____ |
| TOTAL | $ | _2,200.00_ |

CHEQUE # _____     # CKS ENDOSADOS _____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comentarios:

_Cliente deposito el 7-15-2025_

Firma Vendedor: _____     Firma Cliente: _____



**ADM® ANIMAL NUTRITION OF P.R., LLC**

RECIBO DE PAGO

**91218**

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: _311490_

Recibí de: _ME - LM Dairy_     Fecha: _7-31-2025_

| | | |
|---|---|---|
| Efectivo | $ | |
| Cheque a Nuestro Favor | $ | |
| Cheque Endosado | $ | |
| TOTAL | $ | 2,000.00 |

CHEQUE # _____     # CKS ENDOSADOS _____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| 8899723 | | | | | 541 | 8 |
| 8900137 | | | | | 1144 | 06 |
| 8901588 | | | | | 314 | 07 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comentarios:

_Cliente Apsitivel 7-30-2025_

Firma Vendedor: _____     Firma Cliente: _____

CASE N° 22-02380 ESL

Income Statement

July 2025 LAS MARTAS

Milking 13 Cows Averaging 10 Lts/cow/Day

Producing  3.13 % of Milk Quota

1,837 Liters Biweekly

**WAGES:**

<u>Wesley Romero</u>

| | | |
|---|---|---|
| 21-Jul | 450.00 | #752 |

| **FEED** | **ADM** | **$** |
|---|---|---|
| | 7/23 ATH | 2,000.00 |
| | 7/23 Cash | 2,200.00 |
| | 7/31 Cash | 2,000.00 |
| | | 6,200.00 |

CASE N° 22-02380 ESL

Income Statement

July 2025 LAS MARTAS

Milking 13 Cows Averaging 10 Lts/cow/Day

Producing  3.13 % of Milk Quota

1,837 Liters Biweekly