IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-02380-ESL12 |
|---|---|
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON SEP/18/2025 |

ORDER

The motion filed by Condado 5, LLC in compliance with Order dated 8/26/2025 (docket #276) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of September, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge