United States Bankruptcy Court
District of Puerto Rico

In re:  
LAS MARTAS INC  
    Debtor

Case No. 22-02380-ESL  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 2  
Date Rcvd: Sep 18, 2025     Form ID: pdf003     Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |
| intp | + | SUIZA DAIRY, INC., Godreau & Gonzalez Law, PO Box 9024176, San Juan, PR 00902-4176, UNITED STATES 00902-4176 |
| cd | | US SMALL BUSINESS ADMINISTRATION, 273 PONCE DE LEON AVE SUITE 510, PLAZA 273, SAN JUAN, PR 00917-1930 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Sep 18 2025 18:34:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Sep 18 2025 18:34:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Sep 18 2025 18:34:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Sep 18 2025 18:34:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| cr | | Email/Text: cfigueroa@crimpr.net | Sep 18 2025 18:34:00 | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |
| cd | | Email/Text: pedro.lopez-bergollo@sba.gov | Sep 18 2025 18:34:00 | US SMALL BUSINESS ADMINISTRATION, 273 PONCE DE LEON AVE SUITE 510, PLAZA 273, SAN JUAN, PR 00917-1930 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CONDADO 5 LLC |
| intp | | Vaqueria Tres Monjitas Inc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdf003 | Total Noticed: 8 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

**Name** **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
  on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
  on behalf of Creditor CRIM cpfbkcy@gmail.com cpfbkcy@gmail.com

DANIEL MARK PRESS
  on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
  on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
  edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES
  EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ
  on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
  ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
  on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
  on behalf of Interested Party SUIZA DAIRY INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
  on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
  edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
  on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
  tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 22-02380-ESL12
LAS MARTAS INC | Chapter 12

Debtor        FILED & ENTERED ON SEP/18/2025

ORDER

The motion filed by Condado 5, LLC in compliance with Order dated 8/26/2025 (docket #276) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of September, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge