United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 22-02380-ESL |
| LAS MARTAS INC | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 24, 2025 | Form ID: oexttm | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

**Recip ID        Recipient Name and Address**
db         +  LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

**Name                       Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
                  on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
                  on behalf of Creditor CRIM cpfbkcy@gmail.com cpfbkcy@gmail.com

DANIEL MARK PRESS
                  on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
                  on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
                  edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES
                  EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: oexttm | Total Noticed: 1 |

on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com trujillogonzalezmaximiliano@gmail.com

**MONSITA LECAROZ ARRIBAS**
ustpregion21.hr.ecf@usdoj.gov

**PEDRO J LOPEZ BERGOLLO**
on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

**RAFAEL A GONZALEZ VALIENTE**
on behalf of Interested Party SUIZA DAIRY INC. rgv@g-glawpr.com, zi@g-glawpr.com

**SONIA COLON COLON**
on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

**TOMAS F. BLANCO-PEREZ**
on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

Case:22-02380-ESL12 Doc#:289 Filed:09/26/25 Entered:09/27/25 00:39:38 Desc:
Imaged Certificate of Notice Page 2 of 3

**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**LAS MARTAS INC**<br>**dba VAQUERIA LAS MARTAS**<br><br>**66−0541863**<br><br><br>Debtor(s) | Case No. **22−02380 ESL**<br><br>Chapter **12**<br><br><br>FILED & ENTERED ON 9/24/25 |

## ORDER

The motion filed by Condado 5, LLC requesting extension of time of 14 days to file sur−reply to Debtor's response to motion for entry of order deeming the automatic stay terminated (docket #285) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, September 24, 2025 .

Enrique S. Lamoutte
United States Bankruptcy Judge