## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------X
In re:                                           :        **Chapter 12**
                                                 :
LAS MARTAS, INC.                                 :        **Case No.** 22-02380 (ESL)
                                                 :
           **Debtor.**                           :
                                                 :
-------------------------------------------------------------X


## DEBTOR'S MOTION FOR RELEASE OF ESCROWED FUNDS

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.


TO THE HONORABLE COURT:

   COMES NOW the Debtor, Las Martas, Inc., through the undersigned counsel, and

respectfully moves for an Order releasing the funds escrowed in this case to the Debtor.  In

support hereof Debtor states as follows:

   1.   On September 1, 2022, Suiza Dairy, Inc. ("Suiza Dairy") filed a Complaint (Adv. Proc.

22-00062, ECF No. 1) alleging that there were competing interests between the Debtor and

creditor Condado 5, LLC over the funds generated from the Debtor's sale of raw milk to Suiza.

See Complaint, ECF No. 1, pp. 6-11, ¶¶ 1-21. Pursuant to Orders allowing and directing Suiza to

deposit those sales proceeds in the registry of the Court (Docket #55, 92). There is approximately

$164,898.46 in the registry of the Court (based on reports of Suiza depositing that amount).

2. Debtor's has consistently taken the position that $3000 of those funds should be paid to Condado 5, LLC, as that constitutes a pre-petition receivable on which Condado has a valid lien.

3. The parties litigated the issue of whether Condado has a lien on the remaining funds. This Court ruled on 2/15/2023, Docket #102, that Condado had no lien on the milk proceeds (i.e., the escrowed funds).   Condado appealed to the U.S. District Court.  (Docket #103).

4. On September 4, 2025, the District Court affirmed this Court's order.  Docket #270, attaching copy of District Court opinion and order in Civ. No. 23-1074.

5. The 30-day deadline to appeal that ruling to the U.S. Court of Appeals for the First Circuit was October 6, 2025.  Fed. R. App. P. 4(a)(1)(A).  Condado did not appeal by that deadline, so the order is now final that Condado has no interest in the consigned funds, other than the $3000 referred to above.

6. Accordingly, the consigned funds should be immediately released to the Debtor, who desperately needs them to rebuild its business that has been harmed by not having access to virtually any of its income, so that it can rebuild its business and propose a confirmable plan.

WHEREFORE, Debtor respectfully requests that the funds consigned in the registry of the Court be paid to it, apart from $3000 to be paid to Condado 5, LLC.

Dated: October 7, 2025.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, #204704
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including counsel for Condado 5, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

/s/ Daniel M. Press
Daniel M. Press, #204704