### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-02380 (ESL) |
|---|---|
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |

**FINAL MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY TO "*RESPONSE TO MOTION FOR ENTRY OF ORDER DEEMING THE AUTOMATIC STAY TERMINATED*"**
(Related ECF Nos. 266, 273, 285 & 287)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully states and prays as follows:

1. On August 25, 2025, Condado filed a *Motion for Entry of Order Deeming the Automatic Stay Terminated* (ECF No. 266).

2. On September 8, 2025, the Debtor filed a *Response to Motion for Entry of Order Deeming the Automatic Stay Terminated* (the "*Reply*", ECF No. 273).

3. On September 9, 2025, Condado filed a *Motion for Leave and for Extension of Time* (ECF No. 274) to file a sur-reply to the *Reply* which the Court granted on September 10, 2025 (ECF No. 277).

4. The deadline for Condado to file its sur-reply is today, October 7, 2025. See ECF No. 287.

5. Condado is currently reviewing the allegations in the *Reply* but requires additional time to complete its assessment. Condado requests seven (7) days from today, through and including Tuesday, October 14, 2025, to file its sur-reply to the *Reply*.

6. Condado's sur-reply will be limited to the averments made by the Debtor in the *Reply*.

WHEREFORE, Condado respectfully prays the Court grants it seven (7) days from today, through and including **Tuesday, October 14, 2025**, to file its sur-reply to the *Reply* (ECF No. 273).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 7th day of October 2025.

<u>This motion does not require objection notice pursuant to PR LBR 9013-1(c)(3)(B).</u>

<u>Certificate of Service</u>

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". <u>P.R. Elec. Power Auth. V. Vitol, Inc.,</u> 298 F.R.D. 23, 26 (D.P.R.2014).

October 7, 2025
San Juan, PR

**Ferraiuoli** LLC

Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

   */s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

   */s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com