**Fill in this information to identify the case:**

Debtor Name __Las Martas, Inc.__

United States Bankruptcy Court for the: _____ District of PUERTO RICO_____

Case number: __22-02380_____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __AUGUST 2025__

Date report filed: __09/22/2025__
MM / DD / YYYY

Line of business: __DAIRY FARMER__

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __JUAN M BARRETO__

Original signature of responsible party: _[signature]_

Printed name of responsible party: __JUAN M BARRETO__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C      **Monthly Operating Report for Small Business Under Chapter 11**      page 1

Debtor Name **Las Martas, Inc.**     Case number **22-02380**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __25.48__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ __7,236.47__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ __7,100.65__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __22.94__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ __25.48__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __0__

    *(Exhibit E)*

Debtor Name Las Martas, Inc.                                   Case number 22-02380

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____ 0

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?   _____ 2
27. What is the number of employees as of the date of this monthly report?   _____ 2

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 20800.00
30. How much have you paid this month in other professional fees?   $ _____ 200.00
31. How much have you paid in total other professional fees since filing the case?   $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | – | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:   $ _____
36. Total projected cash disbursements for the next month:   – $ _____
37. Total projected net cash flow for the next month:   = $ _____

Debtor Name **Las Martas, Inc.**   Case number **22-02380**

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Print   Save As...   Reset

**ADM ANIMAL NUTRITION OF P.R., LLC**

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

Teléfono:
787-878-7474
787-641-5175

**RECIBO DE PAGO**

**91574**

No. Cliente: 311490
Recibí de: ME-LM Dairy
Fecha: 8-11-2025

Efectivo $ _____
Cheque a Nuestro Favor $ _____
Cheque Endosado $ _____
TOTAL $ 2000.00

CHEQUE # _____    # CKS ENDOSADOS _____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| 8901981 | | | | | 763 77 |
| 8903613 | | | | | 851 91 |
| 8903617 | | | | | 384 32 |

Comentarios: Check spoke to el 8-6-2025

Firma Vendedor: _____  Firma Cliente: _____

PAGE NO 1

**Asociacion De Ganaderos De Hatillo**
Carr 487 Km 0.1
Bo Buena Vista
Hatillo PR 00659
PHONE: (787) 898-2100

| CUST NO | JOB NO | PURCHASE ORDER | REFERENCE | TERMS | CLERK | DATE / TIME |
|---|---|---|---|---|---|---|
| 204503 | 000 | | | 4%15DAYS | DAN | 8/11/25  12:33 |

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO     PR
787-692-4673

SHIP TO:

DUE DATE: 9/10/25    TERMINAL: 300

TAX: 102  STATE &CITY SALES TAX

**INVOICE: A53282**

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EA | 342318002 | MUESTRA ORIENTACI?N ANTIBI?TICO | | 1 | 6.00 /EA | 6.00 N |
| 2 | 1 | 1 | EA | 600110001 | GRASA EN CARTUCHO | | 1 | 5.55 /EA | 5.55 N |

Debit     11.55     ** PAID IN FULL **     11.55

TAXABLE         0.00
NON-TAXABLE    11.55
SUBTOTAL       11.55

TAX AMOUNT      0.00
**TOTAL        11.55**

Prior Balance 0.00

X _____
Received By

TOT WT: 0.00



**INDUSTRIA LECHERA DE PUERTO RICO, INC.**

PO BOX 362949
SAN JUAN, PR 00936-2949



## DIRECT DEPOSIT ADVICE

Liquidación del 8/27/2025

Periodo de la catorcena  8/14/2025 al 8/27/2025

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000002154 | 8/29/2025 | 0003064  LAS MARTAS, INC.<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | lelisapo29@yahoo.com |

|  | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganadero Nivel 2 | 0.676 | 233.00 | 157.46 | 2,224.15 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 157.46 | 2,224.15 |

|  | | | | Total Pay / Deposited: | $157.46 |
|---|---|---|---|---|---|
|  | Amount | YTD |  | Amount | YTD |
|  |  |  | Total Deposito Directo: | 157.46 | 2,224.15 |
| Ingreso Total: | 157.46 | 2,224.15 | Total Deducciones: | 0.00 | 0.00 |
| Neto: | 157.46 |  |  |  |  |

