IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor(s) | FILED & ENTERED ON OCT/10/2025 |

ORDER

The motion filed by CONDADO 5 LLC requesting extension of seven (7) days to file sur-reply (Docket Entry #291) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10 day of October, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge