IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LAS MARTAS INC<br><br>Debtor(s) | CASE NO. 22-02380-ESL12<br>Chapter 12<br><br>FILED & ENTERED ON OCT/10/2025 |

ORDER

    The motion filed by CONDADO 5 LLC requesting extension of seven (7) days to reply (Docket Entry #292) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 10 day of October, 2025.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge