# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LAS MARTAS INC. | CASE NO: 22-02380 (ESL)<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 12 |

On 10/28/2025, I did cause a copy of the following documents, described below,

Motion to Dismiss (ECF No. 300)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2025

/s/ Gustavo A. Chico Barris
Gustavo A. Chico Barris  USDC-PR No. 224205
Attorneys for Condado 5 LLC
Ferraiuoli LLC
PO Box 195168
San Juan, PR 00919-5168
787-766-7000
gchico@ferraiuoli.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

LAS MARTAS INC.

CASE NO: 22-02380 (ESL)

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 12

On 10/28/2025, a copy of the following documents, described below,

Motion to Dismiss (ECF No. 300)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gustavo A. Chico Barris
Ferraiuoli LLC
PO Box 195168
San Juan, PR  00919-5168

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

LAS MARTAS INC
HC 05 BOX 91635
ARECIBO PR 00612