IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LAS MARTAS INC

Debtor

CASE NO. 22-02380-ESL12
Chapter 12

FILED & ENTERED ON OCT/29/2025

ORDER AND NOTICE

A hearing is hereby scheduled for November 17, 2025 at 2:00 PM at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico; to consider the following:

1. Motion to dismiss the case filed by Condado 5, LLC (docket #300).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29 day of October, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge