**Fill in this information to identify the case:**

Debtor Name  Las Martas, Inc.

United States Bankruptcy Court for the: _____ District of PUERTO RICO_____

Case number: 22-02380

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:           SEPTEMBER 2025                    Date report filed:    10/30/2025
                                                                          MM / DD / YYYY
Line of business:   DAIRY FARMER                   NAISC code:    _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:             JUAN M BARRETO

Original signature of responsible party   _____

Printed name of responsible party         JUAN M BARRETO

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Las Martas, Inc. | Case number | 22-02380 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____ 161.30

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____ 14,636.61

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____ 14,566.79

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____ 69.82

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____ 232.12

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _____ 0

| Debtor Name | Las Martas, Inc. | Case number | 22-02380 |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 2

27. What is the number of employees as of the date of this monthly report? _____ 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 20800.00

30. How much have you paid this month in other professional fees? $ _____ 200.00

31. How much have you paid in total other professional fees since filing the case? $ _____ 9,350.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month: $ _____

36. Total projected cash disbursements for the next month: − $ _____

37. Total projected net cash flow for the next month: = $ _____

Debtor Name  Las Martas, Inc.                                    Case number 22-02380

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

**Asociacion De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|---|
| 204503 | 000 | | | | 4%15DAYS | LIS | 9/13/25   1:24 |

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO       PR
787-692-4673

**SHIP TO:**
CARDHOLDER/VISA

DUE DATE: 10/13/25       TERMINAL: 300

TAX: 102 STATE &CITY SALES TAX

# INVOICE: A58108

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EA | 302022500 | PL 10 ACIDO 1 GLS | | 1 | 27.30 /EA | 27.30 N |

| | | |
|---|---|---|
| ** PAID IN FULL ** | 27.30 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 27.30 |
| | | SUBTOTAL | 27.30 |

| | TAX AMOUNT | 0.00 |
|---|---|---|
| | **TOTAL** | **27.30** |



**TOT WT: 0.00**
MID: ***6812

BANKCARD PAYMENT
BKCRD# XXXXXXXXXXXX1477
Prior Balance:0.00

27.30

APP: 012809      XR: 058108

X _____
Received By

Escaneado con CamScanner

Case:22-02380-ESL12   Doc#:304   Filed:10/30/25   Entered:10/30/25 13:43:10   Desc: Main
Document   Page 6 of 33
PAGE NO 1

**Asociación De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | | TERMS: | CLERK: | DATE / TIME: |
|----------|---------|-----------------|-----------|---|--------|--------|--------------|
| 204503 | 000 | | | | 4%15DAYS | LIS | 9/12/25   4:19 |

DUE DATE: 10/12/25      TERMINAL: 300

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO          PR
787-692-4673

SHIP TO:

TAX: 102 STATE &CITY SALES TAX

## INVOICE: A57974

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|------|---------|---------|----|----|-------------|------|-------|------------|-----------|
| 1 | 1 | 1 | EA | 239903430 | VITA-JEC B COMPLEX FORT 250 mL. | | 1 | 22.00 /EA | 22.00 N |

** PAID IN FULL **          22.00

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 22.00 |
| SUBTOTAL | 22.00 |

**CASH PAYMENT**          22.00

| TAX AMOUNT | 0.00 |
|---|---|
| **TOTAL** | **22.00** |

TOT WT: 0.00

Prior Balance:0.00

X
Received By



Escaneado con CamScanner

# Asociación De Ganaderos De Hatillo

**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| 204503 | 000 | | | 4%15DAYS | DAR | 9/6/25  12:51 |

DUE DATE: 10/6/25  TERMINAL: 301

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO      PR
787-692-4673

**SHIP TO:**

TAX: 102  STATE &CITY SALES TAX

# INVOICE: A57040

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 2 | EA | 600900144 | LIQ PS/FRENO 32 OZ | | 2 | 5.75 | /EA | 11.50 N |
| 5 | 1 | 1 | EA | 302001500 | ACIDO BOUMATIC GALONES | | 1 | 26.65 | /EA | 26.65 N |
| 6 | 6 | 6 | EA | 301020500 | CLOROX GALON ORIGINAL | | 6 | 3.75 | /EA | 22.50 N |
| 7 | 50 | 50 | EA | 101005254 | HORSE & COLT 50 LIBRAS | | 50 | 14.40 | /EA | 720.00 N |

**\*\* PAID IN FULL \*\***   780.65

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 780.65 |
| SUBTOTAL | 780.65 |

**CASH PAYMENT**   780.65

| | |
|---|---|
| TAX AMOUNT | 0.00 |
| **TOTAL** | **780.65** |

Prior Balance:0.00

**TOT WT: 0.00**

X
Received By



Escaneado con CamScanner

**Asociación De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | | TERMS: | CLERK: | DATE / TIME: |
|----------|---------|-----------------|------------|---|--------|--------|--------------|
| 204503 | 000 | | | | 4%15DAYS | EDW | 9/18/25    1:05 |

