IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON OCT/30/2025 |

ORDER AND NOTICE

    An evidentiary hearing is hereby scheduled for December 18, 2025 at 10:00 AM at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Fed. Bldg. & U.S. Courthouse, 300 Recinto Sur, Courtroom No. 2, Floor 2, San Juan, Puerto Rico, to consider Condado 5, LLC's motion for relief from stay, part C (docket #211).

    The parties shall file proposed findings of fact and conclusions of law seven (7) days prior to the hearing. Each finding of fact shall make reference to either a document to be submitted as an exhibit, or to a witness. The court advises the parties that it will not hold an evidentiary hearing without timely filed proposed findings of fact and conclusions of law.

    The Clerk shall give notice to all parties in interest.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 30 day of October, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge