United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 22-02380-ESL |
| LAS MARTAS INC | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA MILAGROS RODRIGUEZ DIAZ | on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com |
| CARMEN PRISCILLA FIGUEROA | on behalf of Creditor CRIM cpfbkcy@gmail.com cpfbkcy@gmail.com |
| DANIEL MARK PRESS | on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| GUSTAVO A CHICO-BARRIS | on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com |
| JOSE RAMON CARRION MORALES | EBNMAIL@CH13-PR.COM |
| MAXIMILIANO TRUJILLO GONZALEZ | |

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdf002 | Total Noticed: 1 |

    on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
    on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
    on behalf of Interested Party SUIZA DAIRY INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
    on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
    tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON OCT/30/2025 |

ORDER AND NOTICE

An evidentiary hearing is hereby scheduled for December 18, 2025 at 10:00 AM at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Fed. Bldg. & U.S. Courthouse, 300 Recinto Sur, Courtroom No. 2, Floor 2, San Juan, Puerto Rico, to consider Condado 5, LLC's motion for relief from stay, part C (docket #211).

The parties shall file proposed findings of fact and conclusions of law seven (7) days prior to the hearing. Each finding of fact shall make reference to either a document to be submitted as an exhibit, or to a witness. The court advises the parties that it will not hold an evidentiary hearing without timely filed proposed findings of fact and conclusions of law.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of October, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge