IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON NOV/04/2025 |

ORDER

The motion filed by Debtor requesting authorization to virtually appear at the hearing scheduled for November 17, 2025 at 2:00 p.m. (docket #310) is hereby granted. Debtor's counsel may appear virtually at the hearing scheduled for November 17, 2025.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of November, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge