**Fill in this information to identify the case:**

Debtor Name  LAS MARTAS, INC.

United States Bankruptcy Court for the: _____  District of _____

Case number: 22-02380

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: __October 2025__                          Date report filed: _____
                                                                   MM / DD / YYYY

Line of business: __DAIRY FARM__                 NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    JUAN M. BARRETO

Original signature of responsible party  _____

Printed name of responsible party       JUAN M BARRETO

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  LAS MARTAS, INC.

Case number 22-02380

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____231.12_____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____8,839.42_____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ _____8,929.36_____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____89.94_____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____321.06_____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ _____

Debtor Name  LAS MARTAS, INC.

Case number 22-02380

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _____ 0.00

 (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?   _____ 2

27. What is the number of employees as of the date of this monthly report?   _____ 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 20,800.00

30. How much have you paid this month in other professional fees?   $ _____ 400.00

31. How much have you paid in total other professional fees since filing the case?   $ _____ 9,750.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:   $ _____

36. Total projected cash disbursements for the next month:   − $ _____

37. Total projected net cash flow for the next month:   = $ _____

Debtor Name LAS MARTAS, INC.                                    Case number 22-02380

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

 **1First Bank**

**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| 10/31/25 |

00006451 FFBPRR1101250641170R 5 100000000

**020-BUSINESS PLUS CORP**

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR  00612-9517

'280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 4.87-OD | 9 | 1,642.40 | 15 | 1,603.86 | 10.00 | 23.67 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT..........DESCRIPTION
```

| DATE | AMOUNT | | DESCRIPTION |
| --- | --- | --- | --- |
| 10/01 | 4.87 | | CLOSING CREDIT |
| 10/06 | 20.00 | | CASH DEPOSIT |
| 10/10 | 104.58 | | ACH CREDIT-101025-221571418308129 |
| | | | INDULAC 172                        PAYMENT |
| 10/14 | 630.00 | *VTM* | CASH DEPOSIT |
| 10/17 | 15.13 | | CREDIT MEMO |
| | | | BATCH 37 REJ 10-2-25 610920728 |
| 10/24 | 117.50 | | ACH CREDIT-102425-221571414979553 |
| | | | INDULAC 172                        PAYMENT |
| 10/27 | 700.00 | *VTM* | CHECK DEPOSIT |
| 10/28 | 10.00 | | ATM CASH DEPOSIT -  102825*002287 |
| | | | FBPR ARECIBO WI  ARECIBO       PR |
| 10/30 | 40.32 | | CHECK DEPOSIT-0000000156    *Milk Quality Chk* |

```
CHECKS
  DATE....CHECK NO......AMOUNT          DATE....CHECK NO......AMOUNT
```

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 10/14 | 774 | 450.00 | 10/27 | 776 | 450.00 |
| 10/14 | 775 | 150.00 | 10/27 | 778 | 360.00 |

```
OTHER DEBITS
  DATE..........AMOUNT..........DESCRIPTION
```

| DATE | AMOUNT | DESCRIPTION |
| --- | --- | --- |
| 10/16 | 49.85 | POS DEBIT -ASOC GANADEROS DE -101625*007634 |
| | | HATILLO     PR |
| 10/16 | 40.00 | POS DEBIT -ECOMAXX CORCOVADA -101625*047375 |
| | | HATILLO     PR |
| 10/16 | 13.15 | POS DEBIT -ASOC GANADEROS DE -101625*007636 |
| | | HATILLO     PR |
| 10/17 | 20.00 | ATM WITHDRAWAL - 101725*000846 |
| | | FBPR ARECIBO WI     ARECIBO       PR |
| 10/17 | 6.90 | POS DEBIT -ECOMAXX CORCOVADA -101625*047439 |
| | | HATILLO     PR |
| 10/21 | 9.48 | POS DEBIT -SUPERMERCADO AMADO-102025*030212 |
| | | ARECIBO     PR |



**1 First Bank**

```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
  DATE...........AMOUNT...........DESCRIPTION

  10/28          20.00            ATM WITHDRAWAL - 102825*002286
                                  FBPR ARECIBO WI      ARECIBO      PR
  10/31          30.00            POS DEBIT -ECOMAXX CORCOVADA -103125*050387
                                  HATILLO      PR
  10/31          2.99             PAPER STATEMENT FEE*
  10/31          10.00            BALANCE RANGE FEE  *
  10/31          1.36             IVU ESTATAL
  10/31          0.13             IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * * *
  DATE.........BALANCE      DATE.........BALANCE      DATE.........BALANCE
  09/30          4.87OD  10/16          51.58  10/28          27.83
  10/01           .00    10/17          39.81  10/30          68.15
  10/06         20.00    10/21          30.33  10/31          23.67
  10/10        124.58    10/24         147.83
  10/14        154.58    10/27          37.83

