# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE

LAS MARTAS, INC.

Debtor

CASE NO. 22-02380 (ESL)

CHAPTER 12

## MINUTES OF HEARING HELD ON NOVEMBER 17, 2025

This case came before the court on November 17, 2025, for a hybrid hearing to consider the *Motion to Dismiss* filed by creditor Condado 5, LLC ("Condado") on October 27, 2025 (the "*Motion to Dismiss*", dkt. #300), and *Debtor's Response to Motion to Dismiss [Docket #300]* filed on November 3, 2025 ("*Debtor's Response*", dkt. #309). See, *Order and Notice*, dkt. #302. Upon the Debtor's counsel request (dkt. #310), he was authorized to appear virtually at the hearing (dkt. #311).

### PARTIES PRESENT

*Parties present in person*

Gustavo A. Chico Barris, Esq., counsel for Condado 5, LLC

Tomás F. Blanco Pérez, Esq., counsel for Condado 5, LLC

José R. Carrión Morales, Esq., Chapter 12 Trustee

*Parties present via Microsoft Teams*

Daniel Mark Press, Esq., counsel for the Debtor

### DISCUSSION

Counsel for the Debtor and Condado made their appearances and argued their positions as to the issues before the court. The court noted that it had questions to clarify the issues under its consideration, and that any decision on the *Motion to Dismiss* and the *Debtor's Response* will be made based on the arguments and the evidence presented by the parties in this case.

Counsel for Condado argued its position that failure to file timely Monthly Operating Reports is cause for dismissal under Section 1208, 11 U.S. Code §1208, and that filing the Monthly Operating Reports late does not cure cause for dismissal. Condado further argued that the Debtor's failure to timely file Monthly Operating Reports is not an isolated event, but rather it is the Debtor's *modus operandi*. On this point, counsel for Condado read for the record a list of all the Monthly Operating Reports filed in this case by the Debtor with the date in which they should have been filed, the date in which they were filed, and how many days late they were filed, if applicable.

Counsel for the Debtor argued that the *Motion to Dismiss* is based on only one Monthly Operating Report that was filed "late" but before the end of the following month. Specifically, the Monthly Operating Report for September 2025, which was filed on October 30, 2025 (dkt. #304). The Debtor argued that there is no statutory deadline for the filing of Monthly Operating Reports in Chapter 12 cases and that there is no order in this case establishing such a deadline. Thus, the Debtor posits that the September 2025 Monthly Operating Report was timely filed before the end of the following month and that there has not been noncompliance by the Debtor with this requirement. To this, Condado responded saying that there's an *Opinion and Order* by the Bankruptcy Appellate Panel for the First Circuit that cites persuasive case law regarding this deadline in Chapter 12 cases, which was cited in the *Motion to Dismiss*. The Debtor also argued that, unlike Section 1112, Section 1208 of the Bankruptcy Code, 11 U.S. Code § 1208, does not list unexcused failure to file reports as cause for dismissal to which Condado responded arguing that the list is Section 1208 is non-exhaustive. Lastly, the Debtor stated that the October 2025 Monthly Operating Report has already been filed (dkt. #316).

The Chapter 12 Trustee argued that there is no statutory deadline for the filing of Monthly Operating Reports in Chapter 12 cases, and that because Condado failed to show the harm, if any,

1

2

caused by the Debtor's failure to timely file the Monthly Operating Reports, there is no cause for dismissal.

3

4

5

6

The parties submitted their positions as stated in the *Motion to Dismiss* and the *Debtor's Response*, and the matter is now under advisement. The court noted that it may defer a decision on the *Motion to Dismiss* and the *Debtor's Response* until after the evidentiary hearing scheduled for December 18, 2025 (see, dkt. #305).

7

8

IT IS SO ORDERED.

9

In San Juan, Puerto Rico, this 18th day of November 2025.

10

11

12

Enrique S. Lamoutte
United States Bankruptcy Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27