**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------X
In re:                                        :    Chapter 12
                                              :
LAS MARTAS, INC.                              :    Case No.  22-02380 (ESL)
                                              :
        Debtor.                               :
                                              :
-------------------------------------------------------------X
```

### DEBTOR'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND EXHIBITS

TO THE HONORABLE COURT:

COMES NOW the Debtor, Las Martas, Inc., through the undersigned counsel, and respectfully moves for a 2-day extension of time, until Monday December 15, 2025, to file its Proposed Findings of Fact and Conclusions of Law, and Exhibits, for the hearing on December 18, 2025.  In support thereof, Debtor states as follows:

1. The Court, by Docs. 260 and 305, scheduled an evidentiary hearing for December 18, 2025, on Condado 5's Motion to Dismiss (Doc. 207) and Part C of its Motion for Relief from Stay (Doc. 211).  These orders directed the Parties to file their Proposed Findings of Fact and Conclusions of Law, with exhibits in the case of the Motion to Dismiss, by 7 days prior to the hearing.

2. The Debtor needs additional time to finalize these filings.   Further, Debtor and Condado 5 are in settlement discussions that may resolve these issues.

3. In light of the above, the Debtor requests an additional 2 business days, or until Monday Devember 15, 2025, to file its Proposed Findings of Fact and Conclusions of Law with

supporting exhibits. In fairness, the same extension should apply to all parties.

    4. By email, counsel for Condado 5 indicated his consent to the foregoing relief.

WHEREFORE, the Debtor requests that this Honorable Court grant it an extension of time of 2 days, or until December 15, 2025, to file to file its Proposed Findings of Fact and Conclusions of Law with supporting exhibits, and to accord the same extension to the other parties.

Dated: December 11, 2025.

                                                Respectfully submitted,

                                                /s/ Daniel M. Press_____
                                                Daniel M. Press, #204704
                                                CHUNG & PRESS, P.C.
                                                6718 Whittier Ave., Suite 200
                                                McLean, VA 22101
                                                (703) 734-3800
                                                dpress@chung-press.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including counsel for Condado 5, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

                                                /s/ Daniel M. Press_____
                                                Daniel M. Press, #204704