IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | FILED & ENTERED ON DEC/15/2025 |

ORDER

The urgent motion requesting to stay disbursements filed by Condado 5, LLC (docket #325) is hereby denied. A bankruptcy case is administered based on the factual circumstances and rights that exist while the case is *pending*. Hypothetical or prospective collection activity by a creditor following dismissal of a case is irrelevant to, and has no bearing on, the administration of a case while it remains in bankruptcy.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of December, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge