**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |
| IN RE: | CASE NO. 23-03681 (ESL) |
| JUAN MANUEL BARRETO GINORIO | CHAPTER 11 |
| Debtor. | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL REPORT**
(Case No. 22-02380 ECF No. 305 and 323)
(Case No. 23-03681 ECF No. 153)

TO THE HONORABLE COURT:

COME NOW secured creditor Condado 5, LLC, Las Martas, Inc., and Juan Manuel Barreto Ginorio (collectively, the "Parties"), through their undersigned attorneys, and respectfully state and pray as follows:

1. On October 29, 2025, the Court entered an *Order* scheduling an evidentiary hearing for December 18, 2025, at 10:00a.m. (Case No. 22-02380 ECF No. 305).

2. On December 8, 2025, the Court scheduled an evidentiary hearing for December 18, 2025, at 10:00a.m. (Case No. 23-03681 ECF No. 153).

3. The deadline for the Parties to file the pretrial report is today (Case No. 22-02380 ECF No. 323 and Case No. 23-03681 ECF No. 153).

4. The Parties have engaged in good faith negotiations to settle the controversies between them in the captioned cases and require additional time to file the pretrial report. The Parties request one (1) day from today, through and including Tuesday, December 16, 2025, to file the pretrial report.

5. This request is made in good faith, for a good cause, and will not delay the proceedings as the evidentiary hearing is scheduled for December 18, 2025 (Case No. 22-02380 ECF No. 323 and Case No. 23-03681 ECF No. 153).

WHEREFORE, Condado respectfully prays the Court grants it one (1) day from today, through and including Tuesday, December 16, 2025, to file the pretrial report.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 15th day of December 2025.

This motion does not require objection notice pursuant to PR LBR 9013-1(c)(3)(B).

Certificate of Service

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice.

**CHUNG & PRESS, P.C.**
Attorneys for Las Martas, Inc.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800

/s/ Daniel M. Press
Daniel M. Press,
USDC # 204704
dpress@chung-press.com

**THE BATISTA LAW GROUP, PSC**
Attorneys for Juan Manuel Barreto Ginorio
Capital Center I
239 Ave Arterial de Hostos Ste 206
San Juan PR 00918-1475
Telephone: (787) 620-2856
Facsimile: (787) 777-1589

/s/ Jesus E. Batista Sánchez
Jesus E. Batista Sánchez
USDC-PR # 227014
jeb@batistasanchez.com

**Ferraiuoli** LLC
Attorneys for Condado 5 LLC
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

/s/ Gustavo A. Chico-Barris
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com