IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>LAS MARTAS INC<br><br>Debtor | CASE NO. 22-02380-ESL12<br>Chapter 12<br><br><br>FILED & ENTERED ON DEC/16/2025 |
|---|---|

ORDER

    The joint motion filed by Debtor and Condado 5, LLC requesting an extension of time to file the pre-trial report (docket #328) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 16 day of December, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge