LBF F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:  Las Martas, Inc.           :   CASE No.: 22-02380-ESL
                                   :
Debtor(s)                          :   Chapter   12
                                   :
Plaintiff(s)                       :   Adv. Proc. No.:
                                   :
v.                                 :
                                   :
Defendant(s)                       :

## EXHIBIT LIST

| PLF ID (LTR) | DEF ID (NO.) | EXHIBIT LTR/NO. | JOINT EXHIBIT | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| | A | | | Operating Report Summaries, 8/22-8/23 |
| | B | | | Operating Report Summaries, 12/18-6/19, 2/21 |
| | C | | | Jan-Jul 2022 income statement |
| | D | | | Comparison Aug-Nov. 2018 and 2022 |
| | E | | | Schedule A/B, this case |
| | F | | | Schedule A/B, 2018 case |
| | G | | | Schedules D, E/F, this case |
| | H | | | Schedules D, E/F, 2018 case |
| | I | | | Claims Register, this case |
| | J | | | Claims Register, 2018 case |
| | K | | | Chapter 12 Plan (11/5/25) |
| | L | | | ORIL Certification of Value of Quota, Oct. 2025 |
| | M | | | ORIL Certification of Value of Quota, Aug. 2022 |
| | N | | | ORIL Certiification of Value of Quota, May 2023 |