CASE N° 22-02380 ESL

MOR AUGUST 2022 LAS MARTAS
Milking 59 Cows Averaging 13 Lts/cow/Day
Producing 18.16 % of Milk Quota
10,661 Liters Biweekly

Cows Culled: 1
Dry Cows: 15

Milk Quota: 58,700 lts biweekly
Pooled Price: 83.74¢/lt

**INCOME:** $

**Milk Sales:** SUIZA   17,345 Lts @ 90.7¢/ lt   15731.92
INDULAC   3,977 Liters @ 53.395 ¢/Lt   2,123.52
ADEA Incentives   0.00
Sale of Culled Cows & Male Calves   1380.00
Sale of hay    Cash   2025.00
IRS Reimbursement   361.85
NRCS   Roof n' Cover 50% Advanced Payment   37101.00
Money Reimbursed by Attorney LA Morales on Aug. 4   20,000.00
Money in bank and on hand   38.75
**Total Income:**   78,762.04

**Less Operational Costs:**
Wages:   2,120.00
IRS   943 PR   Debit   321.85
Department of Labor   0.00
Feed   14,633.54
Forage   2,610.00
Medicines & Veterinary   **AGH**   150.95
Tick Pesticide/Dewormer   AGH   17.95
Farm Maintenance & repairs   Hardware Store   17.38 ATH
Milking Equipment   AGH & Rosa   95.95
Farm Machinery   AGH   42.55
Materials & Supplies   AGH   66.10
AGH   materials, detergents, medicines   30.00 ATH
Car & Truck   0.00
Fuel   ATH & Cash   265.00
Miscellaneous: Meals & Others ( ATM withdrawals;no Bills)   572.89
Utilities:   AEE   Not Paid   0.00
farm lease   Juan Manuel Barreto   0.00
Professional Services:   Attorney Fees   20000.00 Wire Transfer Dan Press
This money was reimbursed to Las Martas on same day   20000.00 #367 LA Morales Law Office
Lab. Milk Samples   AGH   18.30
IVU on AGH bills   AGH   4.03
Freight   0.00
Bank charges   Includes Return Fee   138.45
**Total Operational Costs:**   61,104.94

**Capital Expenditures: Purchase of Heifer**   600.00

**Less Obligations & Others: (Through Milk Assignments)**
Condado 5   Through Milk Assignments   13000.00
ADM Alliance Nutrition   300.00
FFIL (Medical insurance)   200.00
ORIL   (Fine for spoiled Milk)   540.53
Juan I. Barreto (Payment for money loaned for Feed)   3000.00 #371 Cashed on Aug. 3 2022
   17040.53 before Debtor Filed Bankruptcy

**Total Operational, Expenditures, Obligations:**   78,745.47

**Net Income:**   **16.57**

Bank Acct: $15.70
Cash on Hand: $.87

CASE N° 22-02380 ESL

MOR SEPTEMBER 2022 LAS MARTAS
Milking 59 Cows Averaging 11.13 Lts/cow/Day
Producing 15.67 % of Milk Quota
9,197 Liters Biweekly

4 Milkings where discarded at Farm due to Fiona.

Cows Culled: 0
Dry Cows: 15

Milk Quota: 58,700 lts biweekly
Pooled Price: 84.67¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. Aug. 31 | (less ant.)   Paid on Sept. 2 | 4665.15 |
| | Liq. Sept. 16 | 8,823 Lts @ 90.7 ¢/Lt | 8,002.46 |
| | Ant. Sept. 22 | | 4,001.29 |
| INDULAC: | Liq. Aug. 31 | 4,174 lts @ 63.29¢/lt. Dep. On Sept. 2 | 742.99 |
| | Liq. Sept. 16 | 1,450 lts @ 68.04¢/lt | 986.58 |
| | Liq. Sept. 28 | 1,737 lts @ 45.73¢/lt. Dep. On Sept. 30 | 794.32 |
| ADEA Incentives. Milk Quality Premium | | | 308.19 |
| Sale of Culled Cows & Male Calves | | | 50.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 1274.65 |
| Money in bank and on hand | | | 16.57 |
| | **Total Income:** | | 20,842.20 |

**Less Direct Costs:**

| | | |
|---|---:|---:|
| Feed | 2,921.75 | |
| Medicines & Veterinary | 76.35 | |
| Materials & Supplies | 91.45 | |
| **Total Direct Costs:** | | 3,089.55 |

