CASE N° 18-07304 ESL  MOR VAQUERIA LAS MARTAS, INC.
DECEMBER 2018
5,202 LTS BIWEEKLY
milking 41 cows averaging 9,06 lts/day/cow
occupying 8.86% milk quota

dry: 16
Deaths: 0

Milk Quota: 58,700 lts biweekly

**INCOME:** SUIZA $
**Milk Sales:** Liq. Dec. 12  5,150 lts @ 79.99¢/lt    4119.97 Went all to Condado 5
Liq. Dec. 26  5,253 lts @ 76.511¢/lt    4,022.32 Went all to Condado 5
Sale of calves, cows culled    30.00
Money loaned by Juan Manuel Barreto family member    5620.00
Money from JM Dairy, Inc.    1800.00
Closing Credit    38.74
Money in bank and on hand    28.00
**Total Income:**    15,659.03

**Less Operational Costs:**
Wages:    1,120.00
FICA    0.00
FUTA    0.00
Feed    not adequate feed intake    2,730.90 should be around $4,000.00
Forage    Debtor makes own bales of hay    0.00
Medicines & Veterinary,    308.77
Tick plaguicide    0.00
Farm Maintenance & repairs    0.00
Milking Equipment    0.00
Farm Machinery    0.00
Materials & Supplies    180.00
Car & Truck    0.00
Fuel    milking with generator    840.00 $30.00/day
herbicide    Forefront 2.5 gals.    0.00
Seurity deposit    0.00
Utilities:    AEE    milking with generator    0.00
farm lease    Juan Manuel Barreto    0.00
Professional Services:    #166    22.00
    attorney    0.00
miscellaneous    0.00
freight    forrage    200.00 50.00/wk
bank charges    66.92
**Total Operational Costs:**    5,468.59

**Capital Expenditures: Heifers**    0.00

**Less Obligations & Others:**
CPA    through milk assignments    0.00 Enrique Maisonet
Attorney    2000.00 Modesto Bigas
Condado 5    through milk assignments    8142.29 two biweekly periods
**Total Obligations & Others:**    10142.29

**Total Operational, Expenditures, Obligations, personal Cost**    15,610.88

**Net Income:**    48.15
Money in bank: $(12.90)
Cash on hand: $ 61.05

CASE N° 18-07304 ESL        MOR VAQUERIA LAS MARTAS, INC.
JANUARY 2019
4,735 LTS BIWEEKLY
milking 40 cows averaging 8.45 lts/day/cow
occupying 8.07% milk quota

dry: 17
Deaths: 0        Milk Quota: 58,700 lts biweekly

**INCOME:** SUIZA      $
**Milk Sales:** Liq. Jan. 9   4,878 lts @ 75.57¢/lt    3686.57 Went all to Condado 5
             Liq. Jan. 23   4,591 lts @ 80.72¢/lt    3,705.91 Went all to Condado 5
Sale of calves, cows culled      (calves)    140.00
Money loaned by Juan Manuel Barreto family member    5700.00
Money from JM Dairy, Inc.    3520.00
Closing Credit    0.00
Money in bank and on hand    48.15
     **Total Income:**    16,800.63

**Less Operational Costs:**
Wages:    1,120.00
FICA    0.00
FUTA    0.00
Feed    not adequate feed intake    2,968.60 should be around $4,000.00
Forage    Debtor makes own bales of hay    0.00
Medicines & Veterinary,    94.75
Tick plaguicide    0.00
Farm Maintenance & repairs    0.00
Milking Equipment    0.00
Farm Machinery    9.05
Materials & Supplies    40.75
Car & Truck    0.00
Fuel    milking with generator    900.00 $30.00/day
plaguicides    34.80
Seurity deposit    0.00
Utilities:   AEE    milking with generator    0.00
farm lease    Juan Manuel Barreto    0.00
Professional Services:    0.00
     attorney    0.00
miscellaneous    0.00
freight    forrage    200.00 50.00/wk
bank charges    11.15
     **Total Operational Costs:**    5,379.10

**Capital Expenditures: Heifers**    0.00

**Less Obligations & Others:**
CPA    through milk assignments    0.00 Enrique Maisonet
Attorney    4000.00
Condado 5    through milk assignments    7392.48 two biweekly periods
     **Total Obligations & Others:**    11392.48

