CASE N° 22-02380 ESL     INCOME STATEMENT CASH FLOW VAQUERIA LAS MARTAS, INC.
JANUARY- JULY 2022

Milking 32 cows Jan.-April 2022        Close to Calving Heifers: 12
Milking 59 cows May- July 2022

Dry Cows: 15        Milk Quota: 58,700 lts biweekly
                    Pooled Price: 70.238¢/lt

**INCOME:**                                                              $
**Milk Sales:** SUIZA       118,604 lts                              86791.78
              INDULAC      12,029 lts                                4,962.92
ADEA Incentives                                                      7883.40
Sale of Culled Cows & Male Calves, Bull                              6860.00
Sale of hay                        Cash                              12195.00
Trustee Reimbursement                                                2162.17
SBA EIDL                                                             104800.00
USDA FSA                                                             648.64
Money Invested by President Juan Manuel Barreto                      2792.00
Money in bank and on hand                                            278.68
        **Total Income:**                                            229,374.59

**Less Operational Costs:**
Wages:      $500.00/wk                              13,000.00
IRS             943 PR                              1875.00
Department of Labor                                 0.00
Feed                                                23,901.74
Forage                                              1,107.00
Medicines & Veterinary,    (APLH)    **AGH**        468.20
Tick Pesticide/Dewormer              AGH            261.55
Farm Maintenance & repairs                          206.38
Milking Equipment                                   2,133.45
Farm Machinery                                      79.25
Materials & Supplies                                493.30
AGH       materials, detergents, medicines          396.55   ATH
Car & Truck                                         210.98
Fuel                                                1,287.51
Meals                                               69.84
Utilities:             AEE      Not Paid            0.00
farm lease             Juan Manuel Barreto          0.00
Professional Services:                              3075.00
Lab. Milk Samples                                   36.60
Miscellaneous: IVU on AGH bills                     19.04
Freight                                             0.00
Bank charges                                        260.72
        **Total Operational Costs:**                48,882.11

**Capital Expenditures: Purchase of Heifer**        93,370.00  Funds from SBA EIDL April 2022
                                                               Milk production increases on May 2022
**Less Obligations & Others: (Through Milk Assignments)**
Condado 5   through milk assignments                83333.85   92.79% of Milk Proceeds
ADM Alliance Nutrition                              1,350.00
Suiza Dairy Corp.                                   361.84
FFIL. (insurance)                                   500.00
ORIL       (spoiled Milk)                           1538.04
                                                    87083.73

**Total Operational, Expenditures, Obligations:**                    229,335.84

**Net Income:**                                                      **38.75**

                    Cash on Hand: $12.49
                    Bank Account: $26.26