CASE NO. 22-02380-ESL

**COMPARISONS HERD SIZE, MILK PRODUCTION, MILK YIELD & MILK PROCEEDS LAS MARTAS, INC.**
**AUG. - NOV. 2018. & AUG. NOV. 2022**

| | Aug. 2018 | Aug. 2022 | | Sept. 2018 | Sept. 2022 | | Oct. 2018 | Oct. 2022 | | Nov. 2018 | Nov. 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cows in Milk Production | 42 | 59 | | 39 | 59 | | 42 | 55 | | 42 | 52 |
| Dry Cows | 20 | 15 | | 23 | 15 | | 19 | 19 | | 18 | 22 |
| Total Cows | 62 | 74 | | 62 | 74 | | 61 | 74 | | 60 | 74 |
| Biweekly Milk production | | 10,188 lts | | | | | 5,085 lts | | | | |
| | 6,627 lts | 10,409 lts | | 5,423 lts | 12.44 lts | | 5,258 lts | 8,783 lts | | 5,585 lts | 8,965 lts |
| | 6,227 lts | 10,848 lts | | 3,744 lts | 9.83 lts | | 5,246 lts | 7,898 lts | | 5,884 lts | 8,463 lts |
| % of Milk Quota Produced | | 17.35% | | | | | 8.66% | | | | |
| | 11.29%% | 17.73% | | 9.24% | 17.50% | | 8.96% | 14.96% | | 9.51% | 15.27% |
| | 10.61%% | 18.48% | | 6.38% | 13.83% | | 8.94% | 13.45% | | 10.02% | 14.42% |
| Average Daily Milk Yield/Cow | | 12.34 lts | | | | | 8.65 lts | | | | |
| | 11.27 lts | 12.60 lts | | 9.93 lts | 12.44 lts | | 8.94 lts | 11.41 lts | | 9.50 lts | 12.31 lts |
| | 10.59 lts | 13.13 lts | | 6.86 lts | 9.83 lts | | 8.92 lts | 10.26 lts | | 10 lts | 11.63 lts |
| Milk Price | | 80.25¢/lt | | | | | 79.82¢/lt | | | | |
| | 77.95¢/lt | 86.67¢/lt | | 79.45¢/lt | 87.50¢/lt | | 79.95¢/lt | 88.23¢/lt | | 78.87¢/lt | 88.80¢/lt |
| | 81.10¢/lt | 87.73¢/lt | | 79.50¢/lt | 81.08¢/lt | | 80.71¢/lt | 89.58¢/lt | | 78.81¢/lt | 89.13¢/lt |
| Milk Proceeds | | $8,176.04 | | | | | $4,058.91 | | | | |
| | $5,165.79 | $9,021.82 | | $4,308.75 | $8,989.04 | | $4,204.01 | $7,749.20 | | $4,404.63 | $7,960.52 |
| | $5,049.92 | $9,517.31 | | $2,976.66 | $6,584.61 | | $4,234.25 | $7,074.64 | | $4,637.08 | $7,542.78 |

Exhibit A

Apx. 200

343