**Fill in this information to identify the case:**

Debtor name: **Las Martas Inc.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): **22-02380**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Condado 5 LLC**<br>Creditor's Name<br><br>PO Box 190058<br>San Juan, PR 00919<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2003**<br>Last 4 digits of account number<br>**0600**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Milk quota, 58,700 quarts/2 weeks, Account receivable**<br><br>**Describe the lien**<br>**Security agreement/UCC and ORIL**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,532,855.78 | $117,400.00 |
| **2.2** **SBA PR District Office**<br>Creditor's Name<br><br>273 P de Leon Ave<br>Plaza 273 Ste 510<br>San Juan, PR 00917<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**4/2022**<br>Last 4 digits of account number<br>**9107**<br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>**All personal property except milk quota and titled vehicles.**<br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $104,900.00 | $200,000.00 |

| Debtor | Las Martas Inc. | Case number (if know) | 22-02380 |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $1,637,755.78

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Condado 5 LLC**<br>PO Box 190085<br>San Juan, PR 00919 | Line 2.1 | |
| **FERRALUOLI LLC**<br>Luis G Parrilla Hernandez Esq<br>PO Box 195168<br>San Juan, PR 00919-5168 | Line 2.1 | 0693 |
| **SBA**<br>Disaster Assist Proc & Dist Ctr<br>14925 Kingport Rd<br>Fort Worth, TX 76155-2243 | Line 2.2 | |
| **SBA GENERAL COUNSEL**<br>409 3RD STREET SW<br>WASHINGTON, DC 20416 | Line 2.2 | |
| **US Attorney**<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | Line 2.2 | |

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 2 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Apx. 110

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Las Martas Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | 22-02380 |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**ELA DEPT OF TREASURY**<br>**Bankruptcy Div #424 B**<br>**PO BOX 9024140**<br>**San Juan, PR 00902-4140**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **1863**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**FOR NOTICING PURPOSES ONLY**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**ADM Alliance Nutrition of PR**<br>**PO Box 908**<br>**Hatillo, PR 00659-0908**<br>Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Animal Feed**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$328,868.63** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**DOL**<br>**TAX DIVISION**<br>**PO BOX 191020**<br>**San Juan, PR 00919-1020**<br>Date(s) debt was incurred **2015-2018**<br>Last 4 digits of account number **8000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Unemployment Taxes**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,241.00** |

| Debtor | Las Martas Inc. | Case number (if known) | 22-02380 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Dpto de Hacienda<br>PO Box 9024140<br>San Juan, PR 00918<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **For notice purposes only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ELA Dept of Agriculture<br>Box 10163<br>San Juan, PR 00908<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **3064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Disposal of several seizures of Milk by Suiza Dairy**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $8,989.87 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>ELA Land Authority<br>PO Box 9745<br>San Juan, PR 00908<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **For notice purposes only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>FEP Inc<br>Box 10163<br>San Juan, PR 00908<br><br>Date(s) debt was incurred **04/2017**<br>Last 4 digits of account number **3064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Contaminated Milk**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,242.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Fondo Fomento Industria Lechera<br>198 Calle Chardon<br>San Juan, PR 00923<br><br>Date(s) debt was incurred **1/2017 to 4/2017**<br>Last 4 digits of account number **3064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Medical Plan Dairy Farmers**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,234.36 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346<br><br>Date(s) debt was incurred **2009 to 2018**<br>Last 4 digits of account number **1863** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **940 & 943 Taxes Payment Plan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $34,531.78 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>L.A. Morales & Asociados PSC<br>Urb Villa Blanca<br>76 Aquamarina<br>Caguas, PR 00725<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $61,165.00 |

| Debtor | Las Martas Inc. | Case number (if known) | 22-02380 |
|---|---|---|---|

### 3.10 Luma
**Nonpriority creditor's name and mailing address**
Luma
PO BOX 363508
San Juan, PR 00936-3508

Date(s) debt was incurred **2009**
Last 4 digits of account number **0044**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$17,215.91**

---

### 3.11 Nutrimix Feed Co Inc.
**Nonpriority creditor's name and mailing address**
Nutrimix Feed Co Inc.
PO Box 11433
San Juan, PR 00922

Date(s) debt was incurred **2011**
Last 4 digits of account number **1863**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Animal Feed

Is the claim subject to offset? ■ No  ☐ Yes

**$20,266.42**

---

### 3.12 ORIL
**Nonpriority creditor's name and mailing address**
ORIL
Puerto Rico Dept of Agriculture
PO Box 10163
San Juan, PR 00908

Date(s) debt was incurred **05/16/2015**
Last 4 digits of account number **3064**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Confiscation due to Cryoscopy

Is the claim subject to offset? ■ No  ☐ Yes

**$4,316.15**

---

### 3.13 Patricia Galindez
**Nonpriority creditor's name and mailing address**
Patricia Galindez
PO Box 2453
Moca, PR 00676

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

### 3.14 PREPA
**Nonpriority creditor's name and mailing address**
PREPA
PO BOX 364267
San Juan, PR 00936

Date(s) debt was incurred **2017**
Last 4 digits of account number **1000**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$3,001.95**

---

### 3.15 PREPA
**Nonpriority creditor's name and mailing address**
PREPA
PO BOX 363508
San Juan, PR 00936-3508

Date(s) debt was incurred **2017**
Last 4 digits of account number **1863**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilies

Is the claim subject to offset? ■ No  ☐ Yes

**$22,294.89**

---

### 3.16 PREPA (Luma)
**Nonpriority creditor's name and mailing address**
PREPA (Luma)
PO BOX 363508
San Juan, PR 00936-3508

Date(s) debt was incurred **2009**
Last 4 digits of account number **0044**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$17,600.00**

---

| Debtor | Las Martas Inc. | Case number (if known) | 22-02380 |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>SIF<br>PO Box 365028<br>SAN JUAN, PR 00936-5028<br>Date(s) debt was incurred **2018-2021**<br>Last 4 digits of account number **0264** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Disability & Workers Insurance**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,486.05** |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>SIF<br>PO Box 365028<br>SAN JUAN, PR 00936-5028<br>Date(s) debt was incurred **2008 to 2016**<br>Last 4 digits of account number **0264** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Disability & Workers Compensation**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$8,146.13** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Luma<br>PO Box 362983<br>San Juan, PR 00936 | Line **3.14**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 541,600.14 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c.  $ | 541,600.14 |