**Fill in this information to identify the case:**

Debtor name: **Vaqueria Las Martas Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): **18-07304 ESL**

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Condado 5 LLC**<br>Creditor's Name<br><br>PO Box 190058<br>San Juan, PR 00919<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2003**<br>Last 4 digits of account number<br>**0600**<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**58,700 Milk Quota @ $12= $704,400; Market for raw milk fluctuates & was at petition date @ $12 +27.4842 cuerdas [3rd party] $54,940 + structures & equipment $53,060 + residence $205,000 = approx $1,017,400 [Int accrued $6,412.30 as per clm]**<br><br>**Describe the lien**<br>**Milk Quota @58,700**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,619,500.29 | $1,017,400.00 |
| **2.2** **USDA Farm Svc Agency**<br>Creditor's Name<br><br>654 Munoz Rivera Ave<br>Ste 829<br>San Juan, PR 00918<br>Creditor's mailing address<br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**32 Holstein Milk Cows $0 + Milk Tank $3,000 Massey Tractor Ferguson 1085 [in disrepair] Massey Tractor Feguson 3090 $3,000 + Incentives $35,000 Acct Recble Dept Agriculture pledged to USDA**<br>**6000 liters Milk Quota 2nd Rank $66,000 @ $11**<br><br>**Describe the lien**<br>**UCC**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes | $12,509.56 | $80,000.00 |

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Vaqueria Las Martas Inc.** | Case number (if know) | **18-07304 ESL** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
*10/2010*

**Last 4 digits of account number**
*4401*

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,632,009.85

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **FERRALUOLI LLC**<br>**221 P de LEON AVE 5TH FL**<br>**San Juan, PR 00917** | Line **2.1** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Vaqueria Las Martas Inc.* |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | 18-07304 ESL |

■ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**ELA DEPT OF TREASURY**<br>**Bankruptcy Div #424 B**<br>**PO BOX 9024140**<br>**San Juan, PR 00902-4140** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,187.31 | $1,134.21 |
|  | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**902 Corp C/S/I Taxes**<br>**1/2011**<br>**1/2012**<br>**2-6/2018** | | |
|  | Last 4 digits of account number **1863**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,752.01 | $0.00 |
|  | Date or dates debt was incurred<br>**2015 TO 2017** | Basis for the claim:<br>**940 & 943 Taxes owed** | | |
|  | Last 4 digits of account number **1863**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Vaqueria Las Martas Inc.** | Case number (if known) | **18-07304 ESL** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,144.20** | **$17,434.65** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2009 to 2018** | Basis for the claim:<br>**940 & 943 Taxes** | | |
| | Last 4 digits of account number **1863**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**SIF**<br>**PO Box 365028**<br>**SAN JUAN, PR 00936-5028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,767.32** | **$1,606.19** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**Disability & Workers Insurance**<br>**2018 $433.10**<br>**2019 $930.86** | | |
| | Last 4 digits of account number **0264**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**ADM Alliance Nutrition of PR**<br>**PO Box 908**<br>**Hatillo, PR 00659-0908** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$328,868.63** |
|---|---|---|---|
| | Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number _ | Basis for the claim: **Animal Feed**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Association Dairy Farmers**<br>**of Hatillo Inc.**<br>**PO Box 1339**<br>**Hatillo, PR 00659-1339** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,135.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2010**<br>Last 4 digits of account number **4503** | Basis for the claim: **Feed**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**DOL**<br>**TAX DIVISION**<br>**PO BOX 191020**<br>**San Juan, PR 00919-1020** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,720.06** |
|---|---|---|---|
| | Date(s) debt was incurred **2015-2018**<br>Last 4 digits of account number **8000** | Basis for the claim: **Unemployment Taxes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case:18-07304-ESL12 Doc#:831-9 Filed:02/27/96/25 Entered:02/27/96/25 18:04:32 Desc: Main
Document  Exhibit H  Page 41 of 628

| Debtor | **Vaqueria Las Martas Inc.** | Case number (if known) | **18-07304 ESL** |
|---|---|---|---|

| 3.4 | **Nonpriority creditor's name and mailing address**<br>*ELA Dept of Agriculture*<br>*Box 10163*<br>*San Juan, PR 00908*<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **3064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Disposal of several seizures of Milk by Suiza Dairy**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,127.66** |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>*ELA DEPT OF TREASURY*<br>*BK Div Ofic 424 B*<br>*PO BOX 9024140*<br>*San Juan, PR 00902-4140*<br>Date(s) debt was incurred **2011 to 2012**<br>Last 4 digits of account number **1863** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **200 Taxes owed**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,757.09** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>*FED ASOCIACION PECUARIAS*<br>*ZONA PORTUARIA*<br>*PO BOX 2635 MALECON*<br>*Mayaguez, PR 00681*<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Animal Feed**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>*FEP Inc*<br>*Box 10163*<br>*San Juan, PR 00908*<br>Date(s) debt was incurred **04/2017**<br>Last 4 digits of account number **3064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contaminated Milk**<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>*First Bank*<br>*Agency Collection Dept*<br>*PO BOX 9146*<br>*San Juan, PR 00908-0146*<br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **8174** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Unknown to debtor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$192.13** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>*Fondo Fomento Industria Lechera*<br>*198 Calle Chardon*<br>*San Juan, PR 00923*<br>Date(s) debt was incurred **1/2017 to 4/2017**<br>Last 4 digits of account number **3064** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Medical Plan Dairy Farmers**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,384.36** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>*Nutrimix Feed Co Inc.*<br>*PO Box 11433*<br>*San Juan, PR 00922*<br>Date(s) debt was incurred **2011**<br>Last 4 digits of account number **1863** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Animal Feed**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,266.42** |

| Debtor | **Vaqueria Las Martas Inc.** | Case number (if known) | **18-07304 ESL** |
|---|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address** <br> **PREPA** <br> **PO BOX 363508** <br> **San Juan, PR 00936-3508** <br> Date(s) debt was incurred **2017** <br> Last 4 digits of account number **1000** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _Utilities_ <br> Is the claim subject to offset? ■ No ☐ Yes | **$3,001.95** |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** <br> **PREPA** <br> **PO BOX 363508** <br> **San Juan, PR 00936-3508** <br> Date(s) debt was incurred **2017** <br> Last 4 digits of account number **1863** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _Utilies_ <br> _Clm 1-1_ <br> Is the claim subject to offset? ■ No ☐ Yes | **$22,294.89** |
| 3.13 | **Nonpriority creditor's name and mailing address** <br> **PREPA** <br> **PO BOX 363508** <br> **San Juan, PR 00936-3508** <br> Date(s) debt was incurred **2009** <br> Last 4 digits of account number **0044** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _Utilities ??_ <br> Is the claim subject to offset? ■ No ☐ Yes | **$17,600.00** |
| 3.14 | **Nonpriority creditor's name and mailing address** <br> **SIF** <br> **PO Box 365028** <br> **SAN JUAN, PR 00936-5028** <br> Date(s) debt was incurred **2008 to 2016** <br> Last 4 digits of account number **0264** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _Disability & Workers Compensation_ <br> _2008 $1,763.23   2014 $134.23   2010 $1,116.42_ <br> _2011 $2,204.53   2012 $766.60   2014 $34.23_ <br> _2015 $1,380.14   2016 $780.98   2017 $242.23_ <br> Is the claim subject to offset? ■ No ☐ Yes | **$8,146.13** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 46,850.84 |
| **5b. Total claims from Part 2** | 5b. + $ | 429,994.32 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 476,845.16 |