CM/ECF - U.S. Bankruptcy Court:prb  https://prb-ecf.sso.dcn/cgi-bin/SearchClaims.pl?138698807709877-L_1_1-1

Case:22-02380-ESL11 Doc#:137-10 Filed:12/13/23 Entered:12/13/23 02:54:18 Desc:
Case:22-02380-ESL12 Doc#:127 Filed:12/12/23 Entered:12/12/23 08:54:02 Desc:
Claims Register Exhibit Page 1 Page 1 of 3

# District of Puerto Rico
# Claims Register

## 22-02380-ESL12 LAS MARTAS INC

**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE INCLAN  **Chapter:** 12
**Office:** Old San Juan  **Last Date to file claims:**
**Trustee:** JOSE RAMON CARRION MORALES  **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (5023740)<br>Condado 5 LLC<br>PO Box 190085<br>San Juan, PR 00919 | **Claim No: 1**<br>*Original Filed Date*: 08/23/2022<br>*Original Entered Date*: 08/23/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GUSTAVO A CHICO-BARRIS<br>*Modified:* |

Amount claimed: $1532855.78
Secured claimed: $1532855.78

*History:*
Details  1-1  08/23/2022 Claim #1 filed by Condado 5 LLC, Amount claimed: $1532855.78 (CHICO-BARRIS, GUSTAVO )

*Description:* (1-1) Money loaned
*Remarks:* (1-1) Note(s), Deed(s), and Other(s).

| | | |
|---|---|---|
| *Creditor:* (5026610)<br>Autoridad de Tierras de Puerto Rico<br>PO Box 9745<br>San Juan, PR 00908 | **Claim No: 2**<br>*Original Filed Date*: 08/30/2022<br>*Original Entered Date*: 08/30/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Filer EPOC<br>*Modified:* |

Amount claimed: $18912.00

*History:*
Details  2-1  08/30/2022 Claim #2 filed by Autoridad de Tierras de Puerto Rico, Amount claimed: $18912.00 (EPOC, Filer )

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):1863

| | | |
|---|---|---|
| *Creditor:* (5023756)<br>SBA<br>Disaster Assist Proc & Dist Ctr<br>14925 Kingport Rd<br>Fort Worth, TX 76155-2243 | **Claim No: 3**<br>*Original Filed Date*: 08/30/2022<br>*Original Entered Date*: 08/30/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* PEDRO J LOPEZ BERGOLLO<br>*Modified:* |

Amount claimed: $106236.40
Secured claimed: $106236.40

*History:*
Details  3-1  08/30/2022 Claim #3 filed by SBA, Amount claimed: $106236.40 (LOPEZ BERGOLLO, PEDRO )
*Description:*
*Remarks:*

Apx. 407

CM/ECF - U.S. Bankruptcy Court:prb   https://prb-ecf.sso.dcn/cgi-bin/SearchClaims.pl?138698807709877-L_1_1-1

Case:22-02380-ESL11  Doc#:137-10 Filed:12/13/25 Entered:12/13/25 14:12  Desc: Exhibit Page 2 of 3
Case:22-02380-ESL11 Doc#:87 Filed:12/12/23 Entered:12/12/23 02:54:82 ID:2487626
Claim Register Page 2 of 3

| | | | |
|---|---|---|---|
| *Creditor:* (5028800)<br>LUMA<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR 00936 | **Claim No: 4**<br>*Original Filed Date*: 09/01/2022<br>*Original Entered Date*: 09/01/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Filer EPOC<br>*Modified:* | |

Amount claimed: $39510.60

*History:*

Details  4-1  09/01/2022 Claim #4 filed by LUMA, Amount claimed: $39510.60 (EPOC, Filer )

*Description:*

*Remarks:* (4-1) Account Number (last 4 digits):1863

| | | | |
|---|---|---|---|
| *Creditor:* (5023749)<br>IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 5**<br>*Original Filed Date*: 09/12/2022<br>*Original Entered Date*: 09/12/2022<br>*Last Amendment Filed*: 02/27/2023<br>*Last Amendment Entered*: 02/27/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* RICARDO PEREZ<br>*Modified:* | |

Amount  claimed: $37836.77
Secured  claimed:   $7581.78
Priority  claimed: $24122.89

*History:*

Details  5-1  09/12/2022 Claim #5 filed by IRS, Amount claimed: $40303.48 (PEREZ, RICARDO )
Details  5-2  10/13/2022 Amended Claim #5 filed by IRS, Amount claimed: $35493.69 (PEREZ, RICARDO )
Details  5-3  12/15/2022 Amended Claim #5 filed by IRS, Amount claimed: $35505.11 (PEREZ, RICARDO )
Details  5-4  02/27/2023 Amended Claim #5 filed by IRS, Amount claimed: $37836.77 (PEREZ, RICARDO )

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (5044322)<br>Puerto Rico Department of Labor<br>Collection Unit - 12th Floor<br>PO Box 195540<br>San Juan PR 00919 | **Claim No: 6**<br>*Original Filed Date*: 11/18/2022<br>*Original Entered Date*: 11/18/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ANTONIO R LANZAR<br>*Modified:* | |

Amount claimed: $8249.43
Priority  claimed: $1746.28

*History:*

Details  6-1  11/18/2022 Claim #6 filed by Puerto Rico Department of Labor, Amount claimed: $8249.43 (LANZAR, ANTONIO )

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (5059462)<br>CRIM<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | **Claim No: 7**<br>*Original Filed Date*: 01/30/2023<br>*Original Entered Date*: 01/30/2023 | *Status:* Withdraw 107<br>*Filed by:* CR<br>*Entered by:* CARMEN PRISCILLA FIGUEROA<br>*Modified:* | |

Apx. 408

Amount claimed: $484.76

*History:*

| | | | |
|---|---|---|---|
| Details ● | 7-1 | 01/30/2023 | Claim #7 filed by CRIM, Amount claimed: $484.76 (FIGUEROA, CARMEN ) |
| | 107 | 02/16/2023 | Withdrawal of Claim. 7 *filed by CRIM.* Filed by CARMEN PRISCILLA FIGUEROA on behalf of CRIM (FIGUEROA, CARMEN) Status: Withdraw |

*Description:* (7-1) Personal property taxes PIN 1863
*Remarks:*

# Claims Register Summary

**Case Name:** LAS MARTAS INC
**Case Number:** 22-02380-ESL12
**Chapter:** 12
**Date Filed:** 08/16/2022
**Total Number Of Claims:** 7

| Total Amount Claimed* | $1744085.74 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $1646673.96 | |
| **Priority** | $25869.17 | |
| **Administrative** | | |

Apx. 409