# District of Puerto Rico
# Claims Register

### 18-07304-ESL12 VAQUERIA LAS MARTAS INC Closed 07/28/2022, Debtor dismissed 04/22/2021

| | |
|---|---|
| **Bankruptcy Judge:** ENRIQUE S. LAMOUTTE INCLAN | **Chapter:** 12 |
| **Office:** Old San Juan | **Last Date to file claims:** |
| **Trustee:** JOSE RAMON CARRION MORALES | **Last Date to file (Govt):** |

| | | | |
|---|---|---|---|
| *Creditor:* (4668958)<br>PREPA - BANKRUPTCY OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936 | **Claim No: 1**<br>*Original Filed Date*: 12/21/2018<br>*Original Entered Date*: 12/21/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MARIA T GORBEA<br>*Modified:* |

Amount claimed: $22294.89

*History:*

Details    1-1    12/21/2018 Claim #1 filed by PREPA - BANKRUPTCY OFFICE, Amount claimed: $22294.89 (GORBEA, MARIA)

*Description:* (1-1) ELECTRICITY
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (4665797) **History**<br>USDA FARM SERVICE AGENCY<br>654 Munoz Rivera Avenue<br>654 Plaza Suite 829<br>San Juan, PR 00918 | **Claim No: 2**<br>*Original Filed Date*: 12/21/2018<br>*Original Entered Date*: 12/21/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Liha Sanchez<br>*Modified:* |

Amount claimed: $12509.56
Secured claimed: $12509.56

*History:*

Details    2-1    12/21/2018 Claim #2 filed by USDA FARM SERVICE AGENCY, Amount claimed: $12509.56 (Sanchez, Liha)

*Description:* (2-1) Monely Loaned (Loan 44-01)
*Remarks:* (2-1) Arrears: $12,509.56

| | | | |
|---|---|---|---|
| *Creditor:* (4672816)<br>FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION -CODE 248<br>PO BOX 9146, SAN JUAN PR 00908-0146 | **Claim No: 3**<br>*Original Filed Date*: 01/04/2019<br>*Original Entered Date*: 01/04/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* RAFAEL KORTRIGHT<br>*Modified:* |

Amount claimed: $192.13

*History:*

Details    3-1    01/04/2019 Claim #3 filed by FIRST BANK, Amount claimed: $192.13 (KORTRIGHT, RAFAEL)

*Description:* (3-1) 8174
*Remarks:* (3-1) deficiencia auto

| | | |
|---|---|---|
| *Creditor:* (4665792)<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | **Claim No: 4**<br>*Original Filed Date*: 01/29/2019<br>*Original Entered Date*: 01/29/2019<br>*Last Amendment Filed*: 03/19/2019<br>*Last Amendment Entered*: 03/19/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* RICARDO PEREZ<br>*Modified:* |

Amount claimed: $26294.08
Secured claimed:     $0.00
Priority claimed: $18450.86

*History:*

Details    4-1    01/29/2019 Claim #4 filed by INTERNAL REVENUE SERVICE, Amount claimed: $25144.20 (PEREZ, RICARDO)

Details    4-2    03/19/2019 Amended Claim #4 filed by INTERNAL REVENUE SERVICE, Amount claimed: $26294.08 (PEREZ, RICARDO)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4679113)<br>DEPARTMENT OF TREASURY<br>SECTION OF BANKRUPTCY 424-B<br>P.O. BOX 9024140<br>SAN JUAN P.R.00918-4140 | **Claim No: 5**<br>*Original Filed Date*: 01/30/2019<br>*Original Entered Date*: 01/30/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* DYANA CARMONA OSORIO<br>*Modified:* |

Amount claimed: $4187.31
Priority claimed: $1134.21

*History:*

Details    5-1    01/30/2019 Claim #5 filed by DEPARTMENT OF TREASURY, Amount claimed: $4187.31 (CARMONA OSORIO, DYANA)

*Description:* (5-1) IT ( 200) 2011, 2012 / (902) 2018
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4665788) History<br>CONDADO 5 LLC<br>PO BOX 190085<br>SAN JUAN PR 00919 | **Claim No: 6**<br>*Original Filed Date*: 02/19/2019<br>*Original Entered Date*: 02/19/2019 | *Status:* Allow 237<br>*Filed by:* CR<br>*Entered by:* CAMILLE N SOMOZA<br>*Modified:* |

Amount claimed: $1626362.59
Secured claimed: $1626362.59

*History:*

Details    6-1    02/19/2019 Claim #6 filed by CONDADO 5 LLC, Amount claimed: $1626362.59 (SOMOZA, CAMILLE)

           225    02/19/2021 Objection to Claim Number 6 *(30 Day(s) Objection Language)* by Claimant Condado 5, LLC (Attachments: # 1 Exhibit Certificate of Service)filed by ALEXANDRA RODRIGUEZ (ZF) on behalf of JOSE RAMON CARRION MORALES (RODRIGUEZ (ZF), ALEXANDRA)

           237    03/04/2021 ORDER Denying OBJECTION TO CLAIM No. 6. The Chapter 12 trustee's objection to proof of claim number 6 filed by Condado 5 LLC is denied without prejudice to filing an adversary proceeding pursuant to Fed. R. Bankr. P. 3007(b) and Fed. R. Bankr. P. 7001(1). See reply filed by Condado 5 LLC (dkt. #236). Signed on 3/4/2021. (RE: related document(s)225, 236). (RODRIGUEZ RODRIGUEZ, DENNIS) Status: Allow

*Description:* (6-1) MONEY LOANED
*Remarks:*

| | | |
|---|---|---|
| Creditor: (4688977)<br>State Insurance Fund Corporation<br>PO Box 365028<br>San Juan, PR 00936 | Claim No: 7<br>Original Filed<br>Date: 02/26/2019<br>Original Entered<br>Date: 02/26/2019 | Status:<br>Filed by: CR<br>Entered by: ALEJANDRO A SUAREZ CABRERA<br>Modified: |

Amount claimed: $9767.32
Priority claimed: $1606.19

History:

Details  7-1  02/26/2019 Claim #7 filed by State Insurance Fund Corporation, Amount claimed: $9767.32 (SUAREZ CABRERA, ALEJANDRO)

Description:
Remarks:

## Claims Register Summary

**Case Name:** VAQUERIA LAS MARTAS INC
**Case Number:** 18-07304-ESL12
**Chapter:** 12
**Date Filed:** 12/14/2018
**Total Number Of Claims:** 7

| Total Amount Claimed* | $1701607.88 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $1638872.15 | |
| **Priority** | $21191.26 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2025 21:47:54 | | | |
| **PACER Login:** | danpress | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 18-07304-ESL12 Filed or Entered From: 1/1/1990 Filed or Entered To: 1/7/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |