

**DEPARTAMENTO DE AGRICULTURA**
GOBIERNO DE PUERTO RICO

Oficina para la Reglamentación de la Industria Lechera (O.R.I.L.)

30 de octubre de 2025

### CERTIFICACIÓN

*Certifico*, que según el Registro de Transacciones de Cuota de la Oficina de la Reglamentación de la Industria Lechera (ORIL) para los periodos de liquidación terminados el **1 de enero de 2025 al 22 de octubre de 2025**, el precio pagado y/o valor dado a la cuota según los contratos presentados fluctuó de la siguiente forma:

| Ventas | Precio |
|---|---|
| Mínimo | $1.00 |
| Máximo | $2.00 |
| **Permuta** | **Valor** |
| Mínimo | $2.00 |
| Máximo | $2.00 |
| **Aportación de Capital** | **Valor** |
| Mínimo | $2.00 |
| Máximo | $9.00 |

*Certifico*, que los precios y/o valores dados a la cuota para el periodo que comprende la presente Certificación, fueron pactados libremente entre los comparecientes según los contratos presentados para inscripción. La ORIL no interviene de ninguna manera en la fijación del precio y/o valor dado a la cuota. La función de la Agencia respecto a los documentos presentados para inscripción en el Registro de Transacciones de Cuota, es examinar las formas extrínsecas de los documentos presentados, la capacidad de los otorgantes y asegurar que se presenten todos los documentos necesarios para cada transacción y aprobar su validez, según disponga la reglamentación vigente[1].

*Certifico*, que lo aquí expuesto es cierto, sin que se haya omitido a nuestro mejor conocimiento, información alguna y/o datos relacionados con el Registro de Transacciones de Cuotas de Producción de la Industria Lechera.

Agro. Jorge A. Campos Merced
**Administrador**
jcampos@agricultura.pr.gov



---

[1] Ley Núm. 301 de 2 de septiembre de 2000

198 CALLE CHARDON, HATO REY PUERTO RICO
PO BOX 10163, SAN JUAN PR 00908-1163 /oril@agricultura.pr.gov / 787-756-5945