**GOBIERNO DE PUERTO RICO**
Departamento de Agricultura
Oficina para la Reglamentación de la Industria Lechera (ORIL)

15 de agosto de 2022

## CERTIFICACIÓN

*Certifico,* que según el Registro de Transacciones de Cuota de la Oficina de la Reglamentación de la Industria Lechera (ORIL) durante los periodos de liquidación terminados el **5 de enero de 2022** al **3 de agosto de 2022**, el precio pagado por cuota fluctuó de la siguiente forma:

| Ventas | Valor |
|---|---|
| Mínimo | $ 5.00 |
| Máximo | $ 10.00 |

Este precio de compraventa de la cuota así como el valor asignado a ésta en los contratos de permuta fueron pactados libremente entre los comparecientes, siendo la única intervención de la ORIL con dicha transacción, asegurar el cumplimiento con los requisitos reglamentarios para su inscripción.

*Certifico,* que la información provista en esta Certificación es cierta sin que se haya omitido a nuestro mejor conocimiento información alguna y/o datos relacionados con la misma.

_____
Lcdo. Javier A. Lugo Rullán
Administrador

jlugo@agricultura.pr.gov



Sello Digital Número:
81089-2022-0813-05202004

198 Calle Chardón, Hato Rey
Apartado 10163, Santurce, Puerto Rico 00908
Tel. (787) 756-5945  Fax (787) 767-4969
oril@agricultura.pr.gov



Gobierno de Puerto Rico
**DEPARTAMENTO DE AGRICULTURA**