

**GOBIERNO DE PUERTO RICO**
Departamento de Agricultura
Oficina para la Reglamentación de la Industria Lechera (ORIL)

24 de mayo de 2023

## CERTIFICACIÓN

*Certifico*, que según el Registro de Transacciones de Cuota de la Oficina de Producción de la Industria Lechera (ORIL) para los periodos de liquidación terminados el **4 de enero de 2023** al **24 de mayo de 2023**, el precio pagado y/o valor dado a la cuota según los contratos presentados fluctuó de la siguiente forma:

| Ventas | Precio |
|---|---|
| Mínimo | $4.00 |
| Máximo | $8.00 |

| Permutas | Valor |
|---|---|
| Mínimo | $5.00 |
| Máximo | $6.00 |

| Aportación de Capital | Valor |
|---|---|
| Mínimo | $15.00 |
| Máximo | $15.00 |

*Certifico*, que los precios y/o valores dados a la cuota para el periodo que comprende la presente Certificación, fueron pactados libremente entre los comparecientes según los contratos presentados para inscripción. La ORIL no interviene de ninguna manera en la fijación del precio y/o valor dado a la cuota. La función de la Agencia respecto a los documentos presentados para inscripción en el Registro de Transacciones de Cuota, es examinar las formas extrínsecas de los documentos presentados, la capacidad de los otorgantes y asegurar que se presenten todos los documentos necesarios para cada transacción y aprobar su validez, según disponga la reglamentación vigente[1].

*Certifico*, que lo aquí expuesto es cierto, sin que se haya omitido a nuestro mejor conocimiento, información alguna y/o datos relacionados con el Registro de Transacciones de Cuotas de Producción de la Industria Lechera.

Ramón González Beiró
**Administrador Interino**
pirulgonzalez@



---

[1] *Ley Núm. 301 de 2 de septiembre de 2000*
198 Calle Chardón, Hato Rey
Apartado 10163, Santurce, Puerto Rico 00908
Tel. (787) 756-5945 Fax (787) 767-4969
oril@agricultura.pr.gov