**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor | |
| IN RE: | CASE NO. 23-03681 (ESL) |
| JUAN MANUEL BARRETO GINORIO | CHAPTER 11 |
| Debtor. | |

**URGENT MOTION TO CONVERT EVIDENTIARY HEARING SCHEDULED FOR
DECEMBER 18, 2025 TO A SETTLEMENT CONFERENCE**
(Case No. 22-02380 ECF No. 305)
(Case No. 23-03681 ECF Nos. 153 & 159)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully states and prays as follows:

1. On October 29, 2025, the Court entered an *Order* scheduling an evidentiary hearing for December 18, 2025, at 10:00a.m. (Case No. 22-02380 ECF No. 305). The hearing is also scheduled to continue through December 19, 2025.

2. On December 8, 2025, the Court entered an *Opinion and Order* scheduling an evidentiary hearing also for December 18, 2025, at 10:00a.m. (Case No. 23-03681, ECF No. 153). The hearing is also scheduled to continue through December 19, 2025.

3. On December 15, 2025, the Parties filed a *Joint Motion* requesting until December 16, 2025, to file the Pretrial Report which was granted by the Court (Case No. 22-02380 ECF Nos. 328 & 329 and Case No. 23-03681 ECF Nos. 155 & 156).

4. In the *Joint Motion*, Condado, Las Martas, Inc., and Juan Manuel Barreto Ginorio (collectively, the "Parties") stated they are engaged in good faith negotiations to settle the controversies between them (Case No. 22-02380 ECF No. 328, ¶4 and Case No. 23-03681 ECF No. 155, ¶4). The Parties are still engaged in meaningful settlement negotiations.

5.　　Condado requests the Court to convert the evidentiary hearing scheduled for December 18, 2025 to a settlement conference, and, if no settlement is reached, <u>to hold the evidentiary hearing on December 19, 2025</u>.

6.　　This request is made in good faith, for a good cause, and to promote judicial economy given the length of the instant cases.

WHEREFORE, Condado respectfully prays the Court to enter an order (i) converting the evidentiary hearing scheduled for <u>December 18, 2025</u> at 10:00a.m. (Case No. 22-02380 ECF No. 305 and Case No. 23-03681 ECF Nos. 153 & 159) <u>to a settlement conference</u>, and, if no settlement is reached, to <u>hold the evidentiary hearing on December 19, 2025</u>.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 17th day of December 2025.

<u>Compliance with PR LBR 9013-1(a): Urgent Motions</u>

Condado hereby certifies that they have carefully examined the matter and concluded that there is a true need for an urgent remedy; they have not created the urgency through any lack of due diligence; and they have made a bona fide effort to resolve the matter without a hearing.

<u>Certificate of Service</u>

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice.  Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". <u>P.R. Elec. Power Auth. v. Vitol, Inc.</u>, 298 F.R.D. 23, 26 (D.P.R.2014).

**Ferraiuoli** LLC

Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Telephone: 787.766.7000
Facsimile: 787.766.7001

　　<u>/s/Gustavo A. Chico-Barris</u>
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com