IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL |
| LAS MARTAS INC | Chapter 12 |
| JUAN MANUEL BARRETO GINORIO | CASE NO. 23-03681-ESL |
| Debtor(s) | FILED & ENTERED ON DEC/17/2025 |

ORDER

The motion filed by Condado 5 LLC (Docket Entry #332) is hereby granted. The Evidentiary hearing scheduled for December 18, 2025 is converted into a Settlement Conference. If no Settlement is reached, the Evidentiary hearing to be held on Friday, December 19, 2025, remains as scheduled.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17 day of December, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge