**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 22-02380 (ESL) |
| LAS MARTAS, INC. | CHAPTER 12 |
| Debtor. | |
| IN RE: | CASE NO. 23-03681 (ESL) |
| JUAN MANUEL BARRETO GINORIO | CHAPTER 11 |
| Debtor. | |

**MOTION SUBMITTING DOCUMENT: EXHIBITS TO PRETRIAL REPORT**
(Case No. 22-02380 ECF No. 330)
(Case No. 23-03681 ECF No. 157)

TO THE HONORABLE COURT:

COMES NOW secured creditor Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully states and prays as follows:

1. On October 29, 2025, the Court entered an *Order* scheduling an evidentiary hearing for December 18, 2025, at 10:00a.m. The hearing was converted to a settlement conference (Case No. 22-02380 ECF Nos. 305 & 333).

2. On December 8, 2025, the Court entered an *Opinion and Order* scheduling an evidentiary hearing also for December 18, 2025, at 10:00a.m. The hearing was converted to a settlement conference (Case No. 23-03681, ECF Nos. 153 & 162).

3. On December 16, 2025, Condado filed its *Pretrial Reports* in the captioned cases (Case No. 22-02380 ECF No. 330 and Case No. 23-03681 ECF No. 157).

4. In compliance, Condado submits herewith legible, true, and exact copies of certified translations of the evidence referenced in the *Pretrial Reports* as **composite Exhibit 1**.

WHEREFORE, Condado respectfully prays the Court to deem the *Order* and *Opinion and Order* (Case No. 22-02380 ECF No. 305 and Case No. 23-03681 ECF No. 153) complied with.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 17th day of December 2025.

Certificate of Service

I hereby certify on this same date, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor's counsel, the Chapter 12 Trustee, the U.S. Trustee for Region 21, and all parties that requested notice. Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". P.R. Elec. Power Auth. v. Vitol, Inc., 298 F.R.D. 23, 26 (D.P.R.2014).

**Ferraiuoli LLC**
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Telephone: 787.766.7000
Facsimile: 787.766.7001

*/s/Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com