United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 22-02380-ESL |
| LAS MARTAS INC | Chapter 12 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CONDADO 5 LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

**Name**          **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
     on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
     on behalf of Creditor CRIM cpfbkcy@gmail.com cpfbkcy@gmail.com

DANIEL MARK PRESS
     on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
     on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
     edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2025 | Form ID: pdf003 | Total Noticed: 1 |

JOSE RAMON CARRION MORALES
    EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ
    on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
    on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
    on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
    on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
    tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                      THE DISTRICT OF PUERTO RICO


  IN RE:                          CASE NO. 22-02380-ESL12
  LAS MARTAS INC                  Chapter 12




              Debtor              FILED & ENTERED ON DEC/15/2025
```

ORDER

The urgent motion requesting to stay disbursements filed by Condado 5, LLC (docket #325) is hereby denied. A bankruptcy case is administered based on the factual circumstances and rights that exist while the case is *pending*. Hypothetical or prospective collection activity by a creditor following dismissal of a case is irrelevant to, and has no bearing on, the administration of a case while it remains in bankruptcy.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of December, 2025.

/s/ Enrique S. Lamoutte
Enrique S. Lamoutte
United States Bankruptcy Judge