IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>LAS MARTAS, INC.<br><br>Debtor | CASE NO. 22-02380 (ESL)<br><br>CHAPTER 12 |

**MINUTES OF SETTLEMENT CONFERENCE**
**HELD ON DECEMBER 18, 2025**

This case came before the court on December 18, 2025, for an in-person Settlement Conference at creditor Condado 5 LLC's ("Condado") request, to which the Debtor did not object. See, dkts. ##332, 333.

**PARTIES PRESENT**

Daniel Mark Press, Esq., counsel for the Debtor

Gustavo A. Chico Barris, Esq., counsel for Condado 5, LLC

Tomás F. Blanco Pérez, Esq., counsel for Condado 5, LLC

José R. Carrión Morales, Esq., Chapter 12 Trustee

**DISCUSSION**

Counsel for the Debtor and Condado made their appearances and informed the court of the status of ongoing settlement negotiations. Counsel for the Debtor stated that the parties discussed the terms of a settlement stipulation and are engaged in discussions of the language to be included in the document. The Debtor informed that they are confident that they will be able to reach an agreement. Counsel for Condado stated that the parties have made substantial progress in their settlement talks and that they were hopeful that the day's discussions would be fruitful. In light of what was expressed by the parties, the court allowed them time to continue in-person settlement talks and the court recessed.

After the recess, the parties notified the court that they had reached a settlement agreement and that counsel for Condado would finalize and send the document to the Debtor and the Chapter 12 Trustee for their approval by end of day. The parties informed the court that they would submit the settlement stipulation to the court for its approval by end of day, and requested that the evidentiary hearing scheduled for December 19, 2025 be set aside. Counsel for the Debtor also requested thirty (30) days to submit an Amended Chapter 12 Plan. Condado and the Chapter 12 Trustee stated to have no objections.

Based upon the parties' representations, the court understood that the parties reached an agreement with no objections from the Chapter 12 Trustee, and noted that the same will be approved as it is in the best interest of the Debtor and the estate. After the Debtor's request for a shortened notice period, the court noted that there is no notice requirement as to the settlement stipulation if the Chapter 12 Trustee approves it. The settlement stipulation will be deemed approved upon filing and an order will be entered promptly. The court also thanked the parties for the diligence in their efforts to reach an agreement in the best interest of the parties and the estate.

Taking into consideration the above, it is hereby ORDERED:

1. That the parties shall file the settlement stipulation on or before December 19, 2025 for the court's approval.

2. That the evidentiary hearing scheduled for December 19, 2025 is set aside.

3. That the Debtor shall file an Amended Chapter 12 Plan incorporating the terms of the settlement stipulation within thirty (30) days after the approval of the settlement stipulation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of December 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge