IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LAS MARTAS INC<br><br><br><br><br>Debtor | CASE NO. 22-02380-ESL12<br>Chapter 12<br><br><br><br><br>FILED & ENTERED ON DEC/19/2025 |

ORDER

The settlement agreement/stipulation filed by the Debtor and Condado 5, LLC (docket #336) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of December, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge