United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 22-02380-ESL |
| LAS MARTAS INC | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf001 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |
| intp | + | SUIZA DAIRY, INC., Godreau & Gonzalez Law, PO Box 9024176, San Juan, PR 00902-4176, UNITED STATES 00902-4176 |
| 5023739 | | ADM Alliance Nutrition of PR, PO Box 908, Hatillo, PR 00659-0908 |
| 5026610 | + | Autoridad de Tierras de Puerto Rico, PO Box 9745, San Juan, PR 00908-0745 |
| 5059462 | | CRIM, PO BOX 195387, SAN JUAN PR 00919-5387 |
| 5023740 | + | Condado 5 LLC, PO Box 190085, San Juan, PR 00919-0085 |
| 5023741 | | DOL, TAX DIVISION, PO BOX 191020, San Juan, PR 00919-1020 |
| 5023743 | + | ELA Dept of Agriculture, Box 10163, San Juan, PR 00908-1163 |
| 5023745 | + | ELA Land Authority, PO Box 9745, San Juan, PR 00908-0745 |
| 5023746 | + | FEP Inc, Box 10163, San Juan, PR 00908-1163 |
| 5023747 | | FERRALUOLI LLC, Luis G Parrilla Hernandez Esq, PO Box 195168, San Juan, PR 00919-5168 |
| 5023748 | + | Fondo Fomento Industria Lechera, 198 Calle Chardon, San Juan, PR 00918-1744 |
| 5023750 | + | L.A. Morales & Asociados PSC, Urb Villa Blanca, 76 Aquamarina, Caguas, PR 00725-1908 |
| 5023751 | + | Luma, PO Box 362983, San Juan, PR 00936-2983 |
| 5023752 | + | Nutrimix Feed Co Inc., PO Box 11433, San Juan, PR 00922-1433 |
| 5023753 | + | ORIL, Puerto Rico Dept of Agriculture, PO Box 10163, San Juan, PR 00908-1163 |
| 5023754 | + | Patricia Galindez, PO Box 2453, Moca, PR 00676-2453 |
| 5023758 | | SBA PR District Office, 273 P de Leon Ave, Plaza 273 Ste 510, San Juan, PR 00917 |
| 5023760 | | Suiza Dairy Corp., 940 Av. Jos de Diego, San Juan, PR 00921 |
| 5023761 | + | US Attorney, Torre Chard n, Suite 1201, 350 Carlos Chard n Street, San Juan, PR 00918-2124 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Dec 19 2025 18:44:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Dec 19 2025 18:44:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Dec 19 2025 18:44:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Dec 19 2025 18:44:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| cd | | Email/Text: pedro.lopez-bergollo@sba.gov | Dec 19 2025 18:44:00 | US SMALL BUSINESS ADMINISTRATION, 273 PONCE DE LEON AVE SUITE 510, PLAZA 273, SAN JUAN, PR 00917-1930 |
| 5023742 | + | Email/Text: bankruptcy@hacienda.pr.gov | Dec 19 2025 18:44:00 | Dpto de Hacienda, PO Box 9024140, San Juan, PR 00902-4140 |
| 5023744 | | Email/Text: bankruptcy@hacienda.pr.gov | Dec 19 2025 18:44:00 | ELA DEPT OF TREASURY, Bankruptcy Div #424 B, PO BOX 9024140, San Juan, PR 00902-4140 |
| 5023749 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

District/off: 0104-3 User: admin Page 2 of 3
Date Rcvd: Dec 19, 2025 Form ID: pdf001 Total Noticed: 34

