**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------X
In re:                                                    :        **Chapter 12**
                                                          :
LAS MARTAS, INC.                                          :        **Case No.** 22-02380 (ESL)
                                                          :
**Debtor.**                                               :
                                                          :
-----------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED PLAN

TO THE HONORABLE COURT:

COMES NOW the Debtor, Las Martas, Inc., through the undersigned counsel, and respectfully moves for a 30-day extension of time to file its Amended Plan. In support thereof, Debtor states as follows:

1. The Court, at the Settlement Conference, and as set forth in the minutes thereof [Doc. 340], gave Debtor 30 days from approval of the Stipulation with Condado 5 to file an Amended Plan. That would make the plan due today, January 20, 2026.

2 Subsequently, pursuant to the terms of the Stipulation, an offer was received on the residential property of Debtor's principal, Mr. Barreto, which will generate enough proceeds, in addition to the payment to Condado 5 made from the disbursement of the escrowed milk proceeds, to satisfy the secured claim of Condado 5 in full. See Case No. 23-03681, Doc. 175.

3. If that agreement to sell is approved, and provided it closes, satisfying that claim will make a material difference in the structure and timing of payments under Debtor's plan,

4. Accordingly, Debtor respectfully requests that its time to file an amended plan be

--                                                        1

extended by 30 days, to February 19, 2026.

Dated: January 20, 2026.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, #204704
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including counsel for Condado 5, the Chapter 12 Trustee, and the U.S. Trustee for Region 21.

/s/ Daniel M. Press
Daniel M. Press, #204704