United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 22-02380-ESL |
| LAS MARTAS INC | Chapter 12 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: oexttm | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

**Name**            **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
    on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
    on behalf of Creditor CRIM cpfbkcy@gmail.com cpfbkcy@gmail.com

DANIEL MARK PRESS
    on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
    on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
    edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES
    EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: oexttm | Total Noticed: 1 |

    on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
    on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
    on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
    on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
    tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**LAS MARTAS INC**<br>**dba VAQUERIA LAS MARTAS**<br><br>**66−0541863**<br><br>Debtor(s) | Case No. **22−02380 ESL**<br><br>Chapter **12**<br><br>FILED & ENTERED ON 1/21/26 |

***ORDER***

The motion filed by Debtor requesting extension of time of 30 days to file an amended chapter 12 plan (docket #347) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, January 21, 2026 .

Enrique S. Lamoutte
United States Bankruptcy Judge