**Fill in this information to identify the case:**

Debtor Name __LAS MARTAS, INC.__

United States Bankruptcy Court for the: _____ District of ___Puerto Rico_____

Case number: __22-02380__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __December 2025__                    Date report filed: _____
                                                            MM / DD / YYYY

Line of business: __DAIRY FARM__               NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:              JUAN M. BARRETO

Original signature of responsible party

Printed name of responsible party       JUAN M. BARRETO

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | LAS MARTAS, INC. | Case number | 22-02380 |
| --- | --- | --- | --- |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 105.22

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.

    $ 182,733.28

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.

    – $ 13,794.86

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*

    + $ 168.938.42

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 169,043.64

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ _____

    *(Exhibit E)*

Debtor Name  LAS MARTAS, INC.                          Case number  22-02380

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                           $ _____ 0.00

       *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____ 2

27. What is the number of employees as of the date of this monthly report?           _____ 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 20,800.00

30. How much have you paid this month in other professional fees?                                         $ _____ 500.00

31. How much have you paid in total other professional fees since filing the case?                        $ _____ 10,650.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | **−** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | **−** | $ _____ | **=** | $ _____ |
| 33. **Cash disbursements** | $ _____ | **−** | $ _____ | **=** | $ _____ |
| 34. **Net cash flow** | $ _____ | **−** | $ _____ | **=** | $ _____ |

35. Total projected cash receipts for the next month:                               $ _____

36. Total projected cash disbursements for the next month:                        **−** $ _____

37. Total projected net cash flow for the next month:                             **=** $ _____

Debtor Name  LAS MARTAS, INC.                                    Case number 22-02380

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

# Asociación De Ganaderos De Hatillo
## Carr 487 Km 0.1
## Bo Buena Vista
## Hatillo PR 00659
## PHONE: (787) 898-2100

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| 204503 | 000 | | | 4%15DAYS | LIS | 12/31/25  2:17 |

DUE DATE: 1/30/26          TERMINAL: 301

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO          PR
787-692-4673

**SHIP TO:**
CARDHOLDER/VISA

TAX: 102 STATE &CITY SALES TAX

# *INVOICE: A75826*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 50 | 50 | EA | 310120600 | MANGA ROJA 1 PULG | | 50 | 3.55 | /EA | 177.50 N |
| 4 | 1 | 1 | EA | 405007515 | GRAZON NEXT 2.0 GALONES | | 1 | 159.60 | /EA | 159.60 N |
| 5 | 1 | 1 | EA | 200021500 | PRIVERMECTIN 5 LT | | 1 | 95.00 | /EA | 95.00 N |

** PAID IN FULL **          432.10

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 432.10 |
| SUBTOTAL | 432.10 |

| TAX AMOUNT | 0.00 |
|---|---|
| **TOTAL** | **432.10** |

**TOT WT: 0.00**
MID: ***6812

**BANKCARD PAYMENT**          432.10
BKCRD# XXXXXXXXXXXX4272
Prior Balance:0.00

APP: 011071          XR: 075826

X _____
Received By

# Asociacion De Ganaderos De Hatillo
## Carr 487 Km 0.1
## Bo Buena Vista
## Hatillo PR 00659
## PHONE: (787) 898-2100

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | | TERMS: | CLERK: | DATE / TIME: | |
|---|---|---|---|---|---|---|---|---|
| 204503 | 000 | | | | 4%15DAYS | LIS | 12/5/25 | 12:17 |

