IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>LAS MARTAS, INC.<br>XXX-XX-1863<br><br>Debtor(s) | Case No.: 22-02380 (ESL)<br><br>Chapter 12 |

**TRUSTEE'S FAVORABLE RECOMMENDATION TO CHAPTER 12 PLAN DATED FEBRUARY 19, 2026 (DOCKET 351)**

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Standing Chapter 12 Trustee, through the undersigned attorney, and very respectfully submits this favorable recommendation to the Chapter 12 plan dated July 10, 2023 (Docket 85).

## I. INTRODUCTION

The present Chapter 12 case was filed on August 16, 2022 (Docket 1). A Chapter 12 plan was filed on February 19, 2026 (Docket 351, the "Plan"). The same includes a payment schedule of $2,500.00 for 36 months for a plan base of $90,000.00. The plan provides for payment in full of attorneys' fees, for which an application for compensation will be filed at a later date. Also, it provides for the payment in full of the priority claim secured portions of claim filed by the Internal Revenue Service (Claim 5) and priority claim filed by the Puerto Rico Department of Labor (Claim 6). As to Debtor's secured debt with Condado 5, LLC, the parties agreed that the amount of the secured portion of the claim will be $500,000.00, paid directly by the Debtor. The remaining $1,032,855.78 will be treated as general

unsecured and will receive pro-rata distribution with the other general unsecured creditors.

Taking into account the assets and liabilities listed by Debtor, the liquidation value has been estimated at $38,660.00 without considering priority claims.

## II. FAVORABLE RECOMMENDATION

The Trustee has no objection to the confirmation of the Plan, as the same complies with the terms of 11 U.S.C. §§1222 and 1225.

WHEREFORE, the Trustee respectfully requests that this Honorable Court take notice of his favorable recommendation.

RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by CM/ECF to all parties in interest who have filed a notice of appearance and requested to receive notices in this case. A copy of this motion will be served by regular US Mail on the next business day to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this 23rd day of February, 2025.

/s/ José R. Carrión

/s/ Alexandra Rodríguez Díaz
  Staff Attorney
    Bar No. 224,311

    JOSE R. CARRION
    CHAPTER 12 TRUSTEE
    P.O. Box 9023884
    Old San Juan Station
    San Juan, P.R. 00902-3884
    Tel (787) 977-3535