22-02380-ESL

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document will be mailed by first class mail on the next business day to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CLERK OF COURT<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| DANIEL M PRESS<br>CHUNG & PRESS PC<br>6718 WHITTIER AVE STE 200<br>MCLEAN, VA 22101 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LAS MARTAS INC<br>HC 05 BOX 91635<br>ARECIBO, PR 00612 |
| ADM ALLIANCE NUTRITION OF PR LLC<br>PO BOX 908<br>HATILLO, PR 00659-0908 | AUTORIDAD DE TIERRAS DE PR<br>PO BOX 9745<br>SAN JUAN, PR 00908 |
| CONDADO 5 LLC<br>C/O GUSTAVO A CHICO BARRIS<br>PO BOX 195168<br>SAN JUAN, PR 00919-5168 | CONDADO 5 LLC<br>PO BOX 190058<br>SAN JUAN, PR 00919 |
| CONDADO 5 LLC<br>C/O SONIA COLON COLON<br>FERRAIUOLI<br>PO BOX 195168 | CONDADO 5, LLC<br>C/O TOMAS F BLANCO-PEREZ<br>FERRAIUOLI<br>PO BOX 195168 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DEPARTAMENTO DE AGRICULTURA<br>PO BOX 10163<br>SAN JUAN, PR 00908 |
| DEPARTMENT OF LABOR<br>PR DEPARTMENT OF LABOR<br>PO BOX 195540<br>SAN JUAN, PR 00919 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION<br>PO BOX 9024140 OFFICE 424-B<br>SAN JUAN, PR 00902-4140 |
| FEP INC<br>BOX 10163<br>SAN JUAN, PR 00908 | FONDO FOMENTO INDUSTRIA LECHERA<br>PO BOX 360454<br>SAN JUAN, PR 00936 |
| INTERNAL REVENUE SERVICE<br>CITY VIEW PLAZA II<br>48 CARR 165 SUITE 2000<br>GUAYNABO, PR 00968 | LA MORALES & ASOCIADOS PSC<br>URB VILLA BLANCA<br>76 AQUAMARINA<br>CAGUAS, PR 00725 |
| LUMA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | LUMA<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR 00936 |

NUTRIOMIX FEED CO INC
PO BOX 11433
SAN JUAN, PR  00922

PATRICIA GALINDEZ
PO BOX 2455
MOCA, PR  00676

---

PREPA
PO BOX 363508
SAN JUAN, PR  00936-3508

PREPA
PO BOX 364267
SAN JUAN, PR  00936-4267

---

STATE INSURANCE FUND
PO BOX 365028
SAN JUAN, PR  00936-5028

SUIZA DAIRY INC
C/O GODREAU & GONZALEZ LLC
PO BOX 9024176
SAN JUAN, PR  00902-4176

---

US SMALL BUSINESS ADMINISTRATION
DENVER FINANCE CENTER
721 19th STREET
DENVER, CO  80202

US SMALL BUSINESS ADMINISTRATION
C/O PEDRO JAIME LOPEZ-BERGOLLO
273 AVE PONCE DE LEON SUITE 510
PLAZA 273

---

VAQUERIA TRES MONJITAS INC
C/O MAXIMILIANO TRUJILLO-GONZALEZ ESQ
PMB 429
100 GRAND PASEOS BLVD SUITE 112

---

DATED:  February 23, 2026

Alexandra Rodriguez
_____
OFFICE OF THE CHAPTER 13 TRUSTEE