IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-02380-ESL12 |
|---|---|
| LAS MARTAS INC | Chapter 12 |
| Debtor(s) | FILED & ENTERED ON FEB/25/2026 |

ORDER AND NOTICE

The Chapter 12 trustee and parties in interest are granted twenty-one (21) days to file report and/or objections to the Chapter 12 Plan dated February 19, 2026 (dkt. #351). If an unfavorable report or objection is timely filed, the contested matter will be considered at a hearing on April 7, 2026 at 10:00 AM at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of February, 2026.

Enrique S. Lamoutte
United States Bankruptcy Judge