United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 22-02380-ESL |
| LAS MARTAS INC | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdf001 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |
| intp | + | SUIZA DAIRY, INC., Godreau & Gonzalez Law, PO Box 9024176, San Juan, PR 00902-4176, UNITED STATES 00902-4176 |
| 5023739 | | ADM Alliance Nutrition of PR, PO Box 908, Hatillo, PR 00659-0908 |
| 5026610 | + | Autoridad de Tierras de Puerto Rico, PO Box 9745, San Juan, PR 00908-0745 |
| 5059462 | | CRIM, PO BOX 195387, SAN JUAN PR 00919-5387 |
| 5023740 | + | Condado 5 LLC, PO Box 190085, San Juan, PR 00919-0085 |
| 5023741 | | DOL, TAX DIVISION, PO BOX 191020, San Juan, PR 00919-1020 |
| 5023743 | + | ELA Dept of Agriculture, Box 10163, San Juan, PR 00908-1163 |
| 5023745 | + | ELA Land Authority, PO Box 9745, San Juan, PR 00908-0745 |
| 5023746 | + | FEP Inc, Box 10163, San Juan, PR 00908-1163 |
| 5023747 | | FERRALUOLI LLC, Luis G Parrilla Hernandez Esq, PO Box 195168, San Juan, PR 00919-5168 |
| 5023748 | + | Fondo Fomento Industria Lechera, 198 Calle Chardon, San Juan, PR 00918-1744 |
| 5023750 | + | L.A. Morales & Asociados PSC, Urb Villa Blanca, 76 Aquamarina, Caguas, PR 00725-1908 |
| 5023751 | + | Luma, PO Box 362983, San Juan, PR 00936-2983 |
| 5023752 | + | Nutrimix Feed Co Inc., PO Box 11433, San Juan, PR 00922-1433 |
| 5023753 | + | ORIL, Puerto Rico Dept of Agriculture, PO Box 10163, San Juan, PR 00908-1163 |
| 5023754 | + | Patricia Galindez, PO Box 2453, Moca, PR 00676-2453 |
| 5023758 | | SBA PR District Office, 273 P de Leon Ave, Plaza 273 Ste 510, San Juan, PR 00917 |
| 5023760 | | Suiza Dairy Corp., 940 Av. Jos de Diego, San Juan, PR 00921 |
| 5023761 | + | US Attorney, Torre Chard n, Suite 1201, 350 Carlos Chard n Street, San Juan, PR 00918-2124 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Feb 25 2026 18:53:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Feb 25 2026 18:53:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Feb 25 2026 18:53:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Feb 25 2026 18:53:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| cd | | Email/Text: pedro.lopez-bergollo@sba.gov | Feb 25 2026 18:53:00 | US SMALL BUSINESS ADMINISTRATION, 273 PONCE DE LEON AVE SUITE 510, PLAZA 273, SAN JUAN, PR 00917-1930 |
| 5023742 | + | Email/Text: bankruptcy@hacienda.pr.gov | Feb 25 2026 18:53:00 | Dpto de Hacienda, PO Box 9024140, San Juan, PR 00902-4140 |
| 5023744 | | Email/Text: bankruptcy@hacienda.pr.gov | Feb 25 2026 18:53:00 | ELA DEPT OF TREASURY, Bankruptcy Div #424 B, PO BOX 9024140, San Juan, PR 00902-4140 |
| 5023749 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0104-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf001 | Total Noticed: 34 |

| | | Feb 25 2026 18:53:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 5028800 | Email/Text: quiebras@lumapr.com | Feb 25 2026 18:53:00 | LUMA, REVENUE PROTECTION, PO BOX 364267, SAN JUAN, PR 00936 |
| 5023755 | Email/Text: quiebras@lumapr.com | Feb 25 2026 18:53:00 | PREPA (Luma), PO BOX 364267, San Juan, PR 00936 |
| 5044322 + | Email/Text: Quiebras@trabajo.pr.gov | Feb 25 2026 18:53:00 | Puerto Rico Department of Labor, Collection Unit - 12th Floor, PO Box 195540, San Juan PR 00919-5540 |
| 5023756 | Email/Text: bankruptcynotices@sba.gov | Feb 25 2026 18:53:00 | SBA, Disaster Assist Proc & Dist Ctr, 14925 Kingport Rd, Fort Worth, TX 76155-2243 |
| 5023757 + | Email/Text: bankruptcynotices@sba.gov | Feb 25 2026 18:53:00 | SBA GENERAL COUNSEL, 409 3RD STREET SW, WASHINGTON, DC 20416-0005 |
| 5023759 | Email/Text: wcaraballo@fondopr.com | Feb 25 2026 18:53:00 | SIF, PO Box 365028, SAN JUAN, PR 00936-5028 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CONDADO 5 LLC |
| intp | | Vaqueria Tres Monjitas Inc |
| cr | * | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

**Name**          **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
   on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
   on behalf of Creditor CRIM cpfbkcy@gmail.com cpfbkcy@gmail.com

DANIEL MARK PRESS
   on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
   on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
   edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES

District/off: 0104-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 25, 2026 | Form ID: pdf001 | Total Noticed: 34

    EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ
    on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
    on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
    on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
    on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
    tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 11

```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                     THE DISTRICT OF PUERTO RICO
```

IN RE:                                CASE NO. 22-02380-ESL12
LAS MARTAS INC                        Chapter 12

                Debtor(s)             FILED & ENTERED ON FEB/25/2026

                            ORDER AND NOTICE

   The Chapter 12 trustee and parties in interest are granted twenty-one (21) days to file report and/or objections to the Chapter 12 Plan dated February 19, 2026 (dkt. #351). If an unfavorable report or objection is timely filed, the contested matter will be considered at a hearing on April 7, 2026 at 10:00 AM at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico.

   The Clerk shall give notice to all parties in interest.

   IT IS SO ORDERED.

   In San Juan, Puerto Rico, this 25 day of February, 2026.

                                       Enrique S. Lamoutte
                                       United States Bankruptcy Judge