Daniel M. Press, Attorney
6718 Whittier Avenue Suite 200
McLean, VA 22101
Phone: 703-734-3800

# INVOICE

Invoice # 5865
Date: 04/07/2026

## Las Martas Inc.

## Bankruptcy

### Services

| Type | Total | Rate | Timekeeper | Notes | Date | Quantity |
|---|---|---|---|---|---|---|
| Service | $247.50 | $495.00 | DMP | Review prior case for details of ruling on lien, identity of counsel, and draft email to counsel for Condado 5 and Suiza re turnover of future receivables. | 08/16/2022 | 0.50 |
| Service | $346.50 | $495.00 | DMP | Email correspondence with client and research/advise re potential arguments for recovery of amounts paid to Condado during prior case and in the interim. | 08/17/2022 | 0.70 |
| Service | $99.00 | $495.00 | DMP | Review 341 notice and advise client. | 08/17/2022 | 0.20 |
| Service | $495.00 | $495.00 | DMP | Review motion to prohibit use of cash collateral and advise client re same. | 08/17/2022 | 1.00 |
| Service | $148.50 | $495.00 | DMP | Review motion re inapplicability of co-debtor stay; advise client re same. | 08/17/2022 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email correspondence with client re co-debtor issue. | 08/18/2022 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Email correspondence with counsel for Suiza re cash collateral/demand for turnover. | 08/18/2022 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Review notice of payment to C-5 by Suiza; email correspondence with | 08/19/2022 | 0.30 |

| | | | | client re same. | | |
|---|---|---|---|---|---|---|
| Service | $99.00 | $495.00 | DMP | Email client re documentation of filing for state court; obtain and forward proof of filing with seal. | 08/19/2022 | 0.20 |
| Service | $643.50 | $495.00 | DMP | Teleconference with counsel for Suiza; draft email to confirm no objection to escrow of funds pending resolution of cash collateral issue; email correspondence with counsel for Condado re same. | 08/22/2022 | 1.30 |
| Service | $297.00 | $495.00 | DMP | Arrange and conduct conference call re interim measures for funds with counsel for Condado and Suiza; email client re same | 08/23/2022 | 0.60 |
| Service | $198.00 | $495.00 | DMP | Review Condado 5 Proof of claim; email client re same | 08/23/2022 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Review documents between Condado and Suiza | 08/23/2022 | 0.30 |
| Service | $742.50 | $495.00 | DMP | Research and outline argument in response to cash collateral motion | 08/23/2022 | 1.50 |
| Service | $742.50 | $495.00 | DMP | Review documents and legal research re opposition to cash collateral motion | 08/25/2022 | 1.50 |
| Service | $1,237.50 | $495.00 | DMP | Preparation of schedules and statements. | 08/26/2022 | 2.50 |
| Service | $495.00 | $495.00 | DMP | Review UCC filing records re debtor. | 08/27/2022 | 1.00 |
| Service | $495.00 | $495.00 | DMP | Prepare draft schedules with issues identified; forward to client for additional info. | 08/27/2022 | 1.00 |
| Service | $1,485.00 | $495.00 | DMP | Draft opposition to motion to prohibit use of cash collateral. | 08/27/2022 | 3.00 |
| Service | $148.50 | $495.00 | DMP | Email Morales re claim for prior fees | 08/28/2022 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Finalize response to cash collateral motion. | 08/29/2022 | 0.50 |
| Service | $1,732.50 | $495.00 | DMP | Review documents and prepare schedules; review with client. | 08/30/2022 | 3.50 |
| Service | $148.50 | $495.00 | DMP | Review SBA proof of claim, appearance; email SBA counsel re cash collateral issues, payments. | 08/30/2022 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review land authority proof of claim; email client. | 08/30/2022 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review hearing notice; email client re same. | 08/31/2022 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Email client about questions re schedules | 08/31/2022 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Review Suiza interpleader complaint; | 09/01/2022 | 0.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | email client re same. | | |
| Service | $247.50 | $495.00 | DMP | Review Condado motion to dismiss; email client re same | 09/01/2022 | 0.50 |
| Service | $594.00 | $495.00 | DMP | Research, prepare, file and serve answer and cross-claim in Suiza AP | 09/02/2022 | 1.20 |
| Service | $99.00 | $495.00 | DMP | Review scheduling conference order, summons in Suiza AP | 09/02/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with client re ORIL license and quota | 09/04/2022 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Review and analyze reply re cash collateral; email client. | 09/06/2022 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review IRS POC; email client re same | 09/12/2022 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review C5's errata | 09/13/2022 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Email correspondence with client re ORIL license, quota | 09/14/2022 | 0.20 |
| Service | $742.50 | $495.00 | DMP | Prepare for an conduct hearing on cash collateral motion; email correspondence with client re same. | 09/16/2022 | 1.50 |
| Service | $198.00 | $495.00 | DMP | Review state court order and email correspondence with client re same. | 09/16/2022 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with client re effects of hurricane; email trustee re possible continuance of 341 meeting; review notice of continuance and advise client. | 09/20/2022 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review minutes of 9/16 hearing. | 09/21/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Email from trustee re documents and reports; email client re same. | 09/22/2022 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Review trustee's brief. | 09/23/2022 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Review trustee documents from client | 09/23/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review documents for trustee | 09/29/2022 | 0.30 |
| Service | $49.50 | $495.00 | DMP | Email correspondence with client re payments | 09/30/2022 | 0.10 |
| Service | $1,237.50 | $495.00 | DMP | Research and prepare response to motion to dismiss | 10/03/2022 | 2.50 |
| Service | $99.00 | $495.00 | DMP | Email correspondence with trustee, client, re documents and reports | 10/04/2022 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Review documents and email client re documents still needed | 10/04/2022 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with client, counsel for Suiza, re payments being still made from milk proceeds | 10/04/2022 | 0.30 |

