IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

LAS MARTAS, INC.
XXX-XX-1863

Case No.: 22-02380 (ESL)

Chapter 12

Debtor(s)

**TRUSTEE POSITION AS TO APPLICATION FOR COMPENSATION**

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Standing Chapter 12 Trustee, through the undersigned attorney, and very respectfully states and prays as follows:

1. On April 8, 2026, Debtor's attorney filed an Application for Compensation by Counsel for Debtor, in which he requested the approval of fees in the amount of $47,742.00, of which $17,742.00 were paid by Debtor prior to filing bankruptcy and the remaining amount would be paid through the Chapter 12 Plan (Docket 357, the "Application").

2. The Trustee hereby informs that he has no objection to the Application.

WHEREFORE, the Trustee respectfully requests that this Honorable Court take notice of the abovementioned.

RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by CM/ECF to all parties in interest who have filed a notice of appearance and requested to receive notices in this case. A copy of this motion will be served by regular US Mail on the next business day to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this 16th day of April, 2026.

/s/ José R. Carrión

/s/ Alexandra Rodríguez Díaz
  Staff Attorney
   Bar No. 224,311

    JOSE R. CARRION
    CHAPTER 12 TRUSTEE
    P.O. Box 9023884
    Old San Juan Station
    San Juan, P.R. 00902-3884
    Tel (787) 977-3535

2