IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

LAS MARTAS INC

Debtor

CASE NO. 22-02380-ESL12

Chapter 12

FILED & ENTERED ON MAY/04/2026

ORDER

The application for allowance of compensation filed by Daniel Mark Press in the amount of $47,742.00 (Docket #357), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.  See docket #358.

In San Juan, Puerto Rico, this 4 day of May, 2026.

Enrique S. Lamoutte
United States Bankruptcy Judge