United States Bankruptcy Court

District of Puerto Rico

In re:

LAS MARTAS INC

    Debtor

Case No. 22-02380-ESL

Chapter 12

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2026 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

**Recip ID**    **Recipient Name and Address**
db    +  LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name**    **Email Address**

ALEXANDRA MILAGROS RODRIGUEZ DIAZ
    on behalf of Trustee JOSE RAMON CARRION MORALES arodriguez@ch13-pr.com

CARMEN PRISCILLA FIGUEROA
    on behalf of Creditor CRIM cpfbkcy@gmail.com  cpfbkcy@gmail.com

DANIEL MARK PRESS
    on behalf of Cross Defendant CONDADO 5  LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
    on behalf of Creditor CONDADO 5 LLC gchico@ferraiuoli.com
    edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE RAMON CARRION MORALES
    EBNMAIL@CH13-PR.COM

MAXIMILIANO TRUJILLO GONZALEZ
    on behalf of Interested Party Vaqueria Tres Monjitas Inc maxtruj@gmail.com  trujillogonzalezmaximiliano@gmail.com

District/off: 0104-3                           User: admin                                    Page 2 of 2

Date Rcvd: May 04, 2026                        Form ID: pdf002                                Total Noticed: 1

MONSITA LECAROZ ARRIBAS
                          ustpregion21.hr.ecf@usdoj.gov

PEDRO J LOPEZ BERGOLLO
                          on behalf of Counter-Defendant US SMALL BUSINESS ADMINISTRATION pedro.lopez-bergollo@sba.gov

RAFAEL A GONZALEZ VALIENTE
                          on behalf of Interested Party SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
                          on behalf of Creditor CONDADO 5 LLC scolon@ferraiuoli.com
                          edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
                          on behalf of Creditor CONDADO 5 LLC tblanco@ferraiuoli.com
                          tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                     CASE NO. 22-02380-ESL12

LAS MARTAS INC                             Chapter 12

                    Debtor                 FILED & ENTERED ON MAY/04/2026

                              ORDER

    The application for allowance of compensation filed by Daniel Mark Press in the amount of $47,742.00 (Docket #357), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

    ORDERED that said motion be and is hereby granted.  See docket #358.

    In San Juan, Puerto Rico, this 4 day of May, 2026.

                                              Enrique S. Lamoutte
                                         United States Bankruptcy Judge