**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

SEE EXHIBIT I (LIST OF CASES)

Debtor(s).

**MOTION RESIGNING LEGAL REPRESENTATION AND FOR THE CLERK OF THE COURT TO CEASE NOTIFICATIONS PURSUANT TO P.R. LBR 9010-1(d)(3)(C)**

TO THE HONORABLE COURT:

COMES NOW Tomás F. Blanco-Pérez, Esq., of Ferraiuoli LLC (the "Firm"), and pursuant to P.R. LBR 9010-1(d)(3)(C), requests leave to withdraw as counsel of record for Condado 5, LLC ("Condado"), and in support hereof, states:

1. The undersigned filed *Notices of Appearance* on behalf of Condado in multiple cases. A list of such cases is attached as **Exhibit I**.

2. Effective as of today, the undersigned will no longer serve as counsel for Condado in the cases listed on **Exhibit I**.

3. The undersigned's withdrawal of legal representation will not cause prejudice or delay as Sonia E. Colón, Esq., Gustavo A. Chico-Barris, Esq., and/or Gabriel A. García Delgado, Esq., of the Firm are and will continue to represent Condado in the cases listed on **Exhibit I**.

4. Pursuant to P.R. LBR 9010-1(d)(3), the undersigned certifies that he conferred with Condado's representative regarding the relief requested herein, provided them with a copy of this motion prior to its filing, and obtained their consent to the filing of this motion with the Court.

WHEREFORE the undersigned respectfully requests that the Court enter an order granting his withdrawal as counsel of record for Condado in the cases listed on **Exhibit I** and directing the Clerk of the Court to cease sending notices and notifications to the undersigned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of October 2026.

Objection Notice – P.R. LBR 9013-1(c)(1)

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

Certificate of Service

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the Debtor(s) counsel, the Standing and/or Panel Trustee appointed to each case, the U.S. Trustee for Region 21, and all parties that requested notice. I further certify that in compliance with P.R. LBR 9010-1(d)(3)(B)(1), (C), a copy of this motion was sent via e-mail to Condado's representative.

San Juan, PR
October 28, 2026

Ferraiuoli LLC
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com