# EXHIBIT I

List of cases where Tomás F. Blanco-Pérez, Esq., of the Firm appeared on behalf of creditor Condado 5, LLC

| Debtor(s) Name | Case Number and Chapter | Appearance ECF No. |
|---|---|---|
| IN RE:<br><br>JUAN MANUEL BARRETO GINORIO<br><br>Debtor. | 23-03681 (ESL)<br><br>CHAPTER 11<br><br>SUBCHAPTER V | 10 |
| IN RE:<br><br>LAS MARTAS INC.<br><br>Debtor. | 22-02380 (ESL)<br><br>CHAPTER 12 | 7 |
| IN RE:<br><br>RAMON LUIS BARRETO GINORIO<br><br>Debtor. | 24-00034 (ESL)<br><br>CHAPTER 13 | 125 |