**LAS MARTAS, INC.**

HC 5 BOX 91635
ARECIBO, PR 00612-9517



**INDUSTRIA LECHERA DE PUERTO RICO, INC.**

PO BOX 362949
SAN JUAN, PR 00936-2949



## DIRECT DEPOSIT ADVICE

Liquidación del 8/13/2025

Periodo de la catorcena 7/31/2025 al 8/13/2025

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000001991 | 8/15/2025 | 0003064 LAS MARTAS, INC.<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | lelisapo29@yahoo.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| *** EARNINGS *** | | | | |
| Pago Ganadero Nivel 2 | 0.659 | 276.00 | 181.83 | 2,066.69 |
| *** DIRECT DEPOSITS *** | | | | |
| FIRST BANK PR Cuenta: ****7280 | | | 181.83 | 2,066.69 |

| | | | Total Pay / Deposited: | $181.83 |
|---|---|---|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | Total Deposito Directo: | 181.83 | 2,066.69 |
| Ingreso Total: | 181.83 | 2,066.69 | Total Deducciones: | 0.00 | 0.00 |
| Neto: | 181.83 | | | | |

**LAS MARTAS, INC.**
HC 5 BOX 91635
ARECIBO, PR 00612-9517

OFICINA REGLAMENTACION INDUSTRIA LECHERA
DISTRIBUCION PAGO GANADEROS
VAQUERIA TRES MONJITAS, INC.
**QUINCENA TERMINADA 07/30/25**

| Lic | Cuota | Produccion | Base 100 | | | Pagar Planta Leche Fluida | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Cllos | % Cuota | % Factor | Total | Cllos | Precio | Valor |
| **Totales** | **58,700** | **1,925** | **1,925** | | | **1,582** | **1,582** | **$ 0.907000** | **$ 1,434.87** |
| 3064 | 58,700 | 1,925 | 1,925 | 3.27939% | 82.1838% | 1,582 | 1,582 | $ 0.90700 | $ 1,434.87 |

## VAQUERIA TRES MONJITAS Inc.

CHEQUE

**LAS MARTAS INC**

LIQUIDACIÓN DE GANADERO

August 15, 2025

**1039924**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,614 / 276 | 0.907001 | 1,463.90 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,614 | | 276.00 | 1,463.90 | | | 1,463.90 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 3.00 | 2.00 |
| | | | | | | | | 1000239 CONDADO 5 LLC | 1,019.63 | |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check: 1039924   08/15/2025   LAS MARTAS INC   Check Total:   2.00

## VAQUERIA TRES MONJITAS Inc.

**LAS MARTAS INC**

**CHEQUE 1040272**

**LIQUIDACIÓN DE GANADERO**

August 29, 2025

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,382 233 | 0.906997 | 1,253.47 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,382 | | 233.00 | 1,253.47 | | | 1,253.47 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 3.00 | 2.00 |
| | | | | | | | | 1000239 CONDADO 5 LLC | 809.20 | |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check: 1040272  08/29/2025  LAS MARTAS INC  Check Total: 2.00

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

STATEMENT DATE
08/31/25

00004681 FFBPRR0830250627550R 3 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR  00612-9517

020-BUSINESS PLUS CORP

7280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 9.48-OD | 6 | 1,054.23 | 12 | 882.28 | 10.00 | 152.47 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE...........AMOUNT...........DESCRIPTION

   08/01            9.48           CLOSING CREDIT
   08/04          450.00           CASH DEPOSIT
   08/04           50.00           CASH DEPOSIT
   08/05          205.46           ACH CREDIT-080525-221571410506601
                                   INDULAC 172                        PAYMENT
   08/15          181.83           ACH CREDIT-081525-221571413949920
                                   INDULAC 172                        PAYMENT
   08/29          157.46           ACH CREDIT-082925-221571413325800
                                   INDULAC 172                        PAYMENT

CHECKS
   DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

   08/04       753         450.00            08/06       754         200.00

OTHER DEBITS
   DATE...........AMOUNT...........DESCRIPTION

   08/07           30.00           POS DEBIT -ECOMAXX CORCOVADA -080625*033516
                                   HATILLO         PR
   08/11           11.55           POS DEBIT -NWS ASOCIACIONES G-081125*009454
                                   HATILLO         PR
   08/18          160.00           081625*091269-ATM WITHDRAWAL
                                   FBN AVE CATALINA ARECIBO
   08/18           11.25           POS DEBIT -SUPERMERCADO AMADO-081625*012879
                                   ARECIBO         PR
   08/28           15.00           POS DEBIT -ECOMAXX CORCOVADA -082825*037858
                                   HATILLO         PR
   08/29            2.99           PAPER STATEMENT FEE*
   08/29            0.31           IVU ESTATAL
   08/29            0.03           IVU MUNICIPAL
   08/29           10.00           BALANCE RANGE FEE   *
   08/29            1.05           IVU ESTATAL
   08/29            0.10           IVU MUNICIPAL
```



00004681-42479-0001-0003-FFBPRR0830250627550R-03-L

**1First Bank**

ACCOUNT 7260 Page 2