DUE DATE: 10/18/25    TERMINAL: 300

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO    PR
787-692-4673

SHIP TO:

TAX: 102 STATE &CITY SALES TAX

## INVOICE: A58990

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|------|---------|---------|-----|-----|-------------|------|-------|------------|-----------|
| 1 | 1 | 1 | EA | 342318002 | MUESTRA ORIENTACI?N ANTIBI?TICO | | 1 | 6.00 /EA | 6.00 N |
| 2 | 4 | 4 | EA | 301020500 | CLOROX GALON ORIGINAL | | 4 | 3.75 /EA | 15.00 N |

| | | |
|---|---|---|
| ** PAID IN FULL ** | 21.00 | TAXABLE 0.00 |
| | | NON-TAXABLE 21.00 |
| | | SUBTOTAL 21.00 |
| CASH PAYMENT | 21.00 | |
| | | TAX AMOUNT 0.00 |
| | | **TOTAL 21.00** |

Prior Balance:0.00

TOT WT: 0.00

X _____
Received By


Escaneado con CamScanner

**Asociacion De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

PAGE NO 1

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| 204503 | 000 | | | 4%15DAYS | LIS | 9/18/25   1:53 |

DUE DATE: 10/18/25    TERMINAL: 300

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO          PR
787-692-4673

SHIP TO:

TAX: 102  STATE &CITY SALES TAX

# INVOICE: A59006

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EA | 341807001 | CMT CONCENTRADO 16 OZ | | 1 | 23.75 /EA | 23.75 N |

** PAYMENT RECEIVED **          40.00
** CHANGE GIVEN **              16.25

CASH PAYMENT                    40.00

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 23.75 |
| SUBTOTAL | 23.75 |
| TAX AMOUNT | 0.00 |
| **TOTAL** | **23.75** |

Prior Balance:0.00

X
Received By

TOT WT: 0.00


Escaneado con CamScanner

**Asociación De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|----------|---------|-----------------|------------|--------|--------|--------------|
| 204503 | 000 | | | 4%15DAYS | LIS | 9/17/25   3:44 |

DUE DATE: 10/17/25     TERMINAL: 301

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO          PR
787-692-4673

SHIP TO:

TAX: 102 STATE &CITY SALES TAX

# INVOICE: A58661

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|------|---------|---------|-----|-----|-------------|------|-------|------------|-----------|
| 1 | 1 | 1 | EA | 239903430 | VITA-JEC B COMPLEX FORT 250 mL. | | 1 | 22.00 /EA | 22.00 N |
| 2 | 2 | 2 | EA | 600900144 | LIQ PS/FRENO 32 OZ | | 2 | 5.75 /EA | 11.50 N |

| | | |
|---|---|---|
| ** PAYMENT RECEIVED ** | 40.00 | TAXABLE 0.00 |
| ** CHANGE GIVEN ** | 6.50 | NON-TAXABLE 33.50 |
| | | SUBTOTAL 33.50 |
| CASH PAYMENT | 40.00 | |
| | | TAX AMOUNT 0.00 |
| | | **TOTAL   33.50** |



TOT WT: 0.00

Prior Balance:0.00

X
_____
Received By

CS Escaneado con CamScanner

**Asociacion De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| 204503 | 000 | | | 4%15DAYS | LIS | 9/17/25    3:45 |

DUE DATE: 10/17/25     TERMINAL: 301

| SOLD TO: | SHIP TO: |
|---|---|
| LAS MARTAS DAIRY | CARDHOLDER/VISA |
| HC 05 BOX 91635 | |
| HATO ABAJO | |
| ARECIBO        PR | |
| 787-692-4673 | |

TAX: 102  STATE &CITY SALES TAX

## *INVOICE: A58662*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/  PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 4 | EA | 301020500 | CLOROX GALON ORIGINAL | | 4 | 3.75 /EA | 15.00 N |

| | | | |
|---|---|---|---|
| ** PAID IN FULL ** | 15.00 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 15.00 |
| | | SUBTOTAL | 15.00 |

| TAX AMOUNT | 0.00 |
|---|---|
| **TOTAL** | **15.00** |

**BANKCARD PAYMENT**                                     15.00
**BKCRD# XXXXXXXXXXXX7958**
Prior Balance:0.00

APP: 991036      XR: 058662         X

TOT WT: 0.00
MID: ***6812

Received By

Escaneado con CamScanner

**Asociacion De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

PAGE NO 1

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|----------|---------|-----------------|------------|--------|--------|--------------|
| 204503 | 000 | | | 4%15DAYS | EDW | 9/13/25    1:37 |