  VISITA NUESTRAS NUEVAS ATMS EN YABUCOA, VEGA BAJA, YAUCO,
  TOA ALTA, CANOVANAS, CAYEY, SAN LORENZO, HUMACAO Y NAGUABO.
  BUSCALAS EN EL LOCALIZADOR.

  THIS STATEMENT IS NOT, IN ANY WAY, NOR IT IS INTENDED TO BE,
  A COLLECTION EFFORT.
  ESTE ESTADO NO ES, NI PRETENDE SER, UNA GESTION DE COBRO.
```



**1 First Bank**

ACCOUNT 7280 Page 4

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES



Check: 774     Amount: $450.00     Date: 10/14/2025



Check: 775     Amount: $150.00     Date: 10/14/2025



Check: 776     Amount: $450.00     Date: 10/27/2025



Check: 778     Amount: $360.00     Date: 10/27/2025

CASE N° 22-02380 ESL

Income Statement
October 2025 LAS MARTAS
Milking 14 Cows Averaging 7 Lts/cow/Day
Producing  2.23 % of Milk Quota
1,308 Liters Biweekly

Cows Culled: 1
Deaths:   1
Dry Cows:  37          Milk Quota: 58,700 lts biweekly
                       Pooled Price:  92.86¢/lt

| | | | | $ |
|---|---|---|---|---|
| **INCOME:** | VTM | | | |
| **Milk Sales:** | Liq. Oct. 10 | 1,094 lts @ 98¢/Lt | | 1,073.10 |
| | Liq.Oct. 24 | 1,156 Lts @ 98¢/Lt | | 1,133.92 |
| INDULAC: | Liq. Oct. 10 | 178 lts @58.8¢/lt. | | 104.58 |
| | Liq. Oct. 24 | 188 Lts @ 62.5¢/lt | | 117.50 |

| | | | |
|---|---|---|---|
| Milk Quality Check | | | 40.32 |
| Sale of  Culled Cow, Heifers  and Male Calves | | | 2,400.00 |
| Sale of hay | Cash and Checks. Not All is Deposited in Acct. | | 3,970.00 |
| Money in bank and on hand | | | 231.12 |
| **Total Income:** | | | 9,070.54 |

**Less Direct Costs:**

| | | | |
|---|---|---|---|
| Feed & Supplements | | 3,700.00 | |
| Medicines,  Veterinary, materials and Supplies | | 264.58 | |
| **Total Direct Costs:** | | | 3,964.58 |
| **GROSS PROFIT** | | | **5,105.96** |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | 2,100.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | Repair Road | 0.00 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | Cash          Tractor Parts | 223.00 | |
| Car & Truck | | 0.00 | |
| Fuel | ATH & Cash | 810.00 | |
| Utilities | | 0.00 | |
| Farm Lease | Juan Manuel Barreto Cash | 500.00 | |
| Professional Services | CPA & Gestoría | 400.00 | |
| Lab. Milk Samples | | 0.00 | |
| Miscellaneous | Meals | 0.00 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | | 49.24 | |
| **Total Operational Costs:** | | | 4,082.24 |
| **OPERATIONAL INCOME** | | | **1,023.72** |

| | | | |
|---|---|---|---|
| **Capital Expenditures:** | Purchase of Heifer | | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**

| | | | |
|---|---|---|---|
| VTM | Retained by VTM | - | |
| VTM | Laboratory | 4.00 | |
| ADM Alliance Nutrition | | 600.00 | |
| ORIL | Fine for Damaged Milk | 278.54 | |
| **Total  Obligations, & Others:** | | | 882.54 |
| **Net Income:** | | | **141.18** |

Bank Acct. (4.59)
Cash on Hand. $235.99

CASE N° 22-02380 ESL

Income Statement
October 2025 LAS MARTAS
Milking 14 Cows Averaging 7 Lts/cow/Day
Producing  2.23 % of Milk Quota
1,308 Liters Biweekly

**WAGES:**

| | Wesley Romero | | | Juan Manuel Barreto | |
|---|---|---|---|---|---|
| Oct. 14 | 450.00 | #774 | Oct. 7 | 300.00 | Cash |
| Oct. 25 | 450.00 | #776 | Oct. 14 | 150.00 | |
| | 900.00 | | Oct. 21 | 360.00 | Cash |
| | | | Oct. 27 | 390.00 | |
| | | | | 1,200.00 | |

**FEED** $

| | | $ |
|---|---|---|
| Oct. 8 | Cash/Sale of Hay | 1,800.00 |
| Oct. 28 | Cash/Sale of Hay | 1,900.00 |
| | | 3,700.00 |