**Less Operational Costs:**

| | | | | |
|---|---|---|---:|---:|
| Wages: | | | 2,150.00 | |
| IRS | 943 PR | | 0.00 | |
| Department of Labor | | | 0.00 | |
| Farm Maintenance & repairs | | | 0.00 | |
| Milking Equipment | | | 0.00 | |
| Farm Machinery | | AGH | 3.95 | |
| Car & Truck | | | 0.00 | |
| Fuel | | | 253.31 | |
| Miscellaneous: Meals & Others | ATH & Cash | | 122.47 | |
| Utilities | AEE | Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | | 0.00 | |
| Professional Services | | | 0.00 | |
| Lab. Milk Samples | | | 0.00 | |
| IVU on AGH bills | | | 0.00 | |
| Freight | | | 0.00 | |
| Bank charges | Includes Return Fee | | 18.83 | |
| **Total Operational Costs:** | | | | 2,548.56 |

| | |
|---|---:|
| **Capital Expenditures: Purchase of Heifer** | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**

| | | |
|---|---:|---:|
| Condado 5 | 13000.00 | |
| ADM Alliance Nutrition | 600.00 | |
| FFIL (Medical insurance) | 200.00 | |
| ORIL    (Fine for spoiled Milk) | 616.20 | |
| **Total Obligations, & Others:** | | 14416.20 |

| | |
|---|---:|
| **Net Income:** | **787.89** |

CASE N° 22-02380 ESL

MOR OCTOBER 2022 LAS MARTAS
Milking 55 Cows Averaging 10.83 Lts/cow/Day
Producing 14.21 % of Milk Quota
8,341 Liters Biweekly

Cows Culled: 0
Dry Cows: 19

Milk Quota: 58,700 lts biweekly
Pooled Price: 88.86¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. Sept. 30 | (less ant.) Paid on Oct. 1 | 1789.06 |
| | Liq. Oct. 12 | 7,880Lts @ 90.7 ¢/Lt | 7,147.16 |
| | Liq. Oct. 26 | 7,291 lts @ 90.7¢/lt | 6,612.94 |
| INDULAC: | Liq. Oct. 14 | 903 lts @ 66.67¢/lt. | 602.04 |
| | Liq. Oct. 28 | 607 lts @76.06¢/lt | 461.70 |
| ADEA Incentives. Milk Quality Premium | | | 263.49 |
| Sale of Culled Cows & Male Calves | | | 30.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 5915.00 |
| Money in bank and on hand | | | <u>787.89</u> |
| | **Total Income:** | | <u>23,609.28</u> |

**Less Direct Costs:**
| | | |
|---|---:|---:|
| Feed | 5,200.00 | |
| Medicines & Veterinary | 209.90 | |
| Materials & Supplies | <u>160.68</u> | |
| Total Direct Costs: | | <u>5,570.58</u> |

**Less Operational Costs:**
| | | | |
|---|---|---:|---:|
| Wages: | | 2,170.00 | |
| IRS | 943 PR | 0.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | Arecibo Electric, Replace Breaker | 395.83 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | AGH | 0.00 | |
| Car & Truck | | 8.55 | |
| Fuel | | 240.00 | |
| Miscellaneous: Meals & Others | ATH & Cash | 30.00 | |
| Utilities | AEE       Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | | 0.00 | |
| Lab. Milk Samples | | 12.10 | |
| IVU on AGH bills | | 2.06 | |
| Freight | | 0.00 | |
| Bank charges | Includes Return Fee | <u>11.71</u> | |
| | Total Operational Costs: | | <u>2,870.25</u> |

| | |
|---|---:|
| **Capital Expenditures:** Purchase of Heifer | <u>0.00</u> |

**Less Obligations & Others: (Through Milk Assignments)**
| | |
|---|---:|
| Condado 5 | 11,695.94 |
| ADM Alliance Nutrition | 750.00 |
| FFIL (Medical insurance) | 250.00 |
| ORIL     (Fine for spoiled Milk) | <u>2,205.26</u> |
| Total Obligations, & Others: | <u>14901.20</u> |

| | |
|---|---:|
| **Net Income:** | **267.25** |

Bank Acct. $33.08
Cash on Hand. $234.17

CASE N° 22-02380 ESL

MOR NOVEMBER 2022 LAS MARTAS
Milking 52 Cows Averaging 11.97 Lts/cow/Day
Producing 14.84 % of Milk Quota
8,714 Liters Biweekly

Cows Culled: 0
Dry Cows: 22

Milk Quota: 58,700 lts biweekly
Pooled Price: 88.86¢/lt

| | | | $ |
|---|---|---|---|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. Nov. 11 | 8,075 lts @ 90.7¢/lt | 7324.03 |
| | Liq. Nov. 25 | 7,807 Lts @ 90.7 ¢/Lt | 7,080.95 |
| FSA | DMC | | 396.94 |
| INDULAC: | Liq. Nov. 11 | 890 lts @ 71.516¢/lt. | 636.49 |
| | Liq. Nov. 25 | 656 lts @70.40¢/lt | 461.83 |
| ADEA Incentives. Milk Quality Premium | | | 505.85 |
| Sale of Culled Cows & Male Calves | | | 430.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 7741.50 |
| Other Deposits | | | 37,000.00 |
| Money in bank and on hand | | | 267.25 |
| | **Total Income:** | | 61,844.84 |

**Less Direct Costs:**
| | | |
|---|---|---|
| Feed | 8,348.44 | |
| Medicines & Veterinary | 46.35 | |
| Materials & Supplies | 98.68 | |
| **Total Direct Costs:** | | 8,493.47 |