**Total Operational, Expenditures, Obligations, personal Cost**    16,771.58

**Net Income:**    29.05
     Money in bank: $(1.15)
     Cash on hand: $ 30.20

CASE N° 18-07304 ESL        MOR VAQUERIA LAS MARTAS, INC.
                            FEBRUARY 2019
                            4,904 LTS BIWEEKLY
                            milking 39 cows averaging 8.98 lts/day/cow
                            occupying 8.35% milk quota

dry: 18
Deaths: 0                   Milk Quota: 58,700 lts biweekly

**INCOME:** SUIZA                                                         $
**Milk Sales:** Liq. Feb. 8   4,325 lts @ 78.33¢/lt          3387.63 Went all to Condado 5
              Liq. Feb. 22  5,482 lts @ 77.5¢/lt             4,248.54 Went all to Condado 5
Sale of calves, cows culled        (calves)                    30.00
Money loaned by Juan Manuel Barreto family member               0.00
Money from JM Dairy, Inc.                                    5072.82
USDA-FSA   MFP Incentive                                        0.00
Money in bank and on hand                                      29.05
        **Total Income:**                                   12,768.04

**Less Operational Costs:**
Wages:                                              720.00 paid by JM dairy
FICA                                                  0.00
FUTA                                                  0.00
Feed       not adequate feed intake               3,887.35 paid by JM dairy
Forage     Debtor makes own bales of hay              0.00
Medicines & Veterinary,                             158.47 paid by JM dairy
Tick plaguicide                                       0.00
Farm Maintenance & repairs                            0.00
Milking Equipment                                     0.00
Farm Machinery                                        0.00
Materials & Supplies                                  0.00
Car & Truck                                           0.00 included in AGH bills (med. & vet.)
Fuel            milking with generator              300.00 $75.00/wk   (JM dairy)
plaguicides                                           0.00
Seurity deposit                                       0.00
Utilities:  AEE   milking with generator              0.00
farm lease        Juan Manuel Barreto                 0.00
Professional Services:                                0.00
                attorney                              0.00
miscellaneous                                         0.00
freight         forrage                               0.00
bank charges                                         15.61
        **Total Operational Costs:**              5,081.43

**Capital Expenditures: Heifers**                     0.00

**Less Obligations & Others:**
CPA        through milk assignments                   0.00 Enrique Maisonet
Attorney                                              0.00
Condado 5  through milk assignments                7636.17 two biweekly periods
        **Total Obligations & Others:**            7636.17

**Total Operational, Expenditures, Obligations, personal C** 12,717.60

**Net Income:**                                              50.44
        Money in bank:  $(9.76)
        Cash on hand:   $ 60.20

Case:18-07304-ESL11 Doc#:693-1 Filed:04/15/25 Entered:04/15/25 22:24:32 Desc: Main
Document Page 3 of 82

CASE N° 18-07304 ESL             MOR VAQUERIA LAS MARTAS, INC.
                                 MARCH 2019
                                 5,127 LTS BIWEEKLY
                                 milking 38 cows averaging 9.64 lts/day/cow
                                 occupying 8.7% milk quota

dry: 19
Deaths: 0                        Milk Quota: 58,700 lts biweekly

**INCOME:**   SUIZA                                            $
**Milk Sales:** Liq. March 6 5,377 lts @ 78.17¢/lt     4203.32 Went all to Condado 5
              Liq. March 2 4,877 lts @ 76.21¢/lt       3,716.68 Went all to Condado 5
              ant. March 27                            1,858.34
Money Loaned by third parties                          2600.00
Money from JM Dairy, Inc.                              1738.00
USDA-FSA  MFP Incentive                                1632.00
Money in bank and on hand                                50.44
              **Total Income:**                       15,798.78