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 19 2025 18:44:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5028800 | Email/Text: quiebras@lumapr.com | Dec 19 2025 18:44:00 | LUMA, REVENUE PROTECTION, PO BOX 364267, SAN JUAN, PR 00936 |
| 5023755 | Email/Text: quiebras@lumapr.com | Dec 19 2025 18:44:00 | PREPA (Luma), PO BOX 364267, San Juan, PR 00936 |
| 5044322 + | Email/Text: Quiebras@trabajo.pr.gov | Dec 19 2025 18:44:00 | Puerto Rico Department of Labor, Collection Unit - 12th Floor, PO Box 195540, San Juan PR 00919-5540 |
| 5023756 | Email/Text: bankruptcynotices@sba.gov | Dec 19 2025 18:44:00 | SBA, Disaster Assist Proc & Dist Ctr, 14925 Kingport Rd, Fort Worth, TX 76155-2243 |
| 5023757 + | Email/Text: bankruptcynotices@sba.gov | Dec 19 2025 18:44:00 | SBA GENERAL COUNSEL, 409 3RD STREET SW, WASHINGTON, DC 20416-0005 |
| 5023759 | Email/Text: wcaraballo@fondopr.com | Dec 19 2025 18:44:00 | SIF, PO Box 365028, SAN JUAN, PR 00936-5028 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CONDADO 5 LLC |
| intp | | Vaqueria Tres Monjitas Inc |
| cr | * | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

**Name** **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
    on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
    on behalf of Creditor CRIM cpfbkcy@gmail.com cpfbkcy@gmail.com

DANIEL MARK PRESS
    on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
    on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES

District/off: 0104-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 19, 2025 | Form ID: pdf001 | Total Noticed: 34

    EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ
    on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
    on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
    on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
    on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
    tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

LAS MARTAS, INC.

Debtor

CASE NO. 22-02380 (ESL)

CHAPTER 12

**MINUTES OF SETTLEMENT CONFERENCE
HELD ON DECEMBER 18, 2025**

This case came before the court on December 18, 2025, for an in-person Settlement Conference at creditor Condado 5 LLC's ("Condado") request, to which the Debtor did not object. See, dkts. ##332, 333.

**PARTIES PRESENT**

Daniel Mark Press, Esq., counsel for the Debtor

Gustavo A. Chico Barris, Esq., counsel for Condado 5, LLC

Tomás F. Blanco Pérez, Esq., counsel for Condado 5, LLC

José R. Carrión Morales, Esq., Chapter 12 Trustee

**DISCUSSION**

Counsel for the Debtor and Condado made their appearances and informed the court of the status of ongoing settlement negotiations. Counsel for the Debtor stated that the parties discussed the terms of a settlement stipulation and are engaged in discussions of the language to be included in the document. The Debtor informed that they are confident that they will be able to reach an agreement. Counsel for Condado stated that the parties have made substantial progress in their settlement talks and that they were hopeful that the day's discussions would be fruitful. In light of what was expressed by the parties, the court allowed them time to continue in-person settlement talks and the court recessed.

After the recess, the parties notified the court that they had reached a settlement agreement and that counsel for Condado would finalize and send the document to the Debtor and the Chapter 12 Trustee for their approval by end of day. The parties informed the court that they would submit the settlement stipulation to the court for its approval by end of day, and requested that the evidentiary hearing scheduled for December 19, 2025 be set aside. Counsel for the Debtor also requested thirty (30) days to submit an Amended Chapter 12 Plan. Condado and the Chapter 12 Trustee stated to have no objections.

Based upon the parties' representations, the court understood that the parties reached an agreement with no objections from the Chapter 12 Trustee, and noted that the same will be approved as it is in the best interest of the Debtor and the estate. After the Debtor's request for a shortened notice period, the court noted that there is no notice requirement as to the settlement stipulation if the Chapter 12 Trustee approves it. The settlement stipulation will be deemed approved upon filing and an order will be entered promptly. The court also thanked the parties for the diligence in their efforts to reach an agreement in the best interest of the parties and the estate.

Taking into consideration the above, it is hereby ORDERED:

1. That the parties shall file the settlement stipulation on or before December 19, 2025 for the court's approval.

2. That the evidentiary hearing scheduled for December 19, 2025 is set aside.

3. That the Debtor shall file an Amended Chapter 12 Plan incorporating the terms of the settlement stipulation within thirty (30) days after the approval of the settlement stipulation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of December 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge

-3-