DUE DATE: 1/4/26     TERMINAL: 300

**SOLD TO:**
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO          PR
787-692-4673

**SHIP TO:**
CARDHOLDER/VISA

TAX: 102 STATE &CITY SALES TAX

# INVOICE: A71985

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EA | 239903430 | VITA-JEC B COMPLEX FORT 250 mL. | | 1 | 22.00 | /EA | 22.00 N |

| | | | |
|---|---|---|---|
| ** PAID IN FULL ** | 22.00 | TAXABLE | 0.00 |
| | | NON-TAXABLE | 22.00 |
| | | SUBTOTAL | 22.00 |

| | |
|---|---|
| TAX AMOUNT | 0.00 |
| **TOTAL** | **22.00** |

**TOT WT: 0.00**
MID: ***6812

**BANKCARD PAYMENT**
BKCRD# XXXXXXXXXXXX7958
Prior Balance:0.00

APP: 101596      XR: 071985

22.00

X
_____
Received By

**Asociacion De Ganaderos De Hatillo**
**Carr 487 Km 0.1**
**Bo Buena Vista**
**Hatillo PR 00659**
**PHONE: (787) 898-2100**

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|---|
| 204503 | 000 | | | | 4%15DAYS | EDW | 12/2/25   2:27 |

DUE DATE: 1/1/26      TERMINAL: 300

SOLD TO:
LAS MARTAS DAIRY
HC 05 BOX 91635
HATO ABAJO
ARECIBO      PR
787-692-4673

SHIP TO:

TAX: 102  STATE &CITY SALES TAX

# INVOICE: A71284

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 2 | EA | 600900144 | LIQ PS/FRENO 32 OZ | | 2 | 5.75 | /EA | 11.50 N |
| 2 | 4 | 4 | EA | 301020500 | CLOROX GALON ORIGINAL | | 4 | 3.75 | /EA | 15.00 N |
| 3 | 2 | 2 | EA | 330301616 | FLAPPER VALVE 1.5"TRICLAM | | 2 | 8.55 | /EA | 17.10 N |

|  |  |  |
|---|---|---|
| ** PAYMENT RECEIVED ** | 45.00 | TAXABLE            0.00 |
| ** CHANGE GIVEN ** | 1.40 | NON-TAXABLE        43.60 |
| | | SUBTOTAL           43.60 |
| **CASH PAYMENT** | 45.00 | |
| | | TAX AMOUNT         0.00 |
| | | **TOTAL           43.60** |

TOT WT: 0.00

Prior Balance:0.00

X _____
Received By

**RECIBO DE PAGO**

**ADM®** ANIMAL NUTRITION OF P.R., LLC

**94117**

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: _311450_

Recibí de: _MR. LM Dairy_          Fecha: _12-16-2025_

Efectivo                      $_____

Cheque a Nuestro Favor        $_____

Cheque Endosado               $_____

TOTAL                         $ _1,600.00_

CHEQUE #_____   # CKS ENDOSADOS_____

| FACTURA# | IMPORTE | DESC | C/M | OTRO | NETO |
|----------|---------|------|-----|------|------|
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |
|          |         |      |     |      |      |

Comentarios:

_Client deposito el 12-16-2025_

Firma  Vendedor: _____     Firma  Cliente: _____

**RECIBO DE PAGO**

**94105**

# ADM® ANIMAL NUTRITION OF P.R., LLC

**Teléfono:**

☐ MASTER MIX          787-878-7474
☐ NUTRIMIX FEED COMPANY   787-641-5175

No. Cliente: _311490_

Recibí de: _NE-LM Dairy_          Fecha: _12.3.2025_

| | | |
|---|---|---|
| Efectivo | $ | |
| Cheque a Nuestro Favor | $ | |
| Cheque Endosado | $ | |
| TOTAL | $ | _1700.00_ |

CHEQUE # _____     # CKS ENDOSADOS _____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | 1700 \| 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comentarios:

_Cliente deposito el 12-02-2025_

Firma Vendedor: _____     Firma Cliente: _____



**ANIMAL NUTRITION OF P.R., LLC**

RECIBO DE PAGO

**94801**

☐ MASTER MIX
☐ NUTRIMIX FEED COMPANY

**Teléfono:**
787-878-7474
787-641-5175

No. Cliente: _311490_

Recibí de: _ME – LM Dairy_          Fecha: _12·30·2025_

| | |
|---|---|
| Efectivo | $ _____ |
| Cheque a Nuestro Favor | $ _____ |
| Cheque Endosado | $ _____ |
| TOTAL | $ _1,600.∾_ |