| Service | $247.50 | $495.00 | DMP | Review documents from client and provide list of documents still needed | 10/06/2022 | 0.50 |
|---|---|---|---|---|---|---|
| Service | $247.50 | $495.00 | DMP | Review and provide documents for trustee | 10/07/2022 | 0.50 |
| Service | $247.50 | $495.00 | DMP | Review and file MOR | 10/11/2022 | 0.50 |
| Service | $742.50 | $495.00 | DMP | Prepare for and attend 341 meeting; email correspondence with client, trustee, re additional documents requested. | 10/12/2022 | 1.50 |
| Service | $148.50 | $495.00 | DMP | Review 341 minutes and email client re further document issues; forward documents to trustee | 10/13/2022 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review email from Chico re documents sought; email client re same | 10/13/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Prepare amended Schedule A/B; forward to client for signature. | 10/14/2022 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email accountant re info needed for application to employ | 10/14/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review Condado response to trustee's brief | 10/15/2022 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review Condado reply re Motion to Dismiss; email client re documents sought, meeting. | 10/18/2022 | 0.30 |
| Service | $742.50 | $495.00 | DMP | Zoom call with client and email correspondence with client re documents and info requested by Condado; email Chico re pending response to request. | 10/19/2022 | 1.50 |
| Service | $198.00 | $495.00 | DMP | Review draft MOR and email correspondence re same | 10/25/2022 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 10/27/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Email correspondence re roof grant | 11/08/2022 | 0.30 |
| Service | $346.50 | $495.00 | DMP | Prepare outline of plan; email client re info needed | 11/08/2022 | 0.70 |
| Service | $247.50 | $495.00 | DMP | Review documents and info re Land Authority lease, projected income | 11/11/2022 | 0.50 |
| Service | $198.00 | $495.00 | DMP | Prepare/revise plan outline; email client re plan | 11/12/2022 | 0.40 |
| Service | $1,237.50 | $495.00 | DMP | Prepare plan; email correspondence with client re same | 11/13/2022 | 2.50 |
| Service | $1,732.50 | $495.00 | DMP | Prepare/revise/finalize plan; research re legal issues; email correspondence with client; finalize and file. | 11/14/2022 | 3.50 |
| Service | $148.50 | $495.00 | DMP | Review Condado Motion to Dismiss AP | 11/15/2022 | 0.30 |