```
* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
DATE.........BALANCE      DATE.........BALANCE      DATE.........BALANCE
07/31           9.48OD    08/06          55.46      08/18          24.49
08/01             .00     08/07          25.46      08/28           9.49
08/04           50.00     08/11          13.91      08/29         152.47
08/05          255.46     08/15         195.74
```

VISITA NUESTRAS NUEVAS ATMS EN YABUCOA, VEGA BAJA, YAUCO,
TOA ALTA, CANOVANAS, CAYEY, SAN LORENZO, HUMACAO Y NAGUABO.
BUSCALAS EN EL LOCALIZADOR.

THIS STATEMENT IS NOT, IN ANY WAY, NOR IT IS INTENDED TO BE,
A COLLECTION EFFORT.
ESTE ESTADO NO ES, NI PRETENDE SER, UNA GESTION DE COBRO.



**1 First Bank**

ACCOUNT 7280 Page 4

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES



Check: 753  Amount: $450.00  Date: 08/04/2025

Check: 754  Amount: $200.00  Date: 08/06/2025



CASE N° 22-02380 ESL

Income Statement
July 2025 LAS MARTAS
Milking 13 Cows Averaging 10 Lts/cow/Day
Producing 2.99 % of Milk Quota
1,753 Liters Biweekly

Cows Culled: 0

Dry Cows: 80        Milk Quota: 58,700 lts biweekly
                    Pooled Price: 87.21¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | VTM | | |
| **Milk Sales:** | Liq. July 31 | 1,582 lts @ 90.7¢/Lt | 1,434.87 |
| | Liq. Aug. 15 | 1,614 Lts @ 90.7¢/Lt | 1,463.90 |
| | Liq. Aug. 29 | 1,382 Lts @ 90.7¢/Lt | 1,253.47 |
| INDULAC: | Liq. Aug. 5 | 343 lts @59.9¢/lt. | 205.46 |
| | Liq. Aug. 15 | 276 lts @65.90¢/lt | 181.83 |
| | Liq. Aug. 29 | 233 Lts @ 67.60¢/lt | 157.46 |
| Other Bank Credit | | | 9.48 |
| Sale of Culled Cow, Heifers and Male Calves | | | 30.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 2,500.00 |
| Money in bank and on hand | | | 25.48 |
| | **Total Income:** | | 7,261.95 |

**Less Direct Costs:**
| | | |
|---|---:|---:|
| Feed & Supplements | 2,000.00 | |
| Medicines, Veterinary, materials and Supplies | 22.80 | |
| Total Direct Costs: | | 2,022.80 |
| **GROSS PROFIT** | | **5,239.15** |

**Less Operational Costs:**
| | | | |
|---|---|---:|---:|
| Wages: | | 1,550.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | | 255.00 | |
| Farm Machinery | | 0.00 | |
| Car & Truck | | 0.00 | |
| Fuel | ATH & Cash | 345.00 | |
| Utilities | | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | CPA    CASH | 200.00 | |
| Lab. Milk Samples | | 0.00 | |
| Miscellaneous | | 0.00 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | | 14.48 | |
| Total Operational Costs: | | | 2,364.48 |
| **OPERATIONAL INCOME** | | | **2,874.67** |

| | | |
|---|---|---:|
| **Capital Expenditures:** | | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**
| | | | |
|---|---|---:|---:|
| VTM | Retained by VTM | 1,828.83 | |
| VTM | Laboratory | 6.00 | |
| ADM Alliance Nutrition | | 600.00 | |
| ORIL | Fine for Damaged Milk | 278.54 | |
| Total Obligations, & Others: | | | 2713.37 |

| | |
|---|---:|
| **Net Income:** | **161.30** |

Bank Acct. 152.47
Cash on Hand. $8.83

CASE N° 22-02380 ESL

Income Statement

July 2025 LAS MARTAS

Milking 13 Cows Averaging 10 Lts/cow/Day

Producing 2.99 % of Milk Quota

1,753 Liters Biweekly

**WAGES:**

<u>Wesley Romero</u>                                      <u>Juan Manuel Barreto</u>

| | | | | | |
|---|---|---|---|---|---|
| Aug. 2 | 450.00 | #753 | Aug. 6 | 200.00 | #754 |
| Aug. 15 | 450.00 | Cash | | | |
| Aug. 29 | 450.00 | Cash | | | |
| | 1,350.00 | | | | |

**FEED**    **ADM**              **$**

Aug. 11    Cash/Sale Hay    2,000.00

CASE N° 22-02380 ESL

Income Statement
July 2025 LAS MARTAS
Milking 13 Cows Averaging 10 Lts/cow/Day
Producing 2.99 % of Milk Quota
1,753 Liters Biweekly