DUE DATE: 10/13/25      TERMINAL: 301

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO         PR
787-692-4673

**SHIP TO:**
CARDHOLDER/VISA

TAX: 102  STATE &CITY SALES TAX

# INVOICE: A58112

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|------|---------|---------|----|-----|-------------|------|-------|------------|-----------|
| 1 | 4 | 4 | EA | 301020500 | CLOROX GALON ORIGINAL | | 4 | 3.75 /EA | 15.00 N |
| 2 | 2 | 2 | EA | 600900144 | LIQ PS/FRENO 32 OZ | | 2 | 5.75 /EA | 11.50 N |

** PAID IN FULL **                                   26.50

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 26.50 |
| SUBTOTAL | 26.50 |

| | |
|---|---|
| TAX AMOUNT | 0.00 |
| **TOTAL** | **26.50** |



**TOT WT: 0.00**
MID: ***6812

BANKCARD PAYMENT                    26.50
BKCRD# XXXXXXXXXXXX1477
Prior Balance:0.00

APP: 081050      XR: 058112

X
Received By

Escaneado con CamScanner

**RECIBO DE PAGO**

**ADM® ANIMAL NUTRITION OF P.R., LLC**

92225

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: 311490

Recibí de: ME - LM Dairy          Fecha: 9-24-2025

| | |
|---|---|
| Efectivo | $_____ |
| Cheque a Nuestro Favor | $_____ |
| Cheque Endosado | $_____ |
| TOTAL | $ 1,800.00 |

CHEQUE # _____     # CKS ENDOSADOS _____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comentarios:

Check deposited 9-24-2025

Firma Vendedor: _____     Firma Cliente: _____

Escaneado con CamScanner

**RECIBO DE PAGO**

**92214**

**ADM® ANIMAL NUTRITION OF P.R., LLC**

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: _311490_

Recibí de: _ME - LMarho_          Fecha: _9-15-2025_

| | |
|---|---|
| Efectivo | $_____ |
| Cheque a Nuestro Favor | $_____ |
| Cheque Endosado | $_____ |
| TOTAL | $ _1,000.00_ |

CHEQUE #_____      # CKS ENDOSADOS_____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_VENTA PASTO_

Comentarios:

_Lorh deposito el 9-15-2025_

Firma Vendedor: _____   Firma Cliente: _____

Escaneado con CamScanner



**FirstBank**

**Five Days Return etc.**
PO Box 9146
San Juan PR 00908-0146

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
| --- |
| 09/30/25 |

**020-BUSINESS PLUS CORP**

14* 6109207280



00003670 FFBPRR1001250618020R 4 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 152.47 | 6 | 9,894.89 | 45 | 10,042.23 | 10.00 | 4.87-OD |

## CHECKING ACCOUNT TRANSACTIONS
### DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION |
| --- | --- | --- |
| 09/09 | 10.00 | ATM CASH DEPOSIT - 090925*004866 FBPR ARECIBO WI  ARECIBO      PR |
| 09/10 | 7,900.00 | CASH DEPOSIT                 *Transferred from Oriental VTM Paymentt* |
| 09/12 | 171.74 | ACH CREDIT-091225-221571418304714 INDULAC 172                    PAYMENT |
| 09/15 | 800.00 | CASH DEPOSIT   *Transferred from Oriental VTM Payment* |
| 09/26 | 175.15 | ACH CREDIT-092625-221571416241479 INDULAC 172                    PAYMENT |
| 09/29 | 838.00 | CASH DEPOSIT   *Trasnferred from Oriental VTM Payment* |

### CHECKS

| DATE | CHECK NO. | AMOUNT | DATE | CHECK NO. | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 09/10 | 760 | 2,000.00 | 09/12 | 765 | 300.00 |
| 09/10 | 757 | 1,000.00 | 09/12 | 767 | 200.00 |
| 09/10 | 761 | 695.00 | 09/15 | 771 | 500.00 |
| 09/10 | 759 | 450.00 | 09/15 | 769 | 275.00 |
| 09/10 | 764 | 420.00 | 09/15 | 770 | 100.00 |
| 09/11 | 763 | 800.00 | 09/29 | 772 | 450.00 |
| 09/12 | 766 | 500.00 | 09/29 | 773 | 300.00 |

### OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
| --- | --- | --- |
| 09/02 | 130.00 | 083025*022924-ATM WITHDRAWAL FBN AVE CATALINA ARECIBO |
| 09/03 | 10.00 | 090225*057766-ATM WITHDRAWAL FBN AVE CATALINA ARECIBO |
| 09/09 | 8.01 | POS DEBIT -BURGER KING 12282 -090825*038607 ARECIBO      PR |
| 09/10 | 600.00 | ATM WITHDRAWAL - 091025*008961 FBPR ARECIBO DI   ARECIBO      PR |
| 09/10 | 40.00 | POS DEBIT -ECOMAXX CORCOVADA -091025*040339 HATILLO      PR |
| 09/11 | 42.00 | POS DEBIT -ECOMAXX CORCOVADA -091125*040517 HATILLO      PR |