**Farm Maintenance & Repairs**

-

**Farm Lease**

$

| | | |
|---|---|---|
| Oct. 10 | 500.00 | Cash |

**CPA & Gestoría**

| | | |
|---|---|---|
| Cash | 200.00 | CPA |
| Cash | 200.00 | Secretary |
| | 400.00 | |

CASE N° 22-02380 ESL

Income Statement

October 2025 LAS MARTAS

Milking 14 Cows Averaging 7 Lts/cow/Day

Producing  2.23 % of Milk Quota

1,308 Liters Biweekly





**INDUSTRIA LECHERA DE PUERTO RICO, INC.**
PO BOX 362949
SAN JUAN, PR 00936-2949

# DIRECT DEPOSIT ADVICE

**Liquidación del 10/8/2025**

**Periodo de la catorcena  9/25/2025 al 10/8/2025**

| Dir. Dep. No. | Date | Vendor: | | |
|---|---|---|---|---|
| D000002642 | 10/10/2025 | **0003064  LAS MARTAS, INC.**<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | jmbarretoginorio@gmail.com | |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganadero Nivel 2 | 0.588 | 178.00 | 104.58 | 2,675.62 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 104.58 | 2,675.62 |

| Total Pay / Deposited: | $104.58 |
|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | Total Deposito Directo: | 104.58 | 2,675.62 |
| **Ingreso Total:** | 104.58 | 2,675.62 | **Total Deducciones:** | 0.00 | 0.00 |
| **Neto:** | 104.58 | | | | |

**LAS MARTAS, INC.**

HC 5 BOX 91635
ARECIBO, PR 00612-9517



**INDUSTRIA LECHERA DE PUERTO RICO, INC.**
PO BOX 362949
SAN JUAN, PR 00936-2949



# DIRECT DEPOSIT ADVICE

**Liquidación del 10/22/2025**

**Periodo de la catorcena  10/9/2025 al 10/22/2025**

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000002804 | 10/24/2025 | **0003064  LAS MARTAS, INC.**<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | jmbarretoginorio@gmail.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganadero Nivel 2 | 0.625 | 188.00 | 117.50 | 2,793.12 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 117.50 | 2,793.12 |

| Total Pay / Deposited: | $117.50 |
|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | **Total Deposito Directo:** | 117.50 | 2,793.12 |
| **Ingreso Total:** | 117.50 | 2,793.12 | **Total Deducciones:** | 0.00 | 0.00 |
| **Neto:** | 117.50 | | | | |

**LAS MARTAS, INC.**
HC 5 BOX 91635
ARECIBO, PR 00612-9517

ORIENTAL RESTRICTED CASH                                                              010999

| Date | Invoice Number | Comment | Amount | Discount Amount | Retention Amt | Net Amount |
|------|----------------|---------|--------|-----------------|---------------|------------|
| 10/22/2025 | BPC PER 10-22-2025 | | 40.32 | 0.00 | 0.00 | 40.32 |
| | | 1344BCP Premium @ 0.03 | | | | |

Check: **010999**          10/28/2025   LAS MARTAS, INC.                    Check Total:          40.32

**ADM® ANIMAL NUTRITION OF P.R., LLC**

RECIBO DE PAGO

93152

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: 311490

Recibí de: HE- Las Marias          Fecha: 10-21-2025

| | |
|---|---|
| Efectivo | $_____ |
| Cheque a Nuestro Favor | $_____ |
| Cheque Endosado | $_____ |
| TOTAL | $ 1,800.00 |

CHEQUE #_____    # CKS ENDOSADOS_____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | 1007 86 |
| 892/362 | | | | | 792 14 |
| 892/383 | | | | | 206 51 |
| | | | Dcace | | 585 63 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

VENTA PASTO

Comentarios:
Obut Epiritu el 10-21-2025

Firma Vendedor: _____    Firma Cliente: _____

RECIBO DE PAGO

92234

**ADM®** ANIMAL NUTRITION OF P.R., LLC

Teléfono:
787-878-7474
787-641-5175

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