**Less Operational Costs:**
| | | | |
|---|---|---|---|
| Wages: | | 1,750.00 | |
| IRS | 943 PR | 0.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | Roof 'n Cover NRCS/Ruby Steel | 37,000.00 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | AGH | 0.00 | |
| Car & Truck | | 8.55 | |
| Fuel | | 340.00 | |
| Miscellaneous: Meals & Others | ATH & Cash | 90.00 | |
| Utilities | AEE       Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | | 0.00 | |
| Lab. Milk Samples | | 12.00 | |
| IVU on AGH bills | | 1.16 | |
| Freight | | 0.00 | |
| Bank charges | Includes Return Fee | 11.15 | |
| **Total Operational Costs:** | | | 39,212.86 |

**Capital Expenditures: Purchase of Heifer**                                            0.00

**Less Obligations & Others: (Through Milk Assignments)**
| | | |
|---|---|---|
| US Clerk Bankruptcy | 12,702.42 | |
| ADM Alliance Nutrition | 600.00 | |
| FFIL (Medical insurance) | 168.93 | |
| ORIL      (Fine for spoiled Milk) | 428.01 | |
| **Total Obligations, & Others:** | | 13899.36 |

**Net Income:**                                                                               **239.15**

Bank Acct. ($4.97)
Cash on Hand. $244.12

CASE N° 22-02380 ESL

Income Statement
December 2022 LAS MARTAS
Milking 52 Cows Averaging 13.99 Lts/cow/Day
Producing 17.35 % of Milk Quota
10,183 Liters Biweekly

Cows Culled: 0
Dry Cows: 22

Milk Quota: 58,700 lts biweekly
Pooled Price: 89.18¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. Dec. 7 | 9,443 lts @ 90.7¢/lt | 8,564.80 |
| | Liq. Dec. 21 | 9,313 Lts @ 90.7 ¢/Lt | 8,446.89 |
| | Ant. Dec. 28 | | 4,223.45 |
| INDULAC: | Liq. Dec. 7 | 710 lts @ 76.5896¢/lt. | 543.78 |
| | Liq. Dec. 21 | 900 lts @67.33¢/lt | 605.98 |
| ADEA Incentives. Milk Quality Premium | | | - |
| Sale of Culled Cows & Male Calves | | | 70.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 6,000.00 |
| Money in bank and on hand | | | 239.15 |
| **Total Income:** | | | **28,694.05** |

**Less Direct Costs:**
| | | |
|---|---:|---:|
| Feed | 7,400.00 | |
| Medicines & Veterinary | 125.05 | |
| Materials & Supplies | 25.39 | |
| Total Direct Costs: | | 7,550.44 |
| **GROSS PROFIT** | | **21,143.61** |

**Less Operational Costs:**
| | | | |
|---|---|---:|---:|
| Wages: | | 1,610.00 | |
| IRS | 943 PR | 0.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | | 32.35 | |
| Milking Equipment | | 10.75 | |
| Farm Machinery | | 0.00 | |
| Car & Truck | | 4.45 | |
| Fuel | Cash | 425.00 | |
| Miscellaneous: Meals & Others | ATH & Cash | 0.00 | |
| Utilities | AEE    Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | Patricia Galíndez #419 | 500.00 | |
| Lab. Milk Samples | | 12.00 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | Includes Return Fee | 21.54 | |
| Total Operational Costs: | | | 2,616.09 |
| **OPERATIONAL INCOME** | | | **18,527.52** |

Capital Expenditures: Purchase of Heifer                                 0.00

**Less Obligations & Others: (Through Milk Assignments)**
| | | | |
|---|---|---:|---:|
| US Clerk Bankruptcy | 5 wks | 16,250.00 | |
| ADM Alliance Nutrition | 5 wks | 750.00 | |
| FFIL (Medical insurance) | 5 wks | 250.00 | |
| ORIL     (Fine for spoiled Milk) | | 428.01 | |
| Total Obligations, & Others: | | | 17678.01 |
| **Net Income:** | | | **849.51** |

Bank Acct. $836.44
Cash on Hand. $13.07

CASE N° 22-02380 ESL

## Income Statement
### January 2023 LAS MARTAS
Milking 52 Cows Averaging 13.91 Lts/cow/Day
Producing 17.25 % of Milk Quota
10,128 Liters Biweekly

Cows Culled: 0
Dry Cows: 22

Milk Quota: 58,700 lts biweekly
Pooled Price: 88.897¢/lt

| | | | | $ |
|---|---|---|---|---:|
| **INCOME:** | SUIZA: | | | |
| **Milk Sales:** | Liq. Jan. 4 | (less ant.) 9,155 lts @90.7¢/lt | | 4,080.14 |
| | Liq. Jan. 18 | 8,635 Lts @ 90.7¢/Lt | | 7,831.95 |
| | Ant. Jan. 25 | | | 3,915.98 |
| INDULAC: | Liq. Jan. 5 | 1,202 lts @ 79.598¢/lt. | | 956.77 |
| | Liq. Jan. 20 | 1,263 lts @72.36¢/lt | | 913.90 |
| ADEA Incentives. Milk Quality Premium | | | | 296.94 |
| Sale of Culled Cows & Male Calves | | | | 60.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | | 7,760.00 |
| Money in bank and on hand | | | | 849.51 |
| | **Total Income:** | | | 26,665.19 |