**Less Operational Costs:**
Wages:                                                  940.00 paid by JM dairy
FICA                                                      0.00
FUTA                                                      0.00
Feed                                                  4,332.00
Forage       Debtor makes own bales of hay                0.00
Medicines & Veterinary,                                 187.80 paid by JM dairy
Tick plaguicide                                           0.00
Farm Maintenance & repairs                                0.00
Milking Equipment                                         0.00
Farm Machinery                                           11.80 paid by JM dairy
Materials & Supplies                                    133.10 paid by JM dairy
Car & Truck                                               0.00
Fuel              milking with generator                375.00 $75.00/wk
plaguicides                                               4.17
Seurity deposit                                           0.00
Utilities:    AEE      milking with generator             0.00
farm lease             Juan Manuel Barreto                0.00
Professional Services: gestor                             0.00
                       attorney                           0.00
miscellaneous          cat feed & IVU on bills            5.00
freight                forrage                            0.00
bank charges                                             15.61
              **Total Operational Costs:**            6,004.48

**Capital Expenditures: Heifers**                         0.00

**Less Obligations & Others:**
CPA         through milk assignments                      0.00
Attorney                                                  0.00
Condado 5   through milk assignments                   9778.34 two biweekly periods
              **Total Obligations & Others:**          9778.34

**Total Operational, Expenditures, Obligations, personal Co**   15,782.82

**Net Income:**   Money on hand: $1.33                   15.96
                  bank Acc.:      $14.63

CASE N° 18-07304 ESL      MOR VAQUERIA LAS MARTAS, INC.
APRIL 2019
3,601 LTS BIWEEKLY
milking 27 cows averaging 9.53 lts/day/cow
occupying 6.13% milk quota

dry: 30
Deaths: 0                       Milk Quota: 58,700 lts biweekly       DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL

**INCOME:**   SUIZA                                                     $
**Milk Sales:** Liq. April 3 (less ant.)  (3,739 lts @ 76.55¢/lt)      1003.96 Went all to Condado 5
             Liq. April 17  3,462 lts @ 76.126¢/lt                     2,635.51 Went all to Condado 5
             ant. April 24                                              1,317.76 Went all to Condado 5
ADEA       Production Incentive                                          824.14
Personal Money from Juan Manuel Barreto                                  830.00 used to pay purchases in AGH, fuel
Money Loaned by third parties                                           1324.00
Money from JM Dairy, Inc.                                               1959.55 (inludes return of $446.00)
Personal Money deposited by Juan Manuel Barreto                        38500.00 (From Sale of personal Residence)
Money in bank and on hand                                                  15.96
         **Total Income:**                                              48,410.88

**Less Operational Costs:**
Wages:                                                                    800.00
State Department                                                          150.00 Paid by JM
FUTA                                                                        0.00
Feed                                                                    3,324.00
Forage     Debtor makes own bales of hay                                    0.00
Medicines & Veterinary,        **AGH**                                    303.25 cash
Tick plaguicide                AGH                                         28.00 cash
Farm Maintenance & repairs                                                  0.00
Milking Equipment              AGH                                          3.70 cash
Farm Machinery                 AGH                                         11.50 cash
Materials & Supplies           AGH                                        146.30 cash
Car & Truck                                                                 0.00
Fuel            milking with generator                                    240.00 #2363 & cash
Pesticides                                                                 20.55
Seurity deposit                                                             0.00
Utilities:    AEE      milking with generator                               0.00
farm lease             Juan Manuel Barreto                                  0.00
Professional Services:    Lab Milk samples                                 26.00 cash
                          attorney                                      1,442.00 #2312
                          CPA                                              30.00 paid by JM
miscellaneous    IVU on AGH bills                                           3.03
freight          forrage                                                    0.00
bank charges                                                               85.38
         **Total Operational Costs:**                                   6,613.71

**Capital Expenditures: Heifers**                                           0.00

**Less Obligations & Others:**
Money repaid to Third Party        Debited                                824.14 From ADEA Production Incentive
Money from Personal deposit returned **#2361**                         35000.00 Returned to Juan Manuel Barreto
Condado 5   through milk assignments                                    5957.23
CRIM     (Residence) paid with money from                               1500.00 personal deposit made by Mr. Barreto **#832**
Other Money paid to Third Party                                          446.00 #2309
         **Total Obligations & Others:**                               41781.37

**Total Operational, Expenditures, Obligations, personal Co**          48,395.08

**Net Income:**    Cash on hand: $1.17                                     15.80
                   Bank Acct.:    $14.63