CHEQUE # _____      # CKS ENDOSADOS _____

| FACTURA # | IMPORTE | DESC | C/M | OTRO | NETO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comentarios:

_Client deposit al 12·29·2025_

Firma Vendedor: _____      Firma Cliente: _____

**After Five Days Return To:**
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| 12/31/25 |

00002039 FFBPRR010126070458OR 3 100000000



LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR  00612-9517

**020-BUSINESS PLUS CORP**

7280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 103.93 | 9 | 174,908.67 | 28 | 7,263.89 | 0.00 | 167,748.71 |

## CHECKING ACCOUNT TRANSACTIONS
### DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | | DESCRIPTION |
| --- | --- | --- | --- |
| 12/05 | 135.26 | | ACH CREDIT-120525-221571418595286 |
| | | | INDULAC 172                          PAYMENT |
| 12/08 | 1,000.00 | | CASH DEPOSIT   *From Oriental Bank* |
| 12/09 | 20.00 | | CASH DEPOSIT-0000000156 |
| 12/12 | 70.12 | MQ | CHECK DEPOSIT-0000000156 |
| 12/19 | 136.81 | | ACH CREDIT-121925-221571419210094 |
| | | | INDULAC 172                          PAYMENT |
| 12/22 | 1,380.00 | | CHECK DEPOSIT-0000000156   *From Oriental Bank* |
| 12/24 | 81.28 | MQ | CHECK DEPOSIT |
| 12/30 | 171,943.24 | | CHECK DEPOSIT-0000000102   *Court Consigned Funds* |
| 12/31 | 141.96 | | ACH CREDIT-123125-221571413344468 |
| | | | INDULAC 172                          PAYMENT |

### CHECKS

| DATE | CHECK NO | AMOUNT | | DATE | CHECK NO | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 12/08 | 787 | 500.00 | | 12/22 | 792 | 200.00 |
| 12/08 | 786 | 450.00 | | 12/31 | 794 | 2,000.00 |
| 12/08 | 788 | 100.00 | | 12/31 | 795 | 1,800.00 |
| 12/22 | 791 | 600.00 | | 12/31 | 796 | 300.00 |
| 12/22 | 790 | 500.00 | | 12/31 | 797 | 250.00 |

### OTHER DEBITS



| DATE | AMOUNT | DESCRIPTION |
| --- | --- | --- |
| 12/01 | 80.00 | ATM WITHDRAWAL - 112925*007402 |
| | | FBPR ARECIBO WI    ARECIBO     PR |
| 12/01 | 4.45 | POS DEBIT -HATILLO CASH KARRY-113025*050687 |
| | | ARECIBO     PR |
| 12/08 | 47.10 | POS DEBIT -ECOMAXX CORCOVADA -120525*057524 |
| | | HATILLO     PR |
| 12/08 | 30.00 | POS DEBIT -ECOMAXX CORCOVADA -120625*057562 |
| | | HATILLO     PR |
| 12/08 | 20.99 | POS DEBIT -HATILLO CASH KARRY-120525*489598 |
| | | ARECIBO     PR |