| Service | $346.50 | $495.00 | DMP | Review motion for trustee to examine transactions; email correspondence with client and review documents re same. | 11/15/2022 | 0.70 |
|---|---|---|---|---|---|---|
| Service | $99.00 | $495.00 | DMP | Review Dept of Labor POC; email client re same, re current compliance | 11/18/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review Trustee response to examination motion | 11/21/2022 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review Suiza motion to consign funds; opposition to motion to dismiss AP | 11/21/2022 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review motion to convert confirmation hearing into status conference. | 11/28/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Prepare response to motion that trustee investigate USDA "loan" | 11/28/2022 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review letter from Trustee's counsel re plan issues | 12/01/2022 | 0.30 |
| Service | $346.50 | $495.00 | DMP | Review opinion and order to show cause; email client re same, re meeting. | 12/05/2022 | 0.70 |
| Service | $990.00 | $495.00 | DMP | In person meeting with client (travel time not billed). | 12/07/2022 | 2.00 |
| Service | $99.00 | $495.00 | DMP | Review Condado reply re examination motion | 12/12/2022 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Prepare response to motion to convert confirmation hearing into status conference | 12/12/2022 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review trustee plan recommendation | 12/13/2022 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Prepare for confirmation hearing, response to show cause; email client re documents and info needed | 12/14/2022 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review amended IRS POC | 12/15/2022 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Email from client re medical emergency | 12/15/2022 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Prepare motion for extension of time to respond to show cause | 12/16/2022 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Email from trustee re USDA grant and related issues | 12/19/2022 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Review and file MORs | 12/19/2022 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Review Condado objection to confirmation | 12/19/2022 | 0.30 |
| Service | $1,237.50 | $495.00 | DMP | Review financial documents and projections; email and telecon with client; prepare affidavit for client; revise/finalize response to show | 12/19/2022 | 2.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | cause. | | |
| Service | $247.50 | $495.00 | DMP | Email correspondence; review documents responsive to Trustee's request re USDA grant and forward the same | 12/20/2022 | 0.50 |
| Service | $742.50 | $495.00 | DMP | Prepare for and attend status conference | 12/20/2022 | 1.50 |
| Service | $198.00 | $495.00 | DMP | Email correspondence with trustee re investigation, review revised response | 12/21/2022 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Review status conference minutes/ order setting hearing | 12/21/2022 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Email correspondence with trustee, client, re USDA grant, gift from father, plan budget | 12/22/2022 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review check from father; forward to trustee | 12/24/2022 | 0.20 |
| Service | $693.00 | $495.00 | DMP | Draft amended plan and email to trustee and client. Review trustee's comments. | 01/09/2023 | 1.40 |
| Service | $198.00 | $495.00 | DMP | Finalize, file and serve amended plan. | 01/10/2023 | 0.40 |
| Service | $247.50 | $495.00 | DMP | Prepare initial disclosures for AP. | 01/13/2023 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 01/16/2023 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review Condado objection to plan | 01/23/2023 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review trustee's position statement on plan confirmation; email client re same. | 01/26/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review trustee letter to USDA; email client re same. | 01/27/2023 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with client re construction work (photos) and father's affidavit; draft affidavit. | 01/28/2023 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review photos and signed affidavit; forward to trustee | 01/30/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Teleconference and draft email re authorizing USDA to communicate with trustee | 02/06/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review USDA letter to trustee; email client | 02/09/2023 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review trustee report on USDA grant; email client | 02/11/2023 | 0.30 |
| Service | $396.00 | $495.00 | DMP | Review opinion and order re cash collateral; email correspondence with client, Trustee, counsel for Suiza re same. | 02/15/2023 | 0.80 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with counsel | 02/15/2023 | 0.30 |