**1First Bank**

## CHECKING ACCOUNT TRANSACTIONS
### OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 09/12 | 607.50 | POS DEBIT -RIMCO PARTS          -091125*083436 |
|       |        | SAN JUAN |
| 09/12 | 40.00 | POS DEBIT -ECOMAXX CORCOVADA -091225*040743 |
|       |        | HATILLO     PR |
| 09/15 | 160.00 | 091225*038880-ATM WITHDRAWAL |
|       |        | FBN AVE CATALINA ARECIBO |
| 09/15 | 42.25 | 091225*055012-ATM WITHDRAWAL |
|       |        | CARR 493 KM 37 B HATILLO |
| 09/15 | 42.01 | POS DEBIT -COMERCIAL HERMANOS-091125*060994 |
|       |        | PUERTO RICO |
| 09/15 | 27.30 | POS DEBIT -ASOCIACIONES GANAD-091325*012809 |
|       |        | HATILLO |
| 09/15 | 26.50 | POS DEBIT -ASOCIACIONES GANAD-091325*081050 |
|       |        | HATILLO |
| 09/15 | 2.25 | 091225*055012-ATM WITHDRAWAL FEE |
|       |        | CARR 493 KM 37 B HATILLO |
| 09/15 | 0.24 | IVU ESTATAL |
| 09/15 | 0.02 | IVU MUNICIPAL |
| 09/16 | 10.00 | 091525*087295-ATM WITHDRAWAL |
|       |        | FBN AVE CATALINA ARECIBO |
| 09/29 | 60.00 | 092625*053188-ATM WITHDRAWAL |
|       |        | FBN AVE CATALINA ARECIBO |
| 09/29 | 42.99 | 092725*097007-ATM WITHDRAWAL |
|       |        | Carr  653 Km  2  Arecibo |
| 09/29 | 40.00 | POS DEBIT -ECOMAXX CORCOVADA -092725*043623 |
|       |        | HATILLO     PR |
| 09/29 | 30.00 | POS DEBIT -ECOMAXX CORCOVADA -092825*043714 |
|       |        | HATILLO     PR |
| 09/29 | 25.83 | POS DEBIT -HATILLO CASH KARRY-092625*448629 |
|       |        | ARECIBO     PR |
| 09/29 | 15.00 | POS DEBIT -BARRANCA SERVICE S-092725*047272 |
|       |        | ARECIBO     PR |
| 09/29 | 13.34 | POS DEBIT -HATILLO CASH KARRY-092925*037279 |
|       |        | ARECIBO     PR |
| 09/29 | 2.25 | 092725*097007-ATM WITHDRAWAL FEE |
|       |        | Carr  653 Km  2  Arecibo |
| 09/29 | 0.24 | IVU ESTATAL |
| 09/29 | 0.02 | IVU MUNICIPAL |
| 09/30 | 30.00 | 092925*047151-ATM WITHDRAWAL |
|       |        | FBN AVE CATALINA ARECIBO |
| 09/30 | 2.99 | PAPER STATEMENT FEE* |
| 09/30 | 10.00 | BALANCE RANGE FEE  * |
| 09/30 | 1.36 | IVU ESTATAL |





ACCOUNT 6109207280                    Page 3

CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
    DATE..........AMOUNT..........DESCRIPTION

    09/30           0.13            IVU MUNICIPAL

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
    DATE.........BALANCE      DATE.........BALANCE      DATE.........BALANCE
    08/31       152.47        09/10      2,709.46       09/16          6.13
    09/02        22.47        09/11      1,867.46       09/26        181.28
    09/03        12.47        09/12        391.70       09/29         39.61
    09/09        14.46        09/15         16.13       09/30        4.87OD

    VISITA NUESTRAS NUEVAS ATMS EN YABUCOA, VEGA BAJA, YAUCO,
    TOA ALTA, CANOVANAS, CAYEY, SAN LORENZO, HUMACAO Y NAGUABO.
    BUSCALAS EN EL LOCALIZADOR.

    THIS STATEMENT IS NOT, IN ANY WAY, NOR IT IS INTENDED TO BE,
    A COLLECTION EFFORT.
    ESTE ESTADO NO ES, NI PRETENDE SER, UNA GESTION DE COBRO.

FirstBank certifies that these images are legitimate and exact co
your checks or other items processed in this statement.