No. Cliente: 311490

Recibí de: NE - LM Dairy                    Fecha: Oct. 1 2025

| | | |
|---|---|---|
| Efectivo | $ | |
| Cheque a Nuestro Favor | $ | |
| Cheque Endosado | $ | |
| TOTAL | $ 1,900.00 | |

CHEQUE #_____     # CKS ENDOSADOS_____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | |
| | | | VENTA | | |
| | | | PASTO | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comentarios:

Client deposited 9-30-2025

Firma Vendedor: _____     Firma Cliente: _____

PAGE NO 1

**Asociacion De Ganaderos De Hatillo**
**Carr 497 Km 1.0**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|----------|---------|-----------------|------------|--------|--------|--------------|
| 204503 | 000 | | | 4%15DAYS | LIS | 10/30/25  1:40 |

DUE DATE: 11/29/25     TERMINAL: 300

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO        PR

787-692-4673

**SHIP TO:**

TAX: 102  STATE &CITY SALES TAX

# *INVOICE: A66391*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/  PER | EXTENSION |
|------|---------|---------|----|----|-------------|------|-------|-------------|-----------|
| 1 | 1 | 1 | EA | 200021500 | PRIVERMECTIN 5 LT | | 1 | 95.00 /EA | 95.00 N |

| | | |
|---|---|---|
| ** PAYMENT RECEIVED ** | 100.00 | |
| ** CHANGE GIVEN ** | 5.00 | |

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 95.00 |
| SUBTOTAL | 95.00 |

CASH PAYMENT             100.00

| TAX AMOUNT | 0.00 |
|------------|------|
| **TOTAL** | **95.00** |



**TOT WT: 0.00**

Prior Balance:0.00

X _____
Received By

**Asociacion De Ganaderos De Hatillo**
**Carr 487 Km 1.0**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|----------|---------|-----------------|------------|--------|--------|--------------|
| 204503 | 000 | | | 4%15DAYS | DAR | 10/28/25   1:12 |

DUE DATE: 11/27/25     TERMINAL: 301

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO         PR

787-692-4673

**SHIP TO:**

TAX: 102 STATE &CITY SALES TAX

# INVOICE: A66086

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|------|---------|---------|-----|-----------|------------------|------|-------|-----------|-----------|
| 1 | 1 | 1 | EA | 260001333 | ALBON BOLOS 15G | | 1 | 6.95 /EA | 6.95 N |
| 2 | 1 | 1 | EA | 210002140 | PASTA CAL MAG SE | | 1 | 11.50 /EA | 11.50 N |

| | | |
|---|---|---|
| ** PAYMENT RECEIVED ** | 20.00 | TAXABLE | 0.00 |
| ** CHANGE GIVEN ** | 1.55 | NON-TAXABLE | 18.45 |
| | | SUBTOTAL | 18.45 |
| **CASH PAYMENT** | 20.00 | |
| | | TAX AMOUNT | 0.00 |
| | | **TOTAL** | **18.45** |



**TOT WT: 0.00**

Prior Balance:0.00

X _____
Received By

| CUST NO: | JOB NO: | PURCHASE ORDER: |
|----------|---------|------------------|
| 204503 | 000 | |

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO          PR

787-692-4673

| CLERK: | DATE / TIME: |
|--------|--------------|
| DAR | 10/17/25    9:06 |

1/16/25    TERMINAL: 301

102 STATE &CITY SALES TAX

# INVOICE: A64222

| LINE | SHIPPED | ORDERED | UM | |
|------|---------|---------|----|----|
| 1 | 1 | 1 | EA | 239909 |
| 2 | 1 | 1 | EA | 209904 |

| UNITS | PRICE/ | PER | EXTENSION |
|-------|--------|-----|-----------|
| 1 | 13.15 | /EA | 13.15 N |
| 1 | 47.50 | /EA | 47.50 N |



| | | |
|---|---|---|
| 60.65 | TAXABLE | 0.00 |
| | NON-TAXABLE | 60.65 |
| | SUBTOTAL | 60.65 |
| 60.65 | TAX AMOUNT | 0.00 |
| | **TOTAL** | **60.65** |

X _____
Received By