**Less Direct Costs:**
| | | |
|---|---:|---:|
| Feed | 9,700.00 | |
| Medicines & Veterinary | 158.20 | |
| Materials & Supplies | 179.00 | |
| Total Direct Costs: | | 10,037.20 |
| **GROSS PROFIT** | | **16,627.99** |

**Less Operational Costs:**
| | | | | |
|---|---|---|---:|---:|
| Wages: | | | 2,100.00 | |
| IRS | 943 PR | | 0.00 | |
| Department of Labor | | | 0.00 | |
| Farm Maintenance & repairs | | | 0.00 | |
| Milking Equipment | | | 38.35 | |
| Farm Machinery | | | 0.00 | |
| Car & Truck | | | 4.45 | |
| Fuel | Cash | | 280.00 | |
| Miscellaneous: Meals & Others | ATH & Cash | | 0.00 | |
| Utilities | AEE | Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | | 0.00 | |
| Professional Services | | | 0.00 | |
| Lab. Milk Samples | | | 12.00 | |
| IVU on AGH bills | | | 0.00 | |
| Freight | | | 0.00 | |
| Bank charges | Includes Return Fee | | 19.61 | |
| Total Operational Costs: | | | | 2,454.41 |
| **OPERATIONAL INCOME** | | | | **14,173.58** |

| | |
|---|---:|
| **Capital Expenditures: Purchase of Heifer** | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**
| | | |
|---|---:|---:|
| US Clerk Bankruptcy | 13,000.00 | |
| ADM Alliance Nutrition | 600.00 | |
| FFIL (Medical insurance) | 200.00 | |
| ORIL (Fine for spoiled Milk) | - | |
| **Total Obligations, & Others:** | | 13800.00 |
| **Net Income:** | | **373.58** |

Bank Acct. $(.88)
Cash on Hand. $374.46

CASE N° 22-02380 ESL

Income Statement
February 2023 LAS MARTAS
Milking 50 Cows Averaging 13.44 Lts/cow/Day
Producing  16.03 % of Milk Quota
9,408 Liters Biweekly

Cows Culled: 0
Dry Cows:  24

Milk Quota: 58,700 lts biweekly
Pooled Price:  87.21¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. Feb. 1 | (less ant.)( 8,588 lts @90.7¢/lt) | 3,873.34 |
| | Liq. Feb. 15 | 7,871 Lts @ 90.7¢/Lt | 7,139.00 |
| | Ant. Feb. 22 | | 3,569.50 |
| INDULAC: | Liq. Feb. 1 | 1,454 lts @ 63.065¢/lt. | 916.97 |
| | Liq. Feb. 17 | 902 lts @62.51¢/lt | 563.84 |
| ADEA Incentives. Milk Quality Premium | | | - |
| Sale of Culled Cows & Male Calves | | | 90.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 5,075.00 |
| Money in bank and on hand | | | 373.58 |
| | **Total Income:** | | **21,601.23** |

**Less Direct Costs:**
| | | |
|---|---:|---:|
| Feed | 5,413.00 | |
| Medicines & Veterinary | 267.60 | |
| Materials & Supplies | 82.50 | |
| Total Direct Costs: | | 5,763.10 |
| **GROSS PROFIT** | | **15,838.13** |

**Less Operational Costs:**
| | | | |
|---|---|---:|---:|
| Wages: | | 1,830.00 | |
| IRS | 943 PR | 0.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | | 31.75 | |
| Farm Machinery | | 0.00 | |
| Car & Truck | | 4.45 | |
| Fuel | Cash | 174.40 | |
| Miscellaneous: Meals & Others | ATH & Cash | 0.00 | |
| Utilities | AEE         Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | | 0.00 | |
| Lab. Milk Samples | | 12.00 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | Includes Return Fee | 20.95 | |
| Total Operational Costs: | | | 2,073.55 |
| **OPERATIONAL INCOME** | | | **13,764.58** |

| | |
|---|---:|
| **Capital Expenditures: Purchase of Heifer** | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**
| | | |
|---|---:|---:|
| US Clerk Bankruptcy | 12,994.34 | |
| ADM Alliance Nutrition | 450.00 | |
| FFIL (Medical insurance) | 150.00 | |
| ORIL        (Fine for spoiled Milk) | - | |
| Total Obligations, & Others: | | 13594.34 |

| | |
|---|---:|
| **Net Income:** | **170.24** |

Bank Acct.  $(4.57)
Cash on Hand. $174.81

CASE N° 22-02380 ESL

Income Statement
March 2023 LAS MARTAS
Milking 47 Cows Averaging 9.10 Lts/cow/Day
Producing  10.20 % of Milk Quota
5,990 Liters Biweekly