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
MAY 2019
4,050 LTS BIWEEKLY
milking 24 cows averaging 12.05 lts/day/cow
occupying 6.89% milk quota

dry: 31
Culled: 2

Milk Quota: 58,700 lts biweekly

DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL

| | | | $ | |
|---|---|---|---|---|
| **INCOME:** | SUIZA | | | |
| **Milk Sales:** | Liq. May 3 (less ant.) (3,799 lts @ 78.09¢/lt) | | 2966.65 | Went all to Condado 5 |
| | Liq. May 17 4,379 lts @ 80.585¢/lt | | 3,528.84 | Went all to Condado 5 |
| | Liq. May 31 3,721 lts @ 78.997 ¢/lt | | 2,939.49 | Went all to Condado 5 |
| ADEA | Production Incentive | | 0.00 | |
| Sale of cow culled for meat market | (2 cows) | | 1175.00 | $500.00 deposited in Bank Acct. |
| Sale of male calves | (4 male calves) | | 80.00 | |
| Sale of hay | | | 385.00 | |
| Money Loaned by third party | to pay feed bills | | 3600.00 | |
| Money in bank and on hand | | | 15.80 | |
| **Total Income:** | | | 14,690.78 | |

**Less Operational Costs:**

| | | | | |
|---|---|---|---|---|
| Wages: | | | 800.00 | |
| State Department | | | 0.00 | |
| FUTA | | | 0.00 | |
| Feed | | | 4,100.00 | |
| Forage | Debtor makes own bales of hay | | 0.00 | |
| Medicines & Veterinary, | | **AGH** | 88.25 | cash |
| Tick plaguicide | | AGH | 47.70 | cash from check # 102 |
| Farm Maintenance & repairs | | | 0.00 | |
| Milking Equipment | | | 0.00 | cash |
| Farm Machinery | | | 0.00 | cash |
| Materials & Supplies | | AGH | 73.70 | cash |
| Car & Truck | | | 0.00 | |
| Fuel | | | 108.11 | cash fromcheck #102 & from sale of hay |
| Pesticides | | | 0.00 | |
| Seurity deposit | | | 0.00 | |
| Utilities: AEE | milking with generator | | 0.00 | |
| farm lease | Juan Manuel Barreto | | 0.00 | |
| Professional Services: | Lab Milk samples | | 6.00 | cash |
| | attorney | | 0.00 | |
| | CPA | | 0.00 | |
| Miscellaneous: | IVU on AGH bills & cat food | | 4.79 | |
| Freight | forrage | | 0.00 | |
| Bank charges | | | 11.15 | |
| **Total Operational Costs:** | | | 5,239.70 | |

**Capital Expenditures: Heifers**        0.00

**Less Obligations & Others:**
Condado 5   through milk assignments        9434.98  5 weekly Payments.  100% of Milk Proceeds

**Total Operational, Expenditures, Obligations, personal Co**   14,674.68

**Net Income:**                                                16.10

CASE N° 18-07304 ESL

**MOR VAQUERIA LAS MARTAS, INC.**
**JUNE 2019**
4,173 LTS BIWEEKLY
milking 28 cows averaging 10.65 lts/day/cow
occupying 7.11% milk quota

dry: 26
Culled: 1

Milk Quota: 58,700 lts biweekly

**DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL**

| | | | $ | |
|---|---|---|---|---|
| **INCOME:** | SUIZA | | | |
| **Milk Sales:** | Liq. June 14 | 4,132 lts @ 77.98¢/lt | 3221.99 | Went all to Condado 5 |
| | Liq. June 28 | 4,214 lts @ 75.24¢/lt | 3,170.43 | Went all to Condado 5 |
| ADEA | Production Incentive | | 0.00 | |
| Sale of cow culled for meat market | | 1 cow | 425.00 | |
| Sale of male calves | | (2 male calves) | 40.00 | |
| Sale of hay | | 31 wagons @ $35.00/wagon | 1750.00 | $699.66 deposited in bank Acct. |
| Money in bank and on hand | | | 16.10 | |
| **Total Income:** | | | 8,623.52 | |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | | 520.00 |
| State Department | 943 PR | | 0.00 |
| FUTA | | | 0.00 |
| Feed | | | 1,600.00 |
| Forage | Debtor makes own bales of hay | | 0.00 |
| Medicines & Veterinary, | (APLH) | **AGH** | 0.00 |
| Tick plaguicide | | **AGH** | 0.00 |
| Farm Maintenance & repairs | | | 0.00 |
| Milking Equipment | | | 0.00 |
| Farm Machinery | (goma tractor) | | 0.00 |
| Materials & Supplies | | AGH | 0.00 |
| Car & Truck | (Centro Automotríz | | 0.00 |
| Fuel | | | 40.00  #105 |
| Pesticides | | | 0.00 |
| Seurity deposit | | | 0.00 |
| Utilities: | AEE | | 0.00 |
| farm lease | Juan Manuel Barreto | | 0.00 |
| Professional Services: | Lab Milk samples | | 0.00 |
| | attorney | | 0.00 |
| | CPA | | 0.00 |
| Miscellaneous: IVU on AGH bills | | | 0.00 |
| Freight | forrage | | 0.00 |
| Bank charges | | | 53.53 |
| **Total Operational Costs:** | | | 2,213.53 |