**1First Bank**

## CHECKING ACCOUNT TRANSACTIONS
## OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 12/12 | 8.57 | POS DEBIT -BETTER GASOLINE 1 -121125*053758 HATILLO      PR |
| 12/15 | 60.00 | ATM WITHDRAWAL - 121325*009918 FBPR ARECIBO WI      ARECIBO      PR |
| 12/15 | 10.00 | POS DEBIT -ECOMAXX CORCOVADA -121325*059017 HATILLO      PR |
| 12/19 | 8.55 | POS DEBIT -HATILLO CASH KARRY-121925*129275 ARECIBO      PR |
| 12/19 | 4.88 | POS DEBIT -HATILLO CASH KARRY-121925*498257 ARECIBO      PR |
| 12/22 | 127.34 | POS DEBIT -THE HOME DEPOT #PU-121925*408602 602PUERTO RI 00 |
| 12/22 | 80.00 | ATM WITHDRAWAL - 122025*001095 FBPR ARECIBO WI      ARECIBO      PR |
| 12/26 | 30.00 | POS DEBIT -ECOMAXX CORCOVADA -122525*061524 HATILLO      PR |
| 12/29 | 16.68 | POS DEBIT -HATILLO CASH KARRY-122925*504310 ARECIBO      PR |
| 12/30 | 32.00 | POS DEBIT -ECOMAXX CORCOVADA -123025*062382 HATILLO      PR |
| 12/31 | 2.99 | PAPER STATEMENT FEE* |
| 12/31 | 0.31 | IVU ESTATAL |
| 12/31 | 0.03 | IVU MUNICIPAL |

\* \* \* \* \* \* \* \* \* \* \* \* DAILY BALANCE INFORMATION \* \* \* \* \* \* \* \* \* \* \* \*

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/30 | 103.93 | 12/12 | 88.20 | 12/26 | 65.52 |
| 12/01 | 19.48 | 12/15 | 18.20 | 12/29 | 48.84 |
| 12/05 | 154.74 | 12/19 | 141.58 | 12/30 | 171,960.08 |
| 12/08 | 6.65 | 12/22 | 14.24 | 12/31 | 167,748.71 |
| 12/09 | 26.65 | 12/24 | 95.52 | | |

VISITA NUESTRAS NUEVAS ATMS EN YABUCOA, VEGA BAJA, YAUCO,
TOA ALTA, CANOVANAS, CAYEY, SAN LORENZO, HUMACAO Y NAGUABO.
BUSCALAS EN EL LOCALIZADOR.

THIS STATEMENT IS NOT, IN ANY WAY, NOR IT IS INTENDED TO BE,
A COLLECTION EFFORT.
ESTE ESTADO NO ES, NI PRETENDE SER, UNA GESTION DE COBRO.



**1 First Bank**

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES



Check: 788    Amount: $100.00    Date: 12/08/2025

Check: 786    Amount: $450.00    Date: 12/08/2025

Check: 787    Amount: $500.00    Date: 12/08/2025

Check: 791    Amount: $600.00    Date: 12/22/2025

Check: 792    Amount: $200.00    Date: 12/22/2025

Check: 790    Amount: $500.00    Date: 12/22/2025

**1 First Bank**

FirstBank certifies that these images are legitimate and exact copies of
your checks or other items processed in this statement.

## CHECK IMAGES (Continued)



| Check: 794 | Amount: $2,000.00 | Date: 12/31/2025 |
| Check: 795 | Amount: $1,800.00 | Date: 12/31/2025 |



| Check: 796 | Amount: $300.00 | Date: 12/31/2025 |
| Check: 797 | Amount: $250.00 | Date: 12/31/2025 |



CASE N° 22-02380 ESL

Income Statement
December 2025 LAS MARTAS
Milking 18 Cows Averaging 8 Lts/cow/Day
Producing  3.48 % of Milk Quota
2,040 Liters Biweekly

Cows Culled: 1
Deaths:    0
Dry Cows:  33         Milk Quota:  58,700 lts biweekly
                     Pooled Price:  94.897¢/lt

| **INCOME:** | VTM | | $ |
|---|---|---|---|
| **Milk Sales:** | Liq. Dec. 5 | 1,541 lts @ 98.09¢/Lt | 1,511.57 |
| | Liq. Dec. 19 | 1,844 Lts @ 98.09¢/Lt | 1,808.78 |
| | Liq. Dec. 31 | 1,819 lts @ 98.09¢/lt | 1,784.26 |
| INDULAC: | Liq. Dec. 5 | 212 lts @63.8¢/lt. | 135.26 |
| | Liq. Dec. 19 | 188 lts @72.8¢/lt | 136.81 |
| | Liq. Dec. 31 | 229 lts @ 62¢/lt | 141.96 |
| Milk Quality Check | | | 151.40 |
| Sale of  Culled Cow, Heifers  and Male Calves | | | 220.00 |
| Sale of hay | | Cash and Checks. Not All is Deposited in Acct. | 4,900.00 |
| Consigned Court Funds | | Received on December 30,  2025 | 171,943.24 |
| Money in bank and on hand | | | 105.22 |
| | **Total Income:** | | 182,838.50 |