| | | | | for Suiza re need for an order to pay to Debtor | | |
|---|---|---|---|---|---|---|
| Service | $99.00 | $495.00 | DMP | Review notice of appeal and advise client re same | 02/15/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review statement of issues and designation of record | 02/16/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 02/21/2023 | 0.20 |
| Service | $49.50 | $495.00 | DMP | Review order denying motion to dismiss AP | 03/08/2023 | 0.10 |
| Service | $99.00 | $495.00 | DMP | Review order to show cause re interpleader | 03/08/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review motion to stay pending appeal | 03/09/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 03/19/2023 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review Condado and Suiza responses to show cause re AP | 03/20/2023 | 0.30 |
| Service | $792.00 | $495.00 | DMP | Prepare response to show cause, request for default, motion for summary judgment to turnover funds | 03/22/2023 | 1.60 |
| Service | $544.50 | $495.00 | DMP | Draft response to motion to stay pending appeal | 03/23/2023 | 1.10 |
| Service | $148.50 | $495.00 | DMP | Prepare response to motion to hold AP in abeyance | 04/05/2023 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Draft response to motion to extend time to answer in AP | 04/05/2023 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email correspondence with client, trustee, re USDA check sent to trustee | 04/14/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review motion for further extension re cross-claim; draft opposition | 04/19/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review MOR; try to file - ECF down. Email to trustee | 04/21/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Telecon w/ IRS re status | 04/24/2023 | 0.20 |
| Service | $49.50 | $495.00 | DMP | File MOR | 04/24/2023 | 0.10 |
| Service | $198.00 | $495.00 | DMP | Review orders denying stay pending appeal, holding AP in abeyance; granting extension of time to answer cross-claim | 04/24/2023 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Email correspondence w/ trustee re release of funds | 04/25/2023 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review answers to complaint and crossclaim | 04/26/2023 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Review Condado appeal brief | 05/20/2023 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 05/21/2023 | 0.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | $99.00 | $495.00 | DMP | Review opposition to summary judgment motion | 05/21/2023 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Email correspondence and file to correct docket entry re due date of appeal brief | 05/30/2023 | 0.30 |
| Service | $742.50 | $495.00 | DMP | Review file; research and draft proposed findings of fact and conclusions of law | 06/05/2023 | 1.50 |
| Service | $148.50 | $495.00 | DMP | Motion for extension of time to file proposed findings of fact and conclusions of law | 06/08/2023 | 0.30 |
| Service | $2,722.50 | $495.00 | DMP | Prepare for hearing; conference with client; draft proposed findings of fact and conclusions of law | 06/11/2023 | 5.50 |
| Service | $2,970.00 | $495.00 | DMP | Prepare for hearing; prepare and file proposed findings and conclusuons. | 06/12/2023 | 6.00 |
| Service | $1,237.50 | $495.00 | DMP | Review Condado's pretrial report; prepare for hearing | 06/13/2023 | 2.50 |
| Service | $3,960.00 | $495.00 | DMP | Prepare for hearing; arrangements with interpreter; meet with client; prepare exhibits. | 06/14/2023 | 8.00 |
| Service | $2,970.00 | $495.00 | DMP | Prepare for and attend hearing. | 06/15/2023 | 6.00 |
| Service | $742.50 | $495.00 | DMP | Outline appeal brief; legal research | 06/19/2023 | 1.50 |
| Service | $99.00 | $495.00 | DMP | Draft motion to extend time for appeal brief | 06/20/2023 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 06/21/2023 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review hearing minutes; email client re same | 06/23/2023 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Review trustee's appeal brief | 06/29/2023 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with L Morales, telecon with T Blanco, re dismissal of pending BAP appeal in prior case | 07/07/2023 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review MOR from client; email re attachments | 07/19/2023 | 0.20 |
| Service | $49.50 | $495.00 | DMP | Review and file MOR | 07/21/2023 | 0.10 |
| Service | $495.00 | $495.00 | DMP | Draft supplemental statement of facts for brief and finalize appeal brief incorporating trustee's argument | 07/27/2023 | 1.00 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 08/21/2023 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Review reply brief on appeal | 08/26/2023 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Email correspondence re delayed Suiza reports; review and file MOR | 09/26/2023 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Review opinion and order dismissing | 09/29/2023 | 0.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | case; discuss with client | | |
| Service | $247.50 | $495.00 | DMP | Review Condado's motion to withdraw consigned funds, email to counsel for Suiza demanding payments be made to Condado; motion to dismiss adversary proceeding | 09/29/2023 | 0.50 |
| Service | $495.00 | $495.00 | DMP | Zoom meeting with client re reconsideration/appeal; review state court documents | 10/05/2023 | 1.00 |
| Service | $990.00 | $495.00 | DMP | Research and draft motion to reconsider | 10/11/2023 | 2.00 |
| Service | $1,237.50 | $495.00 | DMP | Draft motion to reconsider; email correspondence with client, trustee, re same; revise and finalize | 10/12/2023 | 2.50 |
| Service | $1,980.00 | $495.00 | DMP | Legal research and draft responses to motion to withdraw consigned funds, motion to dismiss AP | 10/13/2023 | 4.00 |
| Service | $99.00 | $495.00 | DMP | Review response to motion to reconsider | 10/27/2023 | 0.20 |
| Service | $49.50 | $495.00 | DMP | Review order denying reconsideration | 10/30/2023 | 0.10 |
| Service | $148.50 | $495.00 | DMP | Review replies re withdrawal of consigned funds, dismissal of AP | 11/06/2023 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Prepare and file notice of appeal | 11/09/2023 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Review BAP opening letter, transmittal; review deadlines | 11/15/2023 | 0.30 |
| Service | $396.00 | $495.00 | DMP | Prepare and submit transcript order, designation of record and statement of issues. | 11/27/2023 | 0.80 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with transcriber; arrange for transcript | 12/05/2023 | 0.30 |
| Service | $49.50 | $495.00 | DMP | Review briefing order | 12/20/2023 | 0.10 |
| Service | $148.50 | $495.00 | DMP | Review motions to inform re state court argument; email client | 01/10/2024 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Email correspondence re alleged inconsistent position in state court case, questions in personal case; call to state court lawyer | 01/12/2024 | 0.50 |
| Service | $297.00 | $495.00 | DMP | Email counsel re consent for motion for extension of time for brief; prepare and attempt to file same; email correspondence and telecon w/ BAP clerk re ECF issues and arrange for filing; review order granting motion | 01/18/2024 | 0.60 |
| Service | $1,980.00 | $495.00 | DMP | Research and draft appeal brief | 02/26/2024 | 4.00 |
| Service | $2,722.50 | $495.00 | DMP | Research and draft appeal brief; prepare appendix; finalize and file same | 02/27/2024 | 5.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | $247.50 | $495.00 | DMP | Zoom call with client | 03/06/2024 | 0.50 |