# CHECK IMAGES




Check: 760   Amount: $2,000.00   Date: 09/10/2025    Check: 757   Amount: $1,000.00   Date: 09/10/2025




Check: 759   Amount: $450.00   Date: 09/10/2025    Check: 761   Amount: $695.00   Date: 09/10/2025




Check: 764   Amount: $420.00   Date: 09/10/2025    Check: 763   Amount: $800.00   Date: 09/11/2025

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES (Continued)



Check: 765     Amount: $300.00     Date: 09/12/2025



Check: 767     Amount: $200.00     Date: 09/12/2025



Check: 766     Amount: $500.00     Date: 09/12/2025



Check: 770     Amount: $100.00     Date: 09/15/2025



Check: 769     Amount: $275.00     Date: 09/15/2025



Check: 771     Amount: $500.00     Date: 09/15/2025



**1First Bank** certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES (Continued)

| | |
|---|---|
| Check: 773      Amount: $300.00      Date: 09/29/2025 | Check: 772      Amount: $450.00      Date: 09/29/2025 |

CASE N° 22-02380 ESL

Income Statement
July 2025 LAS MARTAS
Milking 14 Cows Averaging 9 Lts/cow/Day
Producing  2.86 % of Milk Quota
1,681 Liters Biweekly

Cows Culled: 1
Deaths:     1
Dry Cows:  77          Milk Quota:  58,700 lts biweekly
                       Pooled Price:  86.58¢/lt

| | | | | $ |
|---|---|---|---|---|
| **INCOME:** | VTM | | | |
| **Milk Sales:** | Liq. Sept. 12 | 1,409 lts @ 90.7¢/Lt | | 1,277.96 |
| | Liq. Sept. 26 | 1,417 Lts @ 90.7¢/Lt | | 1,285.22 |
| Money Reimbursed by VTM From Milk Assignments | | | | 7,948.09 |
| INDULAC: | Liq. Sept. 12 | 282 lts @60.9¢/lt. | | 171.74 |
| | Liq. Sept. 26 | 253 lts @69.2¢/lt | | 175.15 |
| | | | | |
| Milk Quality Check | | | | 48.45 |
| Sale of  Culled Cow, Heifers  and Male Calves | | | | 930.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | | 2,800.00 |
| Money in bank and on hand | | | | 161.30 |
| **Total Income:** | | | | 14,797.91 |

| | | | |
|---|---|---|---|
| **Less Direct Costs:** | | | |
| Feed & Supplements | | 5,520.00 | |
| Medicines,  Veterinary, materials and Supplies | | 268.87 | |
| **Total Direct Costs:** | | | 5,788.87 |
| **GROSS PROFIT** | | | **9,009.04** |

| | | | |
|---|---|---|---|
| **Less Operational Costs:** | | | |
| Wages: | | 2,100.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | | 317.01 | |
| Milking Equipment | Milk Tank Repair  #767 | 200.00 | |
| Farm Machinery | RIMCO ATH | 607.50 | |
| Car & Truck | | 0.00 | |
| Fuel | ATH & Cash | 737.00 | |
| Utilities | LUMA #761 | 695.00 | |
| Farm Lease | Juan Manuel Barreto | 1,500.00 | |
| Professional Services | CPA & Gestoría | 620.00 | |
| Lab. Milk Samples | | 0.00 | |
| Miscellaneous | Meals | 264.61 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | | 54.26 | |
| **Total Operational Costs:** | | | 7,095.38 |
| **OPERATIONAL INCOME** | | | **1,913.66** |

| | | | |
|---|---|---|---|
| **Capital Expenditures:** | Purchase of Heifer | | 800.00 |

| | | | |
|---|---|---|---|
| **Less Obligations & Others: (Through Milk Assignments)** | | | |
| VTM | Retained by VTM | - | |
| VTM | Laboratory | 4.00 | |
| ADM Alliance Nutrition | | 600.00 | |
| ORIL | Fine for Damaged Milk | 278.54 | |
| **Total Obligations, & Others:** | | | 882.54 |

| | | | |
|---|---|---|---|
| **Net Income:** | | | **231.12** |

Bank Acct. (4.59)
Cash on Hand. $235.99

CASE N° 22-02380 ESL

Income Statement

July 2025 LAS MARTAS

Milking 14 Cows Averaging 9 Lts/cow/Day

Producing  2.86 % of Milk Quota

1,681 Liters Biweekly

**WAGES:**

| | Wesley Romero | | | Juan Manuel Barreto | |
|---|---|---|---|---|---|
| Sept. 9 | 450.00 | #759 | Sept. 12 | 300.00 | #765 |
| Sept. 15 | 500.00 | #771 | Sept. 29 | 300.00 | #773 |
| Sept. 29 | 450.00 | #772 | | 600.00 | |
| | 1,400.00 | | | | |

**FEED**

| | | $ | |
|---|---|---|---|
| Sept. 6 | ATH | 720.00 | AGH |
| Sept. 10 | #760 | 2,000.00 | ADM |
| Sept. 18 | Cash/Sale Hay | 1,000.00 | ADM |
| Sept. 24 | Cash/Sale Hay | 1,800.00 | ADM |
| | | 5,520.00 | |