**TOT WT: 0.00**

# Asociacion De Ganaderos De Hatillo
### Carr 487 Km 0.1
### Bo Buena Vista
### Hatillo PR 00659
### PHONE: (787) 898-2100

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| 204503 | 000 | | | 4%15DAYS | LIS | 10/16/25   10:36 |

**DUE DATE:** 11/15/25    **TERMINAL:** 300

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO       PR
787-692-4673

**SHIP TO:**

**TAX:** 102  STATE &CITY SALES TAX

# *INVOICE: A64073*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EA | 210010140 | MEDIC BOOSTER PASTA | | 1 | 27.85 /EA | 27.85 N |
| 2 | 1 | 1 | EA | 239903430 | VITA-JEC B COMPLEX FORT 250 mL. | | 1 | 22.00 /EA | 22.00 N |

| | | |
|---|---|---|
| ** PAID IN FULL ** | 49.85 | **TAXABLE** 0.00 |
| | | **NON-TAXABLE** 49.85 |
| | | **SUBTOTAL** 49.85 |
| **CASH PAYMENT** | 49.85 | |
| | | **TAX AMOUNT** 0.00 |
| | | **TOTAL** 49.85 |



**TOT WT: 0.00**

Prior Balance:0.00

X _____

Received By

**Asociacion De Ganaderos De Hatillo**
**Carr 487, Km 1.9**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

PAGE.NO 1

| CUST NO: 204503 | JOB NO: 000 | PURCHASE ORDER: | REFERENCE: | TERMS: 4%15DAYS | CLERK: LIS | DATE / TIME: 10/16/25   11:21 |
|---|---|---|---|---|---|---|

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO         PR
787-692-4673

SHIP TO:

DUE DATE: 11/15/25     TERMINAL: 300

TAX: 102  STATE &CITY SALES TAX

# INVOICE: A64088

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EA | 342318002 | MUESTRA ORIENTACI?N ANTIBI?TICO | | 1 | 6.00 | /EA | 6.00 N |
| 2 | 1 | 1 | EA | 340101444 | JERINGUILLAS 60 CC. DES. | | 1 | 2.35 | /EA | 2.35 N |
| 3 | 2 | 2 | EA | 340202001 | AGUJAS HIPODERMICAS | | 2 | 0.30 | /EA | .60 N |
| 4 | 1 | 1 | EA | 600102150 | ACEITE 40 QT | | 1 | 4.20 | /EA | 4.20 N |

** PAID IN FULL **          13.15

| TAXABLE | 0.00 |
|---|---|
| NON-TAXABLE | 13.15 |
| SUBTOTAL | 13.15 |

CASH PAYMENT          13.15

| TAX AMOUNT | 0.00 |
|---|---|
| **TOTAL** | **13.15** |

TOT WT: 0.00

Prior Balance:0.00

X _____
Received By

PAGE NO 1

# Asociacion De Ganaderos De Hatillo
## Carr 497 Km 0.3
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|----------|---------|-----------------|------------|--------|--------|--------------|
| 204503 | 000 | | | 4%15DAYS | LIS | 10/1/25   3:12 |

DUE DATE: 10/31/25   TERMINAL: 301

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO        PR
787-692-4673

**SHIP TO:**

TAX: 102  STATE &CITY SALES TAX

# *INVOICE: A61314*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/   PER | EXTENSION |
|------|---------|---------|-----|-----|-------------|------|-------|--------------|-----------|
| 1 | 6 | 6 | EA | 600203500 | COOLANT REG GAL | | 6 | 3.00 /EA | 18.00 N |

|  |  |
|---|---|
| ** PAYMENT RECEIVED ** | 20.00 |
| ** CHANGE GIVEN ** | 2.00 |
| CASH PAYMENT | 20.00 |

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 18.00 |
| SUBTOTAL | 18.00 |
| TAX AMOUNT | 0.00 |
| **TOTAL** | **18.00** |

Prior Balance:0.00

**TOT WT: 0.00**

X _____

Received By



PO BOX 195115
San Juan, PR 00919-5115

Ultimo estado de cuenta: September 30, 2025

Estado de cuenta correspondiente a: October 31, 2025

Dias en este ciclo: 31

Pagina 1 de 2

XXXXXX2642

( 2)

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

878 M0   2
LAS MARTAS INC
HC 05 BOX 91635
ARECBO  PR  00612

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