Cows Culled: 0

Milk Production Dropped as Debtor did not have Sufficient Income from Milk Proceeds to Purchase the Amount of Feed Necesarry to Maintain Production

Dry Cows: 27

Milk Quota: 58,700 lts biweekly
Pooled Price:  87.56¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. March 1 | (less ant.)(7,093 lts @90.7¢/lt) | 2,863.85 |
| | Liq. March 1 | 6,199 Lts @ 90.7¢/Lt | 5,622.49 |
| | Liq. March 29 | 4,128 lts @ 90.7¢/lt | 3,744.10 |
| INDULAC: | Liq.March 3 | 1,155 lts @ 63.067¢/lt. | 728.42 |
| | Liq.March 17 | 612 lts @70.807¢/lt | 433.34 |
| | Liq. March 31 | 1,040 lts @ 66.294¢/lt | 689.46 |
| ADEA Incentives. Milk Quality Premium | | | - |
| Sale of Culled Cows & Male Calves | | | 60.00 |
| Sale of hay | Cash and Checks. Not All is Deposited in Acct. | | 6,330.00 |
| Money in bank and on hand | | | 170.24 |
| **Total Income:** | | | **20,641.90** |

**Less Direct Costs:**
| | |
|---|---:|
| Feed | 4,700.40 |
| Medicines & Veterinary | 241.38 |
| Materials & Supplies | 233.51 |
| Total Direct Costs: | 5,175.29 |
| **GROSS PROFIT** | **15,466.61** |

**Less Operational Costs:**
| | | | |
|---|---|---|---:|
| Wages: | | | 1,700.00 |
| IRS | 943 PR | | 0.00 |
| Department of Labor | | | 0.00 |
| Farm Maintenance & repairs | | | 0.00 |
| Milking Equipment | | | 4.20 |
| Farm Machinery | | | 27.45 |
| Car & Truck | | | 0.00 |
| Fuel | | ATH | 600.56 |
| Miscellaneous: Meals & Others | ATH & Cash | | 0.00 |
| Utilities | AEE | Not Paid | 0.00 |
| Farm Lease | Juan Manuel Barreto | | 0.00 |
| Professional Services | | | 0.00 |
| Lab. Milk Samples | | | 12.00 |
| IVU on AGH bills | | | 7.22 |
| Freight | | | 0.00 |
| Bank charges | Includes Return Fee | | 14.48 |
| Total Operational Costs: | | | 2,365.91 |
| **OPERATIONAL INCOME** | | | **13,100.70** |

**Capital Expenditures: Purchase of Heifer**                         0.00

**Less Obligations & Others: (Through Milk Assignments)**
| | |
|---|---|
| US Clerk Bankruptcy | 12,230.44   86.85% of All Milk Proceeds |
| ADM Alliance Nutrition | - |
| FFIL (Medical insurance) | - |
| ORIL      (Fine for spoiled Milk) | - |
| **Total Obligations, & Others:** | **12230.44** |

**Net Income:**                                                                 **870.26**

Bank Acct. $687.78
Cash on Hand. $182.48

CASE N° 22-02380 ESL

Income Statement
April 2023 LAS MARTAS
Milking 42 Cows Averaging 9 Lts/cow/Day
Producing 9.10 % of Milk Quota
5,339 Liters Biweekly

Cows Culled: 0

Milk Production Dropped as Debtor did not have Sufficient Income from Milk Proceeds to Purchase the Amount of Feed Necesarry to Maintain Production

Dry Cows: 32

Milk Quota: 58,700 lts biweekly
Pooled Price: 88.95¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. April 12 | 4,867 lts @90.7¢/lt | 4,414.37 |
| | Liq. April 26 | 4,527 Lts @ 90.7¢/Lt | 4,105.99 |
| INDULAC: | Liq. April 14 | 823 lts @71.22¢/lt. | 586.11 |
| | Liq. A. p ril 28 | 460 lts @ 84.96¢/lt | 390.83 |
| ADEA Incentives. Milk Quality Premium | | | 155.04 |
| FSA DMC | Reimbursed by Trustee | | 3,004.67 |
| Sale of Culled Cows & Male Calves | | | 60.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 5,900.00 |
| Money in bank and on hand | | | 870.26 |
| | **Total Income:** | | 19,487.27 |

**Less Direct Costs:**

| | |
|---|---:|
| Feed | 5,124.61 |
| Medicines & Veterinary | 380.91 |
| Materials & Supplies | 52.40 |
| Total Direct Costs: | 5,557.92 |
| **GROSS PROFIT** | **13,929.35** |