**Capital Expenditures: Heifers**    0.00

**Less Obligations & Others:**
Condado 5   through milk assignments    **6392.42**  4 weekly Payments. 100% of Milk Proceeds

**Total Operational, Expenditures, Obligations:**    8,605.95

**Net Income:**    17.57

**Cash on Hand: $25.34**
**Money in Bank Acct: ($7.77)**

CASE N° 18-07304 ESL
MOR VAQUERIA LAS MARTAS, INC.
FEBRUARY 2021
3,823 LTS BIWEEKLY
Milking 20 Cows Averaging 13.65 Lts/Day/Cow
Occupying 6.51% Milk Quota

| | | | |
|---|---|---|---|
| dry: 28 | | | DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL |
| Culled: 1 | Milk Quota: 58,700 lts biweekly | | |

| | | | | |
|---|---|---|---|---|
| **INCOME:** | SUIZA | | | $ |
| **Milk Sales:** | Liq. Feb. 3 | (Less Ant.) | | 1,513.13 All milk proceeds go to |
| | Liq. Feb. 17 | 3,866 lts @ 81.81¢/lt | | 3,179.07 CONDADO 5 |
| | Ant. Feb. 24 | | | 1589.54 |
| Sale of Calves & Heifer | | | | 0.00 |
| Sale of hay | | Cash | | 3200.00 |
| SBA PPP | | | | |
| USDA FSA | Money reimbursed by US Trustee | | | 0.00 |
| Money in bank and on hand | | | | 92.89 |
| | **Total Income:** | | | 9,574.63 |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | | 800.00 |
| State Department | 943 PR | | 0.00 |
| FUTA | | | 0.00 |
| Feed | | | 2,300.00 |
| Forage | Debtor makes own bales of hay | | 0.00 |
| Medicines & Veterinary, | (APLH) | **AGH** | 0.00 |
| Tick Pesticide/Dewormer | | AGH | 0.00 |
| Farm Maintenance & repairs | | | 0.00 |
| Milking Equipment | | | 0.00 |
| Farm Machinery | (goma tractor) | | 0.00 |
| Materials & Supplies | | | 0.00 |
| Car & Truck | (Centro Automotríz | | 0.00 |
| Fuel | | | 6.56 |
| Fertilizer | | | 0.00 |
| Seurity deposit | | | 0.00 |
| Utilities: | AEE | | 0.00 |
| farm lease | Juan Manuel Barreto | | 0.00 |
| Renew ORIL License | ORIL License | | 0.00 |
| Lab. Milk Samples | | | 0.00 |
| Miscellaneous: IVU on AGH bills | | | 0.00 |
| Freight | | | 0.00 |
| Bank charges | | | 57.51 |
| **Total Operational Costs:** | | | 3,164.07 |

| | |
|---|---|
| **Capital Expenditures: Purchase of Heifer** | 0.00 |

**Less Obligations & Others:**

| | | |
|---|---|---|
| Condado 5   through milk assignments | 6281.74 | 100% of Milk Proceeds |

| | |
|---|---|
| **Total Operational, Expenditures, Obligations:** | 9,445.81 |
| **Net Income:** | 128.82 |

Cash on Hand: $140.25
Money in Bank Acct: ($11.43)