**Less Direct Costs:**

| | | |
|---|---|---|
| Feed & Supplements | 4,900.00 | |
| Medicines,  Veterinary, materials and Supplies | 393.65 | |
| **Total Direct Costs:** | | 5,293.65 |
| **GROSS PROFIT** | | **177,544.85** |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | 1,850.00 | |
| Department of Labor | | 0.00 | |
| Farm Maintenance & repairs | Home Depot    ATH | 127.34 | |
| Milking Equipment | | 250.00 | |
| Farm Machinery | | 0.00 | |
| Car & Truck | | 0.00 | |
| Fuel | ATH & Cash | 377.67 | |
| Utilities | | 0.00 | |
| Farm Lease | Juan Manuel Barreto #787 | 500.00 | |
| Professional Services | CPA & Gestoría | 500.00 | |
| Lab. Milk Samples | | 0.00 | |
| Miscellaneous | Meals | 0.00 | |
| Herbicide | AGH | 159.60 | |
| Freight | Bales of Hay    #795 | 1,800.00 | |
| Bank charges | | 54.06 | |
| **Total Operational Costs:** | | | 5,618.67 |
| **OPERATIONAL INCOME** | | | **171,926.18** |

| | | | |
|---|---|---|---|
| **Capital Expenditures:** | Purchase of Heifer.   #794 | | 2,000.00 |

**Less Obligations & Others: (Through Milk Assignments)**

| | | | |
|---|---|---|---|
| VTM | Retained by VTM | - | |
| VTM | Laboratory | 4.00 | |
| ADM Alliance Nutrition | | 600.00 | |
| ORIL | Fine for Damaged Milk | 278.54 | |
| **Total Obligations, & Others:** | | | 882.54 |

| | | |
|---|---|---|
| **Net Income:** | | **169,043.64** |

Bank Accts.  $169,541.34
Cash on Hand.  $2.30

CASE N° 22-02380 ESL

Income Statement

December 2025 LAS MARTAS

Milking 18 Cows Averaging 8 Lts/cow/Day

Producing  3.48 % of Milk Quota

2,040 Liters Biweekly

**WAGES:**

| | Wesley Romero | | | Juan Manuel Barreto | |
|---|---|---|---|---|---|
| Dec. 8 | 450.00 | #786 | Dec. 22 | 600.00 | #791 |
| Dec. 22 | 500.00 | #790 | Dec. 31 | 300.00 | #796 |
| | 950.00 | | | 900.00 | |

**FEED** | | $ |
|---|---|---|
| Dec. 3 | Cash/Sale of Hay | 1,700.00 |
| Dec.16 | Cash/Sale of Hay | 1,600.00 |
| Dec. 30 | Cash/Sale of Hay | 1,600.00 |
| | | 4,900.00 |

**Farm Lease**

| | $ | |
|---|---|---|
| Dec. 8 | 500.00 | #787 |

**CPA & Gestoría**

| | | |
|---|---|---|
| Cash | 200.00 | CPA |
| #788 | 100.00 | Secretary , Xiomara |
| #792 | 200.00 | Secretary , Xiomara |
| | 500.00 | |