| Service | $148.50 | $495.00 | DMP | Review orders denying motions to disburse funds and dismiss AP | 04/05/2024 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review trustee's brief | 04/29/2024 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Review Condado's brief | 05/15/2024 | 0.40 |
| Service | $1,386.00 | $495.00 | DMP | Research and draft reply brief | 05/29/2024 | 2.80 |
| Service | $49.50 | $495.00 | DMP | Review oral argument notice | 07/25/2024 | 0.10 |
| Service | $99.00 | $495.00 | DMP | Prepare/file argument confirmation | 08/07/2024 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Email correspondence with client re amount retained in court | 08/29/2024 | 0.20 |
| Service | $3,465.00 | $495.00 | DMP | Prepare for and conduct oral argument | 09/25/2024 | 7.00 |
| Service | $495.00 | $495.00 | DMP | Confer with counsel for Condado re possible settlement | 09/25/2024 | 1.00 |
| Service | $643.50 | $495.00 | DMP | Zoom call with client; email correspondence with client re settlement, and send settlement proposal to Condado. | 10/09/2024 | 1.30 |
| Service | $99.00 | $495.00 | DMP | Email correspondence re settlement | 10/31/2024 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Review opinion on appeal; email client | 03/05/2025 | 0.50 |
| Service | $148.50 | $495.00 | DMP | Prepare for call with client (call deferred) | 03/07/2025 | 0.30 |
| Service | $297.00 | $495.00 | DMP | Zoom call with client | 03/10/2025 | 0.60 |
| Service | $148.50 | $495.00 | DMP | Telecon w/ Batista (personal C11 counsel) | 03/12/2025 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Review updated financial reports | 03/12/2025 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Review notice of status conference; mandate | 03/31/2025 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Zoom call with client | 04/03/2025 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review order on appeal in personal case | 04/10/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Zoom call with client | 05/16/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email with client re settlement, status conference | 06/05/2025 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Teleconference with client | 06/06/2025 | 0.50 |
| Service | $643.50 | $495.00 | DMP | Prepare for and attend status hearing; review minutes | 06/09/2025 | 1.30 |
| Service | $148.50 | $495.00 | DMP | Review hearing minutes/order | 06/10/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review motion to stay disbursement pending appeal | 06/11/2025 | 0.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | $396.00 | $495.00 | DMP | zoom call with client | 06/13/2025 | 0.80 |
| Service | $148.50 | $495.00 | DMP | Email with client; email to Tres Monjitas re ceasing withholding for Condado | 06/16/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email correspondence with client re settlement | 06/16/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Email Condado counsel re advising VTM to cease withholding | 06/20/2025 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Telecon w/ client re settlement | 06/23/2025 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Email counsel for VTM re withholding for Condado | 06/24/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review Condado motion to stay any distribution of milk proceeds | 06/24/2025 | 0.30 |
| Service | $1,732.50 | $495.00 | DMP | Legal research and prepare response to stay motion | 06/25/2025 | 3.50 |
| Service | $247.50 | $495.00 | DMP | Review motion to dismiss | 06/26/2025 | 0.50 |
| Service | $148.50 | $495.00 | DMP | Telecon w/ VTM attorney Trujillo | 06/27/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Email correspondence with client re settlement | 06/30/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review Condado's reply re stay | 07/01/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review motion for relief from stay; email client | 07/02/2025 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Draft response to "urgent motion" re stay of disbursement | 07/02/2025 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Email correspondence re settlement | 07/07/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email correspondence re summary report | 07/07/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Email correspondence re summary report; prepare and file motion for extension of time | 07/10/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review Condado reply re "urgent motion" | 07/10/2025 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Draft response to motion for relief from stay | 07/16/2025 | 0.40 |
| Service | $247.50 | $495.00 | DMP | Settlement discussions (email) with client, Condado | 07/21/2025 | 0.50 |
| Service | $396.00 | $495.00 | DMP | Prepare for and attend hearing on motion for relief from stay | 07/22/2025 | 0.80 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 07/23/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review hearing minutes/orders | 07/24/2025 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Review and file partial summary report; move for extension on final 6 | 07/24/2025 | 0.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | months | | |
| Service | $148.50 | $495.00 | DMP | Review motion to enter order allowing Spanish documents as unopposed; draft opposition. | 07/24/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Draft motion for extension concurrent with Trustee to respond to motion to dismiss | 07/24/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review opinion denying divestiture/ stay; email client, counsel for VTM | 08/01/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review statement of amounts received by Condado; forward to client. | 08/05/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Email correspondence re VTM payments and calls to VTM counsel. | 08/05/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Prepare joint report on distribution. | 08/06/2025 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Telecon with Trujillo (VTM; email client re same | 08/07/2025 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Review and file summary report | 08/07/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review Condado's position and finalize and file joint report on distribution | 08/07/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review statement by VTM re payments; email client | 08/08/2025 | 0.20 |
| Service | $742.50 | $495.00 | DMP | Research and draft position on adequate protection. | 08/17/2025 | 1.50 |
| Service | $1,237.50 | $495.00 | DMP | Prepare response to motion to dismiss | 08/18/2025 | 2.50 |
| Service | $49.50 | $495.00 | DMP | Review hearing notice/order | 08/19/2025 | 0.10 |
| Service | $742.50 | $495.00 | DMP | Draft response to motion to stay (divestiture) in District Court | 08/21/2025 | 1.50 |
| Service | $148.50 | $495.00 | DMP | Review various orders and motions and forward to client | 08/26/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Email correspondence and calls to Trujillo re payments by VTM | 08/26/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review appeal opinion on lien on proceeds; email client; prepare/file informative motion | 09/04/2025 | 0.30 |
| Service | $1,089.00 | $495.00 | DMP | Research and draft response to motion to deem stay terminated. | 09/08/2025 | 2.20 |
| Service | $198.00 | $495.00 | DMP | Telecon w/ client re status, reports | 09/09/2025 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 09/16/2025 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Prepare motion to release consigned funds | 10/07/2025 | 0.40 |