**Farm Maintenance & Repairs**

| | $ | |
|---|---|---|
| #769 | 275.00 | Welder |
| ATH | 42.01 | Comercial Hermanos Hardware Store |
| | 317.01 | |

**Farm Lease**

| | $ | |
|---|---|---|
| Sept. 10 | 1,000.00 | #757 |
| Sept. 12 | 500.00 | #766 |
| | 1,500.00 | |

**CPA & Gestoría**

| | | |
|---|---|---|
| Cash | 200.00 | CPA |
| #764 | 420.00 | Gestora Truck License |
| | 620.00 | |

CASE N° 22-02380 ESL

Income Statement

July 2025 LAS MARTAS

Milking 14 Cows Averaging 9 Lts/cow/Day

Producing  2.86 % of Milk Quota

1,681 Liters Biweekly




**INDUSTRIA LECHERA DE PUERTO RICO, INC.**
Documento de pago

PO BOX 362949
SAN JUAN, PR 00936-2949

# DIRECT DEPOSIT ADVICE

**Liquidación del 9/10/2025**

**Periodo de la catorcena  8/28/2025 al 9/10/2025**

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000002317 | 9/12/2025 | **0003064  LAS MARTAS, INC.**<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | jmbarretoginorio@gmail.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganadero Nivel 2 | 0.609 | 282.00 | 171.74 | 2,395.89 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 171.74 | 2,395.89 |

| Total Pay / Deposited: | $171.74 |
|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | Total Deposito Directo: | 171.74 | 2,395.89 |
| Ingreso Total: | 171.74 | 2,395.89 | Total Deducciones: | 0.00 | 0.00 |
| Neto: | 171.74 | | | | |

**LAS MARTAS, INC.**

HC 5 BOX 91635
ARECIBO, PR 00612-9517

 Escaneado con CamScanner

**INDUSTRIA LECHERA DE PUERTO RICO, INC.**

PO BOX 362949
SAN JUAN, PR 00936-2949



# DIRECT DEPOSIT ADVICE

**Liquidación del 9/24/2025**

**Periodo de la catorcena 9/11/2025 al 9/24/2025**

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000002480 | 9/26/2025 | **0003064 LAS MARTAS, INC.**<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | jmbarretoginorio@gmail.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganadero Nivel 2 | 0.692 | 253.00 | 175.15 | 2,571.04 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 175.15 | 2,571.04 |

| Total Pay / Deposited: | $175.15 |
|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | **Total Deposito Directo:** | 175.15 | 2,571.04 |
| **Ingreso Total:** | 175.15 | 2,571.04 | **Total Deducciones:** | 0.00 | 0.00 |
| **Neto:** | 175.15 | | | | |

**LAS MARTAS, INC.**

HC 5 BOX 91635
ARECIBO, PR 00612-9517



## ORIENTAL RESTRICTED CASH

**010745**

| Date | Invoice Number | Comment | Amount | Discount Amoun | Retention Amt | Net Amount |
|------|---------------|---------|--------|----------------|---------------|------------|
| 8/27/2025 | BPC PER 8-27-2025 | 1615 BCP Premium @ 0.03 | 48.45 | 0.00 | 0.00 | 48.45 |

Check Total: 48.45

LAS MARTAS, INC.

9/3/2025

010745

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

Returned Service Requested

Ultimo estado de cuenta: August 31, 2025
Estado de cuenta correspondiente a: September 30, 2025
Dias en este ciclo: 30

Pagina 1 de 2
XXXXXX2642
( 3)

00002646-MD08780930xc01123032-LETTER02-000000 M0



LAS MARTAS INC
HC 05 BOX 91635
ARECBO PR 00612

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

*LOS TERMINOS Y CONDICIONES DE TU CUENTA MY BIZ CAMBIARAN EFECTIVO EL 1 DE SEPTIEMBRE 2025. AL MANTENER UN BALANCE PROMEDIO MENSUAL DE $500 NO SE APLICARA EL CARGO POR MANTENIMIENTO MENSUAL DE $5.00. ADEMAS, EL ACCESO A LA PLATAFORMA DE CASH MANAGEMENT TENDRA UN CARGO. PARA VER EL ACUERDO REVISADO Y LOS TERMINOS Y CONDICIONES DE TU CUENTA VISITA LA SECCION PARA TU NEGOCIO EN WWW.ORIENTALBANK.COM.*

## My Biz Account

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX2642 | Balance inicial | $7.60 |
| Anejos | 3 | Total de creditos | 9,677.18 |
| Balance mas bajo | $2.05 | Total de debitos | 9,684.50 |
| Balance promedio | $441.55 | Balance final | $.28 |

## CHEQUES  All Transferred to First Bank Las Martas

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| | 09-10 | 7,900.00 | | 09-29 | 838.00 |
| | 09-15 | 800.00 | | | |