*LOS TERMINOS Y CONDICIONES DE TU CUENTA MY BIZ CAMBIARAN EFECTIVO EL 1 DE SEPTIEMBRE 2025. AL MANTENER UN BALANCE PROMEDIO MENSUAL DE $500 NO SE APLICARA EL CARGO POR MANTENIMIENTO MENSUAL DE $5.00. ADEMAS, EL ACCESO A LA PLATAFORMA DE CASH MANAGEMENT TENDRA UN CARGO. PARA VER EL ACUERDO REVISADO Y LOS TERMINOS Y CONDICIONES DE TU CUENTA VISITA LA SECCION PARA TU NEGOCIO EN WWW.ORIENTALBANK.COM.*

**My Biz Account**

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX2642 | Balance inicial | $0.28 |
| Anejos | 2 | Total de creditos | 1,375.48 |
| Balance mas bajo | $-19.72 | Total de debitos | 1,375.76 |
| Balance promedio | $153.05 | Balance final | $.00 |

**CHEQUES**

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| | 10-14 | 630.00 | | 10-27 | 700.00 |

**DEBITOS**

| Fecha | Descripcion | Debitos |
|---|---|---|
| 10-03 | ' Debito Pre-Autorizado | 11.00 |
| | ORIENTAL GROUP CM FEES 251003 | |
| 10-03 | ' Cargo Devolucion NSF | 15.00 |
| | FOR RETURN OF PREAUTHORIZED WD 221571415276767 | |
| 10-06 | ' Cargo Overdraft | 5.00 |
| | FOR CONTINUOUS OD ON 10-06-25 | |
| 10-07 | ' Cargo Overdraft | 0.01 |
| | FOR CONTINUOUS OD ON 10-07-25 | |
| 10-07 | ' Cargo Overdraft | 5.00 |
| | FOR CONTINUOUS OD ON 10-07-25 | |
| 10-08 | ' Ivu Municipal | 0.10 |
| | NON-XAA | |
| 10-08 | ' Ivu Municipal | 0.39 |
| | 09/2025 BEB | |
| 10-08 | ' Ivu Estatal | 1.05 |
| | NON-XAA | |
| 10-08 | ' Ivu Estatal | 4.10 |
| | 09/2025 BEB | |

LAS MARTAS INC

October 31, 2025

Pagina 2 de 2

XXXXXX2642

| Fecha | Descripcion | Debitos |
|-------|-------------|---------|
| 10-31 | ' Service Charge | 4.11 |
|       | MAINTENANCE FEE | |

**CREDITOS**

| Fecha | Descripcion | Creditos |
|-------|-------------|----------|
| 10-03 | ' Return Item | 11.00 |
|       | ORIENTAL GROUP CM FEES 251003 | |
|       | CHECK | |
| 10-08 | ' ATM Cash | 40.00 |
| 10-10 | ' Deposit | 631.83 |
| 10-24 | ' Deposit | 692.65 |

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 09-30 | 0.28 | 10-08 | 9.63 | 10-27 | 4.11 |
| 10-03 | -14.72 | 10-10 | 641.46 | 10-31 | 0.00 |
| 10-06 | -19.72 | 10-14 | 11.46 | | |
| 10-07 | -24.73 | 10-24 | 704.11 | | |

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

| | Total para este periodo | Total a la fecha (YTD) |
|---|---|---|
| Total de cargos por sobregiro | $10.01 | $10.01 |
| Total de cargos por transacciones devueltas | $15.00 | $15.00 |

**VAQUERIA TRES MONJITAS Inc.**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|-----------|-----------|--------|---------|
| 100% | 1,094 | 0.980896 | 1,073.10 |
| | 178 | | |

**LAS MARTAS INC**

**CHEQUE**

**LIQUIDACIÓN DE GANADERO**

**1041370**

October 10 , 2025

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,094 | | 178.00 | 1,073.10 | | | 1,073.10 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 2.00 | 631.83 |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

Check: 1041370    10/10/2025    LAS MARTAS INC    Check Total:    631.83

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,156<br>188 | 0.980900 | 1,133.92 |

LAS MARTAS INC

**CHEQUE**

LIQUIDACIÓN DE GANADERO

**1041743**

October 24 , 2025

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,156 | | 188.00 | 1,133.92 | | | 1,133.92 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 2.00 | 692.65 |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

| Check: 1041743 | 10/24/2025 | | LAS MARTAS INC | Check Total: | | 692.65 |
|---|---|---|---|---|---|---|