**Less Operational Costs:**

| | | | |
|---|---|---|---:|
| Wages: | | | 2,250.00 |
| IRS | 943 PR | | 0.00 |
| Stae Department | | | 150.00 |
| Farm Maintenance & repairs | | | 19.75 |
| Milking Equipment | | | 10.75 |
| Farm Machinery | | | 60.65 |
| Car & Truck | | | 0.00 |
| Fuel | | ATH | 590.00 |
| Miscellaneous: Meals & Others | ATH & Cash | | 0.00 |
| Utilities | AEE | Not Paid | 0.00 |
| Farm Lease | Juan Manuel Barreto | | 0.00 |
| Professional Services | CPA | | 150.00 |
| Lab. Milk Samples | | | 6.00 |
| IVU on AGH bills | | | 1.56 |
| Freight | | | 0.00 |
| Bank charges | | | 17.82 |
| Total Operational Costs: | | | 3,256.53 |
| **OPERATIONAL INCOME** | | | **10,672.82** |

| | |
|---|---:|
| **Capital Expenditures: Purchase of Heifer** | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**

| | | |
|---|---:|---|
| US Clerk Bankruptcy | 8,520.36 | 89.71% of All Milk Proceeds |
| ADM Alliance Nutrition | - | |
| FFIL (Medical insurance) | - | |
| ORIL (Fine for spoiled Milk) | - | |
| Total Obligations, & Others: | 8520.36 | |

**Net Income:** 2,152.46

Bank Acct. $2091.09
Cash on Hand. $61.37

CASE N° 22-02380 ESL

Income Statement
May 2023 LAS MARTAS
Milking 42 Cows Averaging 9.82 Lts/cow/Day
Producing  9.84 % of Milk Quota
5,774 Liters Biweekly

Cows Culled: 1

Milk Production Has Started to Increase as Debtor is Able to Pay For More Amount of Feed.

Dry Cows: 32 — Milk Quota: 58,700 lts biweekly
Purchased 37 Heifers — Pooled Price: 90.16¢/lt

| | | | $ |
|---|---|---|---:|
| **INCOME:** | SUIZA: | | |
| **Milk Sales:** | Liq. May 10 | 4,459 lts @90.7¢/lt | 4,044.31 |
| | Liq. May 24 | 5,537 Lts @ 90.7¢/Lt | 5,022.06 |
| INDULAC: | Liq. May 12 | 531 lts @90.017¢/lt. | 477.99 |
| | Liq. May 26 | 1,021 lts @ 84.94¢/lt | 867.27 |
| USDA-FSA | | | 2,075.24 |
| FSA DMC | Reimbursed by Trustee | | 3,470.21 |
| Sale of Culled Cows & Male Calves | | | 430.00 |
| REGROW (CDBG) | INCENTIVE | | 99,900.00 |
| Sale of hay | Cash and Checks. Not All is Deposited in Acct. | | 10,690.00 |
| Money in bank and on hand | | | 2,152.46 |
| **Total Income:** | | | 129,129.54 |

**Less Direct Costs:**
| | | |
|---|---:|---:|
| Feed & Supplements | 12,974.00 | |
| Medicines & Veterinary | 434.40 | |
| Materials & Supplies | 357.30 | |
| Total Direct Costs: | | 13,765.70 |
| **GROSS PROFIT** | | **115,363.84** |

**Less Operational Costs:**
| | | | |
|---|---|---:|---:|
| Wages: | | 3,000.00 | |
| Department of Labor | 1st Trim. 2023 Debited | 275.40 | |
| State Department | | 0.00 | |
| Farm Maintenance & repairs | | 163.78 | |
| Milking Equipment | | 868.35 | |
| Farm Machinery | | 0.00 | |
| Car & Truck | | 3.20 | |
| Fuel | ATH | 430.00 | |
| Miscellaneous: Meals & Others | ATH & Cash | 0.00 | |
| Utilities | AEE      Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | CPA & Admin. Cash | 300.00 | |
| Lab. Milk Samples | | 12.00 | |
| IVU on AGH bills | | 1.29 | |
| Freight | | 0.00 | |
| Bank charges | | 12.03 | |
| Total Operational Costs: | | | 5,066.05 |
| **OPERATIONAL INCOME** | | | **110,297.79** |

**Capital Expenditures: Purchase of Heifer**   44,770.00

**Less Obligations & Others: (Through Milk Assignments)**
| | | |
|---|---:|---|
| US Clerk Bankruptcy | 8,166.37 | 78.44% of All Milk Proceeds |
| USDA-FSA Disbursement to Trustee | 2,075.24 | |
| ADM Alliance Nutrition | - | |
| ORIL       (Fine for spoiled Milk) | - | |
| **Total Obligations, & Others:** | 10241.61 | |

**Net Income:**        55,286.18

Bank Acct.  $45,208.46
Cash on Hand. $10,077.72

CASE N° 22-02380 ESL

Income Statement
June 2023 LAS MARTAS
Milking 47 Cows Averaging 12.62 Lts/cow/Day
Producing 14.14 % of Milk Quota
8,301 Liters Biweekly

Cows Culled: 1

Milk Production Has Started to Increase as Debtor is Able to Pay For More Amount of Feed.