**INDUSTRIA LECHERA DE PUERTO RICO, INC.**

PO BOX 362949
SAN JUAN, PR 00936-2949



## DIRECT DEPOSIT ADVICE

**Liquidación del 12/3/2025**

**Periodo de la catorcena 11/20/2025 al 12/3/2025**

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000003406 | 12/5/2025 | 0003064  LAS MARTAS, INC.<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | jmbarretoginorio@gmail.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganadero Nivel 2 | 0.638 | 212.00 | 135.26 | 3,159.46 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 135.26 | 3,159.46 |

| | Total Pay / Deposited: | $135.26 |
|---|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | **Total Deposito Directo:** | 135.26 | 3,159.46 |
| **Ingreso Total:** | 135.26 | 3,159.46 | **Total Deducciones:** | 0.00 | 0.00 |
| **Neto:** | 135.26 | | | | |

**LAS MARTAS, INC.**

HC 5 BOX 91635
ARECIBO, PR 00612-9517



**INDUSTRIA LECHERA DE PUERTO RICO, INC.**
PO BOX 362949
SAN JUAN, PR 00936-2949



## DIRECT DEPOSIT ADVICE

**Liquidación del 12/17/2025**

**Periodo de la catorcena 12/4/2025 al 12/17/2025**

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000003567 | 12/19/2025 | 0003064  LAS MARTAS, INC.<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | jmbarretoginorio@gmail.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganaderos Nivel 2 | 0.728 | 188.00 | 136.81 | 3,296.27 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR  Cuenta: \*\*\*\*7280 | | | 136.81 | 3,296.27 |

| | | | Total Pay / Deposited: | **$136.81** |
|---|---|---|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | **Total Deposito Directo:** | 136.81 | 3,296.27 |
| **Ingreso Total:** | 136.81 | 3,296.27 | **Total Deducciones:** | 0.00 | 0.00 |
| **Neto:** | 136.81 | | | | |

**LAS MARTAS, INC.**

HC 5 BOX 91635
ARECIBO, PR 00612-9517



**INDUSTRIA LECHERA DE PUERTO RICO, INC.**

PO BOX 362949
SAN JUAN, PR 00936-2949



## DIRECT DEPOSIT ADVICE

**Liquidación del 12/29/2025**

**Periodo de la catorcena  12/18/2025 al 12/29/2025**

| Dir. Dep. No. | Date | Vendor: | |
|---|---|---|---|
| D000003729 | 12/31/2025 | **0003064  LAS MARTAS, INC.**<br>HC 5 BOX 91635<br>ARECIBO, PR 00612-9517 | jmbarretoginorio@gmail.com |

| | Rate | Qts./ Pago | Amount | YTD |
|---|---|---|---|---|
| **\*\*\* EARNINGS \*\*\*** | | | | |
| Pago Ganaderos Nivel 2 | 0.620 | 229.00 | 141.96 | 3,438.23 |
| **\*\*\* DIRECT DEPOSITS \*\*\*** | | | | |
| FIRST BANK PR   Cuenta: \*\*\*\*7280 | | | 141.96 | 3,438.23 |

| Total Pay / Deposited: | $141.96 |
|---|---|

| | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|
| | | | **Total Deposito Directo:** | 141.96 | 3,438.23 |
| **Ingreso Total:** | 141.96 | 3,438.23 | **Total Deducciones:** | 0.00 | 0.00 |
| **Neto:** | 141.96 | | | | |

**LAS MARTAS, INC.**

HC 5 BOX 91635
ARECIBO, PR 00612-9517

## ORIENTAL RESTRICTED CASH

**011266**

| Date | Invoice Number | Comment | Amount | Discount Amoun | Retention Amt | Net Amount |
|------|----------------|---------|--------|----------------|---------------|------------|
| 12/17/2025 | BPC PER 12-17-2025 | | 81.28 | 0.00 | 0.00 | 81.28 |
| | | 2032 BCP Premium Plus @ 0.04 | | | | |

Check: **011266**      12/22/2025    LAS MARTAS, INC.      Check Total: 81.28

## ORIENTAL RESTRICTED CASH

**011195**

| Date | Invoice Number | Comment | Amount | Discount Amoun | Retention Amt | Net Amount |
|------|----------------|---------|--------|----------------|---------------|------------|
| 12/3/2025 | BPC PER 12-03-2025 | | 70.12 | 0.00 | 0.00 | 70.12 |
| | | 1753 BCP Premium Plus @ 0.04 | | | | |