| Service | $99.00 | $495.00 | DMP | Review and file MOR | 10/08/2025 | 0.20 |
|---|---|---|---|---|---|---|
| Service | $148.50 | $495.00 | DMP | Review motion to dismiss for late MORs | 10/27/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review hearing notice on motion to dismiss | 10/29/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review opinion and order denying stay relief | 10/29/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 10/30/2025 | 0.20 |
| Service | $643.50 | $495.00 | DMP | Teleconference with client | 10/31/2025 | 1.30 |
| Service | $1,980.00 | $495.00 | DMP | Prepare draft plan and forward to client; email correspondence with client re same | 11/02/2025 | 4.00 |
| Service | $148.50 | $495.00 | DMP | Emails with client re escrow funds, issues with recovery of funds paid to Condado | 11/02/2025 | 0.30 |
| Service | $396.00 | $495.00 | DMP | Prepare response to motion to dismiss | 11/03/2025 | 0.80 |
| Service | $247.50 | $495.00 | DMP | Revise plan and forward to client. | 11/03/2025 | 0.50 |
| Service | $198.00 | $495.00 | DMP | Teleconference w/ Batista | 11/04/2025 | 0.40 |
| Service | $990.00 | $495.00 | DMP | Review ORIL quota valuation and incorporate valuation; email correspondence with client, Batista re plan; revise and finalize plan. | 11/05/2025 | 2.00 |
| Service | $495.00 | $495.00 | DMP | Telecon w/ trustee; review production report from trustee; email client re plan revisions proposed by trustee. | 11/06/2025 | 1.00 |
| Service | $841.50 | $495.00 | DMP | Teleconference with client | 11/16/2025 | 1.70 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 11/17/2025 | 0.20 |
| Service | $495.00 | $495.00 | DMP | Prepare for and conduct hearing on Motion to Dismiss | 11/17/2025 | 1.00 |
| Service | $198.00 | $495.00 | DMP | Review minutes and email client re hearing | 11/18/2025 | 0.40 |
| Service | $198.00 | $495.00 | DMP | Review and revise draft settlement proposal | 11/21/2025 | 0.40 |
| Service | $346.50 | $495.00 | DMP | Teleconference with Batista, Chico | 11/25/2025 | 0.70 |
| Service | $148.50 | $495.00 | DMP | Telecon w/ Batista | 11/26/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Email correspondence re settlement | 11/27/2025 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Review order to disburse; email correspondence re setlement | 12/01/2025 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review forms for clerk to disburse; email to client | 12/08/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Submit signed disbursement form to | 12/09/2025 | 0.20 |