## DEBITOS

| Fecha | Descripcion | Debitos |
|---|---|---|
| 09-03 | ' Debito Pre-Autorizado | 39.00 |
| | ORIENTAL GROUP CM FEES 250903 | |
| 09-04 | ' Compra POS | 15.00 |
| | POS PURCHASE TERMINAL 7141C422 BARRANCA SERVICE S | |
| | TATI ARECIBO PR 09-04-25 12:46 PM XXXXXXXXXXXX6804 | |
| 09-12 | ' Compra POS | 40.00 |
| | POS PURCHASE TERMINAL 30V47022 ECOMAXX CORCOVADA | |
| | HATILLO PR 09-12-25 6:09 PM XXXXXXXXXXXX6804 | |
| 09-15 | ' Compra POS | 30.00 |
| | POS PURCHASE TERMINAL 30V47022 ECOMAXX CORCOVADA | |
| | HATILLO PR 09-14-25 10:48 AM XXXXXXXXXXXX6804 | |
| 09-15 | ' Retiro ATM | 12.50 |
| | CASH WITHDRAWAL TERMINAL 84270278 FBN AVE CATALINA S | |
| | ANTIA ARECIBO 09-15-25 11:08 AM XXXXXXXXXXXX6804 | |
| 09-30 | ' Service Charge | 5.00 |
| | MAINTENANCE FEE | |

Escaneado con CamScanner

**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

LAS MARTAS INC                                      Pagina 2 de 2
September 30, 2025                                  XXXXXX2642

| Fecha | Descripcion | Debitos |
|-------|-------------|---------|
| 09-30 | ' Service Charge | 5.00 |
|       | PAPER STATEMENT | |

**CREDITOS**

| Fecha | Descripcion | | Creditos |
|-------|-------------|---|----------|
| 09-03 | ' Deposit | Milk Quality Check | 48.45 |
| 09-09 | ' Deposit | Reimbursement Milk Assignments C5 | VTM 7,948.09 |
| 09-12 | ' Deposit | | VTM 836.69 |
| 09-26 | ' Deposit | | VTM 843.95 |

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 08-31 | 7.60 | 09-10 | 50.14 | 09-29 | 10.28 |
| 09-03 | 17.05 | 09-12 | 846.83 | 09-30 | 0.28 |
| 09-04 | 2.05 | 09-15 | 4.33 | | |
| 09-09 | 7,950.14 | 09-26 | 848.28 | | |

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

| | Total para este periodo | Total a la fecha (YTD) |
|---|---|---|
| Total de cargos por sobregiro | $0.00 | $0.00 |
| Total de cargos por transacciones devueltas | $0.00 | $0.00 |

CS Escaneado con CamScanner

00002646-07936-0001-0003-DD0878093?xc01123039-01-L-00042458

**From: Vaquerías JM Barreto Ginorio** vaqueriasjm@gmail.com 
**Subject:** Doc requeridos
**Date:** October 28, 2025 at 12:28 PM
**To:** jmbarretoginorio@gmail.com, Patricia Galindez Quiebra lafundadora28@yahoo.com

Xiomara Soto
Asistente JM Barreto Ginorio



## VAQUERIA TRES MONJITAS Inc.

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 0 | 0.000000 | 0.00 |
| | 0 | | |

**LAS MARTAS INC**

**LIQUIDACIÓN DE GANADERO**

September 08 , 2025

**CHEQUE**

**1040552**

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | Liq 6/4/25 | 1,253.63 | 7,948.09 |
| 0 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | Liq 6/18/25 | 1,332.54 | 7,948.09 |
| 0 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | Liq 7/01/25 | 1,195.59 | 7,948.09 |
| 0 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | Liq 7/16/25 | 902.63 | 7,948.09 |
| 0 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | Liq 7/30/25 | 1,434.87 | 7,948.09 |
| 0 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | Liq 8/13/25 | 1,019.63 | 7,948.09 |
| 0 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | Liq 8/27/25 ✓ | 809.20 | 7,948.09 |

TRES MONJITAS

CS Escaneado con CamScanner

Check: 1040552   09/08/2025      LAS MARTAS INC      Check Total:      7,948.09



## Oriental

P.O. Box 195115
San Juan, PR 00919-5115

Returned Service Requested

Ultimo estado de cuenta: August 05, 2025
Estado de cuenta correspondiente a: August 31, 2025
Dias en este ciclo: 27

Pagina 1 de 2
XXXXXX2642
( 0)