Dry Cows: 62

Milk Quota: 58,700 lts biweekly
Pooled Price: 89.07¢/lt

| | | | | $ |
|---|---|---|---|---|
| **INCOME:** | SUIZA: | | | |
| **Milk Sales:** | Liq. June 7 | 6,616 lts @90.7¢/lt | | 6,000.71 |
| | Liq. June 21 | 7,314 Lts @ 90.7¢/Lt | | 6,633.80 |
| | Ant. June 28 | | | 3,316.90 |
| INDULAC: | Liq. June 9 | 986 lts @84.697¢/lt. | | 835.11 |
| | Liq. June 23 | 1,684 lts @ 78.216¢/lt | | 1,317.16 |
| FSA DMC | Reimbursed by Trustee | | | 2,075.24 |
| ADEA Milk Quality Check | | | | 228.06 |
| Sale of Culled Cow, Bull and Male Calf | | | | 1,530.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | | 2,300.00 |
| Sale of Mixer | | Cash | | 5,000.00 |
| Money in bank and on hand | | | | 55,286.18 |
| **Total Income:** | | | | **84,523.16** |

**Less Direct Costs:**
| | | |
|---|---|---|
| Feed & Supplements | 14,530.00 | |
| Medicines & Veterinary | 266.28 | |
| Materials & Supplies | 288.60 | |
| Total Direct Costs: | | 15,084.88 |
| **GROSS PROFIT** | | **69,438.28** |

**Less Operational Costs:**
| | | | |
|---|---|---|---|
| Wages: | | 3,550.00 | |
| Department of Labor | | 0.00 | |
| State Department | | 0.00 | |
| Farm Maintenance & repairs | | 1,013.55 | |
| Milking Equipment | | 469.45 | |
| Farm Machinery | | 1,067.75 | |
| Car & Truck | | 14.26 | |
| Fuel | ATH | 845.07 | |
| Car Lease | Trip to USA to See and Order Mulcher. ATH | 358.29 | |
| Utilities | AEE    Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | 0.00 | |
| Professional Services | CPA    Cash | 450.00 | |
| Lab. Milk Samples | | 18.00 | |
| Miscellaneous Expenses Trip to USA for Mulcher | | 467.70 | |
| IVU on AGH bills | | 0.00 | |
| Freight | | 0.00 | |
| Bank charges | | 29.43 | |
| Total Operational Costs: | | | 8,283.50 |
| **OPERATIONAL INCOME** | | | **61,154.78** |

**Capital Expenditures:** 0.00

**Less Obligations & Others: (Through Milk Assignments)**
| | | |
|---|---|---|
| US Clerk Bankruptcy | 15,261.39 | 84.30% of All Milk Proceeds |
| USDA-FSA Disbursement to Trustee | - | |
| ADM Alliance Nutrition | 366.90 | |
| FFIL    Medical Insurance | 100.00 | |
| Total Obligations, & Others: | 15728.29 | |

**Net Income:** **45,426.49**

Bank Acct. $27,151.58
Cash on Hand. $18,274.91

CASE N° 22-02380 ESL

## Income Statement
### July 2023 LAS MARTAS
Milking 47 Cows Averaging 13.5 Lts/cow/Day
Producing  15.13 % of Milk Quota
8,883 Liters Biweekly

Cows Culled: 0

**Milk Production Has Started to Increase as Debtor is Able to Pay For More Amount of Feed.**

Dry Cows: 62

Milk Quota: 58,700 lts biweekly
Pooled Price:  89.40¢/lt

| | | | | $ |
|---|---|---|---|---:|
| **INCOME:** | SUIZA: | | | |
| **Milk Sales:** | Liq. July 5 | (Less Ant.)(9,325 lts @ 90.7¢/lt) | | 3,939.10 |
| | Liq. July 19 | 7,299 Lts @ 90.7¢/Lt | | 6,620.19 |
| | Ant. July 26 | | | 3,310.10 |
| INDULAC: | Liq. July 7 | 1,325 lts @65.854¢/lt. | | 872.56 |
| | Liq. July 21 | 1,142 lts @81.116¢/lt | | 926.35 |
| FSA DMC | Reimbursed by Trustee | | | 3,713.74 |
| ADEA Milk Quality Check | | | | - |
| Sale of Culled Cow, Bull and Male Calf | | | | 60.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | | 3,000.00 |
| Money in bank and on hand | | | | 45,426.49 |
| | **Total Income:** | | | **67,868.53** |

**Less Direct Costs:**

| | | | | |
|---|---|---|---:|---:|
| Feed & Supplements | | ATH | 20,403.00 | |
| Medicines & Veterinary | | | 310.70 | |
| Materials & Supplies | | | 219.17 | |
| **Total Direct Costs:** | | | | 20,932.87 |
| **GROSS PROFIT** | | | | **46,935.66** |