Check: **011195**      12/9/2025    LAS MARTAS, INC.      Check Total: 70.12

ORIENTAL RESTRICTED CASH

011340

| Date | Invoice Number | Comment | Amount | Discount Amoun | Retention Amt | Net Amount |
|------|----------------|---------|--------|----------------|---------------|------------|
| 12/29/2025 | BPC PER 12-29-2025 | 2048 BCP Premium @ 0.03 | 61.44 | 0.00 | 0.00 | 61.44 |

1/2/2026    LAS MARTAS, INC.

Check: 011340                              Check Total:        61.44

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

Returned Service Requested

Ultimo estado de cuenta: November 30, 2025
Estado de cuenta correspondiente a: December 31, 2025
Dias en este ciclo: 31

Pagina 1 de 2
XXXXXX2642
( 2)

00002064-MD08781231xc01156390-LETTER02-000000 M0



LAS MARTAS INC
HC 05 BOX 91635
ARECBO PR 00612

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

*LOS TERMINOS Y CONDICIONES DE TU CUENTA MY BIZ CAMBIARAN EFECTIVO EL 1 DE SEPTIEMBRE 2025. AL MANTENER UN BALANCE PROMEDIO MENSUAL DE $500 NO SE APLICARA EL CARGO POR MANTENIMIENTO MENSUAL DE $5.00. ADEMAS, EL ACCESO A LA PLATAFORMA DE CASH MANAGEMENT TENDRA UN CARGO. PARA VER EL ACUERDO REVISADO Y LOS TERMINOS Y CONDICIONES DE TU CUENTA VISITA LA SECCION PARA TU NEGOCIO EN WWW.ORIENTALBANK.COM.*

## My Biz Account

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX2642 | Balance inicial | $1.29 |
| Anejos | 2 | Total de creditos | 4,233.07 |
| Balance mas bajo | $-18.71 | Total de debitos | 2,441.73 |
| Balance promedio | $309.27 | Balance final | $1,792.63 |

### CHEQUES

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad | |
|---|---|---|---|---|---|---|
| Bank Transfer to 1st Bank | 12-08 | 1,000.00 | | 12-22 | 1,380.00 | Bank Transfer to 1st Bank |

### DEBITOS

| Fecha | Descripcion | Debitos |
|---|---|---|
| 12-02 | ' Debito Pre-Autorizado ORIENTAL GROUP CM FEES 251202 | 11.00 |
| 12-02 | ' Cargo Devolucion NSF FOR RETURN OF PREAUTHORIZED WD 221571413660863 | 15.00 |
| 12-03 | ' Cargo Overdraft FOR CONTINUOUS OD ON 12-03-25 | 5.00 |
| 12-04 | ' Cargo Overdraft FOR CONTINUOUS OD ON 12-04-25 | 0.01 |
| 12-04 | ' Cargo Overdraft FOR CONTINUOUS OD ON 12-04-25 | 5.00 |
| 12-08 | ' Service Charge 11/05/2025 CM FEES | 11.00 |
| 12-08 | ' Ivu Municipal 11/2025 BEB | 0.11 |
| 12-08 | ' Ivu Municipal NON-XAA | 0.30 |
| 12-08 | ' Ivu Estatal 11/2025 BEB | 1.16 |

# Oriental



P.O. Box 195115
San Juan, PR 00919-5115

| LAS MARTAS INC | Pagina 2 de 2 |
| December 31, 2025 | XXXXXX2642 |

| Fecha | Descripcion | Debitos |
|---|---|---|
| 12-08 | ' Ivu Estatal<br>NON-XAA | 3.15 |
| 12-31 | ' Service Charge<br>MAINTENANCE FEE | 5.00 |
| 12-31 | ' Service Charge<br>PAPER STATEMENT | 5.00 |