| | | | | clerk | | |
|---|---|---|---|---|---|---|
| Service | $247.50 | $495.00 | DMP | Email correspondence re settlement | 12/10/2025 | 0.50 |
| Service | $742.50 | $495.00 | DMP | Prepare for hearing | 12/10/2025 | 1.50 |
| Service | $148.50 | $495.00 | DMP | Prepare motion for extension of time for pretrial filings | 12/11/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review motion to stay disbursements | 12/12/2025 | 0.30 |
| Service | $3,960.00 | $495.00 | DMP | Prepare for hearing; settlement discussions; draft response to motion to stay disbursements; review order denying said motion; review and file joint motion to further extend pretrial filings. | 12/15/2025 | 8.00 |
| Service | $3,960.00 | $495.00 | DMP | Settlement discussions; prepare for hearing; meet with client, Batista; draft/finalize pretrial filings. | 12/16/2025 | 8.00 |
| Service | $3,960.00 | $495.00 | DMP | Prepare for hearing; review motion to convert first day to settlement conference; settlement discussions and exchange drafts of stipulation | 12/17/2025 | 8.00 |
| Service | $3,960.00 | $495.00 | DMP | Settlement conference at court; exchange drafts and finalize settlement stipulation. | 12/18/2025 | 8.00 |
| Service | $742.50 | $495.00 | DMP | Review order approving stipulation; email correspondence re settlement terms, deadlines, address for payment. | 12/19/2025 | 1.50 |
| Service | $99.00 | $495.00 | DMP | Review email re property sale | 12/23/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 12/31/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review disbursement from Clerk; email Chico re same | 12/31/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Email correspondence re payment of consigned funds | 01/09/2026 | 0.20 |
| Service | $742.50 | $495.00 | DMP | Draft plan; email client re questions | 01/17/2026 | 1.50 |
| Service | $247.50 | $495.00 | DMP | Email correspondence re plan | 01/18/2026 | 0.50 |
| Service | $148.50 | $495.00 | DMP | Email correspondence re plan, extension in light of sale of home. | 01/19/2026 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Prepare/file motion to extend plan deadline | 01/20/2026 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Telecon w/ Batista re sale | 01/27/2026 | 0.20 |
| Service | $495.00 | $495.00 | DMP | Revise plan and forward to client with explanations/calculations. | 01/27/2026 | 1.00 |
| Service | $742.50 | $495.00 | DMP | Email correspondence with Chico, Batista, re security agreement over cows; review and revise draft agreement | 01/30/2026 | 1.50 |