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

00036219-MD08780829xc01112431-LETTER01-000000 M0

LAS MARTAS INC
HC 05 BOX 91635
ARECBO  PR  00612

Oriental Bank
254 Munoz Rivera Ave

Hato Rey PR 00918

*LOS TERMINOS Y CONDICIONES DE TU CUENTA MY BIZ CAMBIARAN EFECTIVO EL 1 DE SEPTIEMBRE 2025. AL MANTENER UN BALANCE PROMEDIO MENSUAL DE $500 NO SE APLICARA EL CARGO POR MANTENIMIENTO MENSUAL DE $5.00. ADEMAS, EL ACCESO A LA PLATAFORMA DE CASH MANAGEMENT TENDRA UN CARGO. PARA VER EL ACUERDO REVISADO Y LOS TERMINOS Y CONDICIONES DE TU CUENTA VISITA LA SECCION PARA TU NEGOCIO EN WWW.ORIENTALBANK.COM.*

## My Biz Account

| Numero de cuenta | XXXXXX2642 | Balance inicial | $0.00 |
|---|---|---|---|
| Balance mas bajo | $7.14 | Total de creditos | 120.00 |
| Balance promedio | $11.39 | Total de debitos | 112.40 |
| | | Balance final | $7.60 |

### DEBITOS

| Fecha | Descripcion | Debitos |
|---|---|---|
| 08-05 | ' Compra POS | 12.11 |
| | POS PURCHASE TERMINAL 00524T51 WALGREENS STORE | |
| | ARECIBO PR 08-05-25 4:53 PM XXXXXXXXXXXX6804 | |
| 08-05 | ' Compra POS | 29.74 |
| | POS PURCHASE TERMINAL IN0321 AUTOZONE 6626 ST | |
| | RD 2 KARECIBO 08-05-25 3:23 PM XXXXXXXXXXXX6804 | |
| 08-06 | ' Compra POS | 14.50 |
| | POS PURCHASE TERMINAL 30V47022 ECOMAXX CORCOVADA | |
| | HATILLO PR 08-06-25 5:08 PM XXXXXXXXXXXX6804 | |
| 08-06 | ' Compra POS | 15.99 |
| | POS PURCHASE TERMINAL 30SI2195 HATILLO CASH KARRY | |
| | SI ARECIBO PR 08-06-25 3:21 PM XXXXXXXXXXXX6804 | |
| 08-08 | ' POS Purchase | 20.52 |
| | MERCHANT PURCHASE TERMINAL 85133235 COMERCIAL HERMANOS | |
| | BAR PUERTO RICO 08-06-25 12:00 AM XXXXXXXXXXXX6804 | |
| 08-26 | ' Compra POS | 5.78 |
| | POS PURCHASE TERMINAL 30V46064 TEXACO MEGA HATILL | |
| | O HATILLO PR 08-26-25 12:53 PM XXXXXXXXXXXX6804 | |
| 08-26 | ' Compra POS | 13.76 |
| | POS PURCHASE TERMINAL 470V2233 SUPERMERCADO AMADO | |
| | R ARECIBO PR 08-26-25 1:33 PM XXXXXXXXXXXX6804 | |



Escaneado con CamScanner

## Oriental

P.O. Box 195115
San Juan, PR 00919-5115

C0036219-48985-0001-0002-0D08780829x01112434-01-L-00038281

LAS MARTAS INC
August 31, 2025

Pagina 2 de 2
XXXXXX2642

### CREDITOS

| Fecha | Descripcion | Creditos |
|---|---|---|
| 08-05 | ' ATM Cash | 100.00 |
| 08-25 | ' Deposit | 20.00 |

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 08-05 | 58.15 | 08-08 | 7.14 | 08-26 | 7.60 |
| 08-06 | 27.66 | 08-25 | 27.14 | | |

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

| | Total para este periodo | Total a la fecha (YTD) |
|---|---|---|
| Total de cargos por sobregiro | $0.00 | $0.00 |
| Total de cargos por transacciones devueltas | $0.00 | $0.00 |

VAQUERIA TRES MONJITAS Inc.

LAS MARTAS INC

LIQUIDACIÓN DE GANADERO

September 12 , 2025

CHEQUE

**1040666**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,409 / 282 | 0.906998 | 1,277.96 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,409 | | 282.00 | 1,277.96 | | | 1,277.96 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 2.00 | 836.69 |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check Total:                836.69

CS Escaneado con CamScanner
TRES MONJITAS

Check: 1040666        09/12/2025                LAS MARTAS INC                Check Total:

# VAQUERIA TRES MONJITAS Inc.

LAS MARTAS INC

**CHEQUE**

**LIQUIDACIÓN DE GANADERO**

September 26 , 2025

**1041017**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,417 | 0.907001 | 1,285.22 |
|  | 253 |  |  |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,417 |  | 253.00 | 1,285.22 |  |  | 1,285.22 |  | 0.00  1000286 VAQUERIA TRES MONJITAS INC | 2.00 | 843.95 |
|  |  |  |  |  |  |  |  | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 |  |
|  |  |  |  |  |  |  |  | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 |  |