**Less Operational Costs:**

| | | | | |
|---|---|---|---:|---:|
| Wages: | | | 3,625.00 | |
| Department of Labor | | | 0.00 | |
| Sales Commission (Mulcher) | #518 Edwin Quiles | | 500.00 | |
| Farm Maintenance & repairs | | | 300.00 | |
| Milking Equipment | | | 77.20 | |
| Farm Machinery | | | 415.35 | |
| Car & Truck | | | 245.36 | |
| Fuel | | ATH | 1,064.85 | |
| Car Lease | Trip to USA to See and Order Mulcher. ATH | | 29.30 | |
| Utilities | AEE | Not Paid | 0.00 | |
| Farm Lease | Juan Manuel Barreto | | 0.00 | |
| Professional Services | CPA | | 300.00 | |
| Lab. Milk Samples | | | 12.00 | |
| Miscellaneous | | | 293.40 | |
| IVU on AGH bills | | | 0.33 | |
| Freight #527 | Bales of Hay | | 475.00 | |
| Bank charges | | | 18.53 | |
| **Total Operational Costs:** | | | | 7,356.32 |
| **OPERATIONAL INCOME** | | | | **39,579.34** |

**Capital Expenditures:**  1,600.00

**Less Obligations & Others: (Through Milk Assignments)**

| | | | |
|---|---|---:|---|
| US Clerk Bankruptcy | | 12,742.19 | 81.32% of All Milk Proceeds |
| USDA-FSA Disbursement to Trustee | | - | |
| ADM Alliance Nutrition | | 360.10 | |
| FFIL Medical Insurance | | 100.00 | |
| **Total Obligations, & Others:** | | 13202.29 | |

**Net Income:**  **24,777.05**

Bank Acct. $6,400.15
Cash on Hand. $18,376.90

CASE N° 22-02380 ESL

# Income Statement
## August 2023 LAS MARTAS
Milking 46 Cows Averaging 13.77 Lts/cow/Day
Producing  15.10 % of Milk Quota
8,866 Liters Biweekly

Cows Culled: 0

Dry Cows: 63    Milk Quota: 58,700 lts biweekly
Pooled Price:  89.33¢/lt

| | | | | $ |
|---|---|---|---|---:|
| **INCOME:** | SUIZA: | | | |
| **Milk Sales:** | Liq. Aug. 2 | (Less Ant.)(8,347 lts @ 90.7¢/lt) | | 4,260.63 |
| | Liq. Aug. 16 | 7,105 Lts @ 90.7¢/Lt | | 6,444.24 |
| | Ant. Aug. 25 | | | 3,222.12 |
| INDULAC: | Liq. Aug. 4 | 1,033 lts @76.55¢/lt. | | 790.76 |
| | Liq. Aug. 18 | 1,246 lts @74.185¢/lt | | 512.22 |
| FSA DMC | Reimbursed by Trustee | | | 10,674.46 |
| ADEA Milk Quality Check | | | | 281.40 |
| Sale of Culled Cow, Bull and Male Calf | | | | 30.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | | 2,800.00 |
| Money in bank and on hand | | | | 24,777.05 |
| **Total Income:** | | | | 53,792.88 |

**Less Direct Costs:**

| | | | |
|---|---|---:|---:|
| Feed & Supplements | ATH | 16,124.46 | |
| Medicines & Veterinary | | 309.95 | |
| Materials & Supplies | | 226.70 | |
| Total Direct Costs: | | | 16,661.11 |
| **GROSS PROFIT** | | | **37,131.77** |

**Less Operational Costs:**

| | | | | |
|---|---|---|---|---:|
| Wages: | | | | 3,110.00 |
| Department of Labor | | | | 0.00 |
| Farm Maintenance & repairs | | | | 0.00 |
| Milking Equipment | | | | 58.85 |
| Farm Machinery | | | | 990.85 |
| Car & Truck | | | | 200.00 |
| Fuel | | ATH | | 520.45 |
| Utilities | AEE | Not Paid | | 0.00 |
| Farm Lease | Juan Manuel Barreto | | | 0.00 |
| Professional Services | CPA | CASH | | 300.00 |
| Lab. Milk Samples | | | | 24.00 |
| Miscellaneous | | | | 0.00 |
| IVU on AGH bills | | | | 0.33 |
| Freight | | | | 0.00 |
| Bank charges | | | | 35.70 |
| Total Operational Costs: | | | | 5,240.18 |
| **OPERATIONAL INCOME** | | | | **31,891.59** |

| | |
|---|---:|
| **Capital Expenditures:** | 0.00 |

**Less Obligations & Others: (Through Milk Assignments)**

| | | |
|---|---:|---|
| US Clerk Bankruptcy | 13,000.00 | 85.36% of All Milk Proceeds |
| USDA-FSA Disbursement to Trustee | - | |
| ADM Alliance Nutrition | 600.00 | |
| FFIL    Medical Insurance | 200.00 | |
| Total Obligations, & Others: | 13800.00 | |

| | |
|---|---:|
| **Net Income:** | **18,091.59** |

Bank Acct.  ($10.32)
Cash on Hand.  $18,101.91