**CREDITOS**

| Fecha | Descripcion | Creditos |
|---|---|---|
| 12-02 | ' Return Item<br>ORIENTAL GROUP CM FEES 251202<br>CHECK | 11.00 |
| 12-05 | ' Deposit | 1,070.30 |
| 12-19 | ' Deposit | 1,367.51 |
| 12-31 | ' Deposit | 1,784.26 |

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|
| 11-30 | 1.29 | 12-04 | -23.72 | 12-19 | 1,398.37 |
| 12-02 | -13.71 | 12-05 | 1,046.58 | 12-22 | 18.37 |
| 12-03 | -18.71 | 12-08 | 30.86 | 12-31 | 1,792.63 |

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

| | Total para<br>este periodo | Total<br>a la fecha (YTD) |
|---|---|---|
| Total de cargos por sobregiro | $10.01 | $25.02 |
| Total de cargos por transacciones devueltas | $15.00 | $45.00 |

000E0029 06190 19020000

Period:  12/1/2025 TO 12/31/2025
Page 4

| | |
|---|---|
| **Oriental** *Retiro de Cuentas de Cheques / Checking Account Withdrawal* | **Oriental** *Retiro de Cuentas de Cheques / Checking Account Withdrawal* |
| NOMBRE / NAME | NOMBRE / NAME |
| LA SUMA DE / AMOUNT OF | LA SUMA DE / AMOUNT OF |
| FIRMA / SIGNATURES | FIRMA / SIGNATURES |
| DIRECCIÓN / ADDRESS | DIRECCIÓN / ADDRESS |
| ACCT # 642     $ 1000.00 | ACCT # 32642     $ 1350.00 |
| 12/8/2025   $1,000.00 | 12/22/2025   $1,380.00 |

## VAQUERIA TRES MONJITAS Inc.

**LAS MARTAS INC**

**LIQUIDACIÓN DE GANADERO**

**December 31 , 2025**

**CHEQUE**

**1043484**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,819 229 | 0.980902 | 1,784.26 |

| Leche Rucioida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.I.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,819 | | 229.00 | 1,784.26 | | | 1,784.26 | 0.00 | | 1,784.26 | 1,784.26 |



Check#: 1043484          12/31/2025                          LAS MARTAS INC          Check Total:          1,784.26

# VAQUERIA TRES MONJITAS Inc.

**LAS MARTAS INC**

**LIQUIDACIÓN DE GANADERO**

**December 19 , 2025**

**CHEQUE**

**1043161**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,844 188 | 0.960900 | 1,808.78 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | | Deducienes Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,844 | | 188.00 | 1,808.78 | | | 1,808.78 | 0.00 | 1000286 | VAQUERIA TRES MONJITAS INC | 2.00 | 1,367.51 |
| | | | | | | | | 1000235 | OFIC RECLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 | ADM ALLIANCE NUTRITION OF PR | 300.00 | |

1,367.51

Check: 1043161          12/19/2025          LAS MARTAS INC          Check Total:          1,367.51

# VAQUERIA TRES MONJITAS Inc.

**LAS MARTAS INC**

**LIQUIDACIÓN DE GANADERO**

**December 05 , 2025**

**CHEQUE**

**1042832**

| PORCIENTO | LECHE REC | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 1,541 212 | 0.980902 | 1,511.57 |

| Leche Recibida | Leche Regular | Leche Excedente | Importe Leche regular | Importe Excedente | F.F.L.I. | Importe Total | Anticipo | Deduc. Clave | Deduciones Cantidad | Neto |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,541 | | 212.00 | 1,511.57 | | | 1,511.57 | 0.00 | 1000286 VAQUERIA TRES MONJITAS INC | 2.00 | 1,070.30 |
| | | | | | | | | 1000235 OFIC REGLAME INDUSTRIA LECHERA | 139.27 | |
| | | | | | | | | 1000155 ADM ALLIANCE NUTRITION OF PR | 300.00 | |

**Check: 1042832**

**12/05/2025**

**LAS MARTAS INC**

**Check Total:**

1,070.30