| Service | $247.50 | $495.00 | DMP | Negotiate terms of security agreement | 02/03/2026 | 0.50 |
| Service | $346.50 | $495.00 | DMP | Email correspondence re security agreement, plan | 02/06/2026 | 0.70 |
| Service | $198.00 | $495.00 | DMP | Email correspondence re plan | 02/07/2026 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Review and file MOR | 02/13/2026 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Finalize and file plan | 02/19/2026 | 0.50 |
| Service | $99.00 | $495.00 | DMP | Review trustee plan recommendation | 02/23/2026 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Review order and notice on plan | 02/25/2026 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Teleconference with Batista re payment | 03/16/2026 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Review order confirming plan; email client re same | 03/25/2026 | 0.40 |

**Services Subtotal** **$119,295.00**

## Expenses

| Timekeeper | Type | Total | Date | Rate | Quantity | Notes |
| --- | --- | --- | --- | --- | --- | --- |
| DMP | Expense | $14.00 | 08/27/2022 | $14.00 | 1.00 | Copies of UCC filings |
| DMP | Expense | $16.32 | 11/14/2022 | $16.32 | 1.00 | Copies: Copies (3rd party) for plan mailing ($0.17/page) |
| DMP | Expense | $14.40 | 11/14/2022 | $14.40 | 1.00 | Postage for plan mailing |
| DMP | Expense | $15.64 | 01/10/2023 | $15.64 | 1.00 | Copies: Copies of amended plan (3rd party) for service. $0.17/pg. |
| DMP | Expense | $13.80 | 01/10/2023 | $13.80 | 1.00 | Postage: Postage - amended plan |
| DMP | Expense | $17.48 | 06/14/2023 | $17.48 | 1.00 | Uber - Office Depot |
| DMP | Expense | $113.61 | 06/14/2023 | $113.61 | 1.00 | Office Depot - trial materials (copies, puncher, binders, etc) |
| DMP | Expense | $23.14 | 06/15/2023 | $23.14 | 1.00 | Uber |
| DMP | Expense | $298.00 | 11/09/2023 | $298.00 | 1.00 | Filing fee: Filing fee - notice of appeal |
| DMP | Expense | $9.65 | 11/27/2023 | $9.65 | 1.00 | Postage: Postage - transcript order |
| DMP | Expense | $271.30 | 12/18/2023 | $271.30 | 1.00 | Transcript |
| DMP | Expense | $29.36 | 09/24/2024 | $29.36 | 1.00 | Printing and supplies (Staples) |
| DMP | Expense | $12.90 | 09/25/2024 | $12.90 | 1.00 | Uber |
| DMP | Expense | $16.72 | 11/05/2025 | $16.72 | 1.00 | Copies: Copies - 3rd party (plan) |
| DMP | Expense | $17.16 | 11/05/2025 | $17.16 | 1.00 | Postage: Postage = Plan |
| DMP | Expense | $17.48 | 02/19/2026 | $17.48 | 1.00 | Copies: Copies (3rd party) - plan |
| DMP | Expense | $17.94 | 02/19/2026 | $17.94 | 1.00 | Postage: postage - plan |

| | |
|---|---|
| **Expenses Subtotal** | **$918.90** |
| **Subtotal** | **$120,213.90** |
| **Total** | **$120,213.90** |

## Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| ( $0.00 | + | $120,213.90 | ) - ( | $0.00 | ) = | **$120,213.90** |

Discount: $72,471.90    Balance: $47,742.    In trust: $17,742.    From Trustee: $30,000

### General Trust Account

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 08/10/2022 | | | Bankruptcy | | $20,000.00 | $20,000.00 |
| 08/16/2022 | Check | | Bankruptcy | $2,258.00 | | $17,742.00 |
| | | | **General Trust Account Balance** | | | **